FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

99 OCT 12 PM 8: 31



TRANS CONTINENTAL RECORDS, INC., BMG
ENTERTAINMENT, BMG ARIOLA MUENCHEN GmbH,
TRANS CONTINENTAL ENTERTAINMENT, INC.
and LOUIS J. PEARLMAN,

        Plaintiffs,

v.

ZOMBA RECORDING CORPORATION,
CLIVE CALDER, JAMES LANCE BASS,
JOSHUA SCOTT CHASEZ, JOSEPH
ANTHONY FATONE, JR.,
CHRISTOPHER ALAN KIRKPATRICK,
and JUSTIN RANDALL TIMBERLAKE,

        Defendants.

_____/

CIVIL ACTION NO.
99-1282-Civ-Orl-22C

## DECLARATION OF VINCENT DEGIORGIO

STATE OF FLORIDA    )
                              ) ss.:
COUNTY OF ORANGE  )

        VINCENT DEGIORGIO, pursuant to 28 U.S.C. §1746, declares under penalty of perjury:

        1.     I am Director of International A&R (Artists & Repertoire) for The RCA Records Label ("RCA"), a unit of BMG Music, d/b/a BMG Entertainment. I have worked in RCA's A&R Department since January 20, 1997. I respectfully submit this declaration in support of the motion for a preliminary injunction of BMG Entertainment, BMG Ariola Muenchen GmbH, Trans Continental Records, Inc. ("Trans Continental"), Trans Continental Entertainment, Inc. and Louis

SCANNED

6

J. Pearlman ("Pearlman") (BMG Entertainment, BMG Ariola and RCA sometimes will be referred to collectively here as "BMG"). As I explain below, BMG already has suffered irreparable harm as a result of Defendants' unlawful actions and, unless preliminarily enjoined by this Court, Defendants' actions will inflict harm on BMG. No prior request for such relief has been made.

**Background**

2. RCA, together with Trans Continental and Pearlman, has played a critical role in the enormous popularity and success of the musical group known as 'N SNYC (the "Group") in the United States, and the fame of the name 'N SYNC. Prior to RCA's, Trans Continental's and Pearlman's involvement, the Group and the name 'N SYNC were almost entirely unknown in the United States, and the Group had not released a single album here. RCA, Trans Continental and Pearlman devoted enormous time, energy and resources to finding the best possible songs for the Group to record, retaining the best producers and studios, and marketing and promoting the Group and the name 'N SYNC. RCA made this investment because it had the contractual right exclusively to record multiple records by the Group and to use the name 'N SYNC, and anticipated a long and mutually beneficial relationship.

3. As a result of RCA's efforts - together with those of Trans Continental, Pearlman, the members of the Group and others - the Group has become one of the most popular and successful musical groups in the United States, selling over 8,000,000 records in this country and the name 'N SYNC has become one of the most recognizable in the music industry. After the significant contribution RCA has made to the Group's success and the fame of the name 'N SYNC, and the substantial time, effort and resources RCA has expended, it would be unfair and wrong to permit another record company to steal away the Group and capitalize on the success of the Group and the

name 'N SYNC, which was created in no small part by RCA. The Group and the name 'N SYNC have come to be identified in the music industry and with the general public as being associated with RCA. The loss of the Group and the name 'N SYNC would irreparably harm RCA because, among other things, it would injure RCA's reputation in the music industry, as well as with the public, and would severely damage RCA's ability to attract new artists, as well as its ability to promote its existing artists.

### RCA's Identification and Development of New Artists

4. It is my job to discover and nurture new artists for RCA. My duties include working creatively with the artists by, among other things, (1) finding and securing the best and most appropriate songs for them to record and (2) finding and retaining the best and most suitable producers to produce their songs for release on albums or as singles. I also help organize and attend the sessions during which the songs are recorded. This often requires me to coordinate the schedules of the artists, producers, engineers and others, and identify and obtain the most appropriate recording studio available at the desired time and location.

### The Beginning of RCA's Relationship With Trans Continental and the Group

5. In early 1997, I saw an early video version of a song by the Group titled "I Want You Back." The Group had not released any records in the United States and was almost entirely unknown in this country. I was extremely impressed with the video and believed that the Group had the potential to be successful in the United States. BMG and RCA already had the right to distribute the Group's recordings pursuant to the August 1, 1996 Exclusive License Agreement between BMG and Trans Continental (the "BMG License Agreement").

