

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

99 OCT 12 AM 8: 31

CLE...
MIDDLE D...... ..... .. FLORIDA
OR...OR... ...ORIDA

TRANS CONTINENTAL RECORDS, INC., BMG
ENTERTAINMENT, BMG ARIOLA MUENCHEN GmbH,
TRANS CONTINENTAL ENTERTAINMENT, INC.
and LOUIS J. PEARLMAN,

           Plaintiffs,

vs.

ZOMBA RECORDING CORPORATION,
CLIVE CALDER, JAMES LANCE BASS,
JOSHUA SCOTT CHASEZ, JOSEPH
ANTHONY FATONE, JR.,
CHRISTOPHER ALAN KIRKPATRICK,
and JUSTIN RANDALL TIMBERLAKE,

           Defendants.

CIVIL ACTION NO.

99-1282-Civ-Orl-22C

_____/

## DECLARATION OF ROBERT JAMIESON

| | | |
|---|---|---|
| STATE OF NEW YORK | ) | |
| | ) | ss.: |
| COUNTY OF NEW YORK | ) | |

ROBERT JAMIESON, pursuant to 17 U.S.C. §1746, declares under penalty of perjury:

1.     I am President of The RCA Records Label ("RCA"), a unit of BMG Music, d/b/a

BMG Entertainment. Since becoming President of RCA in 1995, I have been responsible for all

of RCA's operations, and am fully familiar with the facts set forth below. I submit this

declaration in support of the motion for a preliminary injunction of BMG Entertainment, BMG

Ariola Muenchen GmbH, Trans Continental Records, Inc. ("Trans Continental"), Trans Continental Entertainment, Inc. and Louis J. Pearlman ("Pearlman") (BMG Entertainment, BMG Ariola and RCA sometimes will be referred to collectively here as "BMG").  As I explain below, BMG already has suffered irreparable harm as a result of Defendants' unlawful actions and, unless preliminarily enjoined by this Court, Defendants' actions will inflict additional harm on BMG.  No prior application for such relief has been made.

## **Introduction**

2.      RCA is the home of  'N SYNC.  With RCA's investment and commitment, together with those of Trans Continental and Pearlman, the musical group known as 'N SYNC (the "Group") has become one of the most successful musical groups in the world, selling more than 10,000,000 records worldwide.  The RCA name is now closely identified in the record industry with the 'N SYNC name and RCA is widely-recognized by the record buying public as the Group's United States label.

3.      On or about September 7, 1999, Zomba Recording Corporation ("Zomba"), announced that its label, Jive Records, had entered into a purported recording agreement with the Group and planned to release the Group's next album using the 'N SYNC name.   This announcement alone caused immediate and severe harm to RCA and the ongoing actions of Zomba and Jive, its label, as they prepare that release continue to exacerbate that harm on a daily basis.  RCA's identity as a record label is built on its artists and 'N SYNC is one of the most important elements of that identity.   Unless the unlawful actions of Zomba and the Group are enjoined, RCA will suffer continuing irreparable harm in terms of its reputation and standing in the record industry and could lose all it has invested in 'N SYNC's success.

## Background

4.      RCA is one of the oldest and most recognized record labels in the United States, founded as the Victor Talking Machine Company in 1901.  RCA was acquired by BMG in 1987 and is now a unit of BMG.

5.      The records of all BMG labels in the United States are distributed by BMG Distribution.  BMG Distribution's operations are at least as extensive and formidable as those of any record distribution company in the United States, including, but not limited to Sony Music and Warner Music, and reach the same wholesalers and retailers as those companies.  At the present time, BMG Distribution's market share of current albums released in the United States is approximately 18%, making it second in market share in the country.  BMG Distribution's sales of recordings for the current year will be in excess of one billion dollars.  The artists that BMG Distribution distributes in the United States are some of the most popular and successful in the world and include such artists as Whitney Houston, Kenny G, the Dave Matthews Band, and innumerable others.

