# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

Jeano Continental Records, Inc., et al
_____
Plaintiff(s)

vs.                                       Case No. 99-1282-CIV-ORL-22C

Bomba Recording Corp., et al
_____
Defendant(s).

Memorandum in Support of plaintiffs motion for preliminary injunction
_____

Pleading stricken and returned to counsel pursuant to Court Order -- see document # ___44___..

DATED: 11/5/99