FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

99 OCT 26 PM 3: 16

TRANS CONTINENTAL RECORDS, INC.,
BMG ENTERTAINMENT, BMG ARIOLA
MUENCHEN GmbH, TRANS CONTINENTAL
ENTERTAINMENT, INC. and LOUIS J.
PEARLMAN,

          Plaintiffs,                    Civil Action No.: 99-1282-CIV-ORL-22C

vs.

ZOMBA RECORDING CORPORATION,
CLIVE CALDER, JAMES LANCE BASS,
JOSHUA SCOTT CHASEZ, JOSEPH
ANTHONY FATONE, JR., CHRISTOPHER
ALAN KIRKPATRICK, and JUSTIN
RANDALL TIMBERLAKE,

          Defendants.
_____/

> This motion/petition/application has
> been duly considered and is hereby
> GRANTED/DENIED this ___ day of
> October 19 99
>
> _____
> UNITED STATES DISTRICT JUDGE

## AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO MOTIONS FOR PRELIMINARY INJUNCTION AND COMPLAINT

Defendants, ZOMBA RECORDING CORPORATION, CLIVE CALDER,

JAMES LANCE BASS, JOSHUA SCOTT CHASEZ, JOSEPH ANTHONY FATONE,

JR., CHRISTOPHER ALAN KIRKPATRICK, and JUSTIN RANDALL TIMBERLAKE,

hereby respectfully request this Court to enter its order extending the time by which

Defendants have to respond to Plaintiffs' Motions for Preliminary Injunction and

Complaint up to and including Tuesday, November 2, 1999, and as grounds

therefor state:

     1.     On October 12, 1999, Plaintiffs filed their Complaint and Motions for

Preliminary Injunction.  Defendants were served on October 13, 1999.

COPIES MAILED
ON 29 Ctrber 19 99
BY _____
Deputy Clerk

99 OCT 29 PM 1: 06
CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO FLORIDA

FILED

SCANNED

2.      Based on the date of service, Defendants' response to the Motions for Preliminary Injunction is due to be filed and served on Wednesday, October 27, 1999 and their response to the Complaint is due to be filed and served on Tuesday, November 2, 1999.

3.      Defendants respectfully request this Court to extend the time by which Defendants have to respond to the Motions for Preliminary Injunction up to and including November 2, 1999, the same day Defendants' response to the Complaint is due to be filed and served.

4.      Counsel for Defendants have conferred with counsel for Plaintiffs and they have agreed to and authorized the filing of this motion and have no objection to the Court entering its order extending the time for Defendants to file and serve their response to Tuesday, November 2, 1999, absent prior order of the court.

WHEREFORE, Defendants, ZOMBA RECORDING CORPORATION, CLIVE CALDER, JAMES LANCE BASS, JOSHUA SCOTT CHASEZ, JOSEPH ANTHONY FATONE, JR., CHRISTOPHER ALAN KIRKPATRICK, and JUSTIN RANDALL TIMBERLAKE, respectfully request this Court to enter its order extending the time by which Defendants must file and serve their response to Plaintiffs' Motions for Preliminary Injunction and Complaint up to and including Tuesday, November 2, 1999.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished by facsimile and U.S. Mail, postage prepaid, to: **Steven M. Hayes, Esquire** and **Orin**

**Snyder, Esquire**, Parcher, Hayes & Snyder, P.C., 500 Fifth Avenue, 38th Floor, New York, New York 10110 and **William B. Wilson, Esquire**, Holland & Knight LLP, 200 S. Orange Avenue, Suite 2600, Post Office Box 1526, Orlando, Florida 32802-1526, *Attorneys for Plaintiffs BMG Entertainment and BMG Ariola Muechen GmbH;* and **Michael D. Friedman, Esquire** and **Sharon H. Stern, Esquire**, Parker Chapin Flattau & Klimpl, LLP, 1211 Avenue of the Americas, New York, New York, 10036 and **J. Cheney Mason, Esquire** and **William B. Pringle, III, Esquire**, 390 N. Orange Avenue, Suite 2100, Orlando, Florida 32801, *Attorneys for Plaintiffs, Trans Continental Records, Inc., Trans Continental Entertainment, Inc., and Louis J. Pearlman,* this 26th day of October, 1999.

David B. King
Florida Bar No. 0093426
Mayanne Downs
Florida Bar No. 754900
Thomas A. Zehnder
Florida Bar No. 0063274
KING, BLACKWELL & DOWNS, P.A.
Post Office Box 1631
Orlando, Florida 32802-1631
Telephone:   (407) 422-2472
Facsimile: (407) 648-0160


and

Philip Baker-Shenk
Helene Freeman
Richard Albert
DORSEY & WHITNEY, LLP
250 Park Avenue, 15th Floor
New York, NY 10177
Telephone: (212) 415-9200
Facsimile: (212) 953-7201

Counsel for Defendants
Bass, Chasez, Fatone, Jr., Kirkpatrick,
and Timberlake

Jeffrey D. Keiner
Florida Bar No. 181678
Frank Hamner
Florida Bar No. 0059153
GRAY, HARRIS & ROBINSON, P.A.
P.O. Box 3068
Orlando, Florida 32802-3068
Telephone: (407) 843-8880
Facsimile: (407) 244-5690

and

Gerard E. Harper
PAUL, WEISS, et al.
1258 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 373-2225

Counsel for Defendants
Zomba Recording Corporation and
Clive Calder