THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TRANS CONTINENTAL RECORDS, INC.,
BMG ENTERTAINMENT, BMG ARIOLA
MUENCHEN GmbH, TRANS CONTINENTAL
ENTERTAINMENT, INC., and LOUIS J.
PEARLMAN,

  Plaintiffs,

vs.

ZOMBA RECORDING CORPORATION,
CLIVE CALDER, JAMES LANCE BASS,
JOSHUA SCOTT CHASEZ, JOSEPH
ANTHONY FATONE, JR., CHRISTOPER
ALAN KIRKPATRICK and JUSTIN
RANDALL TIMBERLAKE,

  Defendants.
_____/

CIVIL ACTION NO.
99-1282-CIV-ORL-22C

## NOTICE OF FILING

COMES NOW the Plaintiffs, TRANS CONTINENTAL RECORDS, INC., TRANS CONTINENTAL ENTERTAINMENT, INC., and LOUIS J. PEARLMAN, by and through undersigned counsel, and files the Acceptance of Service of Helene Freeman, Esq. dated October 20, 1999.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail delivery this 27th day of October, 1999 to:

  William B. Wilson, Esq.
  Holland & Knight, LLP
  200 South Orange Avenue, Suite 2600
  Orlando, Florida 32802

  Jeffrey Keiner, Esq.
  Gray, Harris & Robinson, P.A.
  Post Office Box 3068
  201 East Pine Street, Suite 1200
  Orlando, Florida 32802

David B. King, Esq.
King, Blackwell & Downs, P.A.
Post Office Box 1631
Orlando, Florida  32802-1631

*[signature]*

WILLIAM B. PRINGLE, III, ESQUIRE
William B. Pringle, III, P.A.
Florida Bar No.:  0777986
390 North Orange Avenue
Suite 2100
Orlando, Florida  32801
Telephone No. (407) 843-3701
Facsimile No. (407) 650-1800
Attorney for Plaintiffs
TRANS CONTINENTAL RECORDS, INC.
TRANS CONTINTAL ENTERTAINMENT,
INC., and LOUIS J. PEARLMAN

2