UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION



CIVIL ACTION NO. 99-1282-CIV-ORL-22C

TRANS CONTINENTAL RECORDS, INC.,
BMG ENTERTAINMENT, BMG ARIOLA
MUENCHEN GmbH, TRANS CONTINENTAL
ENTERTAINMENT, INC., and LOUIS J. PEARLMAN,

    Plaintiffs,

vs.

ZOMBA RECORDING CORPORATION, CLIVE
CALDER, JAMES LANCE BASS, JOSHUA SCOTT
CHASEZ, JOSEPH ANTHONY FATONE, JR.,
CHRISTOPHER ALAN KIRKPATRICK, and
JUSTIN RANDALL TIMBERLAKE,

    Defendants.
_____/

## DEFENDANTS, ZOMBA RECORDING CORPORATION and CLIVE CALDER's, NOTICE OF FILING APPEARANCE OF NON-RESIDENT ATTORNEY AND DESIGNATION OF LOCAL COUNSEL PURSUANT TO LOCAL RULE 2.02

PLEASE TAKE NOTICE that the undersigned counsel, on behalf of Defendants, ZOMBA RECORDING CORPORATION and CLIVE CALDER, has filed with the Clerk of the aforementioned Court, the original Appearance of Non-Resident Attorney and Designation of Local Counsel Pursuant to Local Rule 2.02, for the following attorneys:

    1.    Gerard E. Harper;

    2.    Melanie H. Stein; and,

    3.    Robyn F. Tarnofsky.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was mailed via first class U.S. Mail on this 1st day of November, 1999, to:

**J. Cheney Mason, Esquire**
**William B. Pringle, III, Esquire**
390 North Orange Avenue, Suite 2100
Orlando, Florida 32801

**Michael D. Friedman, Esquire**
**Sharon H. Stern, Esquire**
Parke, Chapin, Flattau & Klinpl, LLP
1211 Avenue of the Americas
New York , New York 10033

**William B. Wilson, Esquire**
200 South Orange Avenue, Suite 2600
Orlando, Florida 32802-1526

**Steven M. Hayes, Esquire**
500 Fifth Avenue, 38th Floor
New York, New York 10110

**David B. King, Esquire**
**Mayanne Downs, Esquire**
**Thomas A. Zehnder, Esquire**
King, Blackwell & Downs, P.A.
Post Office Box 1631
Orlando, Florida 32802-1631
Co-Counsel for Defendants, Bass, Chasez, Fatone, Jr., Kirkpatrick, and Timberlake

**Philip Baker-Shenk, Esquire**
**Helene Freeman, Esquire**
**Richard Albert, Esquire**
Dorsey & Whitney, LLP
250 Park Avenue, 15th Floor
New York, New York 10177
Co-Counsel for Defendants, Bass, Chasez, Fatone, Jr., Kirkpatrick, and Timberlake

and

**Gerard E. Harper, Esquire**
Paul, Weiss, et al.
1258 Avenue of the Americas
New York, New York 10019-6064
Co-Counsel for Defendants, Zomba Recording Corporation and Clive Calder

JEFFREY D. KEINER, ESQUIRE
Florida Bar No. 181678
FRANK A. HAMNER, ESQUIRE
Florida Bar No. 0059153
GRAY, HARRIS & ROBINSON, P.A.
Suite 1200, 201 E. Pine Street
Post Office Box 3068
Orlando, Florida 32802-3068
Phone: (407) 843-8880
Attorneys for Defendants, ZOMBA
RECORDING CORPORATION and
CLIVE CALDER

CIVIL ACTION NO. 99-1282-CIV-ORL-22C
TRANS CONTINENTAL RECORDS, INC.,
BMG ENTERTAINMENT, BMG ARIOLA
MUENCHEN GmbH, TRANS CONTINENTAL
ENTERTAINMENT, INC., and LOUIS J. PEARLMAN,
vs.
ZOMBA RECORDING CORPORATION, CLIVE
CALDER, et al.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CIVIL ACTION NO. 99-1282-CIV-ORL-22C

TRANS CONTINENTAL RECORDS, INC.,
BMG ENTERTAINMENT, BMG ARIOLA
MUENCHEN GmbH, TRANS CONTINENTAL
ENTERTAINMENT, INC., and LOUIS J. PEARLMAN,

      Plaintiffs,
vs.

