FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA -- ORLANDO DIVISION

99 NOV -2  PM 4: 00

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TRANS CONTINENTAL RECORDS, INC., BMG
ENTERTAINMENT, BMG ARIOLA MUENCHEN
GmbH, TRANS CONTINENTAL ENTERTAINMENT,
INC., and LOUIS J. PEARLMAN,

                                Plaintiffs,

                          v.

ZOMBA RECORDING CORPORATION, CLIVE
CALDER, JAMES LANCE BASS, JOSHUA SCOTT
CHASEZ, JOSEPH ANTHONY FATONE, JR.,
CHRISTOPHER ALAN KIRKPATRICK, and JUSTIN
RANDALL TIMBERLAKE,

                               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No.
99-1282-Civ-Orl-22C

**DECLARATION OF
ELLIOT GOLDMAN IN
OPPOSITION TO
PLAINTIFFS' MOTION
FOR A PRELIMINARY
INJUNCTION**

      ELLIOT GOLDMAN,  pursuant to 28 U.S.C. § 1746, declares under

penalty of perjury:

      1.     I am the president of The Elliot Goldman Group, a New York-

based consulting firm specializing in the music industry.   I have spent over thirty years

in senior management in the music business, including a stint as president and chief

executive officer of BMG Music Group.   I have reviewed the declarations submitted by

plaintiffs in this action and have been asked to address certain claims made in those

declarations concerning alleged irreparable injury.   I submit this expert declaration to

oppose plaintiffs' motion for a preliminary injunction.

28

*My Background*

      2.      I am a graduate of Cornell University and Columbia Law School. I began my career in the music business in 1967, when I joined CBS Records (now known as Sony Music) as Director of Business Affairs, and ultimately became Administrative Vice President of that company. I remained at CBS Records until 1974, during which time I had direct responsibility for the U.S. record group's business affairs, A&R administration, and music publishing operations. In 1974, I joined Arista Records as Executive Vice President and General Manager. From 1974 until April 1982, I had direct responsibility for all of Arista's business activities, including supervision of the company's U.S. sales and distribution, music publishing, foreign operations and licensing, and financing. In April 1982, I became a Senior Vice President of Warner Communications and in that position had broad responsibility for recorded music and music publishing activities. In 1985, I became president and chief executive officer of BMG Music, the entity encompassing the worldwide operations of, among others, the Arista and RCA record labels. I served in that capacity until 1987, when I formed The Elliot Goldman Group.

      3.      My company today is involved in organizing, negotiating and structuring start-up companies and joint ventures; negotiating production and distribution contracts; and advising major and independent music companies on financial and business matters. I have occasionally appeared as an expert witness in various legal proceedings on the practices and procedures of the music industry as well as in assessing the value of music and record catalogs and companies. I have served on the board of directors of

the Recording Industry Association of America and of the Rock and Roll Hall of Fame.

**Structure of the Music Industry**

4.    In brief outline, the music business today is comprised of five major record companies -- BMG Music, EMI, Sony Music, Universal and Warner Music -- and numerous small independent labels.  (There were six majors until last year, when Universal acquired Polygram.)  Each of the five major record companies is a fully integrated international conglomerate.  Each is multi-billion-dollar enterprise engaged in the production, marketing and distribution of records around the world.  The five majors, including BMG Music, have an extensive array of recording artists under contract, and very large "artist & repertoire" (or "A&R") departments that monitor, sign and work with artists.  Each of the majors, including BMG Music, also has a large catalog of previously released records.  Each has a substantial worldwide distribution network, including very substantial sales and marketing forces.  It is fair to say that, together, the five majors dominate the music industry.

5.    Market share data illustrate my point.  According to Soundscan, a measurement of sales which is widely accepted in the industry as an indicator of market share, the five majors have together accounted for 85% of all record sales to date in 1999.  (Ex. A)  Of the 100 top-selling albums on the Billboard 200 for the week of October 30, 1999, over 90 were distributed by one of the five majors.  (Ex. B)  BMG Music, which is currently the second largest of the majors in market share, was responsible for 23 of these top-selling albums, including four of the top-selling ten: Santana on the Arista label, Creed on the Wind-Up label, and Christina Aguilera and Lou Bega on the RCA label.  According to BMG Music's Web site, the company's catalog

includes no fewer than 338 artists who have attained gold or platinum record sales (meaning sales of at least 500,000 albums). (Ex. C)

6. This success is not ephemeral. In the last thirty years, the importance and influence of the majors in the music industry have only increased. Thirty years ago, when the industry was less concentrated, the market shares of individual labels varied with changing musical trends. Today, the strength of the majors is not dependent on particular musical trends, and certainly not on particular artists. Major trends one year -- whether disco or rap or hip hop or acid rock or techno -- fade in popularity the next. Top-selling artists quickly disappear from the charts; few of the names on the *Billboard* charts today were known, let alone listed, as recently as five years ago. But year after year, the majors remain as the leading producers and distributors of records.

### The Impact of Losing an Artist

7. Declarants for plaintiffs state that the loss of 'N SYNC will have a "potentially devastating" effect on BMG Music and its label RCA. According to plaintiffs, RCA's loss of an artist will injure its "credibility" because the industry will perceive that RCA is "at fault." This, the declarants say, might possibly affect RCA's "access" to its "lifeline" to end consumers. It is also said that RCA's loss of 'N SYNC could affect its ability to attract new artists.

8. I do not agree with these assertions, nor do I believe that other persons with experience in the music industry would agree with them.

9. RCA is one of the oldest and best established record labels in the world. It is one of the two major labels (together with Arista) wholly owned by BMG Music, a giant international company with an enormous roster of successful artists and

extraordinary resources.  BMG Music and RCA, like the other majors, have the financial wherewithal and the industry clout to assure them ready access to consumers of music (through retail stores, radio stations, television outlets and otherwise) and to other artists, both established artists and unknown ones.  No retailer, wholesaler, radio station or television outlet would ever decline to deal with BMG Music or RCA, and certainly not because a particular artist no longer happened to record on a BMG Music label.  These outlets heavily depend on the majors, including BMG Music, to provide the content for their shelves, airtime, and telecasts.  They cannot afford to foreclose access to BMG Music, nor would there be any reason for them to do so based on one artist's decision to sign with some other label.  Likewise, no artist would refuse the chance to record for BMG Music or RCA.

       10.    Thus, the loss of any one artist, even a group as currently successful as 'N SYNC, will have no effect on RCA's and BMG Music's standing in the music industry, its ability to attract artists, or its access to consumers. It is not uncommon for major record companies to "lose" recording artists.  Some of the world's most prominent recording artists have changed record labels at one time in their careers, including such well-known stars as Paul Simon, James Taylor, Tom Petty, Boston, REM, Aerosmith, John Mellencamp, Lionel Ritchie, Prince, Elvis Costello, The Rolling Stones, Elton John, Anita Baker, Luther Vandross, Neil Diamond, Van Morrison, Nirvana, Donna Summer and Bonnie Raitt.  There is intense competition among the majors to sign recording acts, and they fight over artists all the time.  I know of no instance, nor do I believe there is any such instance, in which one artist's decision to change labels materially affected the ability of a major record label to attract new stars or to maintain

its ability to market and promote their remaining artists. The majors are simply too big, and too well established in the industry, for the loss of any one artist to have such an effect.

### The Consumer's Association with a Record Label

11.   Plaintiffs' declarants also assert that 'N SYNC is associated with RCA in the mind of the public and the industry. I do not agree with this assertion.

12.   Nobody in the music business, in my experience, believes that consumers associate a particular artist with a particular label. Consumers do not purchase records based on the company that releases those records. Nor, in general, are consumers even aware of the label on which a particular artist records. In the past, there may have been particular labels that have carried special associations for sophisticated consumers of records in certain genres, primarily in jazz (on the Verve label, for instance) or classical music (Polygram). Occasionally, too, a label comes to signify a particular sound in popular music, such as Motown. But for the vast majority of consumers, a label such as RCA or Arista or Columbia or Warner or Elektra means nothing. People buy artists and sound; they do not buy labels.

13.   The record labels know this. The overwhelming majority of expenditures made by record companies on marketing and promotion of records is devoted to the marketing and promotion of the artist; little if any is spent on label promotion. Print ads, store displays, videos, radio plays and other promotional materials prominently feature the artists and the songs and the sound, with only passing mention, if any, of the label releasing the album. This reflects the industry's understanding that

consumers make their purchasing decisions based on the artist and not on the label that releases the record.

14.     This is especially true in pop music, the genre into which 'N SYNC falls.  In broad outline, the pop music segment of the music industry refers to young performers who record melodic, upbeat music, usually accompanied by glamorous videos and elaborate stage presentations.  Today, this genre encompasses a broad number of artists, including groups such as the Backstreet Boys, 'N SYNC, and 98 Degrees, as well as solo performers such as Britney Spears, Jewel, Monica and Christina Aguilera.  The typical audience for the pop music sound are young people, primarily female, in the age range of 12 to 22 years.  These young consumers rarely if ever have any idea of the name of the label that records their favorite artist.  They associate the artists with their names and their sound, and they buy records based on that association alone.

15.     Nor does the "industry" associate particular artists with particular labels in any meaningful sense of consequence in these circumstances.  Having reviewed the declarations submitted by BMG Music's RCA executives, I see nothing in those declarations to indicate that BMG Music did anything more for 'N SYNC than any other record label would do for one of its artists.  BMG Music produced, marketed and distributed 'N SYNC's releases, just as BMG Music and other record companies produce, market and distribute the albums of numerous other recording artists.  Doing so does not create some indelible "association" between the artist and the label in the "industry" that could lead to confusion in the industry.  On such a theory, a label could argue that its artists are perpetually bound to the label, regardless of the term of the relevant recording agreement, because otherwise the industry would be confused.

