FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

99 NOV -2 PM 4:00

CIVIL ACTION NO. 99-1282-CIV-ORL-22C

TRANS CONTINENTAL RECORDS, INC.,
BMG ENTERTAINMENT, BMG ARIOLA
MUENCHEN GmbH, TRANS CONTINENTAL
ENTERTAINMENT, INC., and LOUIS J. PEARLMAN,

      Plaintiffs,

vs.

ZOMBA RECORDING CORPORATION, CLIVE
CALDER, JAMES LANCE BASS, JOSHUA SCOTT
CHASEZ, JOSEPH ANTHONY FATONE, JR.,
CHRISTOPHER ALAN KIRKPATRICK, and
JUSTIN RANDALL TIMBERLAKE,

      Defendants.

_____/

## DECLARATION OF JOSHUA SCOTT CHASEZ IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

I, JOSHUA SCOTT CHASEZ, pursuant to 28 U.S.C. § 1746, declare under penalty of

perjury, as follows:

1.     I am one of the performers known as 'N SYNC, the others being James

Lance Bass ("Lance"), Joseph Anthony Fatone, Jr. ("Joey"), Christopher Alan Kirkpatrick

("Chris") and Justin Randall Timberlake ("Justin"). I submit this declaration on behalf of 'N

SYNC in opposition to plaintiffs' motion for a preliminary injunction, which in the words of

plaintiffs' counsel "would prevent 'N SYNC from existing". I set forth here the true facts

concerning the formation of 'N SYNC and its dealings with Lou Pearlman and his companies. It

is a picture of an unscrupulous, greedy and sophisticated businessman who posed as an unselfish,

29

loving father figure and took advantage of our trust. It is a story of a man -- Louis Pearlman --

who, while hugging us and calling us "family", was picking our pockets, robbing us of our future

and even endangering our health.

2.      While Mr. Pearlman has now built a factory for churning out musical groups

based upon the success of 'N SYNC and Backstreet Boys, in August 1995, Mr. Pearlman had no

studio and had in his employ no producers or choreographers. The Backstreet Boys were not well

known, and their success was two years down the road. The only thing Lou offered us was his

money and his claimed contacts among the heads of record companies, like Clive Davis of Arista

and Tommy Mottola of Sony Music. He made a point of telling us that he was a rich man and

that he had made his money and didn't need any more. He said he just wanted us to make it. He

said we were a "family" and had us calling him "Big Pappa." He made me believe that he was

totally uninterested in the money, and that what he was looking for was the " glory" of being

associated with a successful group. All he wanted was for us to succeed, or so he said. It was to

be a constant refrain in all our dealings with Lou.

3.      It was also a classic "con" designed to achieve our trust. While Lou certainly

wanted the glory, he was also in it for the money. At every opportunity he has enriched himself

at our expense. We were easy marks. We were gullible kids and with the exception of Chris, in

our teens.

4.      Lou Pearlman takes credit for " creating" 'N SYNC. While Lou certainly

provided the seed money, he did not create the group, its distinctive style or its name. Our talent

and singing and dancing skills were our own. My singing, dancing and performing skills were

developed by the highly skilled professionals employed in connection with The Mickey Mouse

Club television show ("MMC"), as were Justin's. Chris and Joey also had been singing and

dancing regularly in the polished reviews presented at the Universal theme park. We knew or

found each other. Our MMC contacts were the resources we drew on to combine our individual

skills into a successful musical group following the formation of the group.

*My Personal History*

      5.        I first met Louis Pearlman shortly before my 19th birthday in early August 1995.

At the time, I was living with my parents in Maryland and intending to start college. My sole

experience in the field of entertainment had been as a salaried child performer on " The Mickey

Mouse Club" television show, taped before a live studio audience at the MGM Studio in the

Disney Theme Park, and aired weekly on the Disney Channel from 1991 to 1994. I was selected

for that role through an "open" audition, which I decided to attend on an impulse. Neither of my

parents worked in the entertainment industry. While my four years with " MMC" had given me

extraordinary training in singing, dancing and acting before a live audience, I knew nothing

about music as a business. The show had left me with an interest in a career in music. However,

although I had done some songwriting and recording earlier in the summer, in August 1995, I

was not actively seeking employment opportunities as a performer. My immediate plan was to

continue my education and write songs.

*The Formation of 'N SYNC*

      6.        I first met Louis Pearlman as a result of a phone call from Justin Timberlake and

his mother in late July or early August 1995. Justin had also been a member of the MMC cast.

Justin's mom, Lynn Harless, asked if I would be interested in going to Orlando to meet with

some people about joining a musical group. Lynn had very little information other than that our

3

expenses would be paid and that Chris Kirkpatrick knew a guy who was willing to pay for some "demo" records. Upon receiving assurances from Louis Pearlman that it would cost me nothing, that he would pay all my expenses, and that I would have *no obligation* to him, I agreed to join Lynn and Justin for the weekend in Orlando.

7.      Lou Pearlman had his chauffeur meet me at the airport and bring me to his house. Lou gave me a tour of his lavish home which was decorated with gold records for major artists and entertainment memorabilia. He explained to me that if Chris could put together the right group, he would back it financially. He told me he was paying expenses, and that I would not have to pay him back.

8.      At this point, there was no group, only Chris Kirkpatrick and Jose "Brody" Martinez. My "audition" consisted of singing a single song with Chris, Brody and Justin in Lou's house. While Lou was satisfied to have the four of us be the group he would back, I was not. I did not like Brody, and told him I would not be in the group if he was going to be in it. Brody was asked to leave.

9.      Joey became a member of the group after Brody was kicked out. Chris and I knew Joey. We had run into him the night before and we immediately asked him to join us. No one was auditioned. Joey brought in his friend, Jason Watkins, because we felt we needed a bass singer. In August 1995, the group consisted of Chris, Justin, Joey, Jason and myself.

10.      In September, 1996 Jason Watkins decided to quit the group. Lynn Harless called Bob Westbrook, a vocal coach Justin had worked with, and asked if he could recommend a good bass singer who was our age. He referred us to Lance Bass.

4

### The Name 'N SYNC is Selected

11.     As soon as the group was formed, we started to talk about what we should call ourselves. Lou wanted to call us "Five Alive," "Five United," or "Good Fellas," all names which we hated and refused to use. Justin's mom came up with the name 'N SYNC. We adopted it because it immediately communicated what we were about. We started to use it. At the time we adopted the name in August 1995, we had *no* contracts with Lou. We considered the name ours and it never occurred to me that Lou would attempt to claim it for himself. At no time did Lou inform us that he intended to be the sole owner of our name.

### The Development of 'N SYNC

12.     Justin, his mom and I had many contacts from our MMC days. We also had accumulated a data base of fans all over the country who had written to us. We drew upon those resources to develop an act. We immediately brought in Robin Wiley, the vocal arranger from the Disney show. Justin and I had worked with Robin over the summer. Robin lived with us from August through October and worked to develop our style and our sound. She produced our "demo" recording. She would return to help us prepare for our first European tour in 1997. She would go on to produce and arrange our *a capella* version of "O Holy Night" on our Christmas album. We also brought in Michael Igizi from Nashville, the Disney producer with whom Justin and I had worked for a month earlier in the summer writing and recording songs. Miles Thorogood, a choreographer who we knew from MMC also joined us to choreograph our first showcase performance. None of these people were known to Lou.

13.     Lou's contribution was limited to managing and providing the money. I believe he paid Robin, Michael Igizi and Miles Thorogood's fees and expenses and provided a house

5

where Justin, his mom, Robin and I could live and where the group could work.

14.     Lou rarely attended our rehearsals. We saw him only when he would take us out to dinner. On these occasions, he would brag about the money he had made and what he was going to do for us.  He told us he had "connections" and he would make us millionaires. He told us he wanted us to be like a family, and all he wanted was to hang out with us and be the "sixth" member of the group.

### Our First Performance as 'N SYNC

15.     We had only about one week to rehearse with Lance for our first showcase at Pleasure Island. Robin Wiley and Miles Thorogood did all the work to get our show ready. Justin's mom took care of all the clothes and the publicity. She created a mailing to the data base of our MMC fans so that we could perform before a big, friendly crowd. She contacted a camera man and a sound man from MMC to videotape our performance so that it could be sent out with our "demo." She even sewed a banner with our name to hang over the stage. Trans Continental's role was limited to advancing the money.

16.     We made our "demo" recording at about the same time. Robin Wiley produced three tracks and the other was a song which Michael Igizi and I had written over the summer and which he produced. Lou was not involved in the recording of our "demo" except to pay the bill.

### The Contracts

17.     In late September, Lou first raised the subject of contracts. As the date for recording our "demo" approached, he said that he would not pay for the production of a "demo" recording of the group unless we signed "a production deal" with Transcontinental Records. He stated that as the sixth member of the group he would be the group's manager and business

6

manager. As such, he would be treated just like us, and that we would split everything six ways. He said artists usually paid 35% for management and business management. He stated that, since he was only taking one-sixth, he would be saving us money. According to him, he would be doing two jobs for half of what it would otherwise cost. He said as our manager he would find us work and a record deal, and as our business manager he would take care of all the business of the group. He told us the "production deal" was just until he got us a record deal, and that it would be replaced as soon as he got us a record deal.

18.     He led us to believe that as the "sixth group member" he was looking out for our interests. He said his interest was the same as ours since he would get nothing we didn't get. He presented the "production deal" with Trans Continental Records as a "standard contract," and said it was the same as "everyone gets." He told us it was the best deal any artist could get. He said it was the same deal as the Backstreet Boys had.

19.     I had no knowledge of the various business arrangements which existed in the music business. None of us did.  I signed all of the contracts Lou asked me to sign.  I believed Lou had reviewed all the contracts on our behalf as our business manager. I relied totally on Lou to protect my interest. Lou presented everything as such a great deal for us and so routine. I had not a clue of their significance for my future.

*The April 28 Management Agreement*

20.     After we completed our "demo" in October 1995, Lance went home and did not return until January. Other than a performance at Lance's high school, Lou arranged no performances, and we did not record any more "demos".

21.     Towards the end of April, Lou told us that he could not get a record deal for us.

7

He said we needed to hire Johnny Wright, the manager of the Backstreet Boys. He told us that Johnny was the man who could get us a record contract.

22.     He presented Wright as wholly independent of him and Transcontinental. He told us that Johnny wasn't sure he wanted to manage us. He said we would have to convince him to take us on. We were concerned that there would be a conflict with Johnny's representation of the Backstreet Boys. Lou told us to offer Johnny more than the Backstreet Boys paid him so that he would make us his top priority.

23.     A few days after we met Johnny, Lou asked us to sign a management contract for Johnny. He told us that we didn't need a lawyer. He would have his lawyer look it over, since he was on "our" side of the contract and Johnny was on the other side. He reiterated that he was just one of us, the "sixth" member of the group, and that we should not have separate lawyers.

24.     Lou had repeatedly told us to stay away from lawyers. He said that was the "Backstreet Boys" problem. He said we had him, and that he was going to take care of us. We had little choice since we had no money to hire lawyers.

25.     Again, we relied on Lou and trusted him. Lou was our business manager. Again, we had no reason to know that he had an interest which was different from ours. When he asked us to sign the management contract because Johnny could get us a record deal, we did.

*The April 26, 1996 Recording Agreement*

26.     Shortly thereafter, Lou asked us to sign the recording agreement which is dated as of April 29, 1996. He said it would make us look like we were already signed to a recording contract and it would enable us to get a better record deal. Lou said it was the same as the prior

8

agreement, and that we didn't even need to read it. He assured us that his lawyer had checked everything out for our mutual behalf.

***The BMG Agreement***

27.     In the summer, Lou told us we were going to be signed directly to "BMG." He never showed us the contract with "BMG" and the only thing we knew about it was what he told us. Lou led us to believe that the "BMG" deal had replaced the Transcontinental Records agreement. He claimed we had gotten a "superstar" deal, the same deal as Whitney Houston, who was an Arista recording artist. He said it was unheard of for a new group to be signed directly to "BMG".

28.     Shortly thereafter, Lou told us we would have to go to Germany. We told him that we didn't want to go. We wanted our record to come out first in the United States. At this point, the Backstreet Boys were in Europe and had not been introduced in the United States. Lou and Johnny had always portrayed us as competitive with the Backstreet Boys, and we felt we had a better shot at the U.S. market if we were released in the United States first. Lou explained away our release in Germany by stating that we had to have a "story" and that we had come to the States as "superstars."

29.     In August 1996, we left for Sweden to begin recording our record. Lou did not accompany us and was not involved at all in recording our first German album. Our first single was released in Germany in October 1996. After the record was released, we received the first money we got under our recording contract -- $2,000 each. It was our "signing" advance.

30.     We spent the next year in Europe doing promotional tours throughout Europe and Asia. We visited the United States only for brief periods between engagements. Diane Bass and

9

Lynn Harless traveled with us. Lou did not accompany us.

31.     We repeatedly complained to Lou that we had no record out in the United States and that nothing was being done to enter the United States market. Lou would respond by blaming Johnny Wright. He explained away our objections, claiming that Johnny was just following the formula that had worked for him with the Backstreet Boys. He also badmouthed Johnny, saying that Johnny was keeping us out of the United States to help the Backstreet Boys, whose record was just coming out in the United States.

***Our United States Release***

32.     More than a year had elapsed, and although our first album and singles achieved substantial success in 1997 in Germany and neighboring countries, we received no substantial additional compensation. A company called IAM was selling t-shirts and other merchandise during our European tour, but we received no money on account of these sales.

33.     Lou claimed it would take one and one-half years before we would receive accountings and payment for our sales. We knew nothing about the money which had been received on account of our services or what expenses for recording or touring were being charged to us. In response to our complaints, however, Lou gave us an" advance" of $10,000 each in August 1, 1997.

34.     In the latter part of 1997, Lou told us both Arista and RCA Records were competing for our services. We were led to believe that Lou was negotiating to get us a new contract with one of these two American record companies. He discussed the relative merits of signing with each, from day to day reversing which one he thought would be the better choice for us.

35.     In late 1997, Lou announced that we were now signed to RCA Records. He said that he had taken care of all the details. At the time, I believed we had a new recording agreement with RCA Records.

36.     This good news was followed shortly with the bad news that RCA did not think the album we had previously recorded was suitable for release in the United States. They felt it was too "European". We were required to return to the studio to record the new material which RCA wanted for their record. Not only was this time consuming, but it was expensive and the expenses would be charged to us. Ultimately, RCA released an 'N SYNC album in late March of 1998 which contained four newly recorded songs and nine songs from the album released in Europe.

37.     Lou Pearlman was not involved in the recording for the new songs for our U.S. album. Johnny Wright was the person who communicated for us with RCA. We selected the songs we would record from the choices Johnny presented.

38.     By the time we completed recording our album for RCA, however, nearly a year had elapsed from the release of our album in Germany. We were told we needed a new "European" record. The RCA album could not be released in Europe because two-thirds of it had been previously released there. We were required to return to the studio to record additional material.

39.     During our recording sessions for our second "European" record Lou Pearlman was rarely present. Andreas Von Oertzen from Germany and Vince DiGiorgio of RCA, however, were both present. During the recording sessions, they would fight with each other over the way each recording should sound. Andreas wanted our music to be more techno-pop/dance oriented,

11

which he felt was more suitable for the European market. Vince wanted a more American pop, R&B flavored recording.

40. During 1998, we recorded approximately a dozen additional songs, a considerable burden in both time and money, all of which were rejected for European release.

41. Further, we were required to go into the studio to record a Christmas album for RCA while we were simultaneously touring to promote our first RCA Record and trying to complete a second "European" record.

42. In the year period from December 1997 to November 1998, we were continuously either recording, touring or rehearsing for a tour without so much as two weeks off.

43. The record album released by RCA was certified by the Recording Industry Association of America for sales of 3 million copies by November 4, 1998.

44. Notwithstanding our stellar sales and our non-stop work, we had relatively little to show for our efforts. In the latter half of 1997, we had been given a $25,000 advance, which we assumed was related to our signing by RCA Records. In the succeeding year, we received nothing except a small weekly salary when we were on tour.

45. In response to our complaints, Lou told us we were still in the "red". He told us our royalties were in the "pipeline" and that it would be more than a year before we would receive money from our U.S. sales.

46. Our dissatisfaction, however, became known to Jan Bolz, the head of BMG Ariola in Germany. He told us he was going to give us an advance. He made a comment to us that he had to give Lou millions of dollars to get us any money. He said to us "Lou is a nice guy, but you should get yourself a lawyer."

12

47.     As soon as we got some money, we did get a lawyer. It was not until we got a lawyer that we discovered we weren't signed to RCA Records, we had no direct agreement with "BMG" and that our contracts were not "standard" deals.

48.     We have worked non-stop for the past three years. In May, 1999 Lance Bass collapsed from exhaustion and dehydration and was hospitalized. It could have been any of us.

49.     We are painfully aware that our career may be brief. In truth our fans made us a success. They are the ones who buy our records, who come to our concerts and wear our T-shirts. We will enjoy their favor only so long as we give them the music they enjoy and the respect and gratitude they deserve. There are many other male singing groups, some of them sponsored by Lou Pearlman, seeking to replace us in the market. We are overdue for a new record and, if we don't have one, another group may capture the attention of our audience. An injunction may be the end of 'N SYNC. However, we cannot work with people who have lied to us and taken advantage of us. And we will not be puppets on a string held by Lou Pearlman working night and day for whatever he chooses to throw our way.

Executed this 1st day of November, 1999.

JOSHUA SCOTT CHASEZ

13