FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

99 NOV -2 PM 4:00

CIVIL ACTION NO. 99-1282-CIV-ORL-22C

TRANS CONTINENTAL RECORDS, INC.,
BMG ENTERTAINMENT, BMG ARIOLA
MUENCHEN GmbH, TRANS CONTINENTAL
ENTERTAINMENT, INC., and LOUIS J. PEARLMAN,

       Plaintiffs,

vs.

ZOMBA RECORDING CORPORATION, CLIVE
CALDER, JAMES LANCE BASS, JOSHUA SCOTT
CHASEZ, JOSEPH ANTHONY FATONE, JR.,
CHRISTOPHER ALAN KIRKPATRICK, and
JUSTIN RANDALL TIMBERLAKE,

       Defendants.
_____/

## DECLARATION OF LYNN HARLESS IN OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

LYNN HARLESS, pursuant to 28 U.S.C. §1746, declares under penalty of perjury:

       1.      I am the mother of Justin Timberlake, one of the members of 'N SYNC and a defendant in this action. I make this declaration in opposition to plaintiffs' motion for a preliminary injunction restraining my son and his fellow members of 'N SYNC from pursuing their recording career with Zomba Recording Corporation.

       2.      I was heavily involved in the creation of 'N SYNC . Because my son Justin was a minor at the time, I traveled with 'N SYNC for over two years. I have reviewed the declaration of plaintiff Louis J. Pearlman, in which he claims credit for the conception and

1

30

development of 'N SYNC.  Many of these claims are untrue or greatly overstated.  Mr.

Pearlman's principal contribution to the formation and development of 'N SYNC was to advance

funds for certain expenses incurred in the early months of 'N SYNC's development.  It is my

understanding and belief that Mr. Pearlman charged to 'N SYNC all the money he advanced and

that he has been repaid very generously for those advances.  I do not dispute that Mr. Pearlman

made the contribution that he made.  But I believe that he did so on false pretenses, misleading

both the members of 'N SYNC and their parents, all of whom placed their trust and confidence in

him.

***The Formation of 'N SYNC***

　　　　3.　　　　In 1995, my son Justin, then 14 years of age, was already an accomplished

performer, singer and dancer.  He had been performing since he was a young child.  For two

years, from approximately 1993 to 1995, he was a featured performer on a Disney television

show based in Orlando, Florida, *The Mickey Mouse Club*.  On that show, Justin sang and danced

both alone and in groups.  He also performed before live audiences as a member of *The Mickey*

*Mouse Club*.

　　　　4.　　　　After Justin's role in *The Mickey Mouse Club* came to an end, my husband

and I were planning to take Justin to California for television auditions.  I believe this was in the

Spring or Summer of 1995.  Our family was living in Memphis at the time.  We had already

made all the arrangements for that trip when I received several telephone calls from Chris

Kirkpatrick.  Chris, who was unknown to me or Justin, told me that he had seen some videotape

of Justin's performances and was interested in having him join a musical group that he was

forming in Orlando.  Because we had already made plans to go to California, I told Chris that we

were not interested.

5.      Subsequently, I received a telephone call from Mr. Pearlman.  I had never heard of Mr. Pearlman before then.  Mr. Pearlman told me that he was helping Chris to form a group.  He told me that he would pay for my family to travel to Orlando, and invited us to have a free weekend in Orlando on him.  Although still planning to go to California, we agreed to visit Orlando, where we had spent many months in connection with *The Mickey Mouse Club*.

6.      When we arrived in Orlando, we were picked up by a limousine and taken to Mr. Pearlman's house.  Mr. Pearlman gave us a tour of the house while he told us of his extensive contacts in the music industry.  He said that he was Art Garfunkel's cousin.  He claimed to know the chief executives of all the major record companies.  He also claimed to be a songwriter.  He told us that he owned a record company and that he could obtain a recording contract for Justin and the others if Justin was interested.  Later, Justin sang with Chris and some other young men.  Justin became excited about the possibility of joining a music group.  He told us that he wanted to pursue the idea.

7.      At the time of this visit, there was no name associated with the group that Chris hoped to form.  Mr. Pearlman had various ideas for a name that he repeatedly raised then and later.  These ideas included "5 United" and "Goodfellas", neither of which appealed to us.  On our return trip to our home in Memphis, my husband, Justin and I began to talk about possible names for a music group.  It was during that flight, as I recall, that I thought of the name 'N SYNC.  I later proposed this name to the boys in the group, and they decided to adopt it as their own.  To my knowledge, Mr. Pearlman had nothing to do with the idea for or the choice of the name.

3

8.      While performing on *The Mickey Mouse Club*, Justin had come to know J.C. Chavez, who had also performed on that program.  During 1995, both Justin and J.C. had been recording demonstration tapes in Nashville with the assistance of a vocal coach named Robin Wiley, who had also worked with the boys on *The Mickey Mouse Club*.  Justin and I called J.C. to see whether he would be interested in joining a group with Justin.  J.C. said that he would be interested.  J.C .'s parents, who I had known from *The Mickey Mouse Club*, were reassured by my involvement.

9.      A few weeks or so after our initial visit with Mr. Pearlman, we returned to Orlando, this time with J.C..  Mr. Pearlman again paid for the trip.  While Justin, J.C., Chris and I were out one evening during this visit, we met Joey Fatone, who was known to both Chris and J.C..  Chris and J.C. invited Joey to join the group, and Joey agreed.

10.     I believe it was on this second trip that my husband and I discussed with Mr. Pearlman the financial and personal strain that Justin's interest in the group would involve.  If Justin were to pursue this interest, I would need to move to Orlando to be with him, while my husband remained in Memphis where he worked.  In addition, I expected to play a significant role in working with the group.  Mr. Pearlman told us that he would pay for my husband and I to commute between Memphis and Orlando in lieu of compensation for my work. (In fact, I later learned that Mr. Pearlman charged all these expenses to 'N SYNC.)

11.     Mr. Pearlman otherwise made clear that he would finance the expenses associated with my move to Orlando and with the work needed in developing 'N SYNC.  He told us that, in return for advancing these funds, he would be repaid out of any revenues that were generated by 'N SYNC and also receive an interest in the profits.  He told my husband and me

4

many times, and I heard him tell the members of 'N SYNC many times, that his interest in the profits of 'N SYNC would never exceed the amount that any one member of the group made. Time and again, he said that he was like a "sixth member" of the group and would receive no more or less than any other member. According to Mr. Pearlman, this meant that he would be looking out for 'N SYNC's interests.

12.     Neither my husband nor I knew a thing about the music business at the time. Mr. Pearlman seemed to know everything, and impressed us with his cars and house and aircraft. My son wanted to be a singer. He had obvious talent. To say that we were impressed by Mr. Pearlman's claims of access in the music industry, and that we trusted his statements concerning financial matters, is an understatement. He repeatedly assured us of his good faith -- that he was there to protect 'N SYNC. He said that lawyers only complicated things, and that we could all trust him to take care of us.

13.     I moved to Orlando with Justin so that he could be close to and work with Chris, J.C. (who moved in with us) and Joey. The fifth member of the group at the time was Jason Watkins. Some time in September 1995, after I had moved to Orlando, Jason decided that he did not want to continue in 'N SYNC. Jason had been the bass singer, and his departure left a hole in the group. I called a vocal coach who had worked with Justin, and asked him whether he knew any bass singers who might be interested in joining us. This coach recommended Lance Bass, a young singer from Mississippi. Lance's mother was very reluctant to allow her son to come to Orlando, and she agreed only after the vocal coach vouched for me. When Lance met with the others, they decided that he should join the group.

14.     In short, Mr. Pearlman played a role in putting together 'N SYNC, but not

5

the role he describes in his declaration.  He did not "select" the members of 'N SYNC.  The members of 'N SYNC found each other: Chris found Justin who found J.C. who found Joey, and then they together found Lance after I was referred to him.  Mr. Pearlman did not "audition" these singers; we all did.  The name 'N SYNC was not Mr. Pearlman's idea but mine; he resisted the name in favor of other names, and the boys themselves chose 'N SYNC.  That name was selected and adopted by the group before any contracts were signed.  Mr. Pearlman provided money to pay for the trips to Orlando, and later for the house where I lived and worked with 'N SYNC, as I describe below.  He also invited us to dinner on occasion.  He charged everything -- even the dinners -- to 'N SYNC.

***The Development of 'N SYNC***

15.    Mr. Pearlman declares that he is responsible for the "quality and image" of 'N SYNC, that he "created" the group and that he developed 'N SYNC's "choreography, artistic direction and image."  This is untrue.  Upon my arrival in Orlando, I enlisted Robin Wiley, the vocal coach, to work with me in rehearsing the group.  Robin and I spent day after day with 'N SYNC, who were practicing their music and shaping their sound. I also personally recruited the choreographers to work with them. Mostly, Mr. Pearlman was not even there.  When he was there, he did little but watch.  Often, he would arrive very late and just sit around and talk.

16.    Our goal was to create a "demo" tape of 'N SYNC for use in attracting a U.S. record contract.  To this end, Robin and I arranged for 'N SYNC to perform at a room at Pleasure Island in Orlando.  It was our idea to do this.  Using my contacts from *The Mickey Mouse Club*, I also personally arranged for the sound men, video operators and others needed to create the "demo" tape.

6

17.     Robin and I, using Robin's personal computer, compiled a database of names from the records of *The Mickey Mouse Club*. We sent out invitations to fans using this database. I designed the flyer announcing the event. The flyer, which I attach as Exhibit 1, said:

**'N
SYNC**

**IS:**

**LANCE BASS
J.C. CHASEZ
JOEY FATONE
CHRIS KIRKPATRICK**

**JUSTIN TIMBERLAKE**

18.     There was no mention of Transcon or Mr. Pearlman in any of the advance publicity of the Pleasure Island event, which identified 'N SYNC solely with the five boys. And Transcon and Mr. Pearlman's name were not used to get the people we needed for the event. Mr. Pearlman paid the bills, but the contacts were mine. Ms. Wiley received some compensation from Mr. Pearlman, as did the choreographers I had hired. I spent most of my days and many of my evenings working with 'N SYNC, rehearsing their music and dance. I received no salary for any of this work.

19.     Nor did 'N SYNC. Working hardest to perfect their sounds and steps were Chris, J.C., Joey, Lance and Justin. The "artistic direction" and "image" of 'N SYNC was primarily theirs. They were not actors hired to perform a role that Mr. Pearlman wrote. What they did was of their own making. They are talented performers who know what they like, like what they do. Apart from money, Mr. Pearlman's only contribution to the creative side of 'N SYNC was occasionally to suggest songs that the group might sing, including one he claimed to

7

have written (and which we later learned was written by someone else). But 'N SYNC decided what songs to sing and rehearse, not Mr. Pearlman.

20.     Not long before the event occurred at Pleasure Island, Mr. Pearlman arranged for 'N SYNC to sign a recording contract with Transcon. Mr. Pearlman told us that the recording contract was the same contract as the Backstreet Boys had. He told us that signing with Transcon was the way for 'N SYNC to get a record contract with a big company. Mr. Pearlman also asked us to sign stockholders' agreements. He told us that these, too, were the same as the Backstreet Boys' agreements. Although we had previously seen the record contract (since we had been scheduled to sign it earlier), we did not see the stockholders' agreements until the very day we were asked to sign them. My husband showed the record contract, but only the record contract, to a lawyer at a firm in Memphis. That lawyer looked at it briefly and had little comment. We signed the contracts because Mr. Pearlman told us that we needed to sign the contracts in order to get a record deal.

21.     We held the event at Pleasure Island in October 1995. I designed the posters for the event, I designed the T-shirts we distributed, I even sewed the banner used as a backdrop for the stage. This October 1995 performance was the first public appearance of 'N SYNC, and the first time that the name 'N SYNC was publicly used to refer to Chris, Joey, J.C., Lance and Justin. The audience was packed with people who knew the boys, especially J.C. and Justin, who had a large following from their television appearances on The Mickey Mouse Club.

22.     None of the materials used in connection with that performance -- no flyer, no poster, no other signs, no press statements -- referred to Transcon or Mr. Pearlman. Rather, Mr. Pearlman repeatedly told me and 'N SYNC that he could not be publicly associated with

'N SYNC because of his relationship with the Backstreet Boys.  He maintained this position for

many months.  As best I can recall, neither Mr. Pearlman nor Transcon openly associated with 'N

SYNC until after Mr. Wright became involved in management of 'N SYNC.

***Mr. Pearlman's Inability To Obtain a Record Contract***

23.     Together with Robin, I worked with a producer I selected to put together

the audio and video tapes of the event, and biographies of 'N SYNC.  Robin and I also designed

and put together the packaging for the demo.  I attach these materials as Exhibit 2.  These

materials, which were for distribution in the industry, made no mention of Mr. Pearlman or

Transcon (except in a songwriting credit for Mr. Pearlman that later turned out to be incorrect).  I

was identified as the contact.  The materials identified 'N SYNC only with the faces and names

of Chris, J.C., Joey, Justin and Lance.

24.     'N SYNC: The Official Book, by 'N SYNC with K.M. Squires (Bantam

Doubleday Dell 1998), and the biographies of 'N SYNC included in the official 'N SYNC fan

package say -- truthfully -- that 'N SYNC was not a "pre-packaged band."  They describe how the

"five young men came together as friends and knew each other long before 'N SYNC was born"

and how Chris "was the instigator in terms of getting the group together," and was the one who

"wanted to form a group that could do intricate five-part harmonies with a full range from bass to

soprano."  The book and the biographies correctly state that I conceived of the name, and that, by

coincidence, the name corresponds to the last letter of the first names of the five boys.  Mr.

Pearlman saw these materials before they were distributed and he approved them.

25.     Over the next six months or so, I continued to rehearse with 'N SYNC.

Meanwhile, Mr. Pearlman was supposed to use his contacts in the music industry to obtain a

recording contract for 'N SYNC.  He told us that he was not meeting with success, and that various record companies had passed.  He brought us to New York, we thought to meet with record labels, but we did not meet with any record companies.  Mr. Pearlman charged the New York trip to 'N SYNC.

26.     Mr. Pearlman had told us that he would be the manager of 'N SYNC, and that no one else was needed.  That was what we all thought he was being paid for.  He often spoke about Johnny Wright, who was then the manager of the Backstreet Boys, as a person whom 'N SYNC did not need and should not use.  Later, however, after Mr. Pearlman had failed to obtain a record contract for 'N SYNC, he changed his mind about Mr. Wright.  He told 'N SYNC (with me present) that the way to obtain a record contract was to hire Mr. Wright as manager.  He said that 'N SYNC should agree to pay Mr. Wright more than the Backstreet Boys paid Mr. Wright, so that Mr. Wright would have an incentive to work harder for 'N SYNC.

27.     In the Spring of 1996, 'N SYNC met with Mr. Wright.  Shortly thereafter, Mr. Pearlman recommended that 'N SYNC sign a management contract with Mr. Wright.  Mr. Pearlman told 'N SYNC (and me) that Transcontinental Entertainment was Mr. Wright's company.  As far as I am aware, no one knew, until long afterwards, that Mr. Pearlman had an ownership interest in this company.

28.     Sometime in the Summer of 1996, we learned from Mr. Pearlman that BMG "the parent company" had agreed to sign 'N SYNC in Germany.  Persons at BMG later told me that the only reason BMG agreed to record 'N SYNC was because of Johnny Wright.

29.     Mr. Pearlman told us that the BMG contract was a "superstar deal" because 'N SYNC would be receiving an 18% royalty.  Mr. Pearlman never showed us the

contract between BMG and Transcon.  I signed the Letter of Acknowledgment on Justin's behalf because Mr. Pearlman asked me to do so and after he told us that he had gotten a deal from BMG.  I did not know that Transcon received an advance from BMG  under that contract.

30.     Nor did I know, until late 1998, that Mr. Pearlman had not obtained a recording agreement with either BMG the parent company or RCA.  Mr. Pearlman, whom we trusted as 'N SYNC's manager, represented to us the opposite.  Mr. Pearlman led all of us to believe that the BMG deal had replaced the Transcon deal and that 'N SYNC had signed directly with the BMG "parent company,"  not just a territorial label.

31.     At some point, Mr. Pearlman told me that he would arrange for the contracts with Justin to be submitted to a court for approval.  I was generally aware of this process because Justin had needed court approval of the contracts to perform on *The Mickey Mouse Club*.  In that instance, Disney had prepared all the papers and obtained the approval.  Mr. Pearlman told me that he would have his lawyers do this work and that it would not be a problem because he knew all the judges.  I recall that Mr. Pearlman's lawyers prepared papers that I signed for court approval.  As far as I know, these papers were never approved by the court.

### Conclusion

32.     Mr. Pearlman's contribution to 'N SYNC was mostly financial.  He paid the expenses of 'N SYNC in the early months, including rent on the house where I stayed and where 'N SYNC conducted most of its rehearsals, as well as the costs associated with creation of the "demo" tape.   But he is not responsible for the "artistic quality" or "image" of 'N SYNC, and

neither his name nor his company's name is or ever was linked with 'N SYNC in public.

Executed this 1st day of November, 1999.

LYNN HARLESS

1





**IS:**

**LANCE BASS**
**J.C. CHASEZ**
**JOEY FATONE**
**CHRIS KIRKPATRICK**
**JUSTIN TIMBERLAKE**

# COME BE PART OF THE AUDIENCE
# WHEN WE VIDEOTAPE A LIVE SHOWCASE
# PERFORMANCE:

## SUNDAY, OCTOBER 22ND
## 1:00 - 5:00 P.M.
## PLEASURE ISLAND
## ROCK-N-ROLL BEACH CLUB

## FREE POSTER AND T-SHIRT GIVEAWAY!

Call or write for reservations:

(407) 352-2478      P.O. BOX 692109, ORLANDO, FL  32689-2109






# GET

# 'N SYNC VIDEO SHOWCASE

- GET caught up in the magnetic presence of the 5 electrifying personalities that are 'N SYNC . . . .



GET mesmerized by the explosive dancing and funky solo vocals of 'N SYNC . . . .



GET swept off your feet (along with scores of screaming fans) by the smooth harmonies and romantic groove ballads of 'N SYNC . . . .





GET a glimpse of the next great pop music phenomenon . . . .

GET 

Contact: Lynn Harless (407) 351-0283



'N SYNC

1. I'LL BE BACK FOR MORE
   (PEARLMAN/WILEY/BARLOW)

2. WE CAN WORK IT OUT
   (LENNON/MCCARTNEY)

3. I THOUGHT SHE KNEW
   (WILEY)

4. GIVE IN TO ME**
   (CHASEZ/EGIZI/GODBOLDO/LUCCA)

5. THE STAR SPANGLED BANNER
   (LIVE)

(C) (P) 1995 All Rights Reserved

LANCE BASS
J.C. CHASEZ
JOEY FATONE
CHRIS KIRKPATRICK
JUSTIN TIMBERLAKE

ARE



ALL SONGS PRODUCED BY
ROBIN WILEY EXCEPT**
PRODUCED BY MICHAEL EGIZI

J-Card Insert to
Demo Cassette