FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

99 NOV -2 PM 4: 00

-----------------------------------------------------------X

TRANS CONTINENTAL RECORDS, INC.,    :
BMG ENTERTAINMENT, BMG ARIOLA       :
MUENCHEN GmbH, TRANS                :   99-1282-Civ-Orl-22C
CONTINENTAL ENTERTAINMENT, INC.     :
and LOUIS J. PEARLMAN,              :

                Plaintiffs,   :   **DECLARATION OF**
                                                **DIANE BASS IN**
     -against-    :   **OPPOSITION TO**
                                                  **MOTION FOR A**
ZOMBA RECORDING CORPORATION,        :   **PRELIMINARY**
CLIVE CALDER, JAMES LANCE BASS,     :   **INJUNCTION**
JOSHUA SCOTT CHASEZ, JOSEPH         :
ANTHONY FATONE, JR., CHRISTOPHER    :
ALAN KIRKPATRICK, and JUSTIN        :
RANDALL TIMBERLAKE,                 :

                Defendants.   :

-----------------------------------------------------------X

I, DIANE BASS, declare:

1.    I am the mother of James Lance Bass ("Lance") one of the members of 'N Sync and a named defendant in this action. I submit this declaration in opposition to the motion for a preliminary injunction which would prevent my son from pursuing his career as a member of 'N Sync.

2.    In late September 1995, I received a number of calls from Lynn Harless and the members of 'N Sync asking me to bring Lance to Orlando to explore joining a musical group which was being formed. Lou called me late at night also to ask

31

that we come. I responded that I was not interested. At the time, Lance was 16 years old and in high school in Clinton, Mississippi. He was not a professional singer and not seeking to become one.

3. I agreed to go to Orlando to meet the members of 'N Sync only because Bob Westbrook, a vocal coach with whom Lance had studied, called me and said I should. He thought it might be a wonderful opportunity for Lance.

4. Lance did not audition for Louis Pearlman ("Lou"). As I recall, Lou and I sat in the living room of the house where Justin and Lynn were living while Lance sang in the bedroom with the rest of the group for Robin Wiley. Lou never saw Lance dance.

5. When we were in Orlando in early October, Lou painted a lovely picture for us. I was very scared and not sure that I wanted my son to be part of the group. Lou assured me that he would be the "sixth" member of 'N Sync and that he would make sure the boys were protected as well as successful. He described a lucrative opportunity with no risk.

6. I felt like I was going to faint when Lou took out the contracts and started to go over them. I didn't know anything about the music business. I am a middle school teacher. I could not understand a word and I was so emotionally distraught at the thought of giving up my son, who had never been away from home, that I could not concentrate on what Lou was saying.

7. Lou would not let us take the contracts with us. He did mail them to us the next day. We had only a few days to decide whether we would let Lance participate. Neither my husband, who is a medical technologist, nor I could understand a word in the contracts. We had never before consulted a lawyer, but asked a neighbor who was a lawyer to help us. Unfortunately, in our little town in Mississippi, in the few days we had available, we could not find a lawyer with entertainment experience.

8. I have asked myself many times over the last three years why I signed the contracts. The only answer I have is that Lou repeatedly assured me that Lance would be fine because the group was a "family" and he would protect him. I did not want my ignorance to stand in the way of my son obtaining what I was assured was a wonderful opportunity. I trusted Lou and did not believe he would hurt the boys or take advantage of them.

9. Lance spent a week in Orlando in October to perform in the showcase and to record the "demo." He then returned home to finish the semester. In January, he went to Orlando to live with Lynn, Justin, Chris and J.C. My son, however, was too young to be away from his family.

10. So that one of us could live with Lance, my husband gave up his job and took a job at a local Orlando hospital. He got an apartment in Orlando for himself and Lance. I stayed in Clinton, Mississippi with our daughter until the school year was over. Then, I, too moved to Orlando.

3

11. In September 1996, Lance left with the group for Germany. I gave up my job and went with him as his guardian. I traveled with the group and Lance in Europe until May 1997, when Lance turned 18.

12. In this period, the boys made no money. My husband was working to support our household in Orlando and our daughter in Clinton, Mississippi. We had to sell our home in Clinton, and we used up all of the equity from the sale just to pay our bills over the next two years.

13. After much success in Europe, the boys finally returned to the United States in January 1998. They had made very little money and Lou would always report to us that there was no money and we were "in the red." He continued to say this even in November 1998, after the boys had had enormous success in the United States.

14. Lou told us that the group was signed directly to "BMG" and that that had never been done before. When he asked us to sign the letter of acknowledgment, he assured me we were signing directly to "BMG." I asked that night to see the contract and he said he didn't have it with him. I repeatedly asked to see the contract, but Lou would never give it to me. I thought the group was taken to Germany just to get experience and I had no idea that we were literally signed to a German label and it was through Lou's company.

15. Lou emphasized many, many times that he only made one-sixth of the profits, the same as the boys. He told us that the head of Trans Continental Records

("Transcon") was a German fellow and that he just worked for him. We were only allowed to talk to certain people at Transcon and his involvement with the group was a secret.

16. Lou was rarely around when the boys worked or rehearsed. He would show up late at night, when the boys were exhausted and I remember seeing some of them fall asleep. He would also take them out to loud restaurants "to talk," but even though I would sit right next to Lou, it was impossible to hear him.

17. The group worked incredibly hard. It is hard for anyone who has not experienced it to know how grueling the work is and how the schedule allows for no time for rest. All of the boys lost a tremendous amount of weight in Europe and Asia in 1997 and we worried about their health.

18. In the middle of May 1999, just before the group was to perform their concert in Orlando, Lance became gravely ill and was hospitalized. The doctor's told us he was suffering from exhaustion and near fatal dehydration due to overwork. The doctors advised us that the boys' schedule was endangering Lance's health. He said that at his age, Lance needed more sleep than he was getting. He recommended that Lance take a month off.

19. The only contracts I remember signing were in October 1995. My husband signed the management agreement in April 28, 1996 because I was not in

Orlando. Lou assured us that the management contract would cost the boys nothing. He told us that he would take care of it. This like everything else he told us proved to be untrue

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Brandon, Mississippi on October 30, 1999.

*Diane Bass*

DIANE BASS

6