FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

99 NOV -2 PM 4:00

CIVIL ACTION NO. 99-1282-CIV-ORL-22C

TRANS CONTINENTAL RECORDS, INC.,
BMG ENTERTAINMENT, BMG ARIOLA
MUENCHEN GmbH, TRANS CONTINENTAL
ENTERTAINMENT, INC., and LOUIS J. PEARLMAN,

       Plaintiffs,
vs.

ZOMBA RECORDING CORPORATION, CLIVE
CALDER, JAMES LANCE BASS, JOSHUA SCOTT
CHASEZ, JOSEPH ANTHONY FATONE, JR.,
CHRISTOPHER ALAN KIRKPATRICK, and
JUSTIN RANDALL TIMBERLAKE,

       Defendants.
_____/

## DECLARATION OF JOHNNY WRIGHT IN OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

       JOHNNY WRIGHT, pursuant to 28 U.S.C. §1746, declares under penalty of perjury:

       1.     I presently manage 'N SYNC. As its manager, I oversee all aspects of 'N SYNC's career, including its recording and public performances. I make this declaration in opposition to plaintiffs' motion for a preliminary injunction restraining 'N SYNC from pursuing its recording career and using its own name.

       2.     In April 1996, I was managing the Backstreet Boys. I was working with that group in Germany.

1

3. For some time before this, I had heard good things about a group called 'N SYNC. On a number of occasions, I asked Louis Pearlman whether he or Transcon knew anything about 'N SYNC. Mr. Pearlman told me, more than once, that he had no association with 'N SYNC.

4. In April 1996, I again spoke with Mr. Pearlman. This time, Mr. Pearlman told me that he had contacts with 'N SYNC. He told me that he had not wanted to associate with 'N SYNC because of his relationship with the Backstreet Boys. He asked whether I might be interested in joining him in managing 'N SYNC. I said that I was willing to meet with the members of the group.

5. I met with 'N SYNC that same month in Orlando and liked the five immediately. I told Mr. Pearlman that I was prepared to manage 'N SYNC. Within a matter of days, Mr. Pearlman produced a Management Agreement which he asked me to sign as president of Transcontinental Entertainment. I asked him why I had to sign the contract, and he told me that 'N SYNC was eager to have me as its manager. I knew at the time that Mr. Pearlman controlled Transcon Entertainment. I did not know at the time that Mr. Pearlman had told 'N SYNC that I controlled Transcon Entertainment. I learned this much later, when, in response to questions from 'N SYNC, I told them that Mr. Pearlman owned at least half of the company. I also learned much later that I am not an officer of Transcon Entertainment.

6. At the time, Mr. Pearlman told me that he was not going to sign 'N SYNC to a recording agreement and explained that the management commission included in the Management Agreement was higher then normal to cover expenses. I was shocked when I subsequently learned that Pearlman had caused the five guys to sign a recording agreement with

2

Transcon Records.

7. I am responsible, not Mr. Pearlman, for arranging for 'N SYNC to audition with BMG Ariola. I knew BMG Ariola's executives from my work with the Backstreet Boys, because BMG Ariola was distributing the Backstreet Boys' records in Germany for Zomba. I am the one who pitched 'N SYNC to BMG Ariola.

8. I served as executive producer of 'N SYNC's releases through BMG Ariola, including its U.S. releases under the RCA label. Mr. Pearlman and Transcon were not involved in the production of 'N SYNC's recordings, except that certain were recorded at Transcon's recording studio (which was leased for that purpose). Mr. Pearlman and Transcon did not control the sound that 'N SYNC created.

9. After 'N SYNC terminated its agreement with Transcon Records, I continued to oversee 'N SYNC's recordings, as I had in the past. Many of the recording sessions following termination of the agreement took place in my home. I expect to continue to oversee 'N SYNC's recordings with Zomba.

10. I have been involved in the music business, including the pop music business, for many years as a manager of artists. I have managed tours for some of the most popular groups in music, including, as I mentioned, the Backstreet Boys. I know how brief the career of pop music artists can be if not properly managed. It is critical for these pop artists to record and release albums while their popularity remains high. For this reason, as 'N SYNC's manager, I believe it is very important for 'N SYNC to release another album as soon as possible, and no later than very early next year at the latest. This takes months of advance planning. I have spent substantial time and effort already planning for this release.

11. In short, I believe it would be very seriously damaging to 'N SYNC's career for any delay to occur in the release of its next album.

Executed this 1st day of November, 1999.

_____
JOHNNY WRIGHT