FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

99 NOV -2 PM 4:01

------------------------------X

TRANS CONTINENTAL RECORDS, INC.,
BMG ENTERTAINMENT, BMG ARIOLA
MUENCHEN GmbH, TRANS
CONTINENTAL ENTERTAINMENT, INC.
and LOUIS J. PEARLMAN,

99-1282-Civ-Orl-22C

     Plaintiffs,

-against-

ZOMBA RECORDING CORPORATION,
CLIVE CALDER, JAMES LANCE BASS,
JOSHUA SCOTT CHASEZ, JOSEPH
ANTHONY FATONE, JR., CHRISTOPHER
ALAN KIRKPATRICK, and JUSTIN
RANDALL TIMBERLAKE,

     Defendants.

------------------------------X

**DECLARATION OF GERRI KARR IN OPPOSITION TO MOTION FOR A PRELIMINARY INJUNCTION**

I, Gerri Karr, declare pursuant to 28 U.S.C. §1746, declare under penalty of perjury, as follows:

1.  I am president of Karr Management Ltd., the company which has been managing the Official *NSYNC International Fan Club (the "Fan Club") for the past year. I have been directly involved with the day-to-day operations and administrations of such fan club and therefore have personal knowledge as to contents of the fan club mail. I submit this declaration in opposition to the motion to enjoin the group from performing as

35

*NSYNC. An injunction against the group would be devastating to the *NSYNC fans, some of whom have already written to us to express their great concern as to the effect that this lawsuit will have on the members of *NSYNC.

2. The Fan Club provides a vehicle for members of the public to communicate with *NSYNC and for the members of *NSYNC to communicate with their fans. Fan Club members, who pay an annual membership fee, receive a newsletter published four times a year and a fan package consisting of a group history, biographies of the individual members of *NSYNC and momentos from the group. A copy of the group history is attached. *NSYNC merchandise is also available for purchase.

3. The Fan Club currently receives on average 25,000 pieces of mail a week addressed to *NSYNC. This mail typically takes the form of expressions of gratitude to the group as a whole or love letters to individual group members. Some fans send two or three letters a week.

4. The overwhelming majority of letters received by the fan club associate the name *NSYNC with the individual members of the group, being commonly referred to as J.C., Joey, Justin, Lance and Chris. It is clear from the fan mail that these individual members and their names and likenesses are the essence of the group and that fans do not generally refer to the name *NSYNC in connection with Trans Continental Records, RCA or Louis Pearlman or his companies.

2

5. Since the news of this lawsuit became public, I have started receiving angry letters upset with how the Trans Continental Records lawsuit will effect the group, proposals for concerted action by fans to boycott the products of other Transcontinental Records' groups and suggestions for providing assistance to *NSYNC.

6. The fans who have communicated with us are uniformly upset at the prospect of the group not releasing a new record or touring. As their attachment to the group and its individual members is emotional, their response to this lawsuit is emotional.

7. Enjoining *NSYNC from being *NSYNC is not in the interests of the millions who have bought their records, attended their concerts and who love and support the group. To the contrary, it is painful to them.

I declare under penalty of perjury under the laws of the United States that the foregoing is true. Executed this 28th day of October, 1999 at North Vancouver BC. Canada.

*Gerri Karr*

GERRI KARR

3

1



# Then and Now

Who is *NSYNC? They are James Lansten "Lance" Bass, 19; Joshua Scott "JC" Chasez, 22; Joseph "Joey" Fatone, Jr., 22; Christopher "Chris" Alan Kirkpatrick, 27; and Justin Randall Timberlake, 18. All are firmly committed to *NSYNC and are working incredibly hard to satisfy the needs and desires of their fans. This includes city to city promotional tours, concerts worldwide and of course working on new songs and upcoming videos.

Their repertoire ranges from infectious dance tunes and smooth ballads to amazing a capella melodies and freshly reworked covers. Their live shows are like nothing I've ever seen before. *NSYNC's high-energy concerts feature not only these incredible vocals but expertly choreographed dance routines, amazing acrobatics and a lot of fun for fans with audience participation in many songs.

*NSYNC was not a pre-packaged band. These five young men came together as friends and knew each other long before *NSYNC was born. Justin explains that "we put the group together ourselves. I think that's something that's paid off in the long run because we were friends before we got a management team and before we got a record deal." In 1995, Chris was living in Orlando, Florida working for Universal Studios. It was there that he met and became friends with Joey. Meanwhile, JC and Justin had just finished their time together on *The Mickey Mouse Club*. Justin knew Chris through auditions and JC was friends with Joey, whose high-school buddies had also been on *The Mickey Mouse Club*.

Chris was the instigator in terms of getting the group together. He wanted to form a group that could do intricate five-part harmonies with a full range from bass to soprano and could translate them into pop music. He contacted Justin, who, he knew, could sing. Justin contacted JC, and soon Joey fell into the fold.

The foursome was ready to make it happen but they lacked a solid bass singer. Justin called his vocal coach back home in Memphis, hoping the coach would be able to recommend the perfect "low guy". The coach recommended James "Lance" Bass. Lance jumped on the next flight to Orlando and the rest is history! As JC says, "he was the fifth finger on our hand".

Now, all they needed was a name. After weeks of brainstorming Justin's mom remarked how "in sync" their harmonies and dancing were. The phrase stuck with the guys. "In Sync" had a nice ring to it. Justin's mom wasn't sure that the guys were convinced so she played around with their initials. After some shifting and scrambling she came up with JustiN, ChriS, JoeY, LansteN, and JC. It was an interesting coincidence. These guys were completely *NSYNC. Their name summed up everything about the band. They were five guys from different backgrounds, from different parts of the US with various musical influences, somehow managing to make a sound that was in sync.

Chris describes *NSYNC's combined sound as "purely original. It's pop with an R&B twist". In the beginning they took every gig they would get, from coffeehouses to discos to theme parks. Justin remembers, "we did our demo package as fast as we could, and that's when we got in touch with our management."

In 1996, a year after *NSYNC formed, the demo captured the eye and ear of Lou Pearlman. Lou immediately got in touch with Johnny Wright, the mastermind manager behind such groups as New Kids On the Block, Snap, Color Me Bad, and the Backstreet Boys. Johnny recollects what made him take notice of this group: "They could really sing. They had a special chemistry, an aura about them. When they talked to me, they talked to me as a group, not five individuals, they weren't selfish."

Wright had no problem obtaining a record contract at BMG in Germany for *NSYNC. Justin says, "the whole team hooked us up with BMG and they took us to Europe. We were, like, we don't care where you take us: we just want to sing!"

Producers Dennis Pop and Max Martin, who worked with international superstars Ace of Base and Robyn, were the next to get on board. The first single, and first smash hit, "I Want You Back", came out of this collaboration. In only a few months *NSYNC had a gold record on its hands. "Tearin' Up My Heart" followed quickly on the first single's heels, debuting in the top five. When *NSYNC's album was finally finished, it soared to number one in record time! Suddenly the guys of *NSYNC were pursued by frenzied fans wherever they went.

A sold-out tour followed across Europe, the UK, Mexico, South Africa and Asia. After establishing themselves overseas, *NSYNC was ready to come home to the good old USA.

Two years later in 1998, when the group returned to the States, there were no swarms of fans waiting on every corner. Chris considered it a "reality check" and he actually enjoyed going to movies or eating at a restaurant like normal people can do. Little did he know! When *NSYNC hit the stores in April 1998, the singles "I Want You Back" and "Tearin' Up My Heart" were already climbing the charts. The album went platinum within four months of its release. They didn't have their anonymity in the US for very long.

They started their first North American tour. They filmed a Disney concert special, performed at the Miss Teen USA pageant, and made guest appearances on *The Tonight Show*, *Live with Regis and Kathie Lee*, MTV, Much Music and the Aloha Bowl. You'd think that they'd get tired of each other with such a grueling schedule but the guys say it isn't so. Justin confirms that "when we get time off, there won't be a day that goes by that I don't talk to one of them and say what are you doing tonight, do you want to go do something?"

*NSYNC certainly exceeded all expectations by pursuing the dream of getting together, working hard at a goal and having a good time.