6. I subsequently played the video at an RCA International A&R meeting and pitched

3

the Group as a potential RCA act. Among those present at the meeting were Robert Jamieson, RCA's President, and David Novik, RCA's Senior Vice President, International A&R.

7. Bob and Dave agreed that the Group had the potential to be successful in the United States. After the meeting, they discussed the Group with their corporate colleagues at BMG and learned that BMG had an exclusive long-term license to distribute the Group's recordings and to use the name 'N SYNC in connection with those recordings. We decided that I should see the Group perform during my next trip to Europe.

8. In March 1997, I went to Budapest, Hungary and saw the Group perform. I also met the Group's members - Lance Bass, J.C. Chasez, Joey Fatone, Chris Kirkpatrick and Justin Timberlake. I was enormously impressed with their musical talent and also felt they were genuinely level-headed individuals.

9. Several months later, in early 1997, Bob Jamieson saw the Group perform in Crete, Greece. He also was impressed. At that time, RCA decided to commit its full resources to the manufacture, distribution and promotion of the Group's records in the United States.

**RCA's Role in the Group's United States Debut Album**

10. Because of the importance of the Group's RCA United States debut album, I spent a considerable amount of time and energy determining, in consultation with Trans Continental and Pearlman, which songs should appear on the album. I used as my starting point the album Ariola had released in 1997 in a number of countries in Europe and Asia, including Germany, Switzerland, Austria, Malaysia, and Lebanon. After listening carefully to the album and observing the Group in concert and in rehearsal on numerous occasions, I believed that a number of the songs on the Ariola release should not be included on RCA's United States debut release for the Group. The European

4

market is quite pop-friendly; in contrast, the American teen music market has different standards and tastes. I therefore concluded that five (5) of the fourteen (14) songs on the Ariola release should not be included on RCA's album by the Group. I discussed my views with Dave Novik and he agreed that the songs should not be included on RCA's album.

11. Because we had to find new songs to replace the ones that would be eliminated from the Ariola album, I spent many hours listening to numerous demo tapes in an attempt to find songs that would be suitable for the Group's United States debut album. After listening to between 150 and 250 songs, I found several songs that I thought would work well for the Group. After consultations with Trans Continental and Pearlman, two of those songs – "(God Must Have Spent) A Little More Time On You" and "Everything I Own" - ultimately were included on the album. Together with Trans Continental and Pearlman, I also helped find producers and studios to assist in the recording and production of the record. Those two songs, plus two other songs which had not been included on the Ariola release, were added to the remaining songs from the Ariola release and, on March 24, 1998, RCA released the Group's United States debut album, titled 'N SYNC. (A true and correct copy of the album is attached to the Declaration of Robert Jamieson ("Jamieson Declaration") as Exhibit B). I also supervised, coordinated and hired all the remixers to do original remix production on the songs released as singles from this album.

12. BMG Ariola had invested similar efforts in the production of the Group's 1996 release for parts of Europe and Southeast Asia. For example, Andreas Von Oertzen, Director of A&R for BMG Ariola, arranged for the Group to augment the demo recording of the song "Tearing Up My Heart" in a style he believed would achieve greater success as a record. That single sold more than 700,000 units in Germany, Switzerland, Austria, and the Southeast Asia market, including

a special Japanese remix.

13. The U.S. 'N SYNC album initially did not achieve the success we believed it deserved. In an effort to reverse this, RCA campaigned heavily to include the Group on a highly-anticipated Disney television special that was scheduled to air in prime time in July 1998 on the Disney Channel. As a result of RCA's efforts, the Group was allowed to perform on the program. I accompanied the Group to the performance to assist in making their performance the best possible. The Group's performance on the show was a significant breakthrough for them. Radio airplay increased substantially, and the album broke into the top ten and remained there for many months. To date, approximately 7 million copies of the album have been sold in the United States. As a particular point of pride, the single "(God Must Have Spent) A Little More Time On You" has gone gold, selling more than 500,000 copies. By fall 1998, the Group had become a phenomenal success in the United States and the Group and the name 'N SYNC had become closely identified with RCA.

14. In December 1997, I decided that a Christmas album by the Group would be an excellent idea because the members not only have tremendous musical abilities, but also possess a true religious faith. After a series of discussions with the relevant parties, including Trans Continental and Pearlman, it ultimately was agreed that the Group would make a Christmas album.

15. Although Christmas albums generally consist of the artists' renditions of holiday standards, I believed the Group's Christmas album should consist primarily of original material. In an attempt to find the right songs for the album, I listened to over 150 songs. With the approval of Trans Continental and Pearlman, all the songs that were included on the Christmas album, with the exception of two, were those which I had selected. One of those other songs was the standard "O

Holy Night" and the other song was titled "Merry Christmas, Happy Holidays" and was written at the last minute by two members of the Group, J. C. Chasez and Justin Timberlake, and a producer named Veit Renn. I also participated in the writing of the song and received credit as a co-writer. That song eventually became the single from the album. One of the reasons the song is on the album is because, after consulting with Eric Murphy, RCA's Vice President of Radio Promotions, I felt it was critical that the single from the album be an up-tempo song.

16. Along with Trans Continental and Pearlman, I participated in the selection and hiring of the producers I thought would be best for the Group and for the particular songs. Recording and production began on September 14, 1998 and mixing was concluded on October 7, 1998.

17. The Christmas album was titled "Home For Christmas" and was released on November 10, 1998. (A true and correct copy of the album is attached to the Jamieson Declaration as Exhibit C.) The album has been tremendously popular. To date, approximately 1,700,000 copies of the Christmas album have been sold in the United States. The video single "Merry Christmas, Happy Holidays" has been played repeatedly on MTV. This Christmas album established a new standard amongst Christmas records and also set the Group above their competition, as no other artist in the Group's musical genre released a Christmas album in 1998. The success of these two albums established a firm connection in the industry and among the general public of the name 'N SYNC with RCA.

18. RCA also played an integral role in the Group's recording of two songs for major movie soundtracks.

**Preparation and Recording of the Songs for the Group's Next Album**

19. As a result of the tremendous success and popularity of the United States debut and

Christmas albums, anticipation for the next 'N SYNC album has been extremely high. In order to find the right material for this album, Dave Novik and I reviewed approximately 1500 songs and, together with Trans Continental, selected the ones we believed were the best. The first song was recorded at the Banana Boat Studio in Burbank, California in March, 1999. Because the Group was on tour and there was a conflict in the schedules of the Group, the relevant producers and recording studios, it was decided to resume recording songs for the next album in June, 1999.

20. Despite some tension between the Group and Trans Continental, the Group resumed recording songs for the next album in Florida on June 14, 1999. I attended those sessions and felt the Group was not displaying any negative feelings toward anyone, despite the fact that, by this time, the Group's New York lawyers had sent a letter to Trans Continental purporting to terminate the Group's recording agreement with Trans Continental. During this time, the Group continued to cooperate with me, as RCA's representative, as we worked together on an album that RCA intended to release in the fall of 1999 - in time for the all-important holiday season.

21. Recording continued on and off until June 26, 1999, when complications forced the cancellation of two recording sessions on June 29th and 30th. I was also present at one session in July in New York. Although the atmosphere was friendly, I only saw the members of the Group in person on one or two occasions after that. Since then, I have heard rumors that the Group may be recording again. In addition, I recently learned that Jive Records ("Jive"), a label of Zomba Recording Corporation ("Zomba"), had entered into a recording contract with the Group. Reports in the press indicate that Jive intends to release a new album by the Group in early 2000, although it is possible a new album could be released earlier.

## RCA's Irreparable Harm

22.     As an experienced A&R person, I can report that the identification of 'N SYNC with RCA is of enormous benefit to RCA. The announcement of a recording agreement between the Group and Jive, Zomba's label, has already caused substantial and irreparable harm to RCA because that announcement has called into question the invaluable association of the Group and the name 'N SYNC with my label.

23.     However, the harm RCA has suffered to date pales in comparison to the harm we would suffer if Zomba and the Group are permitted to record and sell 'N SYNC records in conjunction with the Zomba name. RCA is the home of 'N SYNC. If Zomba is permitted to steal the Group and the name 'N SYNC, RCA will be known as the label that lost 'N SYNC, causing incalculable damage to its standing and reputation in the recording industry.

## Conclusion

24. Losing these talented artists and the name 'N SYNC to another record label after so much effort, collaboration, friendship and faith by RCA would be injurious to BMG, unfair and unjustified. Accordingly, for the reasons stated above, I respectfully request that the Court grant a preliminary injunction in order to protect BMG's exclusive rights and immediately stop Defendants' infringing and unlawful conduct.

Dated this 6th day of October, 1999 in Orlando, Orange County, Florida.

_____
VINCENT DEGIORGIO

ORL1 #503683 v1