6.      Since its inception, RCA has been a powerful force in the record industry, home to such legendary recording artists as Elvis Presley and Sam Cooke.  Although RCA consistently has had a substantial presence in the industry, it experienced some difficulties in the 1980's which affected its profitability.

7.      In the mid-1990's, BMG acquired new leadership for its North American entertainment entities, including RCA.  I  was named President of RCA and became part of a team of new leadership determined to revitalize the label.

8.      As soon as I came on board at RCA, we began intensive efforts to find exciting and talented new young artists.  One of the most important new bands we began to distribute was

the Group, whose recordings and valuable trademarks have been exclusively licensed to BMG by Trans Continental since August 1996.

**BMG's Agreement With Trans Continental Regarding 'N SYNC**

9.     On August 1, 1996, pursuant to an agreement with Trans Continental (the "BMG License Agreement") BMG through its Ariola division obtained the exclusive right to manufacture, distribute, sell and market recordings by the Group and to use the service mark name 'N SYNC, and the names and likenesses of the Group's members, in connection with such recordings throughout the world.  (A true and correct copy of the BMG License Agreement is attached to the Complaint herein ("Complaint") as Exhibit C).  In order to induce BMG to enter into the BMG License Agreement, each of the Group's members executed a Letter of Acknowledgment dated August 1, 1996 (the "Letter of Acknowledgment") unconditionally endorsing the BMG License Agreement.   (A true and correct copy of the Letter of Acknowledgment is attached to the Complaint as Exhibit D).

10.    Prior to the BMG License Agreement, the Group and the name 'N SYNC were almost completely unknown, and the Group had not sold a single record.   Because BMG believed the Group had the potential for future success, it was willing to take on the substantial risks and burdens involved in distributing an unknown and untried group.

11.    The BMG License Agreement provides for a term of five albums and remains in effect even should the members of the Group change, although BMG has the right to approve any addition to the Group.  (Complaint Exhibit C, ¶¶4.a(iii), (iv) and 5).  Among other things, BMG has the right to use the name 'N SYNC and the Group members' names and likenesses in connection with sound recordings by the Group and other related matters.  (Id. ¶4.a.(viii)).  BMG also has the right to approve any name change and to consult in the selection of all material to be

recorded by the Group pursuant to the agreement. (Id. ¶¶4.a.(vii), (ix)). These rights ensure that BMG, together with Trans Continental and Pearlman, can maintain the quality and image of the Group and its products and help the Group create a distinct style and direction appropriate to its markets.

12.    Because Europe (particularly Germany, Switzerland and Austria) and Southeast Asia have an enthusiastic appreciation for the "pop" sound, many American groups with that sound debut in Europe. BMG's Ariola division worked closely with Trans Continental, Pearlman and the Group in developing the Group's first album for release in the Europe/Southeast Asia market, helping to find songs appropriate to the Group and to the market and working to promote and market the album.

13.    In April, 1997, BMG Ariola released the first self-titled 'N SYNC album in Europe and Southeast Asia. As of today, that album has sold approximately 1 million copies. (A true and correct copy of that album is attached hereto as Exhibit A.)

14.    In the liner notes to the April, 1997 album, Joey Fatone reminds his fellow Group members that they "have a long way to go". It took RCA's involvement, as well as Trans Continental's continued work, to take the Group the rest of the way.

**RCA's Investment in the Group**

15.    In early 1997, I attended an RCA International A&R (Artists and Repertoire) meeting. At that meeting, Vince Degiorgio, RCA's Director of A&R, pitched the Group to me, Dave Novik, RCA's Senior Vice President of International A&R, and others.

16.    Dave and I saw great potential in the act for the U.S. market. We asked Vince to see a performance of the Group and in March, 1997, Vince traveled to Budapest, Hungary for one of the Group's concert appearances. When he returned, he described the Group as great

performers and artists and also as a group of attractive, appealing young men who could make it in the United States.

17.    In early June, 1997, I traveled to Crete, Greece to personally see the Group perform. I was impressed, and told the Group at that time that RCA would be dedicating its full resources to the promotion and distribution of the Group and its recordings in the United States.

18.    Pursuant to an intercompany agreement, known within BMG as the "ICLA," RCA has had the exclusive right since August 1996 when the BMG License Agreement was executed to distribute the Group's records in the United States and to use the Group's trademark name in connection with such distribution under the BMG License Agreement.

19.    In order to give each RCA artist the full benefit of our resources, we choose to give our full support to a small number of artists. Once RCA chooses to support a group in this fashion, we invest everything we have in the group's success because, from that point on, that group becomes a part of our identity as a record label. Its success or failure is our success or failure.

20.    In the case of the Group, RCA, working with Trans Continental and Pearlman, created a support team to give the Group the best possible chance for success in the U.S. market. Because the taste of the U.S. market differs significantly from that of Europe and Southeast Asia, new album content and a slightly harder-edged look and sound for the Group was required. Vince Degiorgio worked with Trans Continental and Pearlman and began the process of creating a distinctive U.S. style and direction for the Group by listening to hundreds of songs to find the right material for the Group's U.S. debut album. Eric Murphy, RCA's Vice President of Top 40 Promotions and Ron Geslin, RCA's Senior Vice President of Promotions, began to promote what they hoped would be the Group's first single, "I Want You Back," to radio stations. Kaja Gula,

the Group's Product Manager at RCA, coordinated photo shoots and the filming of the Group's first U.S. video to ensure that all of the Group's products had the quality and image that RCA wanted to create for the Group.  Gina Orr, RCA's Director of Publicity, began to heighten the Group's profile by arranging television appearances, magazine interviews and other public appearances across the country.  RCA also arranged for the Group to visit radio stations across the country to meet disc jockeys, give interviews and generally publicize their act.  Our efforts were designed to create a "buzz" about the Group in anticipation of the first U.S. album to be released by RCA.

21.     RCA released the self-titled 'N SYNC debut album in the United States in March, 1998.  (A true and correct copy of that album is attached hereto as Exhibit B.)  Despite the quality of the record, it did not immediately achieve the success we believed it deserved.  The RCA team knew more push was needed to maximize the album's potential.  Together with Trans Continental and Pearlman, RCA undertook the extra efforts we believed would result in greater success.  Gina Orr and Elaine Shock campaigned for the inclusion of the Group in a much-anticipated Disney concert special to air in prime time on the Disney Network.  As a result of RCA's efforts, the Group's appearance was arranged, and Vince Degiorgio accompanied the Group to the performance to provide the behind-the-scenes force necessary to make the appearance a success.  Their performance on this show was a huge hit and has been widely described as a major break-through for the Group.   Immediately, radio airplay increased dramatically and the album broke into the top ten, where it remained for months.  National television programs, such as The Tonight Show and The Rosie O'Donnell Show, began to seek out the Group for appearances.  Two of the singles from the album went gold, selling more than 500,000 copies each, including the song "(God Must Have Spent) A Little More Time On You,"

which RCA had selected for the album.  As a result of all of these efforts, the album has gone on to sell approximately 7,000,000 copies in the United States, making it one of the most successful debut albums in history.

22.     RCA made similar efforts for the Group's Christmas album, which was suggested to the Group by RCA.  (A true and correct copy of that album is attached hereto as Exhibit C.) As a result of RCA's efforts, along with those of Trans Continental, Pearlman and the Group's members, the album "Home For Christmas" has sold approximately 1,700,000 copies in the United States.  The single video for the album, "Merry Christmas, Happy Holidays" (co-written by Vince Degiorgio of RCA) was repeatedly played on MTV, and the Group appeared on the Kathie Lee Gifford Christmas Special.

**The Group and the 'N SYNC Name Are Identified**
**with the RCA Label in the Minds of the Public and the Industry**

23.     The Group and the 'N SYNC name are now firmly associated with RCA in the minds of the public and the music industry.  As a result of RCA's enormous investment in and commitment to the development of the Group, together with that of Trans Continental and Pearlman, the Group's recordings, its image and the trademark name 'N SYNC, accompanied by the name RCA, now appear together throughout the county.  For example, every time an 'N SYNC music video is played on a music video outlet, such as MTV or VH1 (and 'N SYNC videos are among the most requested on MTV's popular Total Request Line), RCA's name appears prominently at the beginning and end of each video and is seen by millions of television viewers.  Similarly, RCA's name appears prominently on each of the more than 10,000,000 'N SYNC records and videos sold in the United States to date, and members of the Group thank RCA for its support and guidance in the liner notes of both albums.  Radio and television

advertisements for the albums all refer to RCA.  Magazines and other publications, big and small, from *People* and *Billboard* to the *Chicago Tribune* and the *New Haven Register*, identify 'N SYNC as "RCA Recording Artists" or as "distributed by RCA."  (Copies of these articles are attached hereto as Exhibit D).  The Group's distribution by RCA is regularly described as a major element of its success.

24.     The linkage between the RCA label and the 'N SYNC name is also reinforced by the record charts.  Within the industry, the record charts are the most watched and recognized indicator of a record label's success and status.  The charts appear in the leading industry trade magazines, including *Billboard*, the industry "bible."  The record charts also appear weekly in other widely-circulated publications, including *The Wall Street Journal, The New York Times, Entertainment Weekly* and other leading publications throughout the country.  They are read by nearly every important individual in the record industry, as well as by current and aspiring recording artists, their managers and tens of millions of record buyers.

25.     When the Group's records are on the charts (as they are today and have been for months), the name 'N SYNC and the RCA name are prominently identified together on those charts.  It is common for people involved in our industry to count the number of records that have "charted" for RCA or for a particular group.  The more records a label has on the charts, the more clout the label achieves within the industry.  Thus, the more records the Group has on the charts, the better for RCA.

26.     To understand just how important the Group and the 'N SYNC name is to RCA, the Court should know that during the holiday season last year, both of the Group's albums were on *Billboard's* top 10 chart.  This extraordinary achievement was due to both the Group's great

talent and to RCA's tireless efforts on its behalf. Indeed, this was the first time a recording group had two top 10 albums at the same time since the Beatles achieved that distinction three decades ago. A success of this sort creates incredible momentum for a record label, and that momentum can drive a label and its roster of acts forward in a variety of ways described below.

**The Value of the Group and of the 'N SYNC Name to RCA**

27.     The Group is uniquely important to RCA because it is one of only two recording groups that dominate a key segment of the record industry. The Group and The Backstreet Boys, the two musical groups in question, have unique appeal to pre-teen and teenage girls and boys (who comprise 25% of record-buyers) because these groups are made up of talented and attractive young men who sing and dance in synchronization. The Group and The Backstreet Boys are in a league of their own in this all-important category in terms of record sales, popularity and recognition.

28.     Because the Group has been on the charts almost continuously since 1998, the Group and the name 'N SYNC have become closely identified as a key asset of RCA and BMG. This is of incalculable benefit to our company, whose artists are our lifeblood and identity. RCA's ability to attract new talent and to support and develop its current talent, as well as its reputation with the public and within the recording industry, are infinitely enhanced by the Group's presence on the RCA roster.

29.     For this reason, RCA's relationship with the Group and with the 'N SYNC name has played a critical role in RCA's well-recognized resurgence over the past several years. Record labels in general, including RCA, are propelled by momentum. Each successful act allows a label to attract more new acts and to better develop both new and current acts into more successes in a variety of ways. A hit record, such as those recorded by the Group, gives RCA

increased credibility and clout with radio stations, video television outlets and retail outlets. RCA's promotion staff can use the Group's titles to leverage new and less successful titles into airplay and retail space. An RCA promoter can better persuade a radio station or other outlet to play or carry a developing artist by giving access to the Group's titles or by allowing it to use those titles in a contest or other promotion -- and without that airplay or shelf space, a developing artist can never succeed. In the recording industry, success begets success. The converse is also true.

30.     Further, the more hits a label has on its roster, the more willing radio and retailers are to meet with a label. The hits and hit artists a label has developed give radio stations and retailers confidence that the label can develop more hits and increase their willingness to take a risk on new and developing artists. The same holds true for the video television outlets.

31.     Having a hit like the Group associated with RCA also gives RCA immeasurable credibility within the record industry. The Group's success demonstrates RCA's ability to promote an unknown artist to the heights of stardom. Radio stations, retail outlets, video television outlets, promoters, managers and artists all want to be associated with that success – and with all the successes RCA can build from that success. This creates an invaluable stream of opportunity for RCA, opening up venues within the industry and attracting new talent and artists, as well as their managers and lawyers.

**The Group Members' Sham Termination**

32.     I have been informed that, beginning in or about February 1999, the Group members, represented by a team of experienced and sophisticated New York attorneys and music industry advisors, attempted to renegotiate the terms of their agreements with Trans Continental. It is my understanding that, when those negotiations did not produce the results they desired, the

Group members, in violation of their contractual obligations, unilaterally purported to terminate their agreements and refused to record and deliver to Plaintiffs any further records.

33.    By letter dated May 26, 1999, the Group Members alleged that they were terminating the April 29, 1996 Exclusive Recording Agreement with Trans Continental (the "Exclusive Recording Agreement") pursuant to Section 19.12 of that agreement, which provided that the Group members "shall have the right to terminate this agreement in the event [Trans Continental] has not secured a distribution agreement with a U.S. record company within eighteen months from the date hereof . . . ." (A copy of the Exclusive Recording Agreement is attached to the Complaint as Exhibit A.)

34.    In my opinion, the Group members' purported termination is a sham and should have no legal effect. Trans Continental and BMG entered into the BMG License Agreement on or about August 1, 1996, approximately four months after the Exclusive Recording Agreement between Trans Continental and the Group members – and well before the expiration of the eighteen month date set forth in Section 19.12. BMG Distribution is one of the largest record distribution companies in the  United States. Moreover, BMG's intercompany agreement gave RCA the right to distribute the Group in the United States under the BMG License Agreement. Indeed, the Group's members clearly recognized that there would be distribution by BMG in the United States as well as the rest of the world, when they signed the Letter of Acknowledgment dated August 1, 1996, acknowledging that Trans Continental had "entered into a Licensing Agreement for the purposes of selling and exploiting the artist group 'N SYNC audio and video products with BMG for worldwide distribution." (See Letter of Acknowledgement attached to the Complaint as Exhibit D) (emphasis added).

35.    Indeed, as of the date of the Group's May 26, 1999 purported termination, the

Group's United States debut album had sold approximately 6,600,000 copies in the United States and the Group's Christmas album had sold approximately 1,700,000 copies in the United States. The Group had skyrocketed from almost complete anonymity in the United States to the absolute pinnacle of fame and popularity. The Group's purported termination therefore is utterly baseless. The Group members enthusiastically embraced RCA, and worked closely with us in preparing, recording and promoting the United States debut album and the Christmas album. The purported termination is absolutely unconscionable particularly coming after the Group already had (1) received and accepted the overwhelming benefits their relationship with BMG and RCA has produced; and (2) acknowledged on August 1, 1996 BMG's worldwide distribution rights.

**The Unlawful Zomba Recording Agreement**

36.     It is my understanding that, on or about September 7, 1999, Defendant Zomba, aware of Plaintiffs' rights with respect to the Group and the name 'N SYNC, announced that Jive Records, its label, had entered into a purported recording agreement with the Group members for their services as recording artists using the name 'N SYNC (the "Zomba Recording Agreement"), in direct contravention of Plaintiffs' exclusive rights. I have been informed that press reports have stated that Defendants will be releasing an album by the Group members using the name 'N SYNC sometime in the year 2000, although it is possible such an album could be released earlier.

37.     Significantly, none of the Defendants sought a judicial declaration from this or any Court regarding whether the Group members' purported termination of their contractual obligations with Plaintiffs was valid or whether Defendants had the authority to enter into the Zomba Recording Agreement.

**The Theft of the Group and of the 'N SYNC**

**Name Will Cause Irreparable Damage To RCA**

38.     If Zomba is permitted to steal the Group from RCA and to misappropriate the name 'N SYNC, the injury to RCA in terms of prestige, goodwill and reputation will be irreparable and potentially devastating.

39.     The 'N SYNC name is so big and the Group's association with RCA is so well-known in the industry and by the public that their theft by Zomba will be the subject of intense news, speculation and confusion.  Because it is obvious that RCA must have strongly desired to keep the Group and the name, RCA will be perceived to be somehow at fault.  In other words, the industry would see that RCA "lost 'N SYNC."

40.     This damage to RCA's reputation, if not reversed, will be irreparable.  Those industry outlets described above – the retailers, radio and video television stations – are RCA's lifeline to the end consumer.  Any decrease in RCA's access to that lifeline, either because of a loss of credibility or because it no longer has valuable new titles to offer, impacts not only RCA's sales, but its ability to market – and therefore attract – new artists.  Fewer new artists means fewer potential successes, fewer successes means decreased access to industry outlets, and the downward momentum continues from there.

41.     In addition to the loss of goodwill and industry clout, the economic impact of the loss of the Group and the name 'N SYNC upon RCA would be incalculable.  There is great anticipation among the fans and in the industry about the Group's next album, which is poised to capitalize on their previous successes.  That album could easily outsell the Group's first album merely by riding on its coattails, and with the proper marketing and promotion, which RCA is ready and willing to provide, could outsell the first album by millions.

42.     Prior to the announcement by Zomba that it had entered into a record agreement

with the Group intending to release the Group's new record, RCA had worked closely with the Group developing and recording material for their next album, which RCA planned to release this fall in time for the crucial Christmas season.  Zomba's and its record label, Jive, must even now be either developing and recording material for this next album with the Group or preparing to misappropriate the material already produced by RCA for use in such an album.  Any such activity constitutes an ongoing theft from RCA.

43.     Zomba and Jive must also be planning promotional, marketing and other activity for this album.  In any such activity, the Group would clearly use the name 'N SYNC and would be associated and identified with Zomba and its label, Jive, rather than with RCA.  As I have described, each time that happens, RCA is irreparably harmed.

44.     If Zomba is allowed to continue with the production of this album and the promotion and marketing which must necessarily accompany it, RCA, Trans Continental and Pearlman will lose control over the quality and image of the trademark 'N SYNC and the distinctive style and direction they brought to the name and the Group.

45.     RCA has suffered incalculable damage to its reputation and prestige by Zomba's theft of the Group and the 'N SYNC name and it faces incalculable financial losses.  Now, each day holds the prospect of additional activities by Zomba that will immediately cause RCA further injury.  For this reason, Zomba's actions with the Group, including but not limited to its proceeding in any way with recording, promoting or releasing an 'N SYNC record, must be enjoined without delay.

**Conclusion**

46.     The Group owes much of its present success – success that will drive its new album and the rest of its career – to the promotion and marketing efforts of RCA, as well as the efforts of Trans Continental and Pearlman.  The Group and the name 'N SYNC were utterly unknown when it signed with BMG and then was distributed by RCA.   RCA's, Trans Continental's and Pearlman's efforts turned the Group from an act that appeared in shopping malls, performing free to anyone who would listen, into one of the most successful pop acts in the country, with a multi platinum album and screaming fans clamoring to see them perform.  In the liner notes to the 'N SYNC album, the Group says "[w]ith RCA's support we are going to rock the U.S.A."  It's no exaggeration to say that with RCA's help, they have.  Now, Zomba is attempting to steal not only the Group, and its trademark name 'N SYNC, but all of the hard work that has gone into making the Group the incredible success that it is today.  If Zomba's label, Jive Records, rather than RCA, releases 'N SYNC's next album, the damage to RCA could never be mended or compensated.

Dated this _7th_ day of October, 1999 in New York, New York.

ROBERT JAMIESON

ORL1 #503688 v1

# DOCUMENT

# <u>NOT</u>

# SCANNED

_____ Exceeds scanner's page limit
_____ Physical exhibit prevents scanning
_____ Other:_____

# **REFER TO COURT FILE**

Revised 8/11/99