ZOMBA RECORDING CORPORATION, CLIVE
CALDER, JAMES LANCE BASS, JOSHUA SCOTT
CHASEZ, JOSEPH ANTHONY FATONE, JR.,
CHRISTOPHER ALAN KIRKPATRICK, and
JUSTIN RANDALL TIMBERLAKE,

      Defendants.
_____/

## APPEARANCE OF NON-RESIDENT ATTORNEY AND DESIGNATION OF LOCAL COUNSEL PURSUANT TO LOCAL RULE 2.02

Pursuant to Local Rule 2.02, I, **GERARD E. HARPER**, hereby appear on behalf of Defendants, ZOMBA RECORDING CORPORATION and CLIVE CALDER. I am presently a member of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, New York 10019. I am a member in good standing of the Bars of the State of New York and the District of Columbia; the United States District Courts of the Southern and Eastern Districts of New York; the U.S. Courts of Appeals for the Ninth, Second and D.C. Circuits; and the United States Supreme Court. I am not a resident of the State of Florida nor do I maintain a regular practice of law within this State.

For purposes of this case, and in compliance with Local Rule 2.02, I hereby designate the undersigned attorneys as local counsel in the instant action:

Local Counsel:   Jeffrey D. Keiner, Esquire
                 Frank A. Hamner, Esquire

Mailing Address: Gray, Harris & Robinson, P.A.
                 Post Office Box 3068
                 Orlando, Florida 32802

Telephone Number: (407) 843-8880

DATE: 10/30/99

Gerard E. Harper

## CONSENT OF DESIGNEE

I hereby consent to the designation and understand my obligations pursuant to Local Rule 2.02 of the United States District Court for the Middle District of Florida.

DATE: 11/1/99        Signature:

JEFFREY D. KEINER, ESQUIRE
Florida Bar No. 18678
FRANK A. HAMNER, ESQUIRE
Florida Bar No. 0059153
GRAY, HARRIS & ROBINSON, P.A.
Suite 1200, 201 E. Pine Street
Post Office Box 3068
Orlando, Florida 32802-3068
Phone: (407) 843-8880
Co-Counsel for Defendants, ZOMBA
RECORDING CORPORATION and
CLIVE CALDER

C:\WINDOWS\TEMP\HARPER~1.WPD

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CIVIL ACTION NO. 99-1282-CIV-ORL-22C

TRANS CONTINENTAL RECORDS, INC.,
BMG ENTERTAINMENT, BMG ARIOLA
MUENCHEN GmbH, TRANS CONTINENTAL
ENTERTAINMENT, INC., and LOUIS J. PEARLMAN,

    Plaintiffs,
vs.

ZOMBA RECORDING CORPORATION, CLIVE
CALDER, JAMES LANCE BASS, JOSHUA SCOTT
CHASEZ, JOSEPH ANTHONY FATONE, JR.,
CHRISTOPHER ALAN KIRKPATRICK, and
JUSTIN RANDALL TIMBERLAKE,

    Defendants.
_____/

## APPEARANCE OF NON-RESIDENT ATTORNEY AND DESIGNATION OF LOCAL COUNSEL PURSUANT TO LOCAL RULE 2.02

Pursuant to Local Rule 2.02, I, **MELANIE H. STEIN**, hereby appear on behalf of Defendants, ZOMBA RECORDING CORPORATION and CLIVE CALDER. I am presently associated with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, New York 10019. I am a member in good standing of the Bar of the State of New York and of the United States District Courts of the Southern and Eastern Districts of New York. I am not a resident of the State of Florida nor do I maintain a regular practice of law within this State.

For purposes of this case, and in compliance with Local Rule 2.02, I hereby designate the undersigned attorneys as local counsel in the instant action:

Local Counsel:          Jeffrey D. Keiner, Esquire
                        Frank A. Hamner, Esquire

Mailing Address:        Gray, Harris & Robinson, P.A.
                        Post Office Box 3068
                        Orlando, Florida 32802

Telephone Number:       (407) 843-8880

DATE: 10/28/99

_____
Melanie H. Stein

## CONSENT OF DESIGNEE

I hereby consent to the designation and understand my obligations pursuant to Local Rule 2.02 of the United States District Court for the Middle District of Florida.

DATE: 11/1/99               Signature: _____
                            JEFFREY D. KEINER, ESQUIRE
                            Florida Bar No. 181678
                            FRANK A. HAMNER, ESQUIRE
                            Florida Bar No. 0059153
                            GRAY, HARRIS & ROBINSON, P.A.
                            Suite 1200, 201 E. Pine Street
                            Post Office Box 3068
                            Orlando, Florida 32802-3068
                            Phone: (407) 843-8880
                            Co-Counsel for Defendants, ZOMBA
                            RECORDING CORPORATION and
                            CLIVE CALDER

F:\USR\BMCKAY\Zomba\Pleadings\stein.appearance.wpd

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CIVIL ACTION NO. 99-1282-CIV-ORL-22C

TRANS CONTINENTAL RECORDS, INC.,
BMG ENTERTAINMENT, BMG ARIOLA
MUENCHEN GmbH, TRANS CONTINENTAL
ENTERTAINMENT, INC., and LOUIS J. PEARLMAN,

    Plaintiffs,
vs.

ZOMBA RECORDING CORPORATION, CLIVE
CALDER, JAMES LANCE BASS, JOSHUA SCOTT
CHASEZ, JOSEPH ANTHONY FATONE, JR.,
CHRISTOPHER ALAN KIRKPATRICK, and
JUSTIN RANDALL TIMBERLAKE,

    Defendants.
_____/

## APPEARANCE OF NON-RESIDENT ATTORNEY AND DESIGNATION OF LOCAL COUNSEL PURSUANT TO LOCAL RULE 2.02

Pursuant to Local Rule 2.02, I, **ROBYN F. TARNOFSKY**, hereby appear on behalf of Defendants, ZOMBA RECORDING CORPORATION and CLIVE CALDER. I am presently associated with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, New York 10019. I am a member in good standing of the Bars of the State of New York and the Commonwealth of Massachusettes; and of the United States District Courts of the Southern and Eastern Districts of New York. I am not a resident of the State of Florida nor do I maintain a regular practice of law within this State.

For purposes of this case, and in compliance with Local Rule 2.02, I hereby designate the undersigned attorneys as local counsel in the instant action:

|  |  |
|---|---|
| Local Counsel: | Jeffrey D. Keiner, Esquire |
|  | Frank A. Hamner, Esquire |
| Mailing Address: | Gray, Harris & Robinson, P.A. |
|  | Post Office Box 3068 |
|  | Orlando, Florida 32802 |
| Telephone Number: | (407) 843-8880 |

DATE: 10·28·99

Robyn F. Tarnofsky

## CONSENT OF DESIGNEE

I hereby consent to the designation and understand my obligations pursuant to Local Rule 2.02 of the United States District Court for the Middle District of Florida.

DATE: 11/1/95

Signature:

JEFFREY D. KEINER, ESQUIRE
Florida Bar No. 181678
FRANK A. HAMNER, ESQUIRE
Florida Bar No. 0059153
GRAY, HARRIS & ROBINSON, P.A.
Suite 1200, 201 E. Pine Street
Post Office Box 3068
Orlando, Florida 32802-3068
Phone: (407) 843-8880
Co-Counsel for Defendants, ZOMBA RECORDING CORPORATION and CLIVE CALDER

F:\USR\BMCKAY\Zomba\Pleadings\tarnofsky.appearance.wpd