16.    I do not believe that the loss of an artist to a label, especially a label as well established in the industry as RCA, could have an impact on the label beyond the monetary value of the lost sales of the artist's next release.  It is conceivable that a label's loss of a longstanding artist of extraordinary stature and longevity in the industry -- Barbra Streisand's thirty-year history with the Columbia label comes to mind -- could result in some embarrassment for that label.  But even the loss of an artist such as this would not have an "incalculable" or "devastating" impact on an established label, as the loss of the artists I note above attests.  Thus, with all respect, it is simply not credible to assert that the loss of 'N SYNC, whose popularity is so recent and so subject to rapid change, could have any detectible effect on an established label beyond the loss of sales from 'N SYNC's next release.

### The Adverse Impact of Delay on 'N SYNC's Career

17.    Young consumers of records are extremely fickle.  No segment of the music industry changes more quickly than the pop music segment.  Careers in this segment of the industry are notoriously short-lived, even for artists who initially experience phenomenal success.  Competition for the teenage and young adult audience is intense, and the subject of constantly changing trends.  Just a few years ago, groups such as 'N SYNC had little appeal to these fans, and its current appeal could change very rapidly.

18.    Timing is everything.  In the pop music segment, it is vital for a group such as 'N SYNC to be actively recording and releasing records while the group is "hot."  Even with those releases, the possibility exists that its audience will evaporate;

without the releases, this is very likely to occur. Thus, any significant delay in plans for record releases while a pop group is "hot" could well doom that group's career.

19.      Hence, while BMG Music and RCA's market strength is not fleeting, the popularity of 'N SYNC could well be. Plaintiffs assert that allowing 'N SYNC to record on Zomba could result in irreparably damaging plaintiffs' alleged rights in 'N SYNC. I do not believe that this is true, for at least two reasons:

a)      First, while I respect BMG Music and RCA, Zomba is at least their equal as a producer of records in the pop music segment. Zomba's recent record shows as much. Two of the top pop music artists in the business today are the Backstreet Boys and Britney Spears, both of whom record on a Zomba label called Jive and who are two of the top five on the *Billboard* charts today. Other very successful artists recording for Zomba in the pop music segment include Too $hort, R.Kelly and Mystikal. (I attach as Exhibit D a copy of a story from the most recent issue of *Billboard* concerning Zomba's success in this segment.) Moreover, Zomba is well known in the industry for its relationships with top pop music producers such as Cherion, which has produced 'N SYNC's recordings in the past. Zomba's success in this pop music segment attests to its abilities as a producer of records fully capable of maintaining and enhancing 'N SYNC's status as recording artists.

b)      Second, as the industry knows, 'N SYNC's decision to record with Zomba will have no effect on distribution of 'N SYNC's albums, because BMG Music is the U.S. distributor of Zomba's releases. This means that the same sales force that currently sells 'N SYNC albums will continue to do so, and the same distribution force that physically packages and ships the albums will stay in place. Thus,

it is difficult to see how 'N SYNC's recording with Zomba could adversely affect the value of 'N SYNC in the marketplace.

**Conclusion**

        20.    In sum, in my opinion, there is no basis to believe that 'N SYNC's decision to sign a recording agreement with Zomba will adversely affect BMG Music or RCA in any way other than the loss of sales of future 'N SYNC recordings.  I do not believe that BMG Music's "loss" of 'N SYNC will impair or even affect that company's ability to compete in the music business, nor engender any confusion in the marketplace. Nor do I believe that any risk exists that Zomba, which is distributed in the marketplace by BMG Music, will do anything but maintain and enhance the quality and image of 'N SYNC.  On the other hand, I believe that any material delay in the furtherance of 'N SYNC's recording career could have potentially serious adverse consequences for the group's career and 'N SYNC's ability to generate sales, royalties and profits.  Indeed, if plaintiffs are correct about the merits of their claims, precluding 'N SYNC from recording in a timely manner can only impair the ability of the court to measure and award damages.

        Executed on November 1, 1999 in _____*Rye*_____ , New York

_____
Elliot Goldman



Marketing Report: Label Share - Units - Year to Date

## Albums

|  | Total | Cass | CD | LP | CDr | MD |
|---|---|---|---|---|---|---|
|  | % | % | % | % | % | % |
| Warner Bros | 6.35 | 5.16 | 6.57 | .87 | .00 | .11 |
| The Atlantic Group | 6.18 | 5.57 | 6.30 | 1.72 | .00 | .14 |
| Atlantic | 3.90 | 3.09 | 4.05 | 1.29 | .00 | .14 |
| Rhino | 1.33 | 1.07 | 1.38 | .42 | .00 | .00 |
| CURB | .94 | 1.41 | .87 | .00 | .00 | .00 |
| Elektra Entertainmnt | 2.96 | 3.13 | 2.93 | 2.35 | .00 | .28 |
| Elektra | 2.38 | 2.32 | 2.40 | 1.99 | .00 | .26 |
| East West | .36 | .49 | .34 | .36 | .00 | .02 |
| Other Elektra | .21 | .32 | .19 | .00 | .00 | .00 |
| WEA Latina | .24 | .29 | .23 | .00 | .00 | .00 |
| All American | .02 | .01 | .02 | .00 | .00 | .00 |
| Others | .46 | .45 | .46 | .08 | .00 | .01 |
| Total WEA | 16.21 | 14.62 | 16.52 | 5.01 | .00 | .54 |
|  |  |  |  |  |  |  |
| Arista | 4.53 | 4.27 | 4.57 | 4.16 | .00 | .00 |
| Bad Boy | .68 | .74 | .66 | 2.09 | .00 | .00 |
| La Face | 1.06 | 1.04 | 1.06 | 1.23 | .00 | .00 |
| Time Bomb | .04 | .02 | .05 | .14 | .00 | .00 |
| RCA | 2.37 | 1.89 | 2.46 | 1.65 | .00 | .00 |
| Loud | .09 | .15 | .07 | 1.40 | .00 | .00 |
| RLG | .90 | 1.42 | .81 | .00 | .00 | .00 |
| BMG Classics | .57 | .38 | .61 | .01 | .00 | .00 |
| BMG U.S. Latin | .36 | .47 | .34 | .04 | .00 | .00 |
| Zomba Group | 4.10 | 4.57 | 4.02 | 2.43 | .00 | .00 |
| Jive | 3.64 | 3.91 | 3.60 | 2.11 | .00 | .00 |
| Volcano | .24 | .19 | .25 | .32 | .00 | .00 |
| Gospel/Christian | .19 | .45 | .14 | .00 | .00 | .00 |
| Windham Hill | .41 | .26 | .44 | .00 | .00 | .00 |
| Windham Hill | .24 | .10 | .27 | .00 | .00 | .00 |
| Private Music | .17 | .15 | .17 | .00 | .00 | .00 |
| V2 | .11 | .05 | .12 | .45 | .00 | .00 |
| V2 Records | .07 | .00 | .08 | .20 | .00 | .00 |
| Gee Street Rec. | .04 | .05 | .04 | .26 | .00 | .00 |
| Robbins Ent. | .03 | .03 | .03 | .00 | .00 | .00 |
| Wind-up Ent. | .36 | .25 | .38 | .02 | .00 | .00 |
| Restless | .07 | .05 | .08 | .02 | .00 | .00 |
| Razor & Tie | .24 | .21 | .25 | .00 | .00 | .00 |
| CMC International | .09 | .08 | .09 | .00 | .00 | .00 |
| Vel Vel | .02 | .00 | .02 | .00 | .00 | .00 |
| Red Ant | .04 | .04 | .04 | .05 | .00 | .00 |
| Others | .99 | 1.31 | .93 | .91 | .00 | .00 |
| Total BMG | 15.19 | 15.28 | 15.19 | 9.75 | .00 | .00 |

Copyright (c) 1999 by SoundScan, Inc. All rights reserved.

Marketing Report: Label Share - Units - Year to Date

## Albums

| | Total | Cass | CD | LP | CDr | MD |
|---|---|---|---|---|---|---|
| | % | % | % | % | % | % |
| I.G.A | 6.56 | 5.51 | 6.75 | 6.16 | .22 | 5.25 |
|    Interscope | 3.90 | 3.30 | 4.00 | 5.44 | .00 | 5.25 |
|    Geffen | 1.70 | 1.36 | 1.77 | .41 | .00 | .00 |
|    A&M | .96 | .86 | .98 | .30 | .22 | .00 |
| Island/Mercury/DefJm | 5.72 | 6.02 | 5.66 | 8.94 | .00 | .01 |
|    Def Jam | 2.31 | 2.97 | 2.19 | 6.86 | .00 | .01 |
|    Island | 1.54 | 1.30 | 1.58 | 1.41 | .00 | .00 |
|    Mercury | 1.22 | 1.26 | 1.22 | .34 | .00 | .00 |
|    Rounder | .23 | .23 | .23 | .05 | .00 | .00 |
|    Capricorn | .25 | .09 | .28 | .03 | .00 | .00 |
|    Distributed Label | .16 | .16 | .16 | .25 | .00 | .00 |
| MCA Records | 2.75 | 2.69 | 2.76 | 2.55 | .00 | .00 |
| Universal Records Gr | 3.55 | 4.06 | 3.47 | .33 | .00 | .00 |
| MCA Records Nashvill | .91 | 1.68 | .78 | .58 | .00 | .00 |
| Mercury Records Nash | 1.14 | 1.71 | 1.05 | .01 | .00 | .00 |
| The Verve Group | .64 | .17 | .72 | .40 | .00 | .00 |
|    Verve | .33 | .08 | .38 | .01 | .00 | .00 |
|    GRP | .26 | .05 | .30 | .39 | .00 | .00 |
|    GTS | .04 | .04 | .05 | .00 | .00 | .00 |
| Classics | 1.12 | .64 | 1.21 | .00 | .00 | .00 |
| Universal Latino | .12 | .13 | .12 | .09 | .00 | .00 |
| Latino | .09 | .11 | .09 | .00 | .00 | .00 |
|    Latino | .00 | .00 | .00 | .00 | .00 | .00 |
|    Karen | .02 | .02 | .02 | .00 | .00 | .00 |
|    Rodven | .07 | .09 | .06 | .00 | .00 | .00 |
| Max Music | .05 | .03 | .05 | .00 | .00 | .00 |
| RMM | .08 | .09 | .08 | .00 | .00 | .00 |
| Hollywood Records | .69 | .41 | .74 | .19 | .00 | .00 |
|    Hollywood | .63 | .39 | .67 | .01 | .00 | .00 |
|    Mammoth | .06 | .02 | .07 | .18 | .00 | .00 |
| Disney/Buena Vista | .78 | 2.59 | .46 | .00 | .00 | .00 |
| H.O.L.A. | .01 | .01 | .01 | .00 | .00 | .00 |
| CURB | .09 | .06 | .09 | .00 | .00 | .00 |
|    Curb/MCA Los Ange | .05 | .02 | .05 | .00 | .00 | .00 |
|    Curb/MCA Nashvill | .04 | .04 | .04 | .00 | .00 | .00 |
|    Curb/Universal | .00 | .00 | .00 | .00 | .00 | .00 |
| Platinum | .09 | .19 | .08 | .00 | .00 | .00 |
|    CGI | .09 | .19 | .08 | .00 | .00 | .00 |
|    River North | .00 | .00 | .00 | .00 | .00 | .00 |
| Sonic Images/Earthtn | .01 | .00 | .02 | .00 | .00 | .00 |
| Thump | .11 | .15 | .10 | .41 | .00 | .00 |
| Universal Special Mk | .92 | 1.43 | .83 | .01 | .00 | .00 |
| Varese | .12 | .01 | .14 | .00 | .00 | .00 |
| Trinity Records | .00 | .01 | .00 | .00 | .00 | .00 |
| Others | 1.35 | .50 | 1.50 | .91 | 20.51 | .00 |
|    Total UMVD | 26.92 | 28.18 | 26.71 | 20.55 | 20.73 | .05 |

Copyright (c) 1999 by SoundScan, Inc. All rights reserved.

Marketing Report: Label Share - Units - Year to Date

### Albums

| | Total | Cass | CD | LP | CDr | MD |
|---|---|---|---|---|---|---|
| | % | % | % | % | % | % |
| Capitol Records Grou | 4.80 | 4.45 | 4.87 | 2.71 | .00 | .39 |
| Angel/Blue Note | .62 | .14 | .70 | .74 | .00 | .00 |
| Christian Music G | .32 | .50 | .29 | .00 | .00 | .00 |
| EMI Latin | .62 | 1.08 | .54 | .00 | .00 | .00 |
| Priority | 1.95 | 2.94 | 1.78 | 2.73 | .00 | .00 |
| Virgin | 2.09 | 1.56 | 2.19 | 1.21 | .00 | .00 |
| Right Stuff/Special | .52 | .90 | .45 | .00 | .00 | .00 |
| Unidentified | .55 | .41 | .57 | 3.22 | .00 | .00 |
| Others | .10 | .04 | .10 | .38 | .00 | .00 |
| Total EMD | 10.01 | 10.31 | 9.96 | 10.24 | .00 | .39 |
| | | | | | | |
| Columbia | 8.46 | 8.14 | 8.52 | 4.27 | .00 | 47.51 |
| Epic | 4.99 | 5.12 | 4.96 | 2.96 | .00 | 43.35 |
| Sony Classical | .86 | .79 | .88 | .00 | .00 | 6.70 |
| Sony Discos | .95 | 1.30 | .88 | .00 | .00 | .02 |
| Others | .11 | .02 | .13 | .08 | .00 | .56 |
| Total Sony | 15.36 | 15.38 | 15.36 | 7.31 | .00 | 98.15 |

Copyright (c) 1999 by SoundScan, Inc. All rights reserved.

```
                                              Page  4
Marketing Report: Label Share - Units - Year to Date    Starting    01/04/99
                                              Week Ending 10/17/99
```

Albums

| | Total | Cass | CD | LP | CDr | MD |
|---|---|---|---|---|---|---|
| | % | % | % | % | % | % |
| Disneyland/Buena Vis | .12 | .45 | .06 | .00 | .00 | .00 |
| Madacy Records/Excel | 1.37 | 1.42 | 1.37 | .00 | .00 | .00 |
| Tommy Boy | .89 | .77 | .91 | 2.40 | .00 | .00 |
| Loud | .41 | .50 | .39 | 1.71 | .00 | .00 |
| Laserlight/Delta | .20 | .03 | .23 | .00 | .00 | .00 |
| KTEL/qwil | .31 | .52 | .28 | .00 | .00 | .00 |
| Essex | .08 | .09 | .08 | .00 | .00 | .00 |
| Epitaph Records | .31 | .10 | .35 | 1.29 | .00 | .00 |
| American Gramaphone | .03 | .04 | .02 | .00 | .00 | .00 |
| TVT | .31 | .17 | .33 | .63 | .00 | .00 |
| Rounder | .02 | .01 | .02 | .00 | .00 | .00 |
| Fonovisa | .48 | 1.00 | .39 | .00 | .00 | .00 |
| Fantasy | .22 | .20 | .22 | 1.10 | .00 | .00 |
| SMSP | .27 | .56 | .22 | .00 | .00 | .00 |
| Profile | .01 | .01 | .01 | .14 | .00 | .00 |
| Ryko | .02 | .00 | .02 | .01 | .00 | .08 |
| Warlock/Quality | .22 | .30 | .20 | .15 | .00 | .00 |
| Ichiban | .03 | .06 | .02 | .00 | .00 | .00 |
| Telarc | .08 | .01 | .09 | .00 | .00 | .00 |
| Taang/Caroline | .06 | .02 | .07 | .61 | .00 | .00 |
| Roadrunner/Roadracer | .24 | .15 | .26 | .08 | .00 | .00 |
| Intersound/Solo Jam | .22 | .22 | .22 | .01 | .00 | .00 |
| Pro arte/Pro jazz | .03 | .02 | .03 | .00 | .00 | .00 |
| Gusto | .06 | .27 | .02 | .00 | .00 | .00 |
| Sub pop | .05 | .01 | .06 | .71 | .00 | .00 |
| Malaco/Muscle Shoals | .07 | .24 | .04 | .01 | .00 | .00 |
| Masters | .02 | .00 | .02 | .00 | .00 | .00 |
| Shanachie | .09 | .03 | .10 | .00 | .00 | .00 |
| Pandisc | .04 | .03 | .04 | .01 | .00 | .00 |
| Alligator | .04 | .01 | .05 | .00 | .00 | .00 |
| New town | .01 | .01 | .01 | .00 | .00 | .00 |
| Nervous Records | .01 | .01 | .01 | 1.34 | .00 | .00 |
| Michele | .01 | .04 | .00 | .00 | .00 | .00 |
| Matador | .06 | .00 | .07 | 1.83 | .00 | .00 |
| DM Records | .03 | .04 | .03 | .00 | .00 | .00 |
| VP Records | .14 | .16 | .13 | 3.79 | .00 | .00 |
| Select | .01 | .02 | .01 | .00 | .00 | .00 |
| SST | .02 | .01 | .02 | .37 | .00 | .00 |
| Metal Blade | .06 | .03 | .06 | .00 | .00 | .00 |
| Mammoth Records | .01 | .00 | .01 | .07 | .00 | .00 |
| Step One Records | .01 | .01 | .00 | .00 | .00 | .00 |
| Green Linnet Records | .00 | .00 | .00 | .00 | .00 | .00 |
| MICMAC Records | .00 | .00 | .00 | .00 | .00 | .00 |
| Vanguard-pop | .01 | .00 | .01 | .00 | .00 | .00 |
| Oh boy | .01 | .00 | .01 | .00 | .00 | .00 |
| R.A.D. | .02 | .01 | .02 | .06 | .00 | .00 |
| Oglio | .01 | .00 | .01 | .00 | .00 | .00 |
| Highland Records | .00 | .00 | .00 | .00 | .00 | .00 |
| Earache | .01 | .00 | .01 | .00 | .00 | .00 |
| Fat Wreck Chords | .10 | .02 | .12 | .38 | .00 | .00 |
| Lil Joe | .05 | .08 | .05 | .41 | .00 | .00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| R.E.X. | .00 | .00 | .00 | .00 | .00 | .00 |
| Shrapnel | .01 | .00 | .01 | .00 | .00 | .00 |
| Streetbeat | .01 | .00 | .01 | .00 | .00 | .00 |

Copyright (c) 1999 by SoundScan, Inc. All rights reserved.

Marketing Report: Label Share - Units - Year to Date

### Albums

| | Total | Cass | CD | LP | CDr | MD |
|---|---|---|---|---|---|---|
| | % | % | % | % | % | % |
| Triple X | .01 | .00 | .01 | .03 | .00 | .00 |
| Tristar Music | .01 | .00 | .01 | .00 | .00 | .00 |
| Caroline | .15 | .03 | .17 | .91 | .00 | .00 |
| Thump | .01 | .01 | .01 | .04 | .00 | .00 |
| Touchwood/Zero Hour | .00 | .00 | .00 | .03 | .00 | .00 |
| Classified Records | .00 | .00 | .00 | .00 | .00 | .00 |
| NAXOS | .11 | .00 | .13 | .00 | .00 | .00 |
| Astralwerks | .08 | .01 | .09 | .95 | .00 | .00 |
| Simitar | .19 | .17 | .19 | .00 | .00 | .00 |
| Collectables Records | .06 | .03 | .06 | .00 | .00 | .00 |
| Righteous Babe | .08 | .03 | .09 | .00 | .00 | .00 |
| NPG | .02 | .00 | .02 | .00 | .00 | .00 |
| Cleopatra | .09 | .00 | .10 | .00 | .00 | .00 |
| Primitive/Rawkus | .00 | .00 | .00 | .17 | .00 | .00 |
| Moonshine Records | .08 | .02 | .09 | .05 | .00 | .00 |
| Koch Records | .31 | .21 | .33 | .00 | .00 | .00 |
| Edel America Records | .03 | .02 | .03 | .00 | .00 | .00 |
| Metropolitan Records | .01 | .02 | .01 | .00 | .00 | .00 |
| Original Sound Rec | .04 | .07 | .03 | .00 | .00 | .00 |
| Victory Records | .02 | .00 | .03 | .23 | .00 | .00 |
| Joy/Joey Records | .03 | .12 | .01 | .00 | .00 | .00 |
| Nitro Records | .03 | .01 | .03 | .17 | .00 | .00 |
| Peter Pan Industries | .01 | .02 | .01 | .00 | .00 | .00 |
| Putumayo | .04 | .01 | .04 | .00 | .00 | .00 |
| Mute | .02 | .00 | .02 | .19 | .00 | .00 |
| Instinct | .03 | .00 | .03 | .00 | .00 | .00 |
| Strictly Rhythm | .00 | .00 | .00 | .18 | .00 | .00 |
| Fully Loaded | .02 | .03 | .02 | .00 | .00 | .00 |
| Beggars Banquet | .03 | .00 | .03 | .02 | .00 | .00 |
| Touch & Go | .02 | .00 | .02 | .50 | .00 | .00 |
| V-Wax | .01 | .01 | .01 | .00 | .00 | .00 |
| NRG Records | .00 | .00 | .00 | .00 | .00 | .00 |
| Time Life Music | .01 | .00 | .01 | .00 | .00 | .00 |
| Others | 7.92 | 7.69 | 7.91 | 26.55 | 79.27 | .79 |
| Total Others | 16.31 | 16.24 | 16.26 | 47.14 | 79.27 | .87 |

Copyright (c) 1999 by SoundScan, Inc. All rights reserved.

```
                                              Page  6
Marketing Report: Label Share - Units - Year to Date   Starting    01/04/99
                                              Week Ending 10/17/99
```

```
                           Albums
                     -----------------------------------
                     Total  Cass   CD    LP    DVD    MD
                     -----  -----  -----  -----  -----  -----
                       %      %      %      %      %      %

Warner Elektra Atlantic Corp  16.21 14.62 16.52  5.01   .00    .54
Alternative Dist. Alliance      .98   .40  1.01  5.50   .00    .00
    Warner Music Group        17.19 15.02 17.53 10.51   .00    .54

BMG Distribution              15.19 15.28 15.19  9.75   .00    .00
    Bertelsman Music Group    15.19 15.28 15.19  9.75   .00    .00

Universal Music Video Dist    26.92 28.18 26.71 20.55 20.73    .05
    Universal Music Group     26.92 28.18 26.71 20.55 20.73    .05

EMI Music Distribution        10.01 10.31  9.96 10.24   .00    .39
Caroline                        .15   .03   .17   .91   .00    .00
    EMI Music                 10.16 10.34 10.13 11.15   .00    .39

Sony Music Distribution       15.36 15.38 15.36  7.31   .00  98.15
RED                            1.10   .96  1.14  1.97   .00    .00
    Loud                        .51   .57   .50  1.74   .00    .00
SMSP                            .27   .56   .22   .00   .00    .00
    SONY Music Entertainment  16.73 16.90 16.71  9.28   .00  98.15

    All Others                13.81 14.29 13.72 38.76 79.27    .87
```

Copyright (c) 1999 by SoundScan, Inc. All rights reserved.



# THE Billboard 200

THE TOP-SELLING ALBUMS COMPILED FROM A NATIONAL SAMPLE OF RETAIL STORE, MASS MERCHANT, AND INTERNET SALES REPORTS COLLECTED, COMPILED, AND PROVIDED BY SoundScan

**OCTOBER 30, 1999**

| THIS WEEK | LAST WEEK | 2 WKS AGO | WKS ON CHART | ARTIST — IMPRINT & NUMBER/DISTRIBUTING LABEL (SUGGESTED LIST PRICE OR EQUIVALENT FOR CASSETTE/CD) — TITLE | PEAK POSITION |
|---|---|---|---|---|---|
| | | | | **★ No. 1 ★** | |
| 1 | 2 | 4 | 18 | SANTANA A³ ARISTA 19080 (11.98/17.98)   1 week at No. 1   SUPERNATURAL | 1 |
| 2 | 1 | 1 | 3 | CREED WIND-UP 13053* (11.98/17.98)   HUMAN CLAY | 1 |
| 3 | 3 | 5 | 22 | BACKSTREET BOYS A⁸ JIVE 41672 (11.98/17.98)   MILLENNIUM | 1 |
| | | | | **★ GREATEST GAINER ★** | |
| 4 | 9 | 13 | 8 | LOU BEGA A RCA 67887 (10.98/16.98)   A LITTLE BIT OF MAMBO | 4 |
| 5 | 7 | 7 | 40 | BRITNEY SPEARS A⁷ JIVE 41651 (11.98/17.98)   ...BABY ONE MORE TIME | 1 |
| 6 | 8 | 6 | 8 | CHRISTINA AGUILERA A² RCA 67690 (10.98/16.98)   CHRISTINA AGUILERA | 1 |
| 7 | 10 | 10 | 42 | KID ROCK A⁴ LAVA/ATLANTIC 83119*/AG (10.98/17.98)   DEVIL WITHOUT A CAUSE | 4 |
| 8 | 11 | 11 | 17 | LIMP BIZKIT A² FLIP 490335*/INTERSCOPE (11.98/17.98)   SIGNIFICANT OTHER | 1 |
| | | | | **★ HOT SHOT DEBUT ★** | |
| 9 | NEW | | 1 | 311 CAPRICORN 546641*/IDJMG (10.98/16.98)   SOUNDSYSTEM | 9 |
| 10 | 6 | 3 | 3 | METHOD MAN/REDMAN DEF JAM 546609*/IDJMG (11.98/18.98)   BLACKOUT! | 1 |
| 11 | 14 | 9 | 7 | DIXIE CHICKS A⁴ MONUMENT 69678/SONY (NASHVILLE) (11.98 EQ/17.98)   FLY | 1 |
| 12 | 15 | 14 | 4 | BRIAN MCKNIGHT MOTOWN 153708/UNIVERSAL (11.98/17.98)   BACK AT ONE | 7 |
| 13 | 16 | 18 | 50 | JUVENILE A² CASH MONEY 153162/UNIVERSAL (10.98/16.98)   400 DEGREEZ | 9 |
| 14 | 13 | 12 | 6 | EVE A RUFF RYDERS 490453*/INTERSCOPE (11.98/17.98)   LET THERE BE... EVE—RUFF RYDERS' FIRST LADY | 1 |
| 15 | 4 | — | 2 | LIVE RADIOACTIVE 111964/MCA (11.98/17.98)   THE DISTANCE TO HERE | 4 |
| 16 | 5 | 2 | 3 | GARTH BROOKS CAPITOL 20051 (10.98/17.98)   IN...THE LIFE OF CHRIS GAINES | 2 |
| 17 | 18 | 8 | 3 | MARC ANTHONY COLUMBIA 69726*/CRG (11.98 EQ/17.98)   MARC ANTHONY | 8 |
| 18 | 22 | 21 | 102 | SHANIA TWAIN A¹² MERCURY (NASHVILLE) 536003 (10.98/17.98)   COME ON OVER | 2 |
| 19 | 20 | 22 | 20 | BLINK 182 A MCA 111950 (11.98/17.98)   ENEMA OF THE STATE | 9 |
| 20 | 23 | 20 | 23 | RICKY MARTIN A⁶ C2/COLUMBIA 69891*/CRG (11.98 EQ/17.98)   RICKY MARTIN | 1 |
| 21 | NEW | | 1 | WARREN G G-FUNK 73710*/RESTLESS (10.98/16.98)   I WANT IT ALL | 21 |
| 22 | 17 | 15 | 3 | STING A&M 490441/INTERSCOPE (11.98/17.98)   BRAND NEW DAY | 15 |
| 23 | NEW | | 1 | ERIC CLAPTON DUCK/REPRISE 47553/WARNER BROS. (11.98/17.98)   CLAPTON CHRONICLES — THE BEST OF ERIC CLAPTON | 23 |
| 24 | 12 | — | 2 | MELISSA ETHERIDGE ISLAND 546518*/IDJMG (11.98/17.98)   BREAKDOWN | 12 |
| 25 | NEW | | 1 | MOS DEF RAWKUS 50141*/PRIORITY (10.98 EQ/16.98)   BLACK ON BOTH SIDES | 25 |
| 26 | 21 | 17 | 4 | BARBRA STREISAND COLUMBIA 69601/CRG (11.98 EQ/17.98)   A LOVE LIKE OURS | 6 |
| 27 | 24 | 19 | 8 | PUFF DADDY A BAD BOY 73033*/ARISTA (11.98/17.98)   FOREVER | 2 |
| 28 | 26 | 23 | 19 | SMASH MOUTH A² INTERSCOPE 490316 (11.98/17.98)   ASTRO LOUNGE | 6 |
| 29 | 28 | 37 | 19 | RED HOT CHILI PEPPERS A WARNER BROS. 47386* (10.98/17.98)   CALIFORNICATION | 3 |
| 30 | NEW | | 1 | SOUNDTRACK COLUMBIA 69924/CRG (11.98 EQ/17.98)   THE BEST MAN | 30 |
| 31 | 29 | 26 | 27 | LIL' TROY A SHORT STOP/REPUBLIC 153278/UNIVERSAL (11.98/17.98)   SITTIN FAT DOWN SOUTH | 20 |
| 32 | 30 | 33 | 12 | DESTINY'S CHILD COLUMBIA 69870*/CRG (11.98 EQ/17.98)   THE WRITING'S ON THE WALL | 6 |
| 33 | 25 | 16 | 4 | NINE INCH NAILS NOTHING 490473*/INTERSCOPE (19.98/24.98)   THE FRAGILE | 1 |
| 34 | 31 | 24 | 9 | MARY J. BLIGE A MCA 111929* (11.98/17.98)   MARY | 1 |
| 35 | NEW | | 1 | DONELL JONES LAFACE 26060/ARISTA (10.98/16.98)   WHERE I WANNA BE | 35 |
| 36 | 34 | 30 | 51 | 98 DEGREES A² MOTOWN 530956/UNIVERSAL (11.98/17.98)   98 DEGREES AND RISING | 14 |
| 37 | 35 | 38 | 20 | JENNIFER LOPEZ A WORK 69351/EPIC (11.98 EQ/17.98)   ON THE 6 | 8 |
| 38 | 19 | — | 2 | INSPECTAH DECK LOUD 1865* (10.98/16.98)   UNCONTROLLED SUBSTANCE | 19 |
| 39 | 37 | 29 | 24 | TIM MCGRAW A CURB 77942 (10.98/17.98)   A PLACE IN THE SUN | 1 |
| 40 | 32 | 28 | 12 | VARIOUS ARTISTS A UNIVERSAL-EMI-ZOMBA 47910/VIRGIN (12.98/17.98)   NOW 2 | 3 |
| 41 | 33 | 39 | 13 | POWERMAN 5000 A DREAMWORKS 450107/INTERSCOPE (8.98/12.98)   TONIGHT THE STARS REVOLT! | 29 |
| 42 | 39 | 35 | 30 | DIXIE CHICKS A⁷ MONUMENT 68195/SONY (NASHVILLE) (10.98 EQ/17.98)   WIDE OPEN SPACES | 4 |
| 43 | 36 | 40 | 18 | SARAH MCLACHLAN A² ARISTA 19049 (11.98/17.98)   MIRRORBALL | 3 |
| 44 | 41 | 42 | 34 | TLC A⁴ LAFACE 26055*/ARISTA (11.98/17.98)   FANMAIL | 1 |
| 45 | 38 | 31 | 5 | MARTINA MCBRIDE A RCA (NASHVILLE) 67824/RLG (10.98/16.98)   EMOTION | 19 |
| 46 | 51 | 50 | 9 | MOBB DEEP A LOUD/COLUMBIA 63715*/CRG (11.98 EQ/17.98)   MURDA MUZIK | 3 |
| 47 | 61 | — | 3 | HOT BOYS A CASH MONEY 153264/UNIVERSAL (10.98/16.98)   GUERILLA WARFARE | 5 |
| 48 | 48 | 59 | 26 | B.G. A CASH MONEY 153265/UNIVERSAL (10.98/16.98)   CHOPPER CITY IN THE GHETTO | 9 |
| 49 | 46 | 47 | 5 | OL' DIRTY BASTARD ELEKTRA 62414*/EEG (11.98/17.98)   N***A PLEASE | 10 |
| 50 | 27 | — | 2 | PAUL MCCARTNEY MPL 22351/CAPITOL (11.98/17.98)   RUN DEVIL RUN | 27 |
| 51 | 49 | 52 | 114 | BACKSTREET BOYS ♦¹⁰ JIVE 41589 (11.98/17.98)   BACKSTREET BOYS | 4 |
| 52 | NEW | | 1 | KENNY WAYNE SHEPHERD BAND GIANT 24729/WARNER BROS. (10.98/16.98)   LIVE ON | 52 |
| 53 | 58 | 55 | 8 | LFO ♦ ARISTA 14605 (10.98/16.98)   LFO | 21 |
| 54 | 43 | 36 | 12 | SOUNDTRACK A COLUMBIA 69923/CRG (11.98 EQ/17.98)   RUNAWAY BRIDE | 4 |
| 55 | 54 | 51 | 82 | 'N SYNC A⁸ RCA 67613 (11.98/17.98)   'N SYNC | 2 |
| 56 | 65 | 62 | 23 | SNOOP DOGG A NO LIMIT 50052*/PRIORITY (11.98/17.98)   NO LIMIT TOP DOGG | 1 |
| 57 | 57 | 53 | 56 | GOO GOO DOLLS A² WARNER BROS. 47058 (10.98/16.98)   DIZZY UP THE GIRL | 15 |
| 58 | 63 | — | 2 | VARIOUS ARTISTS J PRINCE 42015 (10.98/17.98)   J PRINCE PRESENTS R.N.D.S. | 58 |
| 59 | 62 | 58 | 75 | LENNY KRAVITZ A² VIRGIN 47758 (12.98/17.98)   5 | 28 |
| 60 | 60 | 56 | 41 | GODSMACK A REPUBLIC 153190/UNIVERSAL (11.98/17.98)   GODSMACK | 22 |
| 61 | 70 | 66 | 107 | CREED A³ WIND-UP 13049 (11.98/17.98)   MY OWN PRISON | 22 |
| 62 | 66 | 57 | 20 | LONESTAR A BNA 67762/RLG (10.98/16.98)   LONELY GRILL | 28 |
| 63 | 40 | 28 | 4 | ADAM SANDLER WARNER BROS. 47429 (11.98/17.98)   STAN AND JUDY'S KID | 16 |
| 64 | 71 | 68 | 34 | EMINEM A² WEB/AFTERMATH 490287*/INTERSCOPE (11.98/17.98)   THE SLIM SHADY LP | 2 |
| 65 | 55 | 41 | 4 | CHRIS CORNELL A&M 490412/INTERSCOPE (11.98/17.98)   EUPHORIA MORNING | 18 |
| 66 | 45 | 27 | 4 | TORI AMOS ATLANTIC 83230/AG (10.98/24.98)   TO VENUS AND BACK | 12 |
| 67 | 44 | 48 | 3 | SOUNDTRACK JIVE 41692 (11.98/17.98)   DRIVE ME CRAZY | 44 |
| 68 | 67 | 60 | 40 | SUGAR RAY A LAVA/ATLANTIC 83151*/AG (10.98/17.98)   14:59 | 17 |
| 69 | 56 | 46 | 7 | SOUNDTRACK A EPIC 63615* (11.98/17.98)   BLUE STREAK — THE ALBUM | 23 |
| 70 | 59 | 61 | 16 | VARIOUS ARTISTS A RAZOR & TIE 89004 (11.98/17.98)   MONSTER BALLADS | 13 |
| 71 | 59 | 45 | 5 | THE BEATLES APPLE 21481/CAPITOL (11.98/17.98)   YELLOW SUBMARINE SONGTRACK | 15 |
| 72 | 75 | 75 | 48 | WHITNEY HOUSTON A² ARISTA 19037* (11.98/17.98)   MY LOVE IS YOUR LOVE | 13 |
| 73 | 68 | 49 | 4 | BROOKS & DUNN ARISTA (NASHVILLE) 18895 (10.98/16.98)   TIGHT ROPE | 31 |
| 74 | 50 | 34 | 3 | INDIGO GIRLS EPIC 69914 (11.98 EQ/17.98)   COME ON NOW SOCIAL | 34 |
| 75 | 81 | 79 | 3 | CLINT BLACK RCA (NASHVILLE) 67823/RLG (10.98/16.98)   D'LECTRIFIED | 73 |
| 76 | 73 | 64 | 31 | GINUWINE A 550 MUSIC 69598*/EPIC (11.98 EQ/17.98)   100% GINUWINE | 5 |
| 77 | 53 | 84 | 18 | STEVEN CURTIS CHAPMAN SPARROW 51695 (11.98/17.98)   (SPEECHLESS) | 31 |
| 78 | 82 | 78 | 23 | STAIND FLIP/ELEKTRA 62356/EEG (10.98/16.98)   DYSFUNCTION | 78 |
| 79 | 61 | 32 | 3 | LOST BOYZ UNIVERSAL 153268 (10.98/16.98)   LB IV LIFE | 32 |
| 80 | 79 | 72 | 25 | VARIOUS ARTISTS A RUFF RYDERS 490315*/INTERSCOPE (11.98/17.98)   RUFF RYDERS: RYDE OR DIE VOL. 1 | 1 |
| 81 | 94 | 111 | 14 | TRAIN AWARE/COLUMBIA 38052/CRG (11.98 EQ/16.98)   TRAIN | 81 |
| 82 | 77 | 49 | 17 | CHER A³ WARNER BROS. 47121 (10.98/17.98)   BELIEVE | 4 |
| 83 | 77 | 70 | 10 | VARIOUS ARTISTS ♦ VIOLATOR/DEF JAM 558941*/IDJMG (10.98/16.98)   VIOLATOR THE ALBUM | 6 |
| 84 | 76 | 71 | 47 | K-CI & JOJO A MCA 111937* (10.98/17.98)   IT'S REAL | 8 |
| 85 | 93 | 81 | 16 | KENNY G A ARISTA 19085 (11.98/17.98)   CLASSICS IN THE KEY OF G | 7 |
| 86 | 72 | 80 | 30 | LEN WORK 69528/EPIC (11.98 EQ/16.98)   YOU CAN'T STOP THE BUM RUSH | 10 |
| 87 | 83 | 80 | 90 | SILK A ELEKTRA 62234/EEG (10.98/16.98)   TONIGHT | 21 |
| 88 | 64 | — | 2 | SOUNDTRACK HOO-BANGIN' 50016*/PRIORITY (11.98/17.98)   THICKER THAN WATER | 64 |
| 89 | 47 | — | 2 | DAVID BOWIE VIRGIN 48157 (12.98/17.98)   HOURS... | 47 |
| 90 | 74 | 74 | 28 | THE OFFSPRING A COLUMBIA 69661*/CRG (11.98/17.98)   AMERICANA | 2 |
| 91 | 92 | 77 | 61 | KORN A² IMMORTAL 69001*/EPIC (11.98 EQ/17.98)   FOLLOW THE LEADER | 1 |
| 92 | NEW | | 1 | YOUNGBLOODZ LAFACE 26054*/ARISTA (10.98/16.98)   AGAINST DA GRAIN | 92 |
| 93 | 84 | 74 | 8 | FILTER REPRISE 47388/WARNER BROS. (10.98/16.98)   TITLE OF RECORD | 28 |
| 94 | 52 | 63 | 31 | CHARLOTTE CHURCH SONY CLASSICAL 60957 (10.98/16.98)   VOICE OF AN ANGEL | 28 |
| 95 | 80 | 67 | 42 | TERROR SQUAD MYSTIC/ATLANTIC 83232*/AG (10.98/16.98)   THE ALBUM | 22 |
| 96 | 107 | 116 | 53 | KENNY CHESNEY A BNA 67655/RLG (10.98/16.98)   EVERYWHERE WE GO | 51 |
| 97 | 76 | 86 | 3 | GEORGE WINSTON WINDHAM HILL 11465 (10.98/16.98)   PLAINS | 76 |
| 98 | 103 | 103 | 29 | SOUNDTRACK A MAVERICK 47390/WARNER BROS. (11.98/17.98)   THE MATRIX | 17 |
| 99 | 88 | 75 | 33 | MAC NO LIMIT 50109*/PRIORITY (10.98/16.98)   WORLD WAR III | 11 |
| 100 | 74 | 65 | 3 | EVERYTHING BUT THE GIRL ATLANTIC 83214*/AG (10.98/16.98)   TEMPERAMENTAL | 65 |

○ Albums with the greatest sales gains this week. ● Recording Industry Assn. Of America (RIAA) certification for net shipment of 500,000 album units (Gold). ▲ RIAA certification for net shipment of 1 million units (Platinum). ◆ RIAA certification for net shipment of 10 million units (Diamond). Numeral following Platinum or Diamond symbol indicates album's multi-platinum level. For boxed sets, and double albums with a running time of 100 minutes or more, the RIAA multiplies shipments by the number of discs and/or tapes. *Asterisk indicates LP is available. Most tape prices, and CD prices for BMG and WEA labels, are suggested lists. Tape prices marked EQ, and all other CD prices, are equivalent prices, which are projected from wholesale prices. Greatest Gainer shows chart's largest unit increase. Pacesetter indicates biggest percentage growth. Heatseeker Impact shows albums removed from Heatseekers this week. ■ indicates past or present Heatseeker title. © 1999, Billboard/BPI Communications, and SoundScan, Inc.



## Gold/Platinum Artists

BMG ENTERTAINMENT'S WORLDWIDE GOLD AND PLATINUM ARTISTS

| | |
|---|---|
| 112 | Lefteris Pandazis |
| A Tribe Called Quest | Leo Ku Kui Kei |
| Aaliyah | Les Colocs |
| Aaron Tippin | Liroy |
| Ace of Base | Lisa Ekdahl |
| Aikakone | Lisa Stansfield |
| Air Supply | Litsa Giangousi |
| Akos | Litsa Palera |
| Alabama | Lorin Maazel |
| Alan Jackson | Lorrie Morgan |
| Alejandra Guzman | Los Autenticos Decadentes |
| Alexia | Los del Río |
| Almamegretta | Los Fabulosos Cadillacs |
| Amir | Los Flamers |
| Amy Exist | Los Guardianes del Angel |
| Ana Belen | Los Ilegales |
| Ana Torroja | Los Mier |
| Andy Lau | Lou Reed |
| Andzi Samiou | Louise Hoffsten |
| Anita Miu | Luca Carboni |
| Annie Lennox | Lucilectric |
| Anouk | Lucio Battisti |
| Antonella Ruggiero | Lucio Dalla |
| Antonello Venditti | Lulu Santos |
| Antonio Flores | M. Nasir |
| Antonio Vivaldi | M People |
| Aretha Franklin | Mafia |
| Arturo Toscanini | Makis Christodoulopoulos |
| Aterciopelados | Maldita Vecindad |
| Audy | Manolo Garcia |
| Awie | Marc Lavoine |
| Az Yet | Marco Masini |
| B'z | Marika Ninou |
| Backstreet Boys | Mark Owen |
| Barry Manilow | Marla Glen |
| Big Punisher | Martina McBride |
| Bjelleklang | Masaharu Fukuyama |
| Bjorn Eidsvag | Mase |
| Black Box | May |
| Blackhawk | Mecano |
| Bo Katzman Choir | Michelle Wright |
| Bob Carlisle | Milva |
| Boney M | Mindy McCready |
| Bonnie Tyler | Misia |
| Brian Kennedy | Mobb Deep |
| Britney Spears | Modern Talking |
| Bronco | Moises Angulo |
| Brontosauri | Moises y La Gente Del Camino |
| Brooks & Dunn | Monica |
| Bruce Hornsby | Mystikal |
| Buddy Guy | N'Sync |

Caifanes
Camilo Sesto
Candy Dulfer
Carlos Nunez
Carly Simon
Carola
Caroline Henderson
Carrapicho
CC Cowboys
Cesaria Evora
Charlie Major
Chiclete com Banana
Chico Buarque
Cirque du Soleil
Claudio Baglioni
Clint Black
Cowboy Junkies
Crash Test Dummies
Creed
Cri Cri
Cristian
Csonka Andres
Dave Matthews Band
David Bowie
David Hasselhoff
Deborah Cox
Deep Purple
Delfins
Delinquent Habits
Diamond Rio
Die Doofen
Die Flippers
Die Prinzen
Diego Torres
Dolly Parton
Dr. Alban
Dzina Spiliotopoulos
Ekin Cheng
El General
Elisa
Elvis Presley
Emberek
Emmanuel
Ennio Morricone
Enzo Enzo
Eros Ramazzotti
Eurythmics
Eva Dahlgren
Fabio Jr.
Fabrizio De Andre
Fagner
Faith Evans
Florian Ast & Florenstein
Francesca Schiavo
Francesco De Gregori
Frank Boeijen
Fumina Hisumatsu

Nana Tang
Natalie Imbruglia
Native
New London Chorale
Next
Nico
Nicole
Nina Pastori
No Mercy
Nurul
Oslo Gospel Choir
OutKast
Pam Tillis
Paolo Conte
Patent Ochsner
Patrick Bruel
Pedro Guerra
Peter Andre
Peter Nagy
Peter Maffay
Philippe Lavil
Piasek
Pitsa Papadopoula
Pitura Freska
Prairie Oyster
Prudence Liu
Puff Daddy
R. Kelly
Raekwon
Raul Di Blasio
Real McCoy
Rednex
Renato Zero
Renzo Arbore
Republica
Riccardo Cocciante
Rick Astley
Robert Miles
Robson & Jerome
Robyn
Roch Voisine
Rocio Durcal
Rocio Durcal
Roger Whittaker
Roman Tam
Rome
Rosana
Samuli Edelmann
Sanna
Santos e Pecadores
Saujana
Scatman John
Search
Sharam Q
Shazna
Sing Like Talking
Siti Haida

Gabor Presser
Gal Costa
Galy Galiano
Gary Barlow
George Winston
Gian & Giovanni
Gianni Morandi
Giorgia
Gloria Trevi
Goodie Mob
Gotthard
Grateful Dead
Green Jelly
Grethe Svensen
Hacken Lee
Haddaway
Hall & Oates
H-Blockx
Hellbillies
Helmut Lotti
Hijjaz
Hong-Min You
Hoodoo Gurus
Hubert von Goisern
Indochine
Isabel Pantoja
Jacky Wu
Jaguares
James Galway
Jan Nedved
Janek Ledecky
Jazzy Jeff & The Fresh Prince
Jeff Healey Band
Jennifer Brown
Jim Brickman
Joan Manuel Serrat
Joaquin Sabina
Joe
John Anderson
John Denver
John Farnham
Jose Alfredo Jimenez
Jose Jose
Juan Gabriel
Juan Luis Guerra
Julia Peng
Just 5
Katerina Kouka
Kayah
Kazumasa Oda
Keith Whitley
Kenny G
Khadja Nin
Kirka
Kostandina
Kostas Haritodiplomenos
Kostas Tournal

Slam
SNAP!
Só Pra Contrariar
Soda Stereo
Sofia Arvaniti
Sofia Vossou
Soho Party
Sos Fenger
Soweto String Quartet
Stamatix Gonidis
Stefan Andersson
Stephanos Korkolis
Supergroove
Sven Gali
Sweetbox
SWV
Takako Matsu
Takako Nishizaki
Take That
The Alan Parsons Project
The Chieftains
The Judds
The KLF
The Lox
The Notorious B.I.G.
The Tractors
Thomas Helmig
Tic Tac Toe
TLC
Tomas Ledin
Toni Braxton
Tony Rich Project
Tool
Toshi
Toshiki Kadomatsu
Total Touch
Tupac
Udo Jürgens
Ukays
Umbrella
Urszula
Usher
Varius Manx
Vasco Rossi
Vasilis Tsitsanis
Vaya Con Dios
Verve Pipe
Victor Manuel
Vusi Ximba
Waylon Jennings
Whitney Houston
Winnie Lau
Wolfgang Petry
Wu-Tang Clan
Xiang-Dong Kong
Yanni
Yellow Monkey

| Kozmik | Yes |
| La Bouche | Yorgos Alkaios |
| Laurent Voulzy | Ziane Zain |
| | Zouk Machine |
| | ZZ Top |

© 1999 BMG Entertainment



# Jive Rides Teen-Pop Wave

## Trend-Savvy Label Looks Beyond Legal Tangles

**BY MICHAEL PAOLETTA**

NEW YORK—With the global success of multi-platinum acts like the Backstreet Boys, Britney Spears, and R. Kelly, Zomba-owned/BMG Entertainment-distributed Jive Records has evolved from a street-wise venue for gritty hip-hop and R&B into a leading entity of the teen-pop phenomenon.

Whether the label will continue on that strong growth curve may be contingent on its ability to tap into the *next* big musical trend, note retail and radio executives, who praise the label for its follow-through on current teen phenoms but caution against putting too many eggs in one musical basket.

"Trends can quickly change," says Craig Neely, department manager for HMV's Herald Square location in New York.

Putting a finer point on that cau-

*(Continued on page 72)*

## JIVE RIDES TEEN-POP WAVE

*(Continued from page 1)*

tionary note are the recent imbroglios in which Jive has found itself embroiled. In the midst of its continued growth and rising profits, the label has run into some turbulent times, triggered by 'N Sync's move from RCA to Jive (Billboard*Bulletin*, Sept. 15). It's a move that has created a domino roll of events, including dissension between Jive and the Backstreet Boys, who have said they no longer want to be associated with the label, as well as fric-



SPEARS

tion between Jive and RCA, both of which are distributed by BMG Entertainment.

On Oct. 12, BMG Entertainment, BMG Ariola Munich, Trans Continental, and Trans Continental head Louis J. Pearlman filed suit against Zomba, Zomba co-founder Clive Calder, and the members of 'N Sync, alleging breach of contract and potential trademark infringement of the Lanham Act (Billboard*Bulletin*, Oct. 13).

The friction has also spurred questions about Jive's continuing ties to BMG. Sources say that Jive has notified BMG Entertainment that it does not plan to renew its distribution agreement with the company when it expires in January.

Among companies posited as likely contenders to pick up North American distribution of Jive are EMI—which already distributes the label in a number of other territories, including Latin America and Australia—and Sony.

BMG, EMI, and Sony all declined to comment for this story.

How the recent flurry of drama will ultimately play itself out remains unknown at the moment, but Jive executives—who would say no more



WEISS

than "no comment" when talk turned to the current legal and business entanglements—remain focused on moving forward.

"You can't live in fear of backlashes that may or may not occur," says Jive president Barry Weiss.

Similarly, 21-year-old Zomba, the British parent company of Jive Records (see story, this page), con-

---

tinues to expand its worldwide operation with upstart companies and strategic acquisitions, encompassing record labels, music publishing, film/TV music, recording studios, record/software distribution, and production music libraries.

"Most people don't realize that Zomba is involved in so many different facets of the industry," Weiss notes. "And Jive is one component of the overall picture." Of course, it's a major component.

According to Weiss, Jive is responsible for the No. 1- and No. 2-selling albums of the year with the Backstreet Boys' "Millennium" and Britney Spears' ". . . Baby One More Time," which have sold 6.4 million and 5.7 million units, respectively, according to SoundScan.

### STAYING AHEAD OF TRENDS

Weiss, who's been with the company 18 years (he began at Zomba U.K. and in 1982 became the first employee of Jive Records in the U.S.), says the label prides itself on its game plan, which is to stay ahead of the competition when it comes to musical trends.

During its salad days, Jive was distributed by Arista. By 1988, it was traveling through the RCA network. At the time, the label's artist roster consisted of Whodini, A Flock Of Seagulls, Billy Ocean, and Samantha

> *'We really pride ourself on being a major independent. It allows us to stay ahead of the musical curve'*
>
> **— BARRY WEISS**

Fox, among others. Later signings included D.J. Jazzy Jeff & the Fresh Prince and A Tribe Called Quest.

"Ten years ago, most labels weren't actively signing rap acts, but we were," says Weiss. "Five years later, we actively began signing pop-oriented acts, and now several other labels are doing the same. We really pride ourself on being a major independent. It allows us to stay ahead of the musical curve."

For an artist like Spears, who signed with the label in 1997, such a philosophy was important. "I like the fact that the label's independent," the singer says.

"From the beginning, everyone treated me like a member of the family," adds Spears. "Even though I had just turned 16, they were listening to my ideas for the album. I think they realized that, being a teenager myself, I know what kind of music teens want."

Jive also places much importance on the marketing and promotion of each artist. In the case of Spears, that entailed a monthlong radio promotional tour, as well as a Seventeen magazine-sponsored tour of shopping malls, several months before the album's release.

"It's all about creating a strategy for each artist," explains Tom Carrabba, Jive's senior VP/GM, sales and marketing.

Prior to the album's release, Jive also secured Spears the opening slot on 'N Sync's three-month tour. Says Spears, "When the tour ended, my album was released and entered [The Billboard 200] at No. 1. The marketing and promotion was there from the beginning. Jive knows how to get the job done."

Sales statistics seem to back this up. According to SoundScan, the Backstreet Boys' eponymous debut

---

# The Secret Of Jive's Int'l Success

**BY DOMINIC PRIDE**

LONDON—The overseas success of Jive's U.S.-signed pop repertoire has been one of the driving forces behind the international expansion of its parent, the Zomba Music Group.

The almost worldwide acceptance of Backstreet Boys and Britney Spears and the export success of U.K.-signed pop act Steps have both necessitated and allowed the company to go from licensing and distribution arrangements in key territories to having its own companies.

This year Zomba has opened companies in Canada, Australia, and France; consolidated and renamed its Germany/Switzerland/Austria (GSA) and Benelux operations; created a regional Asia-Pacific hub in Singapore; created a London-based international records division (Billboard, Sept. 11); and appointed industry veteran Stuart Watson as its managing director.

Having both the mainstream pop repertoire from Jive and the marketing machinery to deliver it, Zomba is now beginning to see market share that rivals that of major labels in several territories.

"A lot of the expansion has been driven by the U.S. success and the success of their acts," says Watson.

"These days there are very few labels which have an aura about them and which determine buying decisions," Watson adds. "Jive is one of them. At radio stations people take it and put it on the deck if it's a Jive record."

The reason for this, says Watson, is that "they have a very selective A&R process. There are very few acts signed."

In sales terms, the U.S.-signed Jive acts such as Spears, Backstreet Boys, and R. Kelly are the most important strand of repertoire for Jive, and Jive in turn is the biggest-selling label within the records division, which also includes Volcano, Silvertone, and Verity (see story, this page). However, acts such as Steps are signed to Jive outside the U.S. The key element that connects acts signed to Jive is that they are primarily pop acts.

As well as Steps, U.K. dance/pop act Groove Armada is signed to Jive sub-label Jive Electro in the U.K. Singer Jessica, who appears on the Jive label, was signed from Scandinavia to the U.K. company via Martin Dodd, Zomba's Netherlands-based senior VP of A&R. While some acts are signed to local labels,



WATSON

they can appear on Jive internationally.

Says Watson, "We have an act, Area7, signed to a local label in Australia. If and only if they are successful locally, they could appear on Jive internationally."

Zomba says that the latest albums from Steps, Backstreet Boys, and Spears have collectively notched up 32 gold, 32 platinum, and

> *Zomba is beginning to see market share that rivals that of major labels in several territories*

26 multi-platinum awards.

In Europe, Jive has had 13 weeks atop the Music & Media Hot 100 singles sales chart: nine weeks with Spears' ". . . Baby One More Time" and four with Backstreet Boys' "I Want It That Way."

The strength of the pop repertoire has coincided with the current British vogue for all things teen-friendly. To date the label has had a record four No. 1 singles here this year.

Five-piece pop act Steps releases its second set, "Steptacular," domestically Monday (25); the act's debut album, "Step One," is approaching five times platinum here for a total of 1.5 million sales, with a further 1 million sold internationally, says Zomba.

Zomba's German singles market share for the year to date stands at 7%, according to trade publication Der MusikMarkt, while albums data from trade magazine MusikWoche gives the Jive label a share of 3%.

In Holland, chart body Mega Top 100 ranks Zomba fourth behind Universal, Sony, and Warner in the

has sold 8.7 million units; Too $hort's "Gettin' It" has sold 1.2 million units; R. Kelly's "R." has sold 2.1 million units; Joe's "All That I Am" has sold 950,000 units; KRS-One's "I Got Next" has sold 400,000 units; and Mystikal's "Ghetto Fabulous" has sold 1.3 million units.

"Jive is really good at marketing and promoting its artists," notes HMV's Neely. "The label's roster proves that."

Erik Bradley, music director of

---

albums market, with 8.73% of the market, while in singles it is third behind Universal and Sony, with 15.12%.

In Japan, the Jive label has doubled its sales this year, with more than 1 million albums sold. The Australian company, which opened in May, has seen Spears' single ". . . Baby One More Time" spend eight weeks at No. 1 and both Spears' and Backstreet Boys' albums go top five and double-platinum (140,000 sales).

Even before the international push, Backstreet Boys' international profile was high: The act broke outside the U.S. before its current success there. Their self-titled September 1996 debut album, which was not released in the U.S., has sold 7.5 million copies to date, says the company.

"Backstreet's Back," released worldwide in December 1997, has worldwide sales of 22 million, while the latest, "Millennium," is currently at 14.6 million, according to Zomba. The Spears album has worldwide sales of 11.5 million, says the company, which includes 7 million in the U.S.

Watson works with territory heads including Bert Meyer (Benelux, Scandinavia), Kurt Thielen (GSA), Christophe Lameignère (France), Scott Murphy and Paul Paolello (Australia), Julius Ng (Singapore), and Steve Jenkins (U.K.).

This year, it renamed the GSA and Benelux distributors from their previous name, Rough Trade, to Zomba Distribution.

Where Zomba does not have a company in Europe (for example, in Spain and Italy), the repertoire is licensed to Virgin Records; this deal also extends to other territories, including South Africa and Latin America. The French company opened Oct. 1 under managing director Lameignère, formerly Epic France MD.

For Jive and Zomba's Asia-Pacific activities, it recently realigned its operations and created a Singapore company to handle regional marketing, rather than rely on licensees in the region.

The new company is based in the same offices as Watson's SWAT Marketing company, run by GM Julius Ng, who previously held a similar role at SWAT. Watson remains SWAT managing director.

Outside the U.S., Zomba has 799 employees, with 296 in the record company and 504 in distribution.

WBBM Chicago, concurs. "Jive's strength is in delivering hits, which has a lot to do with its marketing and promotion," he says. "The label's only weakness may be its lack of diversity compared to other labels. It doesn't have a lot of rock, but it appears that Jive is attempting to change that."

"To be successful, a label must reinvent itself every few years," says Carrabba. "About five years ago, a worldwide decision was made to *(Continued on next page)*

## JIVE RIDES TEEN-POP WAVE
*(Continued from preceding page)*

develop and diversify Jive and its parent company [Zomba]. We knew we needed more than one niche to survive. Now, we're reaping the benefits of those decisions."

Some retailers, though, express concern that the label may be concentrating too heavily on teen-oriented pop. "Jive seems to be releasing albums by artists whose sound is the same," says Angela Tirone, manager of Tower Records in Los Angeles.

### ARTIST SIGNINGS

"Simply put, we're always looking for the best artists to sign," says Weiss. "Whether it's a gospel, hip-hop, or pop artist, we look for the same qualities. We want artists that are the best in their field."

Says WBBM's Bradley, "The label makes hit records, and that's what keeps it successful. Success seems to breed success. So, Jive will surely attract other good artists because of its current roster."

Challenges remain, however. According to Weiss, the most obvious one is "the fact that, as a label, we're fighting a continuing battle in an environment that's very competitive. Many labels aren't necessarily thinking about how to get around a problem. Instead, too many seem to think their way through a problem."

### NON-U.S. BREAKOUTS

One example of thinking around a problem is the label's marketing of Backstreet Boys. Both Weiss and Carrabba acknowledge that it was important to figure out the best way to not only A&R the act but determine where to initially break it.

"When we released the Boys' first single, it didn't happen," Weiss notes. "In retrospect, the marketplace wasn't ready for them yet."

So, according to Weiss, Jive did what it needed to do. Since Jive is a global network, it introduced the five-member act to other territories around the world. Adds Weiss, "Because we're globally oriented, we can easily employ a worldwide game plan."

By the time Jive issued the Backstreet Boys' "Quit Playing Games (With My Heart)," the timing couldn't have been better. "It was the right single, as well as the right timing, for the U.S. market," explains Weiss.

Regardless of what executives at other labels say, breaking acts overseas isn't a strategy that Jive relies on completely, Weiss says, pointing to Spears, who broke out of the U.S. marketplace first before being embraced throughout the U.K. and the rest of Europe.

In the case of new U.K. teen-pop act Steps, Jive will issue its debut album, "Step One," to the U.S. on Feb. 8, several months after its European release.

In signature fashion, Jive's marketing team got the ball rolling early. Steps was the opening act for Spears' six-week sold-out North American tour, which began July 14.

Steps' debut U.S. single, "One For Sorrow," culled from the "Drive Me Crazy" soundtrack and "Step One," was delivered to radio in August. Jive is readying the act's follow-up single, "Tragedy," which is scheduled to go to radio in early January.

### TAKING STEPS FORWARD

Though "One For Sorrow" failed to ignite American airwaves, Jive is remaining focused on breaking the act in the U.S. "We're only at the beginning of our journey with Steps," says Carrabba. "They're a major act for us," adds Weiss. "We hope to break them in a major way next year."

In Weiss' eyes, Jive is right where it wants to be at this point in its business plan.

"We're achieving more critical mass as a business," he says. "We're getting more radio slots. We've definitely been going up a level every few years."

Moving into the future, both Weiss and Carrabba say Jive will continue doing what it's been doing. "We'll continue to release great pop music," Weiss says. "It's about having a great A&R team, about great artistry, about being present in diverse markets."

### SYNERGISTIC OPTIONS

It's also about synergy, says Carrabba. "We're all involved in A&R decisions. We all have access to other opportunities [at the various Zomba-owned businesses]," he says.

"For example, notes Carrabba, "if I'm dealing with a retail account that is doing extremely well with gospel music, a light bulb may go off in my head. I may see an opportunity for a label like [Zomba-owned gospel imprint] Verity."

He says the same thing may happen with blues/rock label Silvertone Records, Christian label Reunion Records, and rock label Volcano.

"Zomba's foundation is built on great A&R and great strategic acquisitions," Carrabba adds. "It's been an organic growth, one of assimilation."

"Jive controls its own destiny on a worldwide basis," Weiss adds. "In many territories, we control our own marketing, promotion, and distribution.

"We're always making sure that our left and right hands are working in synchronicity. Communication is key for a label like Jive. And it will remain key."

> *'The label's only weakness may be its lack of diversity compared to other labels'*
> — ERIK BRADLEY —

---

# What 'Big Indie' Zomba Is Made Of

NEW YORK—The Zomba Group of Companies ranks among the world's leading independent music operations, wholly owning more than 50 companies encompassing various aspects of the music industry.

Although diverse in scope, all the companies—whether a strategic acquisition or built from scratch—remain closely linked to each other under the Zomba umbrella.

Barry Weiss, president of Jive Records, confirms that it is this type of synergy that has powered the growth of Zomba since it was founded 21 years ago by Clive Calder. This approach has allowed the company to become increasingly self-reliant in the global music scene. This differs from Zomba's earlier reliance on the worldwide distribution network of BMG, which had an exclusive deal with the company from 1990 to 1996.

"It's like one-stop shopping," Weiss notes of the current wide sweep of Zomba's assets.

The Zomba Group of Companies can be divided into six divisions: records, music publishing, production music libraries, record/software distribution and export, film/TV music, and recording studios and equipment rental. What follows is a divisional breakdown:



### RECORDS

- Jive

- Jive Electro
- Silvertone
- Verity
- Volcano
- Benson
- Reunion
- Brentwood Music
- Music for Nations
- Battery
- Essential

### MUSIC PUBLISHING

- Zomba Music Publishing
- Brentwood-Benson Music Publishing
- Grever Music Publishing

### PRODUCTION MUSIC LIBRARIES

- Firstcom Music Inc.
- Chappell Recording Music Library
- APM
- Bruton Music

### RECORD/SOFTWARE DISTRIBUTION AND EXPORT

- Provident Music Distribution
- Pinnacle Distribution, Software, and Label Group

- Zomba Holland
- Zomba Germany
- Windsong International Export

### FILM/TV MUSIC

- Zomba! Music Service
- International Coombe Music
- Zomba Screen Music
- Segue

### RECORDING STUDIOS AND EQUIPMENT RENTAL

- Battery Studios
- Dreamhire
- Hilton Sound
- Cheiron Studios

According to Laura Bartlett, president of Zomba Records Canada, Zomba has input into the day-to-day operations of each company. "Zomba is well aware what each company is doing," assures Bartlett. "It's in Zomba's best interest to know which artists will do well in each of the various territories."

Tara McGee, VP/GM of Verity, agrees with Bartlett, adding, "Zomba's overall level of commitment to each of its companies is extremely important. Zomba understands the business of music. It knows the importance of having good leadership. I'm confident we'll continue to have tremendous impact in the marketplace."

MICHAEL PAOLETTA

---

## FERRY LOOKS BACK
*(Continued from page 11)*



CARRABBA

profile higher than it has been for several years, with an international tour, another album project, and various reissues all on the schedule. But "As Time Goes By" has had a somewhat unusual delivery route. Ferry's long-term deal with Virgin U.K. had lapsed, and he had been without a deal for about a year.

But on completion of "As Time Goes By," Virgin Germany entered the frame, by chance, as managing director Udo Lange explains: "I met his management [London-based IE Music] in Los Angeles, in the [Sky Bar] at the Mondrian Hotel. They said, 'Would you be interested in his new album?' I said sure, they gave it to me there and then, and I fell in love with it. I played it to my colleagues internationally, and they all liked it, so we made [IE] an offer.

"I think it will be a giant success, and we have release commitments from every territory in the world," adds Lange, relaying a first-week deal confirmation on the German sales chart of No. 32. Ferry's copious promotion of the record there will include an appearance this month on the "Lotto Show," which has a TV audience of some 10 million, according to Lange.

The single "As Time Goes By," already at radio internationally with a commercial release in the U.K. of Nov. 1, has the seal of approval of national AC broadcaster BBC Radio 2. "He's very good at doing revivals," says Radio 2 senior producer Colin

Martin. "It's a classic song, and he seems to have made a solo career out of doing good covers."

Notoriously meticulous in the studio, Ferry has not released an album since 1994's "Mamouna," a set of new compositions released as an uncharacteristically swift sequel to the previous year's "Taxi," which was a collection of pop and R&B covers. "Even though I still stand by those albums, they didn't really have the hit song," he says. "This one has a purity in that respect; it can't be aimed at the top 40 or MTV-type television. It's got to stand up as album of songs."

Having warmed up by performing Oct. 9 at the Geneva, Switzerland, leg of the NetAid concert, the singer will begin a run of 14 North American shows on Nov. 2 in Washington, D.C., backed by a nine-piece band and a string quartet. European dates are planned for the new year.

It's now 14 years since Ferry's solo career reached its highest commercial point in the U.S. with the gold-certified "Boys and Girls" album, released in America on Warner, and 10 since the U.S. appearance on Reprise of the double CD "Street Life—20 Great Hits," which compiled his solo hits and those of Roxy Music.

Following Virgin's acquisition for the U.S. of his solo catalog, "As Time Goes By" arrives in tandem with the Oct. 5 U.S. release on Point Blank of another retrospective, "More Than This: The Best Of Bryan Ferry And

Roxy Music," which Virgin released internationally in 1995 as the latest of several career anthologies.

On Sept. 27, Virgin internationally reissued Ferry's first five solo albums, following its success with a similar project in the summer of early Roxy rereleases. Those Ferry albums—from "These Foolish Things" to 1978's "The Bride Stripped Bare," all packaged in "Japanese miniature vinyl replica" sleeves—will appear in the U.S. on Point Blank early in 2000.

After Ferry finishes touring behind "As Time Goes By," he will turn his attention back to an album of new material he has been recording for the past two years with former Roxy colleague and in-demand producer Brian Eno. "We hope to get that out next winter. We'll see how long the tour goes," says Ferry.

Another former Roxy member, Phil Manzanera, who adds subtle electric guitar to "I'm In The Mood For Love" on "As Time Goes By," enthuses about the prospect of a Roxy reunion at some point. "I think it'd be a great idea," he says.

Ferry admits that working with Eno again inevitably evokes some memories of his former band, and he too does not rule out a revival. "It will always have a Roxy tendency of some kind," he says. "I might like to do a concert [with Roxy] one day. That would be more interesting than a record."