FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA -- ORLANDO DIVISION

99 NOV -2 PM 4:01

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TRANS CONTINENTAL RECORDS, INC., BMG
ENTERTAINMENT, BMG ARIOLA MUENCHEN
GmbH, TRANS CONTINENTAL ENTERTAINMENT,
INC., and LOUIS J. PEARLMAN,

                          Plaintiffs,

                  v.

ZOMBA RECORDING CORPORATION, CLIVE
CALDER, JAMES LANCE BASS, JOSHUA SCOTT
CHASEZ, JOSEPH ANTHONY FATONE, JR.,
CHRISTOPHER ALAN KIRKPATRICK, and JUSTIN
RANDALL TIMBERLAKE,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No.
99-1282-Civ-Orl-22C

**DECLARATION OF ARI
BERMAN IN
OPPOSITION TO
PLAINTIFFS' MOTION
FOR A PRELIMINARY
INJUNCTION**

        ARI BERMAN,  pursuant to 28 U.S.C. § 1746, declares under penalty

of perjury:

        1.      I am an associate at Paul, Weiss, Rifkind, Wharton & Garrison,

counsel for defendants Zomba Recording Corporation ("Zomba") and Clive Calder.  This

declaration opposes plaintiffs' motion for a preliminary injunction.

        2.      In connection with plaintiffs' motion, I collected an array of

'N SYNC merchandise, including but not limited to books, calendars, posters, t-shirts,

keychains and an 'N SYNC watch.  I have also viewed the official 'N SYNC video and

"surfed" the World Wide Web to locate sites associated with 'N SYNC.   The purpose

of this declaration is to set forth the results of this review.

37

3.      Without exception, all of the books, articles, videos, calendars, keychains, t-shirts, and other merchandise I have surveyed focus exclusively on the individuals comprising the group.

'N Sync Compact Discs

4.      I examined two 'N SYNC compact disc ("CD") albums and four CD singles (Exhibit 1).   Without exception, the cover of each CD features color photograph(s) of the group members.   References to TransContinental Records, Inc. ("Transcon"), BMG Music and Louis Pearlman only appear in small print, either on the back cover of the CD or on the "liner notes" inserted behind the front cover.

'N Sync Books

5.      I located five books on the market devoted to 'N SYNC as a group. In addition, there are books dedicated to individual group members.   The pocket-size *'N SYNC In My Pocket* (Smithmark Publishers) (Exhibit 2) books, each one featuring a different group member, are one example.

6.      All of the books I have examined, including *'N SYNC: The Official Book* (by 'N SYNC with K.M. Squires, Bantam Doubleday Dell Books for Young Readers 1998) (Exhibit 3), portray "'N SYNC" through the likenesses and descriptions of its group members.   Although the "official" book refers to Pearlman in the section on the group's history -- wherein it is stated that Pearlman heard the group's demo tape in 1996 and recommended the music to Johnny Wright, 'N SYNC's manager -- and mentions BMG Music in connection with the group's first record contract, the book centers on the individuals and the group.   Pearlman is described as the band's current

business manager.  There are biographies, interviews, photos of the five from infancy to adulthood and personal profiles.

7.      The "unofficial" books are more or less the same.  *'N SYNC Confidential* (by Angie Nichols, Virgin Publishing 1999) (Exhibit 4) includes a history of 'N SYNC's formation, a host of color pictures and individual chapters on each of the group members.  The subtitle of the book is "Justin, Chris, Joey, Lance and J.C. - The Personal Files."  Plaintiff Pearlman is referenced only in connection with his having apparently passed 'N SYNC's promotional videotape to Johnny Wright.  BMG Music is mentioned only in connection with 'N SYNC's debut CD release.

8.      Similarly, *'N SYNC: Get 'N SYNC With The Guys* (by Angie Nichols, Virgin Publishing 1998) (Exhibit 5) identifies 'N SYNC solely with the individuals comprising the group.  Again, there is a brief history of the group, an assortment of color pictures of the group members and chapters on each of the individual members.  I could find no references to Pearlman or TransCon, and only one reference to BMG Ariola.

9.      *'N SYNC: Tearin' Up The Charts* (by Matt Netter, Pocket Books 1998) (Exhibit 6) is noteworthy in that it delves into the personal details of the lives of each of the five in order to enable fans to determine which of the five would be "the best boyfriend" for her; there are personal profiles, lists of dating likes and dislikes, and stories of first kisses.

10.     *'N SYNC With JC* (by Nancy Krulik, Pocket Books 1999) (Exhibit 7) and *'N SYNC With Justin* (by Matt Netter, Pocket Books 1999) (Exhibit 8) each focus on one group member.  *'N SYNC* (by Chris Kelman, Andrews McMeel Publishing 1999)

3

(Exhibit 9) is a pocket-size book that includes a brief history of the group as well as individual profiles on each of 'N SYNC's members.

Calendar

        11.    The 'N SYNC Year 2000 Calendar (Exhibit 10) contains large color pictures of the group.  Ten of the fourteen large color pictures are of individual group members.  The cover picture is of the group members, and there are three pictures of the group in concert.  The calendar contains no reference to Pearlman or BMG Music, and makes no mention of TransCon, except on the back, in small print.

Videotape

        12.    The official 'N SYNC home video (Exhibit 11) is entitled *'N The Mix*.  The video focuses on the group's rise to stardom, and includes concert footage, interviews with the individual members, and music videos.   The video runs approximately 75 minutes.   While watching the video, I did not hear or see any references to plaintiffs aside from at the very end of the video, in the list of credits.  The packaging is in line with the footage.  A photo of the group defines the video; TransCon Entertainment, Inc. and BMG Music marks appear only on the bottom of the back side of the box in small print.

Wristwatches

        13.    The 'N SYNC wristwatch I recently acquired  (Exhibit 12) features a color picture of the group on its face and 'N SYNC printed on the band.  There is no mention of Pearlman.   There is no mention of BMG Music.   On the back of the packaging, there is a small TransCon copyright symbol.

Keychains

14.     The 'N SYNC keychains I have seen (Exhibit 13) also feature color pictures of the group.  Again, there is no mention of Pearlman and no mention of BMG Music and only a small TransCon copyright symbol.

T-Shirts

15.     As with the calendar and wristwatch and other 'N SYNC merchandise, the various 'N SYNC t-shirts on the market (Exhibit 14) feature photos of 'N SYNC or the individual members of 'N SYNC.  There is no mention of Pearlman or BMG Music and only a small copyright symbol referencing TransCon.

Posters

16.     There are any number of 'N SYNC posters available, each of which features either a color photograph of the entire group (Exhibit 15), or of one of the individual group members (Exhibit 16).

'N SYNC on the Internet

17.     There are literally thousands of Web pages devoted to 'N SYNC. These include an official site, independently created sites, pages linked to popular music websites (i.e. Rolling Stone Magazine, MTV), and fan pages linked through Yahoo.com and other search engines (e.g. AltaVista.com, hotbot.com, go.com).

18.     According to Billboard Magazine, 'N SYNC's official site (www.nsync.com) (sample screen, Exhibit 17) is the top music information site in terms of duration (Exhibit 18), which means it has the highest number of average minutes per visitor per month (topping even such media giants as MTV and Billboard Magazine). I

could find no mention in this site of Pearlman, Transcon or BMG Music.  The focus is entirely on the group members and links to feature pages on each of the five.

19.    On BMG Music's website (www.bmgentertainment.com) (sample screens, Exhibit 19), 'N SYNC is not among the featured artists on the RCA label, though the group is mentioned; 'N SYNC is featured in the *International* section of the BMG Music site associated with BMG Ariola. According to a Nexis search carried out by the staff in our firm library for stories in which BMG Music's Mr. Zelnick's name appears with 'N SYNC's, only one story emerged in which Mr. Zelnick credited 'N SYNC with BMG Music's success -- and in that story Mr. Zelnick lists 'N SYNC with other artists, including the Backstreet Boys, a group which records for Zomba.

20.    All of the 'N SYNC fan-operated websites that I visited (sample screens, Exhibit 20) include photographs of the group; many provide links to biographies of the individual group members, which include personal trivia, likes and dislikes, favorite kinds of food and music, and similar information.

21.    There also exist websites dedicated to criticizing the group.  These, too, identify 'N SYNC with the individual group members (sample screens Exhibit 21).

22.    A search of Yahoo.com that I carried out on October 29, 1999 revealed 780 clubs for Justin, 203 clubs for Lance, 181 clubs for J.C., 104 clubs for Chris, and 78 clubs for Joey and no fewer than 2212 clubs hosted by 'N SYNC fans. Each of these clubs includes a chat room, news and information on the band, gossip, pictures, and links to other relevant sites, including sites dedicated to supporting 'N SYNC in the present litigation (Exhibit 22).  Annexed hereto is a petition which is

circulating on a website devoted to raising awareness to, and opposing, this action (Exhibit 23).

23.     There is even a website (www.nsyncstamps.com) selling 'N SYNC postage stamps bearing the likenesses of the five group members.   The islands of St. Vincent and Grenadines issued the stamps on May 2, 1999 (Exhibit 24).

Ari M. Berman

Executed on November 1, 1999 in New York, NY.

1



















Before I thank anyone I would like to say Happy Holidays!!! I am happy we could send the joy of the holidays to people through our music. I would like to thank God, of course, for bringing me and the guys into the world! My parents, bro, sis and the rest of the Fatone clan, all the producers, WEG Management, Trans Continental companies, Raven Keiss Productions, all friends and their families and to all of our fans, thanks for making the end of our year a great one and keep on going strong in the new year. Thanks a bunch and much love. Joey



I would like to take this opportunity to say thank you to all the special people in my life who have made this Christmas album possible. To my parents and sister I say thanks for all the wonderful Christmas memories we have shared together and I look forward to many more. Merry Christmas to the rest of my wonderful family and friends in Mississippi, and to all my new friends across America and the world. A special thanks and best wishes to our management team, RCA Records, and Trans Continental Records for your dedication to *NSYNC.

As we celebrate our Savior's birth this season, I wish our fans much peace and happiness. Lance











*Re-unified & Re-Constructed by **RIPROCK** and **ALEX G** for the Abstract Intellect • •Additional Production and Remix by **FLORIAN RICHTER** • Original
Production by **DENNIZ PoP** and **MAX MARTIN** for Cheiron Productions • Recorded at Cheiron Studios, Stockholm • Preproduction at ASPO Studios •
Published by Cheiron Songs administered by BMG Songs, Inc. (ASCAP) • Executive Director: **LOUIS J. PEARLMAN** • Executive Producer
**JOHNNY WRIGHT** • U.S. A&R   **VINCENT DEGIORGIO** • U.S. Mastering   **LEON ZERVOS & ABSOLUTE AUDIO, NYC** •
From the forthcoming 'N SYNC album 07863-67613-2

'N Sync is exclusively managed by Trans Continental Entertainment, Inc.   Johnny & Donna Wright • Fan Club 'N Sync P.O. Box 0817 D 94307 Stauding, Germany • Website   www.nsync.com



1. (God Must Have Spent) A Little More Time On You
   ENHANCED VIDEO
   INTERVIEW

2. (God Must Have Spent ) A Little More Time On You
   REMIX

3. Sailing
   LIVE VERSION

*NSYNC

0  78636 56852  2





2









# *NSYNC

## THE OFFICIAL BOOK





Meet Justin, JC, Lance, Chris, and Joey—the talented guys who make up megahot band 'N SYNC. In their own words, they discuss their music, their friendships on- and offstage, their families, fans, favorites, and much, much more! Filled with dozens of brilliant full-color pictures, including a selection of exclusive childhood and behind-the-scenes shots, *NSYNC: The Official Book* is the ultimate keepsake for their millions of fans!

Cover photographs © 1998 by Carlo Dalla Chiesa
Cover design © 1998 by Ericka Meltzer O'Rourke

US $9.95  / $14.95 CAN
ISBN 0-440-41636-1

50995

9 780440 416364



**4**





Full of great **PHOTOS**,
**DATING SECRETS**,**BACKSTAGE FUN**
and **CRAZY STORIES**, this book is
100% funky and
100% 'N Sync!



ISBN 0-8230-8353-5







# 'N Sync

nky guys w        e
conquered th    orld with thei
infecti         grooves      c        ie





Front Cover Image:
Jeffrey Mayer/Star File
Back Cover Images:
(Left) Jeffrey Mayer/Star File,
(Right) Todd Kaplan/Star File.



ISBN 0-8230-8352-7

51295>

9 780823 083527





# they're tearin' up your heart!

They're five super-talented guys singing and dancing their way to superstardom! 'N Sync has already conquered Europe and is taking over American airwaves with their trademark harmonies and rockin' rhythms. The cute quintet—Justin, Chris, Joey, Lance, and JC—are capturing the hearts of fans around the world, *and that's just the beginning!* After the stunning success of their self-titled debut album and their U.S. tour, the fab five has followed up with a hot new release, *Home for Christmas*.

But what are the members of 'N Sync *really* like? Where did they first meet? How did they turn friendship into fame? What were their lives like before they hit it big? How do they handle being so famous? And how can *you* really reach them? Here's all the dish on the hottest new band in the land!



VISIT US ON THE WORLD WIDE WEB
http://www.SimonSays.com

$4.99 U.S./$6.50 Can.

ISBN 0-671-03470-7

AN ARCHWAY
PAPERBACK
PUBLISHED BY
POCKET BOOKS

0  76714 00499  3

03470>

PRINTED IN U.S.A.





# *they're tearin' up your heart!*

They're five super-talented guys singing and dancing their way to superstardom! 'N Sync has already conquered Europe and is taking over American airwaves with their trademark harmonies and rockin' rhythms. The cute quintet—Justin, Chris, Joey, Lance, and JC—are capturing the hearts of fans around the world, and that's just the beginning! After the stunning success of their self-titled debut album and their U.S. tour, the fab five has followed up with a hot new release, *Home for Christmas*.

But what are the members of 'N Sync *really* like? Where did they first meet? How did they turn friendship into fame? What were their lives like before they hit it big? How do they handle being so famous? And how can *you* really reach them? Here's all the dish on the hottest new band in the land!



VISIT US ON THE WORLD WIDE WEB
http://www.SimonSays.com

**$4.99 U.S./$6.50 Can.**

ISBN 0-671-03470-7



AN ARCHWAY
PAPERBACK
PUBLISHED BY
POCKET BOOKS



0  76714 00499  3

03470>

UPC

PRINTED IN U.S.A.



**Nickname:** JC

**Birthdate:** August 8, 1976

**Sign:** Leo

**Height:** 5'10"

**Eyes:** Blue

**Hair:** Brown

**Favorites:**

  **Singers/Groups:** Brian McKnight, Robyn, Boyz II Men, Sting, Seal

  **Movies:** *The Fifth Element*, *Star Wars*

  **Sports:** In-line skating, football, weight lifting

  **Actress:** Meg Ryan

  **Book:** *The Hobbit*



*'N SYNC* with *jc*

VISIT US ON THE WORLD WIDE WEB
http //www.SimonSays.com

$4.99 U.S./$6.99 Can.

ISBN 0-671-03277-1

03277>

0 76714 00499 3

PRINTED IN U.S.A.





## Justin Randall Timberlake

**Nicknames:** Curly, Bounce

**Birthdate:** January 31, 1981

**Sign:** Aquarius

**Height:** 6'

**Eyes:** Blue

**Hair:** Sandy blond

**Favorites:**

   **Singers/Groups:** Stevie Wonder, Brian McKnight, Boyz II Men, Take 6

   **Movie:** *Ferris Bueller's Day Off*

   **Sport:** Basketball

   **Actress:** Meg Ryan

   **Book:** *Clue*





VISIT US ON THE WORLD WIDE WEB
http://www.SimonSays.com

**$4.99 U.S./$6.99 Can.**

ISBN 0-671-03276-3

PRINTED IN U.S.A.







**10**





11





Justin, JC, Lance, Joey and Chris invite you to join them in the adventure of a lifetime. Hang out with *NSYNC while they go on tour, perform on MTV and The Tonight Show, visit radio stations, and shoot their music videos.

And as a special bonus, see how *NSYNC got started! We've got exclusive home video footage of the guys growing up and becoming the superstars they are today.

12





**13**









**14**





15





16



17

 




**Chris**


**Lance**


**J.C.**


**Justin**


**Joey**


**Chat &
Message
Boards**

## NSIDE CHATS





**Welcome to the 'N SYNC up close pages!
Get to know all the guys from the group.**



Online Privacy/Terms of Use

**18**

# When TVT Records wants to move their artists online, they hire the best drivers.

Reciprocal™ salutes its partner



## RECORDS

www.tvtrecords.com

When it's time for your company to become part of the digital content economy - ride with Reciprocal.

For more information contact Reciprocal Music at 212.983.8200

reciprocal

MERCHANTS & MARKETING

# Vegas Music Bash Kicks Off Pixelon Web Site
## Sets By The Who, Dixie Chicks, Kiss, Others Will Be Available On The Net

*This week's column was prepared by guest columnist Steve Traiman.*

A SERIES OF FOUR concerts headlined by a reunion of the Who will launch a new Web site, wwwpixelon.com, on Friday (29). Pixelon.com, which is based in San Juan Capistrano, Calif., claims to be the first online broadcast network featuring full-screen, TV-quality video and audio.

The $10 million concert event—dubbed iBash '99—will be Webcast live from the MGM Grand Hotel and Casino in Las Vegas.

In addition to the Who concert at 10 p.m. PST in the Grand Garden Arena, the iBash lineup also will include "The Hottest Divas Of Country": Dixie Chicks, Faith Hill, LeAnn Rimes, and Chely Wright at 2 p.m. in the arena; Kiss and the Off-spring at 5:30 p.m. at the MGM Grand Adventure Theme Park; and Tony Bennett and the Brian Setzer Orchestra at 8 p.m. in the arena.

Tickets to each of the shows are $10, and all proceeds from the Who's performance will be donated to charity, according to Pixelon spokesman



## SITES+ SOUNDS.

*Sean Montgomery.*

There is no charge, however, to view any content on the pixelon.com site, and a viewer needs only to download the Pixelon Player from the site in order to see and hear the streamed Webcast.

"The Internet today is an extremely exciting medium for any artist," says Roger Daltrey of the Who. "Pixelon is certainly doing some extremely high-quality work, and broadband visual technology is definitely the wave of the future."

"Far different from a standard Webcast, pixelon.com will offer a unique, personalized online experience," Montgomery says. "Each performance will be broadcast from multiple cameras, so viewers have a choice of camera angles" via which to view the performances.

In addition to the live Webcast, all performances and backstage footage will be archived and will be available for viewing beginning the following day, Saturday (30). The live event and the archive are considered an on-demand streaming video experience, and there will be no audio-only files

available to download.

Highlights of the Who, country divas, and Tony Bennett/Brian Setzer Orchestra concerts also will be featured on the network of FXX TV stations on Saturday (30) as a two-hour "iBash '99" special at 9 p.m. EDT.

According to Pixelon, Universal will also use the occasion of the concert to promote MCA's recently released "The Who: 30 Years Of Maximum R&B," a four-CD box set, and MCA/Universal Music Enterprises' recent "The Best Of The Who" entry in the "20th Century Masters/The Millennium Collection" series.

Pixelon.com has developed its own proprietary capture, encoding, encryption, and playback process technologies, the company says. The network plans to offer many programming platforms, including film and TV specials, news, sports, music videos, and live events such as iBash. According to Montgomery, Pixelon is currently working with a number of major content partners for its network.

"With pixelon.com, the computer screen finally delivers video and audio that looks and sounds like TV," says Michael Fenne, Pixelon's founder. "Not only that, but Pixelon delivers Internet programming that viewers want, when they want it, the way they

(Continued on page 86)



## TRAFFIC TICKER
### Top Music Info Sites

**Duration**

| AVERAGE MINUTES PER VISITOR PER MONTH | |
|---|---|
| 1. mp3.com | 14.1 |
| 2. tunes.com | 13 |
| 3. lunes.com | 11.2 |
| 4. billboard.com | 9.3 |
| 5. mp3.com | 8.3 |
| 6. bmusic.com | 7.4 |
| 7. peeps.com | 7.2 |
| 8. country.com | 7.1 |
| 9. mtv.com | 4.9 |
| 10. launch.com | 4.8 |

**Unique Visitors (in 000s)**

| HOUSEHOLD INCOME $15,000-$39,900/YEAR | |
|---|---|
| 1. mtv.com | 679 |
| 2. launch.com | 561 |
| 3. tunes.com | 363 |
| 4. ubl.com | 333 |
| 5. mp3.com | 338 |
| 6. peeps.com | 308 |
| 7. bmg.com | 175 |
| 8. bmusic.com | 170 |
| 9. pollstar.com | 141 |
| 10. rollingstone.com | 130 |

| HOUSEHOLD INCOME $40,000-$74,999/YEAR | |
|---|---|
| 1. mtv.com | 1,061 |
| 2. tunes.com | 701 |
| 3. launch.com | 639 |
| 4. ubl.com | 400 |
| 5. launch.com | 400 |
| 6. peeps.com | 422 |
| 7. billboard.com | 322 |
| 8. bordersshop.com | 322 |
| 9. bmusic.com | 286 |
| 10. country.com | 286 |

## Billboard

OCTOBER 30, 1999

## Top Internet Album Sales.

| THIS WEEK | LAST WEEK | WKS. ON CHART | TITLE IMPRINT & NUMBER/DISTRIBUTING LABEL | ARTIST | [pos] |
|---|---|---|---|---|---|
| 1 | | | **SUPERNATURAL A²** ARISTA 19080 | SANTANA | 1 |
| 2 | 5 | 16 | **BREAKDOWN** ISLAND 546512/IDJMG | MELISSA ETHERIDGE | 24 |
| 3 | 1 | 2 | **THE DISTANCE TO HERE** RADIOACTIVE 111560/MCA | LIVE | 15 |
| 4 | 6 | 2 | **THE FRAGILE** NOTHING 490473/INTERSCOPE | NINE INCH NAILS | 33 |
| 5 | 3 | 4 | **BRAND NEW DAY** A&M 490443/INTERSCOPE | STING | 22 |
| 6 | 4 | 3 | **HUMAN CLAY** WIND-UP 13053* | CREED | 7 |
| 7 | 2 | 3 | **A LITTLE BIT OF MAMBO A** RCA 67887 | LOU BEGA | 4 |
| 8 | 11 | 6 | **TO VENUS AND BACK** ATLANTIC 83230/AG | TORI AMOS | 66 |
| 9 | 7 | 4 | **SOUNDSYSTEM** CAPRICORN 546456/IDJMG | 311 | 9 |
| 10 | NEW | | **FLY A²** MONUMENT 69678/SONY (NASHVILLE) | DIXIE CHICKS | 1 |
| 11 | 10 | 7 | **RUN DEVIL RUN** MPL 22351/CAPITOL | PAUL McCARTNEY | 50 |
| 12 | NEW | | **HOURS...** VIRGIN 48157 | DAVID BOWIE | 16 |
| 13 | 17 | 2 | **IN...THE LIFE OF CHRIS GAINES** CAPITOL 20051 | GARTH BROOKS | 16 |
| 14 | 8 | 3 | **CLAPTON CHRONICLES — THE BEST OF ERIC CLAPTON** DUCK/REPRISE 47553/WARNER BROS. | ERIC CLAPTON | 23 |
| 15 | NEW | | **A LOVE LIKE OURS** COLUMBIA 69661/CRG | BARBRA STREISAND | 26 |
| 16 | RE-ENTRY | | **ENEMA OF THE STATE A** MCA 111950 | BLINK 182 | 27 |
| 17 | RE-ENTRY | | **SIGNIFICANT OTHER A²** FLIP 490335*/INTERSCOPE | LIMP BIZKIT | 6 |
| 18 | 15 | 17 | **MILLENNIUM A⁹** JIVE 41672 | BACKSTREET BOYS | 16 |
| 19 | 14 | 22 | **YELLOW SUBMARINE SONGTRACK** APPLE 21481/CAPITOL | THE BEATLES | 21 |
| 20 | 13 | 5 | | | |

**19**



**BMG ENTERTAINMENT**
*Company Profile*

**BMG MUSIC CLUB**
*Get 12 CDs for the Pr*

**BMG VISA**
*Get a Free CD*

**BUGJUICE**
*Click for Alternative Music*

**CONNECT 2 MUSIC**
*Click for Contemporary Music*

**GETMUSIC.com**
*An Online Music Store*

**PEEPS REPUBLIC**
*Click for Urban Music*

**ROCK UNIVERSE**
*For Those About to Rock*

**TWANGTHIS!**
*Click for Country Music*

© 1999 BMG Online LLC.  All Rights Reserved.



---RCA Records



## North America


Christina Aguilera


Lou Bega

### RCA Records

One of the truly legendary record companies for nearly one hundred years, RCA is the flagship label for BMG Entertainment.

Not long after Thomas Edison invented the audio recording in 1877, RCA was founded to sell Victrola players and wax cylinder recordings as the Victor Talking Machine Company at the turn of the century. The company, dubbed "His Master's Voice"-its famed symbol of Nipper the dog with ears perked to an old-fashioned record player speaker-continues to be the home for some of pop music's biggest stars, including NSYNC, Christina Aguilera, the Dave Matthews Band, MTV VJ and Coke commercial star Tyrese, the recently signed Foo Fighters, Natalie Imbruglia, Coko, the Verve Pipe, Bruce Hornsby, Robyn, LIT, Eve 6, ZZ Top and current mambo sensation Lou Bega.


Dave Matthews Band


ZZ Top

Under the leadership of President Bob Jamieson and Executive Vice President/General Manager Jack Rovner, RCA has experienced several years of record-shattering sales results and increased market share, breaking new artists in a wide variety of genres such as NSYNC, Christina Aguilera, Lou Bega, Natalie Imbruglia, the Verve Pipe, Robyn, LIT and Eve 6 in the process.

The Verve Pipe

Natalie Imbruglia

The label's musical legacy includes the complete works of Elvis Presley along with the catalogs of Lou Reed, Harry Nilsson, John Denver, the Pointer Sisters and Jefferson Airplane.

[ Arista Records I Arista Nashville I RCA Records I RCA Label Group Nashville I Windham Hill Group I BMG Canada I BMG Direct I BMG Distribution I BMG Music Publishing I BMG Special Products ]

© 1999 BMG Entertainment

### BMG ENTERTAINMENT

- BMG NEWS
- GOLD/PLATINUM ARTISTS
- NORTH AMERICA
- INTERNATIONAL
- STORAGE MEDIA
- OTHER BMG LINKS
- RELATED LINKS

**20**

# MARIA'S NSYNC WORLD

Hey guys since someone decided to go into my site and ruin all my files i ahve to start all over again so please bare with me!



# Maria Nsync World



## EVERYTHING ABOUT MY WICKED SITE

LYRICS
BIOS
TOUR DATES
TV DATES
MULTIMEDIA
VIDEOS
CHAT ROOM
ALL MY OTHER WICKET SITES
PICS (FINALY!)

IF YALL HAVE ANY COMMENTS OR IDEAS FOR THR SITE
EMAIL THEM TO ME!

Hey guys please take a minute and vote for me please!



---

# HEY GUYS PLEASE PLEASE PLEASE VOTE FOR MY SITE AND MAKE IT NUMBER ONE!

 



*I, <u>Maria</u>, was married on May,13,1999*

*I got married to:*

*JC Chasez*

*...and at the altar he realized he forgot to zip his fly!*

*Want to get married to YOUR favorite \*N Syncer? <u>Go to the altar!</u>*





I'm a JC Girl

Who are you?

Sign My Guestbook  View My Guestbook

98 DEGREES PARADISE

Email: lances_girl_99@yahoo.com

# AMERICA IS



(CLICK ON THE GUYS' FACES TO SEE INDIVIDUAL PICS.)



## YOU KNOW YOU'RE AN *N SYNC FAN WHEN...

## ABOUT LIL' OL' ME



THIS IS ALIX, A BRILLIANT UNSIGNED ARTIST. CHECK HER PAGE OUT!

SIGN MY GUESTBOOK  VIEW MY GUESTBOOK

THIS PAGE HAS BEEN VISITED

`3 5 5 4 3`

TIMES SINCE JULY 16, 1998 AND WAS LAST UPDATED ON AUGUST 3, 1999.

E-MAIL MEREDITH AT   *dansantfarm@yahoo.com*

| ANNOUNCE THIS WEB SITE TO A FRIEND! |

TYPE IN YOUR NAME:

TYPE IN YOUR E-MAIL:

TYPE IN YOUR FRIEND'S E-MAIL:

BRAVENET
Site Announcer

# BACK TO MEREDITH'S MUSIC PAGE

The
'N Sync
Cafe Award
goes to:
America Is
*N Sync
Owner:
Meredith

The 'N Sync Cafe
Award

This Award is given
away by The 'N Sync
Cafe

Case 6:99-cv-01282-ACC   Document 37   Filed 11/02/99   Page 90 of 133 PageID 863

# ~*Welcome to K_C_NSYNC*~



Welcome to K_C_NSYNC (Kayla and Christi's Nsync Web page). Here you will find information on Nsync and the guys of Nsync. So we hope you enjoy! If you would like to be informed when this page is updated please email: kcnsync@yahoo.com. We don't have a mail list yet, but we hope to get one soon, but until then we are doing it this way!

**In The Beginning** _Click here to find out how NSYNC came to be.

~~~~~~~~~~~~~~~~~~~~~~

## News, Links, Tour Dates, Discography, Lyrics, Magazine Articles, TV Appearences, Transcripts, Awards

**News** UPDATED 10/14/99

**Links** UPDATED 10/11/99

**Tour Dates** UPDATED 10/14/99

Discography

Lyrics

Articles

Tv Appearances

Multimedia

Embarrassing Moments

Transcripts to Nsync Chats    UPDATED 10/14/99

Awards Nsync Won

~~~~~~~~~~~~~~~~~~~~~~~~~

## Biography Pages

    

**Lance**    **Justin**    **JC**    **Joey**    **Chris**

Click on the guy that you want to know about

Case 6:99-cv-01282-ACC   Document 37   Filed 11/02/99   Page 92 of 133 PageID 865

~~~~~~~~~~~~~~~~~~~~~~~

## Picture Galleries



Our Fav. Pics of the guys

~~~~~~~~~~~~~~~~~~~~~~~

## Misc.



Nsync Encounters

About the Webmasters

My Drawings of Nsync

K_C_NSYNC Thanks

S.W.A.K

F.A.Q.



Thanks to Justin for answer these questions for us. UPDATED 8/6/99

'N Side Nsync

Top 40

Link 2 us

Nsync N Review

~~~~~~~~~~~~~~~~~~~~~~

## On The Set Of......

God Must Have Spent A Little More Time On You

Sabrina The Teenage Witch

Merry Christmas Happy Holidays

Rosie O'Donell Show

Entertainment Weekly Magazine

Disney Summer Jams Concert

~~~~~~~~~~~~~~~~~~~~~~~~~

## Voting Booths

How long have you been a fan of NSYNC?

View Results

View Last Months Winner

The Quiz Take the quiz and find out which 'Nsync guy is perfect for you.

~~~~~~~~~~~~~~~~~~~~~~~~~

# Don't forget to sign our guestbook and let us now what you think of our page.

Sign My Guestbook  View My Guestbook



Kayla or Christy
Please email us if there is not something running right on our page so we can fix it ASAP.

Last Updated October 14, 1999 at 3:34 p.m.

Online since September 18, 1998











**PREMIUM
MEMBER**



Case 6:99-cv-01282-ACC   Document 37   Filed 11/02/99   Page 96 of 133 PageID 869

**tripod**



## 'NSYNC Official Club
*The official club for NSYNC fans*

**OFFICIAL ★ CLUB ★**

Category: **19990902**
Club Type: **Listed**

Clubs Top – Yahoo!

You are not logged in

**Click here** to log in

**Our Pages**

Home

Messages

Photos

Chat

News

Links

Contacts

Calendar

Share files and photos:



**Get It Here!**

**Member Tools**

Invite

Options

Help

Sign Out

### Founder's Message



Hey Everybody, We're having a great time on tour. We'll try to stop by the club soon and say "hi". -'NSYNC

Last edited by: clouseau

### Chat Room      enter

The following members are in our Chat Room right now: **[none]**

Get Yahoo Messenger to see when friends are online or read this advice on getting people to join the chat room.

### Overview

**Online Now** (20+ members)          view all online

Click on name to talk now: lovejustin5, YY2K2000, babybluegirl4u, crunk4justin_timber, ksanch, Nikka92, ChrisKirkpatrick_drives_me_crazy, ShadowK21, muzik_beat05, Amor_76, Maggie15_1999, Sweetie4you98, Pstarla_Knight00, lovebye_byebye, CDHgirl, Kacie209, IjellowrestledJoey, lancesgirl44_99, christyh_15, LilCoop13_85, more...

**Recent Messages**          post | view all

Nov 1    **Re: Maybe it's just me** -mary42681
         I noticed Christina's chest too. I wonder if her's are fake too? 'Cause I

Nov 1    **check out this website** -huggable_nsync_honey
         HEY ALL YOU PEEPS, will u please check out

Nov 1    **Re: Light It Up Sdtrk.** -lann_1999
         Kind of out of place? Yeah right! Kinda is too nice. lol

Nov 1    **Re: Light It Up Sdtrk.** -lagw
         Yep I noticed that too but I think it just shows that people of all music

Nov 1    **GOT HUMOR? GOT *NSYNC?** -emceemanno
         THEN YOU CAN BE A DORK JOIN MY WEB RING AT http://www.geocities.com/dotwu

### Club Stats

**Members:** [9187] **Page Views:** [2060811] **Founded:** [Nov 18, 1998]

| | |
|---|---|
| Oct 31 | 442 members logged in |
| | Number of visitors: 163 |
| | 32 people joined the club |
| | Page Views Today: 6600 |
| Oct 30 | 413 members logged in |
| | Number of visitors: 197 |
| | 45 people joined the club |
| | Page Views Today: 8465 |
| Oct 29 | 482 members logged in |
| | Number of visitors: 213 |
| | 36 people joined the club |
| | 1 new photo(s) |
| | Page Views Today: 8255 |

Copyright © 1994-1999 Yahoo! Inc. All rights reserved.
Privacy Policy · Terms of Service · Guidelines · Help



## Crazy 4 'N SYNC
*Crazy For Justin JC Chris Joey and Lance*

Category: 'N Sync
Club Type: **Listed**

Clubs Top – Yahoo!

## Our Pages
Home
Messages
Photos
Chat
News
Links
Contacts
Calendar



## Member Tools
Invite
Options
Help
Sign Out

You are not logged in

Clic

### Founder's Message


www.angelfire.com & mynschererewego/index/html

hey :o) thanks for coming to my join my club! I hope you enjoy it! Dont forget to check out my webpage:
http://www.angelfire.com/fl/nsyncherewego/
Email me with any suggestion/comments whatever! Stay *N SYNC!

Founder's Personal Home Page

Last edited by: JustinLetsGoPlayBasketball

### Chat Room                    enter

The following members are in our Chat Room right now: **[none]**

Get Yahoo! Messenger to see when friends are online or read this advice on getting people to join the chat room.

### Overview

**Online Now** (3 members)
Click on name to talk now: huggable_nsync
sailor_venus2001, Lac1Lac

### Recent Messages

Oct   please -justinz_angel99
27    join this klub/check out this site for a

Oct   Survey -brat11_0000
22    I need ppl to help me out with this so
      please. it is

Oct   VOTE -JTnME13181
22    TODAYS THE DAY TO VOTE FOR
      DRIVE ME CRAZY" ON TRL TELL E

Oct   PLEASE VOTE YOUR FAVORITE (
20    -jenelway143
      PLEASE VOTE YOUR FAVORITE (
      00000 GO TO

Oct   VOTE FOR "U DRIVE ME CRAZY"!
20    JTnME13181
      EVERYONE VOTE FOR "U DRIVE I
      OCTOBER 22, 1999!!!! ON TRL IF I

### Club Stats

**Members:** [680] **Page Views:** [56565]

Oct 30   Members Musical2000, butterfly14_
         redvinesrock, rem4_life logged in
         Number of visitors: 20
         butterfly14_00, redvinesrock, rem4_
         club
         Page Views Today: 84

Oct 29   Members Lauren0052, swtgurl818,
         Queensal_Loves_JC, lilstar2002 log
         Number of visitors: 10
         Page Views Today: 133

Oct 28   Members ausduchess, lilstar2002, .
         Queensal_Loves_JC, jenelway143
         Number of visitors: 6
         ausduchess joined the club
         Page Views Today: 78

Copyright © 1994-1999 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Guidelines - Help



## NSync's Fantasy Land
*This is the replacment for Jc and Justin Palace*

Category: **'N Sync**
Club Type: **Listed**

**Clubs Top – Yahoo!**

### Our Pages

Home
Messages
Photos
Chat
News
Links
Contacts
Calendar

Sponsored by:

**Get It Here!**

### Member Tools

Invite
Options
Help
Sign Out

You are not logged in

<u>Click here</u> to log in

### Founder's Message



isn't this such a cute picture of Jc and joey? okay, well i know there is a club already that is a milenium contest, but this will be different. There will be a milenium contest but only 500 memembers and then you all will get a picture and all my links I have under favorites. Well this poll this week is what do you want nsyncs next music video to be? Post them on the board and thanks for joinning, and post post post!:)

Last edited by:
crunk_justin_singer

### Chat Room     enter

The following members are in our Chat Room right now: **[none]**

Get Yahoo! Messenger to see when friends are online or read this advice on getting people to join the chat room.

### Overview

**Online Now** (7 members)          view all online

Click on name to talk now: psychopathic_girl14, Kacie209, ChasezsAngel, ThEy_aRe_NaKeD_In_My_BaThRoOm, doynk_98, LuvnLance18, margs42

**Recent Messages**                    post | view all

Oct 22   **Re: Help!!!!!** -lancesgal_2000
         I need a manager too nsyncgal99@hotmail.com

Oct 22   **Re: JustinFuman** -lancesgal_2000
         I think it's him...he's in my club...If its not him its so close its

Oct 21   **Help!!!!!** -JustinsBabyBlueBabey
         Help!!! i need to know lynn harless's company's name....is it Just-In

Oct 18   **JustinFuman** -jordyn1208
         people think he might be justin. well him and a friend made a club, come

Oct 17   **HAPPY BIRTDATY** -justin_timberlake04
         CHRIS HOIPE YOU HAD A GREAT ONE YESTERDAY WAS MY BAT MITZVAH YAY!

### Club Stats

**Members:** [259] **Page Views:** [9007]      **Founded:** [Aug 28, 1999]

Oct 31   Members Baby_Angel75, MissThang_669, Paceygirl99, ChasezsAngel logged in
         Page Views Today: 28

Oct 30   Members Baby_Angel75, ChasezsAngel, Paceygirl99, sea77_2002 logged in
         Number of visitors: 1
         Page Views Today: 24

Oct 29   6 members logged in
         Number of visitors: 4
         Tiggersgrrl98 joined the club
         Page Views Today: 51

Copyright © 1994-1999 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Guidelines - Help

**21**



## YAHOO! CLUBS

Clubs Top – Yahoo!

**Our Pages**

Home

Messages

Photos

Chat

News

Links

Contacts

Calendar

Sponsored by:

**Get It Here!**

**Member Tools**

Invite

Options

Help

Sign Out

## Anti Nsyncers Club
*Destroy the evil that is nsync*

Category: Anti-'N Sync
Club Type: **Listed**

You are not logged in

<u>Click here</u> to log in

### Founder's Message

Hi yall. Itz an anti nsyncers club. Once again and i can not stress this enough if any of you hot shot Nsync fans decide to come here and give me a bunch of Bull i will kick you out soo fast your great grand kids will feel it. Kay?

Last edited by: revere55

### Chat Room        enter

The following members are in our Chat Room right now: **[none]**

Get Yahoo! Messenger to see when friends are online or read this advice on getting people to join the chat room.

### Overview

**Online Now** (0 members)

view all online

**Recent Messages**

post | view all

Oct 18   **Nsync Joins Jives Ranks -ms_bridgey**
Heres a little Tibit for u BSB fans to Chew on Nsync Has Joined up with

Sep 11   **Anti Nsyncers Club -revere55**
Welcome, This is the Yahoo! Message Board for Anti Nsyncers Club community.

### Club Stats

**Members:** [7] **Page Views:** [289]      **Founded:** [Sep 11, 1999]

Oct 30   Members revere55, ms_bridgey logged in
Page Views Today: 9

Oct 29   Member ms_bridgey logged in
Number of visitors: 1
Page Views Today: 9

Oct 28   Number of visitors: 1
Page Views Today: 9

Copyright © 1994-1999 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Guidelines - Help



## NSync Fans Need Lives
*They're just a group. Not gods.*

Category: **Anti-'N Sync**
Club Type: **Listed**

Clubs Top – Yahoo!

**Our Pages**

Home

Messages

Photos

Chat

News

Links

Contacts

Calendar

**Share files and photos:**

YAHOO!
Briefcase

**Get It Here!**

**Member Tools**

Invite

Options

Help

Sign Out

You are not logged in

### Founder's Message

Hi! Do you get sick of those obsessed NSync fans, who think they'll marry one someday? Well, I do! Agree? Join my club and we can talk about how annoying these people are and get it out of our systems before we hurt them! :)

Last edited by: iusedtolovelancebass

### Chat Room    enter

The following members are in our Chat Room right now: **[none]**

Get Yahoo! Messenger to see when friends are online or read this advice on getting people to join the chat room.

**Click here** to log in

### Overview

**Online Now** (1 member)          view all online
Click on name to talk now: sweetness8085

**Recent Messages**          post | view all

| | |
|---|---|
| Oct 2 | **Read this! It is hella funny! -orgygirl311**<br>I think that you all need lives instead of Nsync fans. Who sits on their |
| Sep 24 | **Re: ewe!!!!!!!! nsync!!!!!!!!!!!!!! - death2nsyncfans**<br>Hiya Krista..Im new here also!!! Ok I have lived a night mare!! OH MY |
| Sep 23 | **Re: ewe!!!!!!!! nsync!!!!!!!!!!!!!! - party_girl_69_199**<br>Actually this is against immature *Nsync fans...Not *Nsync |
| Sep 15 | **ewe!!!!!!!! nsync!!!!!!!!!!!!!! -krista_nick19**<br>i hate nsync. i'm new here, so please talk to me!!!!!!!!!!!!! |
| Sep 15 | **Ever hear of these bands: -namilliron**<br>For quality music check out these bands: Dream Theater Klank Galactic |

### Club Stats

**Members:** [34] **Page Views:** [4499]   **Founded:** [Jan 23, 1999]

| | |
|---|---|
| Oct 30 | Number of visitors: 1<br>Page Views Today: 2 |
| Oct 28 | Member DixieChicks97 logged in<br>Number of visitors: 1<br>Page Views Today: 8 |
| Oct 27 | Number of visitors: 2<br>Page Views Today: 4 |

Copyright © 1994-1999 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Guidelines - Help

22



## YAHOO! CLUBS

Clubs Top – Yahoo!

## We Stand Behind 'N Sync
*We support 'N Sync 150% against Lou Pearlman*

Category: 'N Sync
Club Type: **Listed**

You are not logged in

**Click here** to log in

**Our Pages**

Home
Messages
Photos
Chat
News
Links
Contacts
Calendar



**Member Tools**

Invite
Options
Help
Sign Out

### Founder's Message



Welcome to "We Stand Behind 'N Sync." This is where you can ban together with other 'N Sync fans to show your love and support for them during this law suit battle. Please feel free to post your ideas and comments on the message board, and as always, KEEP IT 'N SYNC! :)

Last edited by:
Mele_Lynn

### Chat Room    enter

The following members are in our Chat Room right now: **[none]**

Get Yahoo! Messenger to see when friends are online or read this advice on getting people to join the chat room.

### Overview

**Online Now** (11 members)          view all online

Click on name to talk now: michele_kira, Nikka92, babiblue23, kayla122_4, karalee4, Crunkest4JRT, rogy_99, jami_lynn_18, LuvnLance18, Mele_Lynn, GHCheerleader15

**Recent Messages**          post | view all

Nov 1     **WOW!! -rogy_99**
Wow, i just got back from being home for the weekend and read all the

Nov 1     **FULL HOUR OF 'N SYNC ON ROSIE - shelley19_1999**
NOVEMBER 15, WHOO HOO!! JUST THOUGHT I WOULD LET YOU GUYS KNOW!! THAT IS

Oct 31     **Re: Can someone help? -AprilLynae**
LOL! I have it! I am watching it right now! hehe.... ya..... I can make a

Oct 31     **Can someone help? -nikki3_2000**
Hey! I was just wondering if anyone had the WB awards on tape(the whole

Oct 31     **Re: Nsync Nspirational message #15 - james_lance_4_me**
Hey girl!! i love these message they are the best!! Keep the excellent

### Club Stats

**Members:** [323] **Page Views:** [23021]        **Founded:** [Oct 12, 1999]

Oct 30  40 members logged in
     Number of visitors: 21
     Phillis_Ruby, joeys_supergirl_22, justjcz_girl, bradyanderson69 joined the club
     Page Views Today: 671

Oct 29  50 members logged in
     Number of visitors: 30
     GemKA610, nick_98freak joined the club
     Page Views Today: 919

Oct 28  54 members logged in
     Number of visitors: 19
     scoop050479 joined the club
     Page Views Today: 931

Copyright © 1994-1999 Yahoo! Inc. All rights reserved.
Privacy Policy · Terms of Service · Guidelines · Help



## YAHOO! CLUBS

Clubs Top - Yahoo!

## 'Nsync Support Central
*"Aint no stoppin' us now" --or EVER! Join Now!*

Category: **'N Sync**
Club Type: **Listed**

You are not logged in                                    <u>Click here</u> to log in

**Our Pages**

Home
Messages
Photos
Chat
News
Links
Contacts
Calendar

Share files and photos:



**Get It Here!**

**Member Tools**

Invite
Options
Help
Sign Out

### Founder's Message



Welcome to NSC y'all!
We created this club as
a place where we can go
to show our love and
support for the guys of
Nsync, and discuss the
current legal issues
facing this powerfully
talented group. Please
feel free to post up your
opinions regarding the
recent label change,
etc...and even post a
message of support on
the Board for the guys ~
you never know when
they could stop in! :)
AINT NO STOPPIN' US
NOW! *Any forms of
bashing of Nsync will be
grounds for immediate
deleletion.*

<u>Founder's Personal
Home Page</u>

Last edited by:
<u>Juniorsmom</u>

### Chat Room    <u>enter</u>

The following members
are in our Chat Room
right now: **[none]**

Get <u>Yahoo! Messenger</u>
to see when friends are
online or <u>read this
advice</u> on getting
people to join the chat

### Overview

**Online Now** (8 members)            <u>view all online</u>
Click on name to talk now: <u>Nikka92</u>, <u>Kacie209</u>, <u>agrwilk</u>,
<u>Annaliese19</u>, <u>bryant_twin</u>, <u>GHCheerleader15</u>,
<u>Angie_Timberlake</u>, <u>JulieBug3</u>

**Recent Messages**                    <u>post</u> | <u>view all</u>

Nov 1 — <u>Re: Errrrrrg?</u> **-Juniorsmom**
I'll ask Gerri, she'll tell me the truth...I'll let you
know... ~Kelly~

Oct 31 — <u>Re: Errrrrrg?</u> **-ry8564**
Good question...been wondering that myself. But if
the fan club is run by

Oct 31 — <u>banner</u> **-nick_98freak**
hey does anyone know how to get a banner that
says they support 'N sync

Oct 31 — <u>Re: Errrrrrg?</u> **-Juniorsmom**
Isn't the "official" website run by Transcon? If it is,
who would trust

Oct 31 — <u>Errrrrrg?</u> **-yeuxbleus_ria**
This is old news by now, but I JUST saw it and it
made me smile...a

### Club Stats

**Members:** [282] **Page Views:** [15365]        **Founded:** [Oct 12, 1999]

Oct 31  32 members logged in
Number of visitors: 13
<u>soccerchickey</u>, <u>Brooke4NSYNC</u> joined the club
Page Views Today: 279

Oct 30  28 members logged in
Number of visitors: 4
<u>butterfly14_00</u> joined the club
Page Views Today: 284

Oct 29  45 members logged in
Number of visitors: 7
<u>missy_love69_99</u>, <u>nick_98freak</u> joined the club
Page Views Today: 387

23

The sole purpose of this site is to let people know that *NSYNC fans are thoroughly disgusted with the actions of Lou Pearlman and Trans Continental Media. As the site develops, I hope to be able to add news links to help keep everyone up-to-date on the events surrounding *NSYNC, their label change, their involvment with Trans Con, and their pending lawsuit. I would also like to start a web petition. If you would like to put your name on this petition, click the link on the menu bar to the left for more information. Banners will be available shortly if you wish to add them to your site. If you would like to contact the owners of this site, feel free to e-mail us at njustice2nsync@hotmail.com.
Thanks, and stay *NSYNC

this site was created on 10|13|99

---

### !!WEBMASTER UPDATE!!

10|14|99: We are extremely excited about all of the resposes we have received. In less than 24 hours this site has been viewed over 375 times! We have received over 60 responses from persons interested in having their name added to our web petition. We have been trying to update the page every few hours, and we hope that we can continue to do so in the days/weeks/months/who-knows-how-long to come. Please continue you support of *NSYNC and keep the mail coming!

10|15|99: As of 2PM EST, there have been 92 signatures added to the petition. This site has had nearly 500 hits in the 38 hours it has been made public! Due to the overwhelming response, we are no longer able to include direct e-mail links in each person's signature. If you are one of the luck first 40, there is a direct link to your mail address. Also, due to the webmaster's work schedule, after 2PM EST today, the page will not be updated again until Sunday, the 17th. Banners will also be made available Sunday. Please keep the mail coming! Stay *NSYNC!

10|17|99: First and foremost,

# HAPPY BIRTHDAY CHRIS!!!

Secondly, I am now able to update the page. I would like to thank my friends, Em K from VA, and L-boogie from FLA, for helping me yesterday. Some of you may have noticed that they updated the petition a little bit. They also helped pre-sort e-mails for me. so, THANKS A LOT GUYS!!! Right now it is about 12:40PM. I have close to 70 singings to add. After I add those, I will finish my banners and post them for you guys who keep begging for them! I hope to hear from you guys soon!

PART 2: Alright, I have just added everybody that sent me mail as 0f 3:10 PM. We are up to a total of 181 petition signers. And we have had over 900 page viewings! I will have more for you later tonight!

PART 3: Okay, we've got banners and page links up! Also, I would like to thank Vals from the big VA for making the banners for me! As of 10:45PM, there were 197 petition signings and over 975 page viewings. KEEP IT COMING!!!!
### ATTENTION
If anybody has seen a life anywhere, please e-mail me at njustice2nync@hotmail.com. At some point while updating this page I seem to have lost mine.

10|18|99: Hi everybody! I just updated the page some more, and as of 10:45AM we have had 208 signings and over 1050 page viewings! I also encourage everybody to look at the new section that was brought about by Robyn from LA. She has a great idea! Also, there is a new banner up on the banner page, so go take a look! Stay *NSYNC!

PART 2: Okay, as of 10:45PM there have been 226 signings and over 1200 page viewings. We have 4 banners up, and I am working on the news section. I hope to have more fr you tomorrow! Stay *NSYNC!

10|19|99: Hey everybody! I just added everything that has been sent to me! As of 12noon, we have had 236

petition signings and over 1250 page views. I have also added a few links, and we now have 8 sponsor site links. All of those pages are really cool , so I advise you check them out! I will try to update again around 8 or 9PM. Until then, keep the mail coming, and stay *NSYNC!

PART 2: As of midnight, I have added all of the signatures. We now have 267!!!! and we've had over 1360 page views!!! I am so excited that everyone is interested in this page! PLEASE, keep the mail coming!!! If you will write it, I will add it!!! Remember, this is for the guys! Stay *NSYNC!!!

10|20|99: It's about 10PM right now, and I am sorry, but I am too tired to update the page today. There's not too much to be done, so I promise I will have it done tomorrow. Sorry :(

10|21|99: Hey everybody! I updated the page, and we now have 277 signings! I also added a new site link! Keep the mail coming!!! Stay *NSYNC!!!

10|22|99: What's up? Just to let you know we are approaching 300 petition signers---we are at 296! So PLEASE, ask your friends to write in!!! We have also had over 1600 page hits! I have added some more site links, and some more banners. Thanks to Aileen for banners 5 & 6; she did an AWESOME job! I also added a couple of other site banners, too. Until next time, keep the mail coming, and Stay *NSYNC!!!

10|23|99: I'm sorry to say, but I am really tired from working today, and I am not going to update the page until tomorrow. There's not much to do, though. Also, if you guys didn't watch vh1 today, you are missing out BIG TIME. All I'm gonna say is this: It should be illegal for members of *NSYNC to wear leather. If you saw the show, you know EXACLTY what I'm talking about. Oh well, I hope to hear from you guys soon! Stay *NSYNC!

10|25|99: I just updated the page! FINALLY! I am sorry for taking so long, but I needed a break. We have well over 300 people that have signed our petition! (I counted, but I'm so tired, that when I went to write it down, I had already forgotten!) I'm very excited about the success of this page. After the response I've had, I would most definitely have to say that

## *NSYNC has the BEST fans!!!

Those guys are definitely lucky to have such devoted fans! Out of the 349 pieces of mail I have received in the past week and a half, only 1 message has been from somebody that doesn't like *NSYNC---and I don't think I need to say who she did like! So keep up the good work guys! And remember, *NSYNC must be good, otherwise Lou wouldn't be such a jack @$$ about it!

# It's an *NJUSTICE!
## Official Web Petition

---

Jeanette Pendergraft, 18, Los Angeles/San Diego, California nettie1@ucla.edu--I sure this all works out, because I just dont want another boy band being produced and comming up over 'N Sync. I want them to acquire all the success and respect they deserve. The fickle little girls are the biggest factor judging their future, after all this, and that frightens me.

Valerie Williamson, 20, Virginia Beach, Va, swcetagurl@fumanskeeto.com --I am very upset that this is happening. Lou needs to get off his high horse. His shameless greed and self-promotion enrages me. I think we should ban everything that Trans Con, RCA, & BMG produces until they drop the lawsuit, but that would be unfair to other artists out there, much like *NSYNC, that are just trying to make their wishes come true. We all know who "created" *NSYNC (Chris, not Lou). We all know who camo up the name *NSYNC (that would be Justin's mother. Lynn Harless, once again, not Lou). We all know who has the five-part harmonies that make out hearts melt (that would be Justin, Chris, Joey, Lance, and JC, also. not LOU). We also know who possess the most powerful paction (paction=pelvic+action) to ever grace a stage (Once again, that would be Justin, Chris, Joey, Lance, and JC, and most definitely NOT LOU). We also know who *NSYNC to lie (that WOULD BE LOU). We know who forces them to participate in activities they are uncomfortable with for the sole purpose of shameless promotion (can we say LOVELINE? and that, too, would be LOU). We also know who insists that the guys perform, even when they are deathly ill and when they have been advised not to do so by a medical professional (remember Lance? Summer Jam Concert, green tech vest, to match his green eyes and puke green skin, once again, that is LOU). So, as far as I can tell, *NSYNC has every right to want to break from Trans Con. So, guys, if you ever read this, I support you 100%, and if the lawyers don't work out, I promise to get you off! Oh yeah, I love Chris! Happy Birthday Tricky-Boo! I am the girl Chris got wet in Charlotte NC! I like to make faces, too! In conclusion, until that day that JC does not like to sleep, Lance isn't from Mississippi, Joey doesn't like Superman, Justin's thrustin doesn't give me whiplash, and Chris throws out his Bruce Lee autograph, until THAT DAY, I will support *NSYNC 100%!!!!! ***STH in da hizouse!***

Lauren, 21, Gainesville, FL, finsandskins@yahoo.com --As far as I'm concerned it does take a certain "someone" to provide the necessary building blocks for stardom...but in the end, its *N SYNC alone who closed off the streets of New York City, its *N SYNC who body rolled and chair danced their way into our hearts, its *N SYNC who meets and greets fan before every show, and its *N SYNC's five part harmony which gave Lou his precious teeny bopper audience. Taking such a talented and promising group and attempting to unravel the very core of what makes then tick is self-richeous and demoralizing. Transcon, RCA, BMG, or any other initials need to less up to their greediness and "Let My People Go"! JC puts the "wet" in wetsuit...Clarence foreva!

Misty Sax, 27, Hagerstown,MD, masax@mail.intrepid.net. -- I would like to send out all my prayers to 'NSYNC, and let them know that no matter which lable they end up on, no matter what their name is, no matter what direction their futures take them, and no matter what all their critics say. I will always be a fan. It is so unfortunate that all of these issues could not be resolved "peacefully" ,but I know everything will work out for the best!!! 'NSYNC's music & performances iNspires me. lifts my Spirit, gives me energY, teaches me about dedicatioN, and for all that I have the utmost respeCt for everything 'NSYNC does!

Holly Irwin, 19, Sioux Falls, South Dekota, hollyn4@yahoo.com --I first off want to say that I completely support *NSYNC for the decisions they made! I will be here to support them through the long or short haul. Despite what people say they are very hard workers and deserve more than what they are getting, weather it be money or attention from the public eye. I think Lou needs to realize that if he wanted to keep them he should have had let them have more freedom and slowly backed down but instead they have gotten into a big mess. I think that Lou will end up looking overything that he has tried for because he is now money hungry, now that he doesn't have BSB or *NSYNC he is trying hard to hold on. I think that we should definitely support *NSYNC in all they do, no matter where they end up. Even if they change labels, names, schedules they will still bring us lovely music and make every girls heart skip a beat when they hear a song. Again...keep up all your love for *NSYNC and lets help them realize how much we love them and support them!

Holly, St. Louis, MO, ljstWntJT@aol.com --Personally I think that Lou Pearlman is just plain money hungry. It's his own fault that he lost NSync in the first place! If he would have dealt with the money situation properly, and paid NSync the correct amount, everything would be fine, and we would all have the album that we so desperately want!

Donna Waters, 17, North Wilkesboro, NC, Redwaters1@aol.com --Lou must die!!!!!! lol

E. S. Martinez, 20, MI. Frippygiggle@FuManSkeeto.com --I am totally behind the boys 100% no matter what!! I plan to stick with them till the VERY end!!! The Support that everyone is giving them is SO awesome!!!! Love Peace and stayin' in NsyncE S. Martinez

Nick, 21, Jacksonville, FL, --To whom it may concern, I would just like to start off by saying that I'm a 21 year old heterosexual male from Jacksonville, Florida and I am a fan of Nsync and the Backstreet Boys. I saw http://www.angelfire.com/fl3/njustice/home.html website and I would like to say that Lou Pearlman should be banned from anything and everything that has to do with music. All I hear is nothin but negative things about him and how that fat bastard keeps dicking over these innocent people. Something needs to do be done and it needs to be done now! Thank you, Nick

Anastasia Van Metre, 19, College Station, Tx, AEV81@aol.com --I love *nsync. Just supporting myboys!

Heather Owens, 18, Muskogee, Oklahoma. owens_hlo@hotmail.com --If there were ever a time that *NSYNC need us fans, this is it! I hope that when it all ends, *NSYNC will still be here, and so will the fans. Keep sending trans-con your emails and show your *NSYNC support! I just want them to be safe, and to me no matter what, they will always be my first love, and I will never give up hope that everything will be alright :) Stay *NSYNC and Stay supportive! :)

Tera, 20, Ft. Lauderdale, FL, Hockey_Chick34@yahoo.com --Being one of the many older fans of 'N Sync, I have been keeping up to date on the entire Lou Pearlman/Trans Continental Media lawsuits. I think that Mr. Pearlman should take a step back to realize, that if there wasn't a problem to begin with, neither the Backstreet Boys, nor 'N Sync would have left his company. I am not surprised with their decision to leave, I am just surprised that it didn't happen sooner. With all the hype that was going around about Mr. Pearlman being a "Boyband Guru," and how he claims to have "put 'N Sync together," its no wonder that these boys have left their so called "creator". Granted, 'N Sync wouldn't have had such luck getting started without someone with Mr. Pearlman's connections, but that doesn't condone his greediness or his right to exploit these hard

working boys. Even without Mr. Pearlman, Trans Continental Media, RCA or BMG, I can honestly tell you that there will still be a huge fan base for 'N Sync. All the fans WILL WAIT for the next album. These boys are dedicated, talented, hard working individuals, that will make it with OR without his help. What is $150 Million to this man? He can make it exploiting some other groups such as Innosense or Take 5. I hope that these other bands on his label are taking very serious notes, and are reading their contracts very carefully. I don't think anyone should be subjected to this cruelty. Last but not least, I hope 'N Sync counter sues these companies for Defamation of Character, and for Personal Losses. Joey, Chris, Lance, JC and Justin, AND their families know that their fans are behind them 110%, and no matter what happens we still love and support them. Thank you Johnny Wright for standing behind 'N Sync. I support the "Artists formerly known as 'N Sync," and I know the rest of the 'N Sync fans will too.

Kat Yumping. 24, Washington DC. YumpKat@aol.com –As an "older" fan, I think that this whole lawsuit thing is just plain ridiculous. The more I read about it, the more I see Lou as the "devil". The guys don't deserve to be put through this mess. I am in total support of the guys, and even if they have to change their name, I'm still behind them 100%

Melanie Cox. 19, Marietta, Georgia. lemony98@yahoo.com –I have met 'N SYNC twice and each time, they were some of the sweetest guys I have ever met and I mean that sincerely! They truly care about their fans. Unfortunately, sometimes bad things happen to good people. I fully stand behind 'N SYNC and will support them all the way! God's speed guys and I pray the judgement will be on your side! ;)

Jennifer Cort. 19, San Diego, California. mmcfunkystyle@hotmail.com –This entire thing is a joke. Lou Pearlman needs to give it a rest and get over himself already. He's a shady individual who's letting his ego get in the way of his decisions. How dare him do this. Maybe if he'd lay off the twinkies, he'd get some play and then he wouldn't be so uptight. But whatever his frickin problem is, I support 'N Sync 100%. They're just trying to do their thing, whats so wrong with that big pappa?? Nobody's gonna bring my pumpkin's down!! ;)

Kandice Marcecci. 19, Vineland, NJ, kandice4@yahoo.com –Damn the man!!...Save the 'NSYNC....greed is the root of all evil...."NSYNC should have blown the popcorn stand years ago...this crap is way out of control....'NSYNC are not a bunch of idiots...and I know this will blow up in poor "papa's" face...they will make it without him...they always would have...they have true talent and he needs to wake up and smell the donuts...because whether or not they continue to legally be 'NSYNC, they will always be the only 'NSYNC in the hearts of their fans...no boyband can replace them....it's all about the benjamins for papa....a little respect goes a long way....hmm...I wonder why all of his precious boys are leaving him in their dust....

Elizabeth Evans. 17, Virginia Beach, Virginia, Echsfilr02@aol.com –Lou Pearlman is nothing but a money grubbing pig/animal. whatever you want to call him. I've got a few of em for him. Fat Bastard comes to mind.. I wonder how big his refridgerator is because of 'N Sync... he's made more money off of them than he has BSB. good bye Lou Pearlman!

Tiffany. 21, San Jose, CA –I have been hearing rumors about this lawsuit for awhile now, and I have to laugh at how utterly pathetic Lou Pearlman is------The guy already owns most of Orlando, so money is not the issue. This guy is one of the greediest people I have ever heard of. Yes, he had some great ideas for groups, and alot of today's artists have gotten their breaks thanks to artists like BSB and 'N Sync,. Yet at the same time, Lou is doing them all an injustice by the way he controls their lives 110%... It was him who decided that "his" boybands are not allowed to have girlfriends, it was him who decided when and where the groups were expected to perform. It was Lou who put all these limitations to the groups, and then sat back and counted his money. I realize that by leaving Transcon, both BSB AND 'N Sync are in breach of contract, but if they aren't happy, then that will spread into their music, the fans will pick up on that, and they will cease to exist. If Lou really cared about the groups, he would let them do what they think is right, and be happy with knowing that he helped people live out their dreams, rather than hit them with a lawsuit, because he didn't like the way things turned out.

Emilie Kennedy. 18, Suffolk Va, the big VA, sqeetasquad@hotmail.com –I remember when BSB tried to dump lou. I thought it was BSB that were the bad ones, I said why would they try to do that, are they afraid of 'N Sync, I thought it was petty. But then I would read articles that 'N Sync had done and I could tell that they were not happy. By things Chris would say. He would go to such lengths to inform everyone that HE in fact was the one who set up the group, HE was the one that brought the boys together and that Lou merely financed the group. I have heard the rumors and I could tell that something was going to go down, now that it has all I can do is offer my support 110%. I know the 'N Sync would not change lables and cause all this drama for no good reason. I worry that because of this trial that 'N Sync will lose a lot of its fan base without new product, but what really stings me is Lou said he owns 'N Sync and if there is no 'N Sync there is another group behind them to take thier place. That group being Take 5. That pisses me off to no end. Saying that the youth will take any group. How did LFO fair, come on now they will never be 'N Sync status. What about C-Note. thier first single sucked. Even though we do not know the full details of the story I am sure 'N Sync is not totally innocent in all these matters, I stand behind these boys and wait for them to pull through stronger and better then they were before. There name may change. but Lance will always be from Mississippi, Justin will always be hot sox on a platter, Joey will always philander and love superman, Chris will always be the crazy one, JC will always be sleepy. This is how when i look back i will always remember them

Talya, 21, Nashville, TN, adais@yahoo.com –It's time to put a stop to the obvious slave labor treatment happening at TransCon. The minions were faithfully working, but when they happened to ask for (much deserved) better treatment, Lou tries to punish them. Why do you think Backstreet bailed? It's not about the money. It's about what's right. It's about getting the respect and the rights that are long overdue them. "NSYNC are doing what they feel they deserve, and I am behind them 100%. So what if the album is delayed a little longer? We've waited this long- we can wait a few more months. It's absurd for Lou to think that a group like Take 5 could ever replace "NSYNC. What does he think we are? Mindless money machines who drool over whatever he throws our way? He may have helped "NSYNC into the biz by funding them, and teaching them what to do, but it was CHRIS who started the group. The real essence of "NSYNC is Joey, Chris, Justin, Lance and JC. It's THEIR hard work, THEIR determination, THEIR enduring friendship, THEIR tight vocals, and THEIR spectacular performances night after night that made the fanbase they have today. It is Justin, Chris, Joey, Lance, and JC who we sell-out shows for; it's THEM we're devoted to, and it is THEM love. No management orrecord label can change that. It's time for Lou to wake up, get off his throne, and start treating his artists like people, and not ATMs.Lou- you're overdrawn.

MARY ANN RIZZOAGE. 25, NEW JERSEY, MIZRIZ@WEBTV.NET, MRSKPATRICK@HOTMAIL.COM. RIZZO@CASTLEHILLAPPAREL.NET –I STAND BEHIND THE GUYS 100% AND KNOW MATTER WHAT THEIR NAME IS AS A GROUP THEY WILL ALWAYS BE NSYNC TO ME-I THINK THAT IF THEY HAVE TO CHANGE NAMES THEY SHOULD BE "THE GROUP FORMERLY KNOWN AS NSYNC" THAT WOULD SHOW BIG LOU AND TRANSCOM.

Isabelle Hunter, 21, Oregon, Isabellehunter@mailcity.com –I really hope this works out because N Sync is one of my favorite bands and I hate to see them go through stuff like this.

Sharlin Aldao. 14. Miami, Florida, Ngirl26@aol.com –I think Lou Perlman should stop thinking about himself all the time and think of all the people he is hurting and destroying.The man has basically everything in the world, stop making other people's life hell because remember Lou, "what comes around, goes around.".

Chrissy Franceschetti, 17, Valley Stream, New York, ChRiSsTiAnNa@aol.com –I want to make a stament on what I feel is happening, and how can prevent it. KTU-103.5 in NY stated that Lou Pearlman is defenitly sueing them for not wanting to give up there name. And they are forced to pay and/or change the name stating that they created them. But "we" all know for sure that 'N Sync has created themselves and went to them! So want I want to do is go to MTV (or just somewhere on TV and stuff) to state that "we tho fans" no the truth, and that Transcorc is wrong and we need to mako sure 'N Sync stay alive! Besides going on MTV is even a better way to make everything clearer since they do all this. Get my drift? That is one petion and they are many other's. We the people of NY can go to TRL and get up there so we can state the truth. Thets all I have to say.

Jennifer Herzog, 16, Iowa City, Iowa, Pietry4123@aol.com –There you go, I hope this does something to help.

Carlos Ulloa, 17, Oldsmar FL –"NSync Rules!!!!!!!!!!!!!!!

Sarah Cammeck, 18, Stockton, California, SugarfaceC@aol.com –"Nsync's hard work toward the music business deserves the best!

Kristin D'Amico, 16, Boston, Massachusetts, DLucky27@aol.com –I think Lou Perlman is being an unfair jerk by what he s doing to 'N Sync. They obviously weren't going to stay with RCA if they were being treated unfairly! Why should they when he was taking all their money, and he even tried to kick Lance out of the group when he was sick just because he couldn't performl! 'N Sync deserves so much better. They are a truly talented group and I love them to death. With or without Lou they'll be successful. They started without him, they can continue on without him. He was trying to take credit for starting the group anyway and he didn't start it. So, Lou, I hope you get what you deserve-Nothing!! 'N Sync is going to win the case-just you wait!!!

Michelle, 15, Peoria, IL, Jacebaby1@aol.com –I love 'NSync and I hate what Lou and Trans Con are trying to do to them. I think it is morally wrong. Sueing them and trying to "kill" them is wrong! It shouldn't be done. Supposedly Trans Con cared about "Nsync...I guess notanymore.

Nicole, 16, Bel Air, MD, MMC_Chica@hotmail.com –I love this idea. It's definitely a great one! :)

Jenny, 17, Romeoville, IL, FatoneRecords28@aol.com –I just want to let NSYNC know that I am behind them 100% and I will stick by them all the way. I think that what Transcon is doing is wrong, and it's obviously not because NSYNC is difficult to work with, because things like this have happened before with that company. I don't believe that Lou put NSYNC together, and I certainly don't look at him as a sixth Backstreet Boy. I also don't believe that he's only doing this to make people happy. If that were the case, money wouldn't matter to him, and obviously it's the only thing that does. So to the guys of NSYNC, do what you have to do and I promise I'll stick with you. (Love you, Joey)

Erin Elizabeth McCullough, 20, Caspor, Wyoming/Manhattan, Kansas. nsyncopation@hotmail.com –It's just a name...

Alejandra Ramos, 19, misojcslloranporti@yahoo.com –I just want to show my support to the guys because I think that's it's bull crap what lou and the company are doing the only reason they are doing this is because they lost backstreet boys the first time around and now they see that they are making the same mistakes with 'N Sync and they don't want to loose the money. It's not because of what they are saying that 'N Sync is turning their back on them it's that they know that they are loosing a good thing. Jive will treat 'N Sync better than rca and Trans Con and Trans con knows this but they won't admit to their mistakes. All I know is that the guys are doing the right thing and that there is no way that they guys are going to loose anything. Cause Lou really think that take 5 will actually be as big as 'N Sync please. There is a difference between the both groups 'N Sync wasn't put together like take 5 they came together and they decided for themselves what they wanted. Lou and Trans Con are trying to take the credit but they know they can't so anything with this legal stuff just is a scheme to get money from the guys and from Jive. All I have to say is that the guys will keep going strong and I will always be their fan no matter what happens I love the music I love the dancing and most of all I love the guys for their courage and effort to make it big out there for us because they love us and keep us in mind regardless of what's happening. My prayers are with them and also my love . I love you Chris, Jc, Justin, Lance, and Joey. keep your heads up and keepdoing what your doing.

Nova Hanccek,17, San Antonio, Texas, lanceswectie@aol.com –"NSYNC is the best and hardest working malc vocal group around. They shouldn't be treated like mindless robots! They are human beings and need to be treated as such! I was appalled by the fact that they had been working so hard that Lance had to be put in the hospital. That's not right. That is nothing like a musical group, more like making them work for very little compensation. I don't appreciate Lou Perlman, Trans Contenintal Records, or anything associated with him. "NSYNC forever!! Keep the pride alive, and show your love during this hard time!!!

Lisa King, 18, San Diego, California, Luckay05@aol.com or just_in4me_99@yahoo.com –What Perlaman is doing is wrong first he did it to BSB and now he thinks he can get away with doing more to "NSYNC..he needs to be stopped before he ruins the lives and careers of "NSYNC or any more people,...

Christa Kerrs, 18, Edinboro, PA, kernsiechick99@hotmail.com –I can't believe all this stuff is going down. CHRIS was the one-behind the group. If anyone deserves Lou's money. It's him. [By the way, I'm a Chris fan.] :-) On a serious note. I just wanted to say that I'm behind 'N Sync 110%. They don't deserve ANY of this, and I just hope Lou rots in hell for what he's doing to Chris, JC, Lance, Joey and Justin. I mean, doesn't anyone remember when Lance was sick? The guy was walking around like death warmed over, but yet, he still performed. Lou runs the guys ragged, and then he has the NERVE to demand 150 million dollars?! I'm sorry, but when 'N Sync finally gets all this legal red tape stuff settled, and the new album comes out, 'N Sync will be laughing the whole way to the bank, and Lou will be left in the dust. I'm behind the guys ALL THE WAY!! Peace. Love, and smile 'N Sync style!!!

Jennifer Rogers, 17, Palm Harbor, Fl, gold_warrior@hotmail.com –I can somewhat understand Lou's actions, but I am thoroughly disgusted by them. The guys of 'N Sync have worked so hard for their elite position in the music industry. Being in this group, who they are, means everything to them. Lou Pearlman did help them get started on their path to success, yes, that's true, but when it all comes down to it, 'N Sync are the ones who did it for themselves. They're the ones who rehearsed, hour after hour, day after day not Lou Pearlman. They're the ones who travelled far away and spent months away from their families and friends, not Lou Pearlman. They're the ones who perform while on tour to the brink of exhaustion and sickness (i.e. Lance hospitalized from dehydration and the exhaustion), not Lou Pearlman. In my opinion Trans Con and RCA have been compensated for their services to 'N Sync more than enough and that the guys have gotten the short end of the stick. Which is unfair because as I stated earlier, they're the ones who have done most of the work and made the most sacrifices just to do what they love. To take all that away from them, just for the sake of gaining more money, is a cruel and selfish thing to do. Not to mention the fact that Trans Con has many other up and coming groups to make up for any loss that may come with 'N Sync leaving their company (i.e. Take 5, Innosense, C-Note... etc.) I hope that this madness will come to a stop and everything will turn out ok for the guys. They've done so much for other people as well as inspired so many people that they don't deserve this injustice being brought upon them for simply wanting more freedom. No matter what happens I will always and forever stand behind and support 'N Sync 100%

Sara, 13, Memphis, TN, EquusNVox@aol.com –I'm really angry about all this, because as a student of Justin's old vocal coach here in Memphis,

you see everything that goes on. Anyway...also Lou is being a jerk about this whole thing, it's the group's decision..NOT his!

Ashley, 14, Indiana, nsync_333@hotmail.com ~Hey everyone. I think that Lou Pearlman is just in it for the money. He didn't even create ' N Sync, Chris and the rest of the guys did. Justin's mom made up the name *N SYNC. So Lou Pearlman had nothing to do with the making of 'N Sync. So he should lay of and get a life.

Lynsee Evans, 16, Las Vegas, NVDacberLlo@aol.com ~I've always been, and always will be, a huge fan of 'N SYNC  This lawsuit does not make me feel any differently towards them; I intend on buying any future CDs of theirs (and whatever other merchandise I can get my hands on!) no matter what record label or management they are with.

Maruja Rosaño,19, Lebanon, PA, NSYNC_be_crunk@yahoo.com ~I wish "NSYNC the best of luck because heaven knows they don't deserve this. I know they're going to make it through  Just remember your promise, *NSYNC. Can't remember? Here's a clue.... Ain't No Stopping Us Now!!!!! I'm holding you to that!! Lots of Blessingsand Love! :o)

Kelly Hays, 16, Eau Claire, Wisconsin, hays@marcus-online.net ~Alright, I just wanna say that T-con trying to make *Nsync not exist isn't possible at all! *Nsync is more than just a name. It's the fans. And you can't get rid of millions of fans. And what bothers me most of all is how in order for a band like *Nsync, or anyone in the music or entertainment industry has to sign a contract, and pretty much sign away their lives in order to be able to do what they love.

Shannon Sager, 16, crunk115@yahoo.com ~I just want the guys to know that no matter how long it takes to settle this or if they have to change there name, they will then know who there real fans were to begin with. I think this whole situation will weed out the true fans and they'll be better off in the end anyway. You're in our prayers guys, always remember that!! Nsync all the way baby!!!!!!!!!!

Kellie McNeil, 13, Valparaiso, Indiana, SuperChick13@aol.com ~I really think that what Lou is doing is wrong. He has no right to say that he started the group. He may have helped them, but it was the guys themselves that started 'N SYNC. This is all getting out of hand. The guys deserve to have some power over themselves.

Lauren, 18, Parsippany, New Jersey, Lauryn2727@aol.com ~This whole big Lou and his lawsuit thing is really confusing to me. I understand what is going on, but I rather not comment on it. I am a huge *NSYNC fan, so of course I am backing them up to the fullest! *Shout out to the STH girls!!*

Miranda Prustage, 15, Wisconsin, platinum_blonde00@yahoo.com, ~I think Transcon has NO RIGHT to sue NSYNC just because they found more of a challenge in a different management team. You seem like little babies, fighting over who gets to release their next album. You did not create NSYNC. THey DO NOT and I repeat DO NOT belong to you. You cannot stop NSYNC from existing. Transcon, you are gonna get your asses kicked. You have NO IDEA what NSYNC fans can do. You just wait. Lou Pearlman and Transcon. You got somethin' comin' and it DOES NOT look good.

Sharon, 15, Sandy, Utah, BsBnSyNc99@webtv.net ~I think that what Lou Pearlman is doing is downright selfish. He just can't bear to see his best selling act go because they know they can do better with out him. I think that he creates all these boybands so he can feed his fat ugly butt and most of them don't have any talent at all, except for BSB and 'N Sync

Anne C., 17, Ontario, Canada. wonderwomanne@hotmail.com

Krissy Moser, 17, McMinnville, USA, knesy@onlinemac.com ~I just want the guys to know I'm hoping everything works out okay with them! They have mine and I know "everyone"'s support!

Kim Jurkowski, 15, Michigan, kimmersberly@hotmail.com

Marci Maffoi, 19, Philadelphia, PA/Bristol, CT, maffeim1@aol.com ~I just wanted to say that I completely stand behind 'NSync in whatever decisions they make. They had every right to leave TransCon if Lou was being moneygrubbing and selfish. What does he need a $150 million dollars for? He's already taken enough from 'NSync to last him a lifetime. Lou also needs to get his head fixed and realize that he didn't create 'NSync. They created themselves. He needs to bring his ego down a bit and figure that out. 'NSync's true fans will stand behind them no matter what happens. Lou will never get rid of 'NSync. They will continue to make music and drive us crazy for years to come. Stay 'NSync.

Jennifer Furr, 21, kannapolis Nc, Jen2593466@aol.com ~ my message for this petition!!Lou give it up!They will win......*Nsync will keep their name because They thought of it !!! Your so sorry to want to keep it,What are you going to do with the name *Nsync?? You dont need the name!!!Whats up with wanting it??Dude your stupid!!!We dont like you!Cant stand your lat a**!!!!!!!! Trust me..Even if you do keep their name, they will come up with something twice as good!!And youll be left in the dark........The way it should be!!!!*Nsync will make twice as much as they ever did with you anyway!!!!!!!!They dont need this right now!!!Leave them alone!!!!With Love JenJen:)

Becky McCulley, 17, Ripon, Wisconsin, mcculley@fdldotnet.com ~I don't care how Pearlman and Trans Con try to justify suing *N Sync, the guys DO NOT deserve this. Plus, I thought music was about MUSIC, not money. Anyway, guys, if you ever got to read this... we're behind you all the way! We love you, and we believe in you. No matter what happens, just hold your heads up and keep singing, and your fans will still be here!

Rachael Karlin,17, San Francisco, CA, SenrBabe76@aol.com ~I am absolutely disgusted and outrage with the actions that Lou Pearlman has taken against 'N SYNC. The fact that he can try and turn this around and make it seem as if he has been the greatest man in the world to them is beyond me. He needs to think before he takes actions like this because he messed with the wrong group.

Natalie,13, Utah, howielover@webtv.net or crunk_angel69@hotmail.com, ~Lou Pearlman is a fat a** that only cares about himself! And it shows in that thing that happened with Lance.and what is happening now how he is taking away something many people care about.

Denise, Chelsea MI, ~I hope everything works out for the guys, all though I must say that TransCon is going about this all wrong. True, *NSync's contract wasn't up, but they were not being treated fairly, so they'd have no reason to stay. Plus, if Lou Pearlman really cares about the guys of *NSync as much as he says he does, than he would be happy for them wherever they are--as long as they are doing what they love--not slapping them with a lawsuit because they finally discovered who he really was. As far as I'm concerned, Pearlman does not know the meaning of a friend, and could therefore never call himself the "father of *NSync."

Jami Dunkin, 18, Bloomfield, Iowa, music_luver3@hotmail.com ~I am supporting N Sync because they have every right to do what is best for them as a group  I'm standing behind them 120 percent and I will do whatever I can do to help. Fair is Fair.

Mary. 13, San Antonio, Texas. Red21186@aol.com –I can't believe that Pearlman and his other big wigs would do something like this… you know, they say that they are friends and they get along real well…think about this, if they got along real well, would this be happening?? No! All Pearlman thinks about NSYNC is MONEY MONEY MONEY!!! Maybe that's the way they run business now, but that's SAD!! Guys, I support you 100% and I hope you guys can get through this quick!!!!

Michelle Peralta, 14, San Diego, CA, Mmickey23@aol.com –Ban BIG poppa!!! He's so greedy!!! He doesn't care about the fans or the music otherwise he would understand that "NSYNC needs to move one to bigger and better things!! If he wasn't so greedy he'd understand and be supportive and stuff!!! BUT HE DOESN'T!!! He's just in it for the GREEN PAPER known also as MONEY!!! It's so stupid of him to try to hold back such a great and talented group of people from reaching their full potential and living out their dreams!!! I feel really bad for the guys rite now… gosh I hope everything will turn out good for Justin Chris JoeY LansteN and JC.

Jenny Erickson, 14, Fond du Lac, Wisconsin, nsyncisthemusicofmyheart@yahoo.com –I really don't think "N Sync deserved a $150,000,000 lawsuit! Sure, they broke their contract, but don't you think this is going a bit overboard? It's THEIR decision!!! I really think Lou should rethink this! "N Sync. I love you guys and I'm with you 100%!!!

Amanda, 16, New Hampshire, Tarheelblue_55@yahoo.com –I wish n sync the best of luck right now because with someone like Lou Pearlman to go up against…. someone that doesn't care about the music industry or the fans, but more importantly the money and fame associated with it…someone that claims to "own and have created" n sync. wow, thats a lot to deal with. It's not hard to judge Lou's character just by reading his threats to make n sync non-existent. Last time I checked they outlawed slavery. You can't own PEOPLE Lou, I'm sorry to be the one to tell you, but after years of neglect and mistreat I'm glad n sync decided to stop putting up with you. The so called boyband guru must be really great since all of his boy bands LEFT him. You got them started Lou and it must make you really mad that they are leaving, unfortunately you've found the consequences for treating people like objects. No one is solely on this planet to make you money.

Kelly Schmidt, 16, Freehold, NJ, Kelly Luvs NSYNC@aol.com –Hi! :) Well, I am really upset with all that is happening to the guys, but I know they are all happy! So everyone be HAPPY! It isn't as bad as it sounds…don't worry everyone, EVERYTHING WILL BE FINE! The guys are going to still be "N SYNC! No one can take away that! Pray for our guys everyone! :)

Amy Doucette, 17, CT, NLuvwNSYNC@aol.com –I'm proud of NSYNC for standing up for themselves and their rights. I will love them even if they change their name to NSUCK!

Kayla, 17. OH. Kay91569@aol.com –all I have to say is this makes me really bitter especially if the new album's release date is delayed yet again!

Katie, 14, Illinois –I think that the suit should be dropped…NSYNC was no longer happy with their management, because of embezzement and other faults…Transcon and RCA need ta drop it…i think they need to let it go and just let nsync continue to make music and make the fans happy

Lucie Lippxetto, 20, Florida, Duran879@aol.com

Kim Fautz. 15, Louisville, Kentucky. bravos8all@aol.com –I want to let "NSYNC know that there are thousands, maybe even millions of fans supporting them 100%. No matter what us fans will be there for you guys, and you can always fall back on us and we'll pick you guys up. We love you guys and God Bless!

Teren, 20, San Diego, Ca Teren@thegrid.net. –It is sad, but true, that this country is filled with greedy people who will do anything to make a buck. N'Sync are a great group of boys, and I hope that justice prevails, and they can continue to make music for us all to enjoy.:-)

Lindsay Leutsch, 15, Houston,TX, Dogish4392@aol.com –I just wanted to let you know how much you mean to your fans ! and whether your name nsync or anything else your fans are always behind you and love you for you music even if we have to wait I WITH LOVE ! ~LINDSAY~

Meagan Sheridan, 15, Louisville,Ky –I just want to show my support for the guys.Trans. con can take the name but we,the fans will always be around!!Welove you guys!My blessings

Katie, 16, Cleveland, OH, kutzie15@msn.com –I'd just like to say that I hope everything works out for the guys. It's a shame that Lou Pearlman does this over and over, he sure has got a system going. Well, I watched a special on 60 minutes where basically 'N Sync just said, "They double-crossed us". And they looked so seriously hurt. It's a shame that the music industry has to be so complicated and that it just can't be about making music. Anyway, GOOD LUCK to 'N SYNC in this whole thing… I'm behind them 100%!!!

Nicole Olson, 17, Duluth,MN, Bffly622@aol.com –Nsync is a group of very talented guys and they do not deserved to be screwed over by some money-sucking fat a**!– Do what you have to do Nsync, we love you and will stick by you!–

Stacey Christensen, 17, Minden, Nebraska ~ First of all I want all you guys out there to know how big of and "N SYNC fan i am……I am a HUGE "N SYNC fan!!!! And I will support them in anything that they do!!! And I totally disagree with Lou Pearlman……He needs to get his head out of the clouds and get back down on earth…because he is obviously not seeing the great things that are going for him at the moment….I am pretty sure 'N SYNC would not have a problem of agreeing with Lou if he was easier to work with. These Guys are to agreeable not too. All "N SYNC wanted to do is sing and make millions of girls go crazy over them…they have done that and gone beyond that….that is all they ever wished And it is sad to here that some one is trying to destroy that for them. You guys make it known that we support "N SYNC 100% and more on any descions that they make….and that we will always be here for them!!!! And remember "N SYNC kicks bASS!!!! WOO HOO!!!!!!!!

HT, Malaysia –H..I'm from Malaysia and I learned of this on-going lawsuit against 'N Sync yesterday. The first thing that jumped to mind was really summed up by u guys…total 'N Justice!!!! Why is it that TRANSCON are the plaintiffs now when it was really THEM who breached the contract first? Why haven't 'N SYNC the right to use the name when it was THEM who racked their brains to come up with a name that sells and most importantly, made it sell by showcasing to the world their talents in the forms of good music and awesome performances? I'm glad that fans have come together so fast to protect or at the very least, give them our utmost support. While American fans can be present for more constructive protest activities, there is little else fans from other parts of the world can do to help 'N Sync. This web petition is a good way…thanks to whoever came up with it. I just want 'N Sync to know that they have the whole world behind them now so they can face this lawsuit 'n style. One last word, although I'd hate to see 'N Sync disappear from the world of music, remember that it's JC, Justin, Lance, Joey and Chris who gave us the good tunes and fun times. whether they're called 'N Sync or any other name, they will always have our love and support.—lotsa love,HT

Siobhan, 18, Toronto, Ontario, Canada –I was totally appalled by this whole thing when I first heard about it. I mean, $150 million???? WTF is that? N SYNC haven't even done anything wrong. Well, they did…breaking their contract with RCA and Transcon. But they had damn good

reasons to. Lou was skimming money off of them just like he did BSB. BSB made 300,000 dollars while Transcon and management made 10 million bucks. Don't you see something wrong with that? But the thing that makes me upset the most, is the fans support. I know quite a number of fans here in Toronto, Ontario, Canada have lost interest in 'N SYNC. They say how 'N SYNC deserve to be sued and now they don't like them anymore for switching to Jive. I go SO upset! All I know is that we all have to ban together, Cuz 'N SYNC are too talented and TOO SWEET to be treated thisway.

Danielle Atwood, 18, Edwardsville, IL (Southern Illinois, University at Edwardsville), d_atwood@yahoo.com — Hello! I just wanted to support the guys in their decision to leave Transcon! They are great people who mean well, and if leaving Transcon is what they want to do, it is being done for a good reason! As far as Lou Pearlman goes, he seriously needs to get over the fact that he is this huge "boy band reviver" or whatever he thinks he is and just get a life! he needs to let the boys go and do what it is they love to do, and that's make and perform music, as well as, giving back to their fans through charity work! Again, I am in complete support of the guys and will stick with them through thick and thin, no matter what their namemight be in the future!!

Dian, 23, Oklahoma, imahick23@aol.com — I'd be glad to have my name on a petition for our boys. Lou is a money-hungry, greedy, selfish, fat b****rd. He should be ashamed of himself. I don't really have anything to say other than I support NSYNC fully and hope that they beat Lou's butt into the ground!!!

Lee Ann,24, Ohio annlee24@yahoo.com — I just wanted to let the guys and everyone else know that I will support them no matter what. I wish their new album was coming out sooner, but, I understand that they are doing what is in their best interest. Even if they have to quit using the name, NSYNC. I will support them forever. They are the greatest!!!

Lisa, 14, Sacramento, CA. psyko_chihuahua@fumanskeeto.com — I have been an N Sync fan for the longest of time. And in ways I can' explain they have been there for me. They have inspired me to do things I never thought possible. No matter what, I will stick by them through everything. I have never been more proud to be an N Sync fan and I'm sure after this is all over, N Sync will end up on top. We just have to stay positive and never lose sight of what we're fighting for, N Sync. I'm sure in a way, they have been there for all of you, now you have to be there for them. No matter what happens N Sync will always be N Sync to us. "Until The Day The Ocean Doesn't Touch the Sand. Now and Forever. I will be an *NSYNC Fan!"

Robyn & Meagan Bonin, 36/6, LA, BNN@stoltcomexsoawayue.com — Hi, My name is Robyn Bonin. I am a 36 year old mother from Louisiana. My daughter is 6 years old, her name is Meagan. We are both devout N'sync fans & would like to be added to this petition. I believe the guys are being wronged in more ways than one. I think Transcon is just out for the money that they are afraid of losing. Had they treated the guys fairly and stopped claiming to have created the band then they probably would not have left the label. Transcon states that now that they are rich & famous they want to move on, well in any working environment when a person is wronged they have the right to move on to another company if they so choose. I know that contracts are in tact but I don't think that the guys would jeopordize themselves without having checked into it first. You have mine and my daughters full support in any and all efforts in this issue. Thank you, Robyn & Meagan Bonin

Theresa Greger, 19. Pennsylvania. tg115@yahoo.com — I just wanted to say that I am fed up with all artist exploitation! I am a huge fan of NSYNC and always will be!! I am in total support of them-over 100% They mean so much to me and have done so much for us fans!! Now it is our time to give back to them!!! And I just want to say that no matter what label , or name they are under I will always give my love and support to them!! I am outraged at Pearlman and TransCon!! NSYNC Does not deserve this!! Fans-keep the faith, and NSYNC also keep the faith - each night over a million prayers are said for you!! We all love you guys!!!! Just remember - in the end, GOOD always triumphs over evil!!stay 'NSYNC y'all!!

Toni, 15. St. Augustine, FL. tama4321@aol.com

Kim Olson, 18. Jacksonville, Florida, Rng0Saturn@AOL.com — I just want Lou, or any officials that have anything to do with this, to think about the consequences for their actions here. What is going to happen if *N Sync becomes no more? They either change their name, and still go to Jive.... or you get millions and millions of teeny boppers, fans, and well-wishers storming Transcon by mail, by web, or even in person to rebel and riot against you... We have a lot of power, and don't doubt it. We all LOVE *N sync. they are a part of our daily lives, and they aren't going anywhere. There will always be *N Sync. and you shouldn't be so selfish like that denying the country and their fans world-wide what they love soooo much. Please think about this... I know I can delve deeper into the reasons why this shouldn't be happening, but this is a petition, not a hate mail letter. But one more thing... The Backstreet Boys did it... and did it with flying colors I might add... Why can't 'N Sync do the same?

—"Ashley"—-, 13, Ann Arbor, Michigan, crazy_4nsync@yahoo.com —Lou can take away their name and he can take away their money but one thing he can't take away aretheir fans.

Mary Waibel, 19, Coshocton Ohio, chyna169_98@yahoo.com — I feel NSYNC is gonna have a hard time with this...not to demean any fans but the younger ones...and we all know what I mean by young...are gonna lose interest if there isn't anything with NSYNC's name on it for awhile and they'll move on hence NSYNC will lose fans and of course $$$...I also feel that Lou just needs to grow up...as if he doesn't have enough money already...please just let them get on with their lives and he can get on with his...NSYNC is young they can't have all this happening to them now...but like I said before if Lou has done all these great things...I would think he'd have enough money by now...just let the guys move on with their lives...keep their name cause I honestly think that if you can come up with something like that that matches them perfectly and came from their own names for godsakes...it's meant to be...I say don't mess with it...and as if this ever happens but LOU YOU NEED TO GROW UP AND ACT LIKE THE OLD MAN THAT YOU ARE! LET THESE PEOPLE GET NO WITH THEIR LIVES AND THEIR DREAMS! DON'T RUIN IT JUST CAUSE THEY WON'T BE THERE FOR YOU TO STEAL THEIR $$$ FROM ANYMORE! that is all I have to say...good bye

Jenny Smith, 21. Edmonton, Alberta, Canada, smhnj8@hotmail.com —I know I only live in Canada so I can't do very much, but I just wanted to say that I will be praying for 'N Sync to get through this. Even if they can't keep their name, I will still stay behind them 110%. I can't wait to see the concert when they come here to Edmonton!!!

Jen Shoun, 18. Olympia, WA, Greeneye90@aol.com —"I just want the guys to know that we are here fully supporting them. Their talent is mind boggling and it won't just dissapear. We're here till the end"

Meghann, 20, Baltimore,Maryland

Jerilynn Ensign, 19. New Richmond WI, jerejo79@yahoo.com —I'm totally angered by the whole lawsuit against Nsync. My friend Jackie and I are going to hold a rally for Nsync in the Minneapolis area. If there are any Minnesotans that would like to help us in our venture please email me at jerejo79@yahoo.com. We would appreciate all the support we can get on this. Jerilynn

Jackie, 19. Wisconsin. jaxnr79@yahoo.com —I can't believe that Lou and BMG are being such jerks about this  They have had *NSYNC overworked for many months now if not years  In my opinion *NSYNC have every right to leave. Even if they are no longer called *NSYNC they will

still have the same fan base they did when they were called "NSYNC. The only difference will be that all of the fans will have great animosity agains Trans Con, BMG, and Lou. They are really only hurting themselves by pushing this lawsuit. My friends and I will always back "NSYNC no matter whathappens.

Candi Sanders, 18, Bolingbrook,IL, JCsDrummaChick@lumanskeeto.com –To be perfectly honest, I've been waiting for "N SYNC to break with Lou Pearlman for a long time. All it takes is a look in his eye to see that "Big Poppa" is nothing more than a "Big" fake. He's opportunistic and greedy, and it's a shame that our boys got sucked into playing his game in the first place. Lou mayve signed the checks that started getting "N SYNC where they are today, their talent is what keeps us fans coming back. It's those tight harmonies; those incredibly nonstop, eye popping performances, and wetness inducing pelvic thrusts that keep the real fans holding on. I mean, hecks yah JC and his gorgeous blue eyes drive me to impure thoughts; but it's his vocals combined with those of Joey, Justin, Chris and Lance that drive me to spend my hard-earned, hard-come-by money on CDs and concerts. I understand that all the Trans-con artists are just after achieving their dream, but no more of my money is going into Lou Pearlman's already fat pockets. So, to the Artist Formerly Known As "N SYNC: in the words of the Roots, "Baby, don't worry you know you got me."

Jeralyn Sobek, 13, Clearwater, fl, babygd_veronica@hotmail.com –I love you J.C!!!!!!!!

Moyers family, Beaumont, Texas MOYERSDY@aol.com –I would like to express our support to you Justin, Chris, Joey, Lance and JC...and the rest of your families...We're hoping when all the dusts settle down, that justice goes your direction..And if it doesn't, we, your fans, will still be there to cheer for you...whether you're still "NSYNC or the "artists formerly known as "NSYNC"!...You ARE the BEST thing that ever happened to the pop music world and, we say this over and over again, NOBODY can duplicate you, nor replace you, because your TALENTS are uniquely yours, and you guys are FIVE in a BILLION!....Love & prayers...Derlie,Tom, Will & Melissa.

Chrissy, 14, Paterson,NJ znsync@aol.com –Its unbelievable that Lou would do something like this to "NSync.They're the reason Lou's company made so much money in the first place and this is how he repays them!And does he really think he can destroy "Nsync?"NSync is the most talented band in music and they're even better when they find a record company they can actually trust! "NSYNC FOREVER!!

LANIE SMITH, 15, OHIO, nsyncgurl2003@gurlmail.com –Hi, my name is lanie and i am a HUGE nsync fan! i saw them in concert in detroit, and i loved it! as far as the lawsuit goes, i think it is a bunch of crap! lou pearlman has always been bad news. he did the same thing to his other creation, bsb. all he is after is the bands hard-earned profits that they derserve. if nsync can't keep their name, that is just wrong. justin's mom came up with it and then the boys were probably tricked into signing a paper giving the name to rca. and as for lou being the founder of nsync, that is a lie. all fans know that chris founded the group. i personally hope nsync switches to jive, so they can get away from the company that is trying to make them commit career suicide. we all know nsync will win!! i love nsync and would do anything for them! LANIE

Erica Havens, 14, Eglin Afb, FI Sweety3361@aol.com –I am so angry with this whole ordeal and think everything everyone is doin to help nsync is great! Keep it up everyone and if your not doin anything DO SOMETHING!! Everyone Stay Nsync alwalse!!

Stephanie Herrin, 15, Arkansas, stephgirl_15@yahoo.com –Thanks for starting this petition!

ANGELA DILLMAN, 14, EASTON, PA, I_LUV_NSYNC23@WEBTV.NET –I'M BEHIND NSYNC 100% AND ALWAYS WILL BE. I BELIEVE THAT LOU PEARLMAN & ALL THOSE CRAPPY PEOPLE ARE TOTALLY WRONG FOR DOING WHAT THEY ARE DOING TO NSYNC. NSYNC IS SOOOO MUCH MORE BETTER THAN THEM. NOTHIG THAT TRANSCON DOES IS GONNA CHANGE MY OPINION ON THEM. I LOVE NSYNC!! LATER DAYZ & STAY NSYNC!!! –*-*ANGIE-LA*-*-GUYS SUCK & STAY NSYNC!!

Melinda Barron, Orange County, California, AnnDee123@aol.com –I've had to defend myself for liking them! I'm 19 years old and most people my age don't like N Sync. I never thought I would have to defend THEM to LOU or anyone else except a BSB fan maybe. No matter WHAT! I'll STAY N SYNC!

Alyssa, 14, Massachusetts, alysedhi@aol.com

Eddie Quibelan, 20, Male, San Jose, CA. –This entire issue is an embarrassment to the music industry. Everybody makes fun of Pearlman because he keeps producing these boy bands, and now that ho has made one successful he is threatening to bring them down and start over from scratch. He's an idiot! If he really wants to get 'N Sync back he should be making compromises and offers to make 'N Sync WANT to come back, not threatening them!

Ketie McGettigan, 15, West Virginia. –I just want to say that I fully support 'n sync and will be with them through thick and th'n. These guys have amazing talent and I have much love for them. They are in my thoughts and prayers.

Mark Garcia, 19, Santa Clara, California –'N Sync would never have made such a bold maneuver without believing they had a strong enough defense to back them up. Pearlman's lawsuit is a bunch of empty threats that he knows he'll lose, he just has to at least TRY to win them back.

Rosario Garcia, 31, Cupertino, CA, –I like the fact that my children enjoy 'N Sync rather than the Backstreet Boys or 98 Degrees because they walk around half-naked too much and it's inappropriate for children. 'N Sync is the only boyband I've ever gone to a concert and not taken off their shirts, plus they're entertaining. Pearlman is stupid for doing this to the ONLY respectable boy band on the planet.

Rebecca Houck, 18, Tallahassee, FL 32313, MickeyM638@aol.com –Proud Supporter of 'N Sync since 1995

Stacey, 14, Illinois, addicted2nsync@gurlmail.com –I think that Lou is trying to make this big production out of everything. He doesn't even care what the guys want. I thought that they looked at him like a big brother? Whatever happens, I strongly believe that the guys will not break up. They may have to change their name, but to me they will always be "N Sync.

vivian, 18, las vegas, nv, crunkluver69@hotmail.com –im totally pissed about this whole thing..I dont understand why peeps have to be so greedy ..what i understand is that music is somethin each one of these guys love and want to do..and lou pearlman and tho whole trans con

corporation is screwin around wit their minds...first off...i dont agree wit the way they handle nsync..they work them hall to death..i moan chris was sick for that jay leno performance if any of ya watched it..it was so sad..and then lance had to be in the hospital..that definitely tells me that my havin these unsympathetic money grubbin people handling nsync do not care for the welfare of them...they only want to make the most money as fast as they can..nsync wants to stay in the music business for a long time..not just 15 minutes of fame..and mr. pearlman and mr. wright just doin it the quick buck..im glad nsync decided to leave rca and hook up wit jive..they obvious feel that they r not gettin the respect they definitly deserve...i will wait for however long it takes for the album to come out..they r doin the right thing..im totally behind them 110%!!!! `

Amy Buckta, 18, Storrs, CT (UCONN), angelbaby_jlb@hotmail.com ~I know that only one person cannot do that much, but I feel better going at this in a group. I'm not going to bash Transcon; I'm not going to make fun of Lou Pearlman - those will get me nowhere. All I can do I pledge my support for Lance Bass, Joey Fatone, Justin Timberlake, JC Chasez, and Chris Kirkpatrick 150%. I have been a loyal and true fan of 'NSync for well over a year by now, and I'm not about to stop now. I've stayed with them through all the girlfriend rumors, the bad hair stages, and most importantly, this mess with Transcon. Nothing any management or anyone could ever say would ever take away the love and respect I have for these five, talented and beautiful guys. I'm with you always 'NSync - you WILL be able to overcome this.

Jennifer, 14, Garden Grove, CA, LilAsn1004@aol.com

Chiara Goddard, 20, Ohio/Tn depends on what time of year it is, Desduch@aol.com ~I just want the guys to know we are here for them and always will be, no matter what, even if they go bald and get fat, we'll still love ya and come see you sing and dance!

Jennifer Battistine, 14, Fond du Lac, Wisconsin, poptart62@hotmail.com ~Nsync ROCKS!!!! Let's keep it that way! Come on lets got Trans. back! Our boys don't desirve this!!

Kathy, 16, CT, Applcyumm@aol.com ~Screw Lou!

Whitney, NJ.ronejsir@aol.com ~I just want 'N Sync to continue singing as well as they do. Hopefully they can come to an agreement without being hit too hard. I think they're in good hands with Johnny Wright. If they have to change their name, that's okay, they'll still sing just as well. I hope they resolve this soon, it must be killing the guys.

Kendal, 16, Winston-Salem, NC, blombie1@aol.com

Mayra, 15, Corona,CA, May8017@aol.com ~I can't believe what Lou Pearlman is doing to 'N Sync. These five guys do not deserve this. Infact no artist deserves this. I can say so many bad things about Lou right now but why waste my time writing about a money hungry idiot? Instead I just want to say that I'm behind 'N Sync 100% and will be behind them through thick and thin. These are five talented guys that make great music and bring smiles to all the fans around the world. Chris, Justin,JC, Lance, & Joey will be in my thoughts and prayers. Stay 'N Sync because there "Ain't No Stopping Them Now."

Autumn, 18, Michigan, AudCo99@aol.com ~I've been a fan of 'N Sync since 1995...before Lou came around...and I'll be a fan of 'N Sync no matter what happens. JC, Justin, Joey, Lance, and Chris are 'N Sync and always will be 'N Sync. They are five of the most hardworking guys in the entertainment business and they deserve top recognition...but none of this crap that Lou, Transcon, and BMG are sorving them. I support 'N Sync and Johnny Wright totally!

Diana, 15 Minneapolis, MN, ~I just supporting my guys! I can't bolive the injustices done to them by that slave driver lou pearlman. I've heard terrible stories of him making them do concerts even though they weren't feeling well. Hopefully "N SYNC will win this lawsuit, and expose and ruin lou, and Trans-con. I don't care if they lose the name, what's in a name? I will still love and support them through all, whatever happens, whatever they call themselves. As long as they keep making great, and beautiful music, and making people all over the world happy..

Kimberly Lee, 18, San Jose, CA ~'N Sync is not going down. 'N Sync will live forever. I refuse to believe that I have given my support for 3 years since the group began for a bunch of no talent nobodys who could have been anybody as Lou Pearlman is stating. There is no 'N Sync BUT 'N Sync, and if this lawsuit thing goes through, Pearlman is going to see EXACTLY that.

Felix Tismer, 22, Santa Clara, CA ~I've been with 'N Sync since their first tour in Germany, and you know what? I've seen this group tour from country to country with an emphatic fervor that no other boy band has. 'N Sync will prevail.

Lauren Sawyer, 15, Bangor Maine, Laurenandtance1@hotmail.com

Kim, 15, MO, Kingofdumbness@excite.com ~Lou brought all this on himself by working them too hard and stuff like that! He don't care bout 'N Sync he just wants the money! The way I see it is if Lou loses 'N Sync he loses everything cause they are his way of getting money right now, or should I say WAS!

Jenna Olson, 14 LA, Cali, jenabean28@aol.com

Christine Dela Pena, 14, Modesto, California, babyblue_angel1985@yahoo.com ~All I wanna say is that I'm all for helping the guys out. "NSYNC needs us bad and we need them. So I just wanna tell you guys that Transcon uses people and they take advantage of them, just like Lou Pearlman. This has got to stop so I'm putting all my effort to help you guys and "NSYNC win the lawsuit. If you wanna e-mail me you can at: babyblue_angel1985@yahoo.com Thanx and stay "NSYNC!=)

Ashley Turner, 15, Springdale, Arkansas, AshJs3@aol.com ~I think this thing is just really stupid. Lou has no right to do what he is trying to do and I think it's just getting way out of hand.

Sheron Lewis. SunshineMarie3@aol.com ~I think this whole sueing thing is dumb. 'N sync didnt even get all the money they made, it all went to Fat Bastard Lou. So, whats the whole point of the sueing? He has money. Lots of it. I think Lou should just leave 'N Sync alone and get on w/ his life. Be mature about this. Sueing doesnt solve any problems, it just simply makes more. So, if Lou has a problem then he should just solve it like a mature adult. Thank you!! Stay 'N Sync!!

Jen Bermudez, 13, New Jersey ~i just wanted to say i can't believe Lou could b so cruel, this may sound dumb and pathetic but it is a very serious matter, I ODnt think he understands how many lives he has ruined, i knwo i knwo im VERY pathetic but seriously some Girls ( not me) may go through a veryserious depression and I hope all parents go out and sue HIM for 150 million dollars. no wait it has to be more cuz he has over 150 million dollars CUZ HE STOLE IT ALL FROM NSYNC!!!! I really do seriously tink he is THE MOST HATED MAN IN THE WORLD, and I pray that NSYNC will beat him in the suit!!!!

Tara Retwani, 14, Harleysville, PA, NsynczGurlie@aol.com ~Being a HUGE fan I just wanted to say that this whole lawsuit thing is absolutely horrible. Justin, Joey, Lance, JC, and Chris did absolutely nothing to deserve this. They deserve quite the opposite if you ask me, and I wanted to voice my opinion that I'm absolutely outraged by the going ons in this battle, and I'm sure most of you feel the same. So us as Nsync fans, must unite. Whatever it takes to keep these 5 guys happy, we have to do. I personally feel that they've done so much for me, that I feel I need to do something to help them out. And so far this is all I can find, all the support boards. It's amazing what we can do as a group of people. I think if we stick to this as this progresses, us fans could have a huge impact on what's going to happen. I feel absolutely helpless, so if there's anything I can for anybody in terms of helping out our men, please, please, E-mail me! Thanks a lot. To the guys of Nsync, stay tough, stay stong, but most of all stay Nsync. To the fans, let's do this!!!!!!!!!!!!!!!!!!

Manda Mitchell, 15, Pottstown,PA, CrUnK4Jt22@aol.com

Gladys, 17, Santa Rosa, CA, Safire2000@aol .com ~Like any other 'N Sync fan out there, I was appalled and troubled by the legal situation that has come about with regard to 'N Sync. I'm sure we all have our personal opinion on Lou Pearlman and his intentions, but I sign this petition not because I have hateful comments to make to Mr. Pearlman but because I am in support of 'N Sync. The bottom-line is that I am an 'N Sync fan and will continue to be an 'N Sync fan. No matter how long the album is delayed, no matter how long this legal battle goes on, and no matter what record company 'N Sync chooses to sign with, I will continue to buy, listen, and support their music. Moreover, I think it is safe to say that this goes for the majority of fans out there. We are not as fickle as stereotypes lead people to assume and I firmly believe that regardless of what happens, the fans who truly appreciate and respect 'N Sync for all that they have worked hard for will continue to do so. To Chris, JC, Joey, Lance, and Justin.. all I can say is, thank you for all that you have done and we hope to be hearing from you very soon. Take care. ~)! Gladys !
!•

Lori, 18, Sarasota, FL, Hevenzgrl@aol.com ~I've never really cared too much about the legal workings in the entertainment industry.. but this lawsuit has me really worried. If TransCon has their way, there will be no more *NSYNC. First of all, that pisses me off completely, because they've worked so hard to get where they are today, and it's a possibility that it could all be taken away from them. I know that Lou helped them get to where they are, but he didn't create them. They didn't get such a huge fan base because they were being represented by TransCon (Innosence is managed by TransCon, and I don't think they have any fans). They got a huge fan base because of thier talent, determination, and the way they present themselves to the public. Now, to put all maturity aside, I think Lou is a fat bastard and I hope TransCon ceases to exist after NSync leaves them. They don't have anyone else (as far as I know) that can rake in the money like NSync did for them.

Camillia, 15, New Jersey, Xo_PRINCESS_oX@aol.com ~Looks like Lou Pearlman is trying to hold on to the only thing that's making him any money. Since the Backstreet Boys left, all he's got is 'N Sync...ch well. Lou can try to do what ever he wants to 'N Sync, but no matter what, we'll all be there 100%. Whatever label 'N Sync winds up on, the talent will still remain and so will our support for our boys!

Jillian, 13, Texas, Lance_gurl@hotmail.com ~Dear Employees at Trans Continental, I'm truly upset that you would go this far just to get money , you don't really care about anyone at your company you just care about the money they bring in. And to tell you the truth I wasn't going to sit here and watch while you ruin one of the best bands, They put so much work into what they do and they are really dedicated. So I'm asking you please let N SYNC go They helped your company so why don't you help them by making the right decision of letting them go .They are ready to move on to bigger and better things so please don't hold them back. Thank You, Sincerely, Jillian

Janie Hauser, 15, Winston-Salem, NC, JRH626@aol.com ~I think that this petition is a great idea and totally support your work with this! Lou Pearlman is SO not in the position to being sueing nsync for all that money! He has made so much money off of all his little groups and this whole ordeal is so selfish! nsync really cares about their fans and it is really sad that something like this had to happen to them! I would do anything to help them out of this mess!! thank you so much for making this petition!!

Becky R., 15, Iowa, MkyCMnkyd0@aol.com ~I would just like to say that I support 'N SYNC 110%! They are my inspiration and I would really hate to see their musical careers hurt by this lawsuit. I really wish that there was more I could do. I really don't know exactly what to say except I hope 'N SYNC's switch to Jive is successful and the new album will be out soon. I wish them much luck and the success they deserve!! No matter what happens though they will always have the support from their fans!! Chris, Justin, Lance, Joey, and J. C. , I love ya'll and I'm behind you all the way! As for Lou, well, all I have to say for him is NO COMMENT!!

Charlotte Shockey, 17, Harlem, GA, shockphoto2000@hotmail.com ~'NSYNC you will get through this!!!

Shannon Fry, 20, Turborville, PA, Sweet13_Princess@yahoo.com ~I just want to say that the guys have always been there for us.. crooning their music even when they were so tired they could hardly stand on their feet. So now it's time to give it back to them thousand-fold.. if we all pull together it's going to show how much we appreciate and love them and are behind them and will show these sueing ninnies not to mess with NSync fans cause no matter what. we're withthe guys all tho wayll!'-)

Karen, 18, Kirtland, OH. ~It is important that we all come together and support 'N SYNC. Tell your friends about this site and the other ones in favor of 'N SYNC. They need us now more than ever.

Katie Bricker, 18, Kearney NE, Wormie121@cs.com –I just want to say that money is the root of all evil and it messes every thing up all the time! Good Luck *NSYNC and i hope everything works out!

Ashley Stanford, 14, Salem, Oregon, nsync@asher.net –What Lou doesn't understand is our love for the music and for the 5 guys that make up *N Sync(I guess his pockets are too deep). I personally will take them any way I can get them and Lou can't seem to get that through his thick, little head. Our hearts AND cash shall forever remain in the hands of Joey, Justin, Chris, Lance, and JC because they ARE the 'music of our hearts.' That will stay true EVEN if their next CD is released under the name of *N Suck. I think it is absolutely horrid that they have to go through this at possibly the height of their career. How awful to have signed your dreams away to a trusted man, and later have him threaten to take away all that you have worked so hard for. WE need to show them nothing but 200% support because in today's society, it's so difficult to take a stand against corporate mongrels such as Louis J. Pearlman(formally known as "Big Poppa"). My only message for the guys: Please stay sweet and keep smilin', and always know that your fans would never let anything happen to you, not until the rains wash the mountains into the seas :o)

Lauren Cottler, 14, Phoenix, AZ, HotDog218@aol.com

Julie, NY –i am supporting Nsync too but I want to know really y is this happening .... i am deaf... and they were my first band to fall in love with they cant shut them down!!!!! I am from the US New York and please help them!!!! If they shut them dowm my faith and love will too. Nsync fun, Julie

Jenna, 13, Atlanta, GA, jenna@nsync.zzn.com –I think that NYSNC is all Lou has, since the BSB left him, and if he can't have them, he thinks that no one should which is a bunch of BS! I think Lou needs to get a life, I mean he created BSB and NSYNC, I think he can do Ragain.

kristi, 14, massachusetts, Nsynkfan54@aol.com –i am very upset about this whole thing, but i am so happy too, that n sync has so many fans and everyone is taking action against lou, transcon, rca, and bmg. i know that inside, "the artists formerly known as n sync" will always be the same n sync. justin's cute, lance is albino, chris is wacky, joey is superman, and j.c. is serios and sexy. (or so the steretype tells us). i ove and support them to the max and hope many many more people will come upon this site,and add to it and we will know we rnt alone and that n sync will always be n sync no matter what they r called. i have faith in our hunnies and i know it will come out alright. p.ps i hate lou! n sync 2-2-4, till always "stay n sync"

RACHEL CRAWFORD, 27, WISCONSIN

"Lauren Dooley, "16, Sayreville, NJ, Justin2Reb!@aol.com –I would like to say that *NSYNC is the most "incredible group. They have brought "inspiration to thousands of people around the world as well as beautiful music and positivity. I think this is ridiculous what they're being put through end of all people, they least deserve it. However, no matter what happens, I will be standing behind them 150% as they've taught me to give my everything to something I believe in! I LOVE *NSYNC FORVER, ~"~Lauren 0:o)

tasha, 19, asya01@yahoo.com –I will ALWAYS support NSYNC no matter what Lou and Transcon try to do to them...NSYNC will always be #1 to me and a lot of other people!!

Keri McDevitt, 15, Philadelphia, PA, Lancelovr4life@aol.com –I think it's a disgrace what Lou Pearlman is doing! I can't beleive that he is suing NSYNC! What is he doing? He has no idea obviously how many fans that NSYNC has, and that they are very upset at what is happening! I pray that nothing happens with this stupid lawsuit, and that NSYNC will continue to make beautiful music and continue their great work! For God's sake, what is the world coming to anymore? It's all about money money money, and you know what? All Lou really cares about is the money, and that makes me really disgusted! That's all I have to say! Keri

kari lynn, 14, maine, jcbigdaddyandme@aol.com –I just wish to say that i am behind this 150%. i love nsync so much... their lyrics have inspired me in so many ways... they help me get through the days and they are my life..... and my life would be crushed if there was nc more nsync! I need them in my life and even if they do lose their name and they are no more... they will always have my heart! i love them and we shall and we will prevail!! cuz even if they do lose their name.... they will never lose my heart!

Catherine Yates, 14, Midland, MI, luvinscoop@nsync_online.zzn.com –I hate it that all this is happening to nsync, it really, really makes me mad. nsync has a special talent that cannot be replaced, and i can't believe Lou is being such a selfish PIG about all their success! GO NSYNC with all of my heart i wish you well, you guys RULE!!!!! In this time of crisis make sure you let them know that you are true fans! in the end it will hopefully make a difference. LOU you need to get a life!!!!!!!!!!

Danielle, California, babieblue6@aol.com –'n sync are a bunch of extremely talented, sweet guys that take a lot of heat for no apparent reason, they deserve so much more then they are getting credit for.

adrianna, 14, NY, –I think that you are doing a great job with helping nsync. I think that you should send it to TRL and ask them to suggest to say your screen name on the show.

monica dobrzanski, 15, calgary, alberta, canada, i_love_chris84@hotmail.com –i don't uderstand what lou pearlman doesn't understand. if you don't treat people well, they are not going to stick around! 'n sync are a very talented and smart group of people, they won't take anything from someone, who cares if they have a contract? i admire them for having the guts to get up and leave lou, even if now they are being sued. lou is asking for a lot of money, and it's not right, but they can't stay in a situation where they are not happy. chris, joey, jc, lance and justin don't ask for much, they love to preform. and they want to entertain people. lou just doesn't seem to understand, he didn't learn with the backstreet boys?

Dori, 13, Deerfield Beach,FL.–U.S., dori2@hotmail.com –I'm totally against Lou Pearlman. When I first saw him on Mtv, I had this feeling that he was bad news. Look what he did 2 the Backstreet Boys. They went away. Now he is trying 2 scare away our 'N Sync babies. We HAVE 2 stop

him. He can't get away with this, we can't let him. Let's keep the 'N Sync pride alive and everyone, Stay "NSYNC!!!!

Nacole Mamaril, 15, Sumner, washinton (the state Not dc), shyblue2002@yahoo.com ~How can he be able to take there name away ne didnt make it up justins mom did so i think they should be able to keep the name!! and also LOU is a big butt face cause hes made his money from them so let them dowhat they want now!!

Peggy, 14, NYC, CuPID9uRLLuVLaNcEBaSs@yahoo.com ~I Jus wAnt tO Let U nOE thAt I wiLL alWays bE thErE 4 NSYNC No MAtTeR wHAt I wiLL DO my beSt to heLp NSYNC kEePS It's NAme. Even if I have tO boycOtT or gt ArrEstEd. I jUs want 2 Let U nOe tHAt LoU, TrAnsCon,RcA R aLL @#!

Micaela Smith, 14, Stockton, Ca.. ~I would like to say that what Lou Pearlman is doing is horrible. He says he's like the "big poppa" what kind of father suos their kids?!? I'm so mad, if "NSYNC coases to exist that will be one of the biggest injustices in the world, i hope that they will realize what a HUGE mistake they are making and call it off so that all "NSYNC fans can have them for MANY more years tocome....THANKS!

Meredith Lenci, 15, santa rosa, CAmj47@hotmail.com ~NSYNC! WE SUPPORT YOU!

Jennifer, 14, Alameda, Ca. ~I just wanna say that since the begining I have none that Lou is Bad news and that "NSYNC should've tried to get out sooner... I just wanna say that Lou is a sorry fat money hungry pig and claims that he has love for the guys while suing them for 150 million dollars no I don't call that is love fatty GET A LIFE LOU !!

Jill Black, 15, Calgary, Alberta, Canada, Jillybean_13@hotmail.com ~GO "NSYNC!!!

melissa weidenaar, 17, indiana, jstnluvr@aol.com ~i think this is all a bunch of crap they are just jelous that they cant have the hottest group of all nsync.

Kedrin Ukness, 17, South Dakota ~I just want to say what a bad deal NSYNC is getting right now...I feel absolutely terrible for them and hope they get out of this mess soon. No matter what their name is, I will ALWAYS support them...and Transcontinental can do whatever they want, but they can NEVER take the guys out of the business...too many people love and respect them and we WILL NOT let them go away! Luv you all! Luv Alwayz and God Bless, ~Kedrin

Amanda, 19 (20 on November 6) LOL, somewhere in Quebec, Canada, chasez79@globetrotter.net ~I'll always stand behind NSync 200% for as long as I can. They worked too hard to have Lou do this to them. If I can say one thing to the guys of NSync it would be "keep smiling". I wish the best for them. Take Care People and Keep Smiling.

KAREN ZOOK, 23, SAN ANTONIO TX, ~WE HAVE TO SAVE NSYNC ASAP. THIS IS VERY WRONG LOU MUST PAY

Feyza Canveran, 16, Queens, New York, GeLaTaGrL021@AOL.COM ~I would like to start off by saying that I am shocked and disgusted with Lou Pearlman's actions. He has no right to sue "NSYNC. They did nothing wrong. He is just being selfish and greedy. 150 million dollars? That's just being ludicrous!! Lou Pearlman is not the one that gave them their name, Justin's mother did. Does he actually think that he created "Nsync?? They created themselves. They put themselves together. It was Chris's idea NOT Lou Pearlman's!!!!! Ho wasn't the one that made them what they are today. They did that upon themselves. Their the ones with the talent, not Lou. They're a group of extremely talented young guys, they would have done perfectly fine without him. I think that he should reconsider. Only someone so heinous and inhumane would take such an appalling action. This just shows what kind of person Lou is

Tara, 15, NJ, ILuvJCandCARSON@aol.com ~I really think this is a big mistake, they dont realize what nsync means to some of us and all of the money and time we put into them. They cant just take them away like nothing!!

eRICa, 14, IL, tickle_me_zac@gurlmail.com ~i dont know what to really say except that I support nsync and that they are the best band out there! i dont know what Lou's problem is but its really unneccessary! 'NSync rules!

Kristina Sifuentes, 14, Texas, Krissy0315@aol.com

Lauren, 15, PA, SwissFarm@AOL.com ~I am currently trying to get a protest group together to go to a radio station and show "NSync how much their fans are behind them i just hope that I can get enough people to really pull it off

Stepphanie Foley, 14, Staten Island, NY, JCnSteph@aol.com ~I just want to say that I feel extremely bad for the guys of "NSYNC. I am behind them 100%. It's not fair that they are being sued for so much money or to be sued at all. Lue doesn't need to sue "NSYNC. Everyone knows he has plenty of money already so what's the point of suing "NSYNC. I also want to say that I will always support my boys no matter what. I will always be one of their biggest fans......no matter what happens!!

Stepho Hagg, Illinois, tookytaco@aol.com ~I hate TRANSCON..my site expresses my hatrid..www.angelfire.com/il2/stephoresStephoser

Brenda Pasono, 16, Rochester, NYBrenlyn2001@yahoo.com ~I will remain loyal to 'N Sync no matter what happens, but Lou needs to be taken down, and taken care of. He cannot ruin these guys like this, we need to support them right now, and help save their careers.

Therose, 15, Elmhurst, IL ~I am behind NSYNC 100%! Lou Pearlman needs to get off his thrown. He is a greedy man, who takes advantage of young groups that he claims "put together"! We all know the truth! He treats artists like puppets, by making them say things, or do things that

they normally wouldn't say or do! And I don't exactly understand that, but I don't think anyone does. He may claim that if they admit to having girlfriends, they will lose fans! I think it's a bunch of bull shit. It should be none of our business, but anyways! Sure, he may have helped them out in the beginning, but that in no way what so ever, gives him ANY right to take money that's not rightfully his! He did it to Backstreet Boys, and now he's doing it to NSYNC! Who will be his next victims? I can only hope that this man is stopped! And the fact that he's suing them for 150 million dollars is rediculous! That is he going to do with $150 million? Spend it on more donuts? Sure, what a great investment! He works groups to no end! Remember when Lance went into the hospital in May? That was like a day or so after the Summer Jam thing! And when Brian Littrell from Backstreet Boys had heart surgery? Well, I heard that he went back on tour, or whatever they were involved in at the time, about 3 weeks after surgery! And not because he felt better, but because he felt he HAD to! I wonder who made him feel that way? Hmm....Probably Lou Pearlman! That's just not right! And what affiliation with NSYNC does he have? Why is he getting their money? Johnny Wright is their manager, right? So, why is Lou Pearlman getting money? What does he do for them? I don't get it! I don't understand a lot of the things that are going on! And with who owns their name! My friend tried to explain to me that when NSYNC first got started, they might have sold their name to RCA or BMG, or Trans Con, whoever, and that whoever they sold it to, now owns it! She said that the reason why they would sell their name to them would be so that the company could promote it and get their name around. But, I'm not sure about it, so don't quote me on it. But, I'm behind NSYNC 100% no matter what their name ends up to be! They will still sound the same, and be the same! Good luck with everything they do, they deserve the best.

Tino Kotomori, 13, honolulu hi, Scooby2923@aol.com

Carolyn, 15, Philadelphia, Summer2999@aol.com ~'N Sync–Don't worry. The true fans will never leave you. I love you!

Dana, 17, Erie, Pennsylvania, lannemanandshazam@hotmail.com or dana_timberlake@hotmail.com ~We love you *NSYNC and we are behind you 110% of the way!

Minda De Guzman, 16, San Jose, CA, kairasfire@aol.com

Jamie, 15, OH ~'N Sync is my favorite band! They have so much talent and they really seem like sweet guys too. I am really hoping that they will come through and win this, but if they don't, they don't! they should know that they can sing and preform under any name and we will still support them! 'N sync has got the flow!!!!

Brooke Douglas, 16, KY, xena_warrior_12@hotmail.com ~I think that the things Lou Pearlman is doing to JC Chasez, Justin Timberlake, Lance Bass, Chris Kirkpatrick, Joey Fanton, and JIVE Records is disgrace! The name NSYNC is owned, they came up with it themselves! I am praying that these guys are able to fight this and get throught it as quickly as possible! I support them 100%!!!!!

Kristen, 15, Milwaukee,WI, JRTRUHS03@aol.com or Tweetyhhh@aol.com ~I truely thought that TransCon was a good company to be signed with seeingss I had never heard of them suing anyone when all the other companies did. Now I see taht they are just as greedy as every other company out there. WHy can't they just say: alright. It's been fun. If you wanna leave. Leave." 'Nsync has made money for them for about what 5 years now? They collect more than half of the money that came from merchandise. Now they want Nsync to pay 150 million dollars? Reality check: Nsync DOESN'T have that much money.

Jessica Vega, 17 yrs.old, Miami, Florida

Kristina DeChristofano, 13, Kinnelon, New Jersey, Champa11@aol.com or Champa11@yahoo.com ~My friends and I heard about what happened and I think that if nsync wants to change there label they have a right to do what ever they want. no one can tell them what they can and can not do. I think it is Lou's time of the mouth so he is P.M.Sing! lol. J/K I hope everyone is noticing that Nsync is lossing fans because they don't do anything anymore. Some fans want to hear the new album and because there is no new album and the moment there aren't any fans. No album, no fans, nsync gets no funny so that would make nsync gone 4 ever and everyone has to help because if nsync can't help themselves then we can

Heather Sebestyen, 20, West Palm Beach Florida, Justinstine@yahoo.com ~I have always been a loyal Nsync fan, for as long as I can remember and when I hear that my favorite five guys are being treated wrongly it makes me mad!!!! Especially since Nsync work so hard for all that they have accomplished. and thats why I think we as fans need to come together on their behalf. I mean think about it who-was it that had a charity basketball game in Atlanta to help kids NSync not Lou instead of helping Nsync Lou just likes to work them into the ground just to better himself and that is soooo wrong!! It also makes me mad when Lou claims to be like a father to them, well if he is a so called father to them then he should only want what is best for the group and their for let them out of their contracts! I am in total support of boycotting transcon and Bmg products as well as any other things that can be done to help NSYNC live on forever! I will always love NSYNC with all my heart and soul, because they are the music of my heart

Ashley Kuitunen, 13, Rochester, New York, KikiZoe86@yahoo.com ~Why? Thats all I can say. Why does Lou Pearlman hafta act like such a jerk? Why does he claim to have the rights over other human beings? Why can't he just get over this and move onto C-Note or some other "creation" of his? It's just that 'N Sync is special, and he knows that, and he doesn't want to give them up. Well, he should have thought of that before.

Kelsey, Urbandale, Crabygb813@aol.com ~I don't think the people at Trans Con. realize just how big of a mistake they are making by suing *N SYNC. And I would like to back *N SYNC up 110% on their fight against Trans Con.

Jennifer Landsberg, 17, Syracuse, NY, freckie@aol.com ~I just want to say that Lou Pearlman and Transcon makes me sick. Everyone who is a nsync fan has known about their exploitation at the hands of Transcon, and we all think the guys made the right decision by breaking their ties with Lou. Lou doesn't care about music at all. He's in this to make money, which is the wrong reason to do anything. I think that we should all boycott anything produced by Transon, including buying all cd's and merchandise, so that instead of Nsync ceasing to exist, Transcon will.

Mindy, 15, Wooster, Ohio. Minangl84@aol.com –I think that this is just wrong. 'N Sync doesn't deserve this. I can understand the law suit, but the part about terminating 'N Sync and taking away all their rights is wrong. Lynn came up with the name, I don't care if Lou owns it, it was her idea NOT his. I will support 'N Sync NO MATTER what happens.

Pam Boehnke, 20, St. Cloud, MN. PEOESS2472@aol.com – Please add my name to the petition. I would also appreciate keeping me informed of how I can help in any way. There will never be an end to N SYNC. It is not trans con which has given them what they have, they have earned every bit of their fame, and respect by their hard work and talent. It is time for their fans to stand by them and to give something back to the guys.

Erin Frey, California, baby-phat@home.com –I hope if 'N Sync fans can join together we can stop this whole mess. God knows they deserve all good things that come their way. This is our way of repaying them for changing our lives with their amazing music, dedication, & personalities. Supporting 'N Sync for Me....Erin

Alyssa Gowitt, 20, Bakersfield, California, NSyNcHuNnY@hotmail.com –I have a lot to say about this whole law suit deal, but I don't think there is enough room here for it, so I will give the Reader's Digest version. I have never liked Lou Pearlman, I don't know why, but from the beginning I thought he was a greedy man. He just put out the wrong vibe. I have a family member in the entertainment business and this law suit is scary. One thing I do know is Lou Pearlman may be able to make the name "Nsync" no longer exist, but he can never make the group and bond of Justin Timberlake, Chris Kirkpatrick, J.C Chasez, Joey Fatone and Lance Bass disappear. If this law suit does not go in N Sync's favor, I hope they will take another name and continue with their careers. I am a fan now and will be a fan forever. I support them 100%. If you are interested please join this club: http://clubs.yahoo.com/clubs/wesupportnsync Stay N Sync!!!!

Melissa Ojs, 15, Lewistown, PA, moecrunk@hotmail.com –I really don't like this whole thing at all. I am very upset with the backstreet boys and RCA. They should be getting sued, because of what RCA has done to them. RCA was not the one who formed the group at all, it was the guys themselves. I hate the way RCA is trying to take credit for something so wonderful that they didn't even creat. and who do the backstreet boys think they are, trying to get nsync to lose more money, because they are to babish to share lables with nsync. the backstreet boys should be tho ones to get money taken from them. when they left labels they didn't have this much trouble, they were the ones that were put together, not nsync. so this whole ordeal is stupid, nsync is defentaly going to win, and bounce right back. i have so much confidence in my boys winning, i am not worried. i am behind them 110% because I no that good (N Sync) triumps over evil (BSB & RCA) I LUV N SYNC!!!!!

Vimbai Madzura, 15, vcm_2@hotmail.com –I think it's a great idea to have a petition to show support for 'N Sync.

Kelly-Nicole Crawford, 13, Palm Bay, Florida, insane_4_n_sync@yahoo.com –'N Sync has got the flow,Backstreet has got to go!!! 'N Sync forever---they'll never go down!!!Thanks,Kelly-Nicole

Gina, 15, New York –I think that Nsync needs to stay alive!!! we gotta keep them going! just becuz they changed lables doesnt mean they have to be punished. its terrible that people they trusted could turn around and threaten to ruin them and take away the guys we all love. i mean Nsync trusted BMG and now they r stabbinmg them in the back just becuz they r jealous. people change lables all the time. they should get over it.

I.M., 18, GA –We all have to support nsync!! They can't do this to them! They definatly don't deserve it! Support Nsync!!!

Melissa, 12, Chicago, IL, nsync_riddle@hotmail.com –I hope everything works out for N Sync. They have worked sooooo hard to get where they are today and don't deserve all of this stress. Lou hasn't done anything but take all their money away from them. for example: in the US ALONE N Sync made $300 MILLION. After taxes and stuff they had $125 MILLION left. The boys in total as a group for only $5 MILLION dollars. That means Louy boy got $120 million for doing nothing. In my opinion he will burn in hell.

Jessica, JESSICA4LANCE@YAHOO.COM

Monica, R162@HOTMAIL.GOM

Jackie, BUFFY038@HOTMAIL.COM

Nancy, BRITNEY_CHASEZ@HOTMAIL.COM

Tamara, JUSTIN4TAMARA@YAHOO.COM

Darci Leierar, 17, Minden, Nebraska, that_gurl101@yahoo.com –Frist, I think it is GREAT that you guys are doing this!! I'm glad that SOMEONE has the time and patience!! LOL But you gotta do it for the guys!! LOL ANYWAY, I think Lou Pearlman has had a serious dumb_@$$ attack!!! There is NO way in the world that he can even begin to prevent N Sync from existing!! He may take their name, but to all their fans they will still be N Sync! And it's not like he can take them away from us!!! I am behind them 169% ALL the way!!! They are awesome and always will be no matter what happens!!! So, EVERYONE support them!!! Now is the time to see who the TRUE fans are!! I personally, think we should all road trip to Florida and start a BIG riot in from of Lou's office, but I'm sure that is not the right answer! Altough it would be fun!!! If I had the chance I'd definately give him a piece of my mind!!! (Along with 50 million other girls!) Lou Pearlman is money hungry and has gotten himself into a big hole of dog crap. and he's gonna have a hard time getting out!!! WE LOVE YOU N SYNC!!!!

Aleah Kraus, 16, San Diego, Ca, Crunkchic4@aol.com –i just want to show that i support Nsync 100% they are a wonderful group and deserve all the support they can get. I dont want to see them fade away like other boy groups in the past. they are so unbelievably talented and deserve to be in the music buisness as long as possible and hopefully with the support of all thier fans we can make it happen!

Big D,21--Gainesvile, FL I don't really like nsync and I don't particularly like their fans, but Lauren wants me to sign the petition so I don't think lou perlman should get anymore funny and nsync should get it all we need to hold them in their time of need and stop thismayhem

Megan, n_sync102@hotmail.com --Okay, I have heard all this about 'N Sync, and it is totally unfair. People need to be treated with respect, not with hatred. Three months ago, on live TV, Lou Pearlman said that he would stick by 'N Sync no matter what, 100%. This thing about sueing 'N Sync is totally unreal. Okay, when 'N Sync signed a contract with Transcontenlental, they signed a TWO cd deal. All that means is that 'N Sync has to make TWO CDs before going to another record company. WTF?? Didn't 'N Sync just get done with their 2nd cd? That's what I heard. I heard that it is called "No Strings Attached", it has 14 tracks on it. Lance actually has a couple solo's on there. One is called "How Deep is Your Love" he sings the whole song by himself. It is so cute! Okay, back to this stuff. Okay, so they signed a contract, they finished the contract, so what is wrong with this picture? I will tell you. It's Lou Pearlman, and Transcontenlental. The reason that Lou will not let them leave is because, they haven't released their cd yet. Therefore, 'N Sync can legally can legally leave. But, yet Lou Pearlman does not want 'N Sync to leave, so he tells the media that they never finished their 2nd cd, when they did. So, Lou is a liar, a prosertator, a cheat, and a scandaler. Another thing, 'N Sync is very special, and important people, so they should be treated with resppect, but Lou is treating them like dogs. 'N sync made Lou a multi-millionaire. I think that Lou is just a sick-hearted, greedy snob. Lou shouldn't be sueing 'N Sync, they should be sueing him. all they did was follow by the contract, and Lou got mad, because they were going to move to Jive records, so Lou had to find some way to hurt them. 'N Sync has rights, all the rights that we have, and probably more, but the one right that we all have in common, is the 1st amendment. You know, the one that says that says "Congress shall make no law respecting an establishment of a religion, or prohibiting the free exercise thereof; OR ABRIDING THE FREEDOM OF SPEECH, OR THE PRESS; OR THE RIGHT OF THE PEOPLE TO PEACABLY TO ASSEMBLE, AND TO PETITION THE GOVERNMENT FOR REDRESS, AND/OR GRIEVENCES." All that meant, is that a person has the right to challenge the law, say whatever they want, or print whatever they want, and that is what 'N Sync was doing, and Lou tried to stop them. Now, I would like to stay here and chill-chat all day, but I think that if we really loved 'N Sync, that we would get off our butts, and actually do something about it. Me and my best friend has already done somethim about it, we have went to 5 different radio stations, and tell everybody what is happening to them. I encourage you to do the same. Put something in the newspaper, do something onthe radio, if we all go our seperate ways. we cannot do anything, but if we all become one big force, rather than 1,000 little ones, we can do this. 'N Sync has done so much for us, I think that we should do the same. Another thing that we are doing, is we are going to MTV'S TRL and protest against Lou. One thing that I hope that we can do, and we can, is boycott,(quit buying it) all of the Transcontenlental, BMG, and MGM good, just like our forefathers did in WW1. Well, this is all I have to say at this moment, but you can be sure, that I will be back Please e-mail me with anything you want to say, any questions, comments, or if you just wanna talk.

Susana Barros, 18. Toronto, Ontario, Canada, curlysu61@yahoo.com --First off I would like to say that it's great to see all of NSYNC's fans come together like this and show them just how much we love and support them. I'm sure if they see this petition it will lift their spirits about this whole mess. Secondly. I want to say that I will support NSYNC no matter what. I love them and I will stick with them thru good and bad. Lou Pearlman can take away superficial things from them such as money and their name, but he can't take away the talent that the guys have and he can't make the fans stop loving them and listening to their music. Thirdly, are NSYNC and they will always be NSYNC. Thirdly, Lou is a money grubbing thief. I think that he's just stressed that he's lost another big act who is the main profit maker for him, the previous being the BSB. He doesn't want to lose money. so he's suing them. Its people like him that we don't need in the music industry. Keep showing the guys support andalways Stay NSYNC.

Erin Roe,18.Houghton Lake. Michigan, Superwoman_99_17@yahoo.com --I think that all this has gotten out of hand. I know that Nsync has broken thier contract but it shouldn't matter if the company isn't doing hardly anything to help the group. The just think that they can have all of Nsync's money now that Nsync is really popular. Lou is so patholcol! They just think that they made nsync who they are that's why it is such a big deal. But they didn't Nsync made themse'ves. That is why we all love them so much and will love them always no matter what. Come on everyone and show your support for ourmen!!! STAY NSYNC!!!!

silvie, 16. va. nsync_lover@cheerful.com --'Nsync, I just want to let you guys know you all are in my prayers as you go through this hard time in your career. What Lou and Trans Con. has done to you is very unjust and unfair. I am appealed to see his addidude towards you and what he is trying to do. YOu all are in my heart, and I know God has a great plan. FIGHT HARD! You have an awfule lot of fans rooting for yall!always in my prayers, silvia

Rachel Werk, 17. Traverse City, Michigan, Rachel1109@aol.com --I really hope we. as fans, can all do something. It would be really dissapointing if we never heard from 'N SYNC again because of their selfish managment. Fans shouldn't have to suffer because Trans-Con can not keep clients.

Sarah, 17. New Orleans, La, Ln328@aol.com --We as dedicated fans, need to do something to stop Lou Pearlman. He is greedy and must be dealt with quickly. Hopefully we can come up with a way. Sarah--

Rachel Clift, 13. Cheshire/Wallingford. CT. inspiredgrl4@gurlmail.com --I think that this is very sad, and I am VERY angry at Lou Pearlman for doing this. He needs to recognize that he had the privalege to work with 'N SYNC for 4 years. I hope everything works out for the guys, and I wish them the very best. Stay 'N SYNC!!

Destiny Buchanan, Tuskahoma, ok 74574, Alwayz_lovoin_NSync@hotmail.com --( I LOVE 'N SYNC so much and I want this stuff to stop! *(N SYNC 4-EVER!

stephanie, 13. miami,florida, cusa36@aol.com --I think that Lou Pearlman should just drop the sue.When bsb left transcon their contract wasnl acomplished and he didnt sue them.We know 'N Sync is better than BSB and you care more about 'N Sync than BSB but if you really love 'N Sync as you have said and you really love the fans as you have said you should drop the sue because 'N Sync doesnt deserve to be losing their fame and fortune over 1 little mis understanding

Dawn Young, 32. Sumter, SC, dycung1@ftc-i.net --I just want to say that I am behind nsync 200 percent!!!!! I think all of us love the guys and could care less what their names are. we love them for them, not their name, so as far as I am concerned. they can drop the nsync corporation, and start a new one under another name. what can mr. pearlman do about that? there goes the lawsuite!!!! they will have lost nothing if they have to give up the name. nobody can make joey, lance. jc. chris, and justin go down but the people who listen to them, ( or who stop listening to

them), not some legal team or lou pearlman!!! good luck guys, we love you!!!

Samantha Ranaghan, 20, New Jersey, samrcn@nac.net

Heather, 14, Des Moines, Iowa, Music36534@aol.com

Kala F., 15, Grand Junction Co., cbdreamers@aol.com or cbdreamers@yahoo.com

Amy Nemeth, 13, Berlin, CT, Bflyn121@aol.com –I think that the *NSYNC boys should have stayed with RCA and all but whatever they want to do if you know what I am saying

Jessie B., 14, Ft.Collins, Colorado, jesser13@gurlmail.com –I think what Lou did was really bad!! I mean Trans Con failed to fulfill contractal obligations and I think that gives 'N Sync the right to leave! And it was really harsh that they said they were going to 'shut down' 'N Sync!!! Like they could do that anyway! They even said if 'N Sync no longer exists they have a new boy band to fill their place! No one can replace our beloved 'N Sync! We 'N Sync fans really need to ban together and shut Lou and Trans Con down!! And recently I've been wishig mean things would happen to Lou but then my friend said no to so peoples...just wish he loses all of his money and Trans Con!!!(And die of being to fat!! "Muhahahahaha" OK that was mean! No one say that!) Thanx for listening. Respond if ya want! Love yas!

Nlck, 12, Minnesota, sweet_crazy99@hotmail.com –I think that it's ridiculous that Lou Pearlman is suing 'N Sync for $150 million. 'N Sync owns the name not him! I think this petition is a very good idea, and I hope it works

Julia, 26, Silver Spring,MD, jrappeport@hotmail.com –I don't think its right for Pearlman to be getting away with what he's doing to them.Pearlman wasn't following through with what he was supposed to be doin for them and they weren't getting everything they were supposed to be getting.So they left Transcon.They are not to blame for that. The only thing Pearlman cares about is the money not the people that sign on with that company.He stole from them and was dishonest.And then he lied and said that he says that they're like sons to him.How can he do something like that and get away with it? NSYNC is just a group of gentleman that are trying to reach out to their public. do the best job they can and let their fans know how much they care.And Jive offered them a better deal so they took it, and they also told them that they would follow through on everything they were supposed to get.Pearlman is wrong, and I feel that NSYNC should get this case, cause they have done nothing wrong here

Amanda, Olney, TX manna_j@yahoo.com –I am appalled by Lou Pearlman. It's selfish, self serving people like him who give Americans a bad name. He's already a millionaire, yet his greediness overpowers what little good there may be in him. He believes that he is needed to ensure *NSYNC's success. But they are smart, talented, and able young men and they CAN match it without him and his abuse and exploitive nature. He just can't handle the fact that he's not needed, and that hurts him. So, he decides to hurt them through the only way he knows--money. It's insane for anyone to sue for $150 million (especially since Pearlman is making that amount, if not more, already). That amount of money can't possibly be spent in a lifetime. *coughs* greedy *coughs* JC, Joey, Chris, Lance, and Justin work their asses *scuse the language, but I feel it's appropriate in this context) off for their fans. Their lives aren't as 'glamorous' as the media makes it out. They get 3-4 hours of sleep a night, spend the majority of their time traveling on buses and airplanes, and spend long hours rehearsing to perform for an hour and a half in hot venues, sweating to death, for their fans. They suffer from sore throats, pulled muscles, exhaustion, and serious illness (remember Lance's hospitalization earlier this year?) to make a living. Pearlman has put them in these situations, hoards the money they earn, and doesn't compensate for the effort, work, and sacrifices they make. And Chris, JC, Lance, Justin, and Joey have every right to break from Trans Con. By breaking from Trans Con, they will no longer be in an unhealthy environment and be put through hell just to line the pockets of the 'guru' Lou Pearlman. Anyhow, this is all so ridiculous, it's funny how money affects people. Pearlman throws a temper tantrum when he sees a major source of his income slipping out of his fingers (not that he doesn't have other upcoming acts to keep money in his pockets). Joey, Chris, JC, Justin, and Lance have worked, suffered, and been exploited by Pearlman. They have decided to take a stand, and I'm behind them 250%. Now is the time to give the guys all our support. No one can replace them. Their talent can't be surpassed by anyone, and Pearlman is delusional if he thinks he can. Lance, JC, Justin, Joey, and Chris: Ya'll are in my prayers and I hope you keep great faith in God because He is the only one who can get you through this. I'm behind you all the way, and I will support you through thick and thin. I am privileged to be your fan. Your music is wonderful. Your dedication cannot be surpassed. and your perseverance will get you far. No lawsuit, red tape, or 'Big Poppa' can change that. If he takes your name, it was meant to happen, but remember that "A rose by any other name would still smell as sweet." *NSYNC by any other name with still sound, dance, and be the same. One last thing...my mother always tells me, "This too, shall pass." Justin, JC, Chris, Lance and Joey: This too, shall pass." Much Love and God Bless.

Marisa Oliveto,14, New York, MKO4ever@yahoo.com –I knew Lou Pearlman was all in it for the money. I really can't believe this guy! He has to be the most selfish and greedy person there is! He said that he was like 'N SYNC's "big papa"! Well excuse me but parents don't sue their kids for $150 million! That's just plain old ridiculous! Lou should just be happy that 'N SYNC has became so successful and move on to try to make his other boy bands just was popular. I'm supporting 'N Sync all the way in this! I really hope they continue to exsist. I don't know what I'd do with out them.

Jennifer Mooney, 15, Rhode Island, ButterFlyChick05@gurlmail.com –I really hope as fans we can do something to support them. Lord knows they need us the most right now and I was shocked and thrilled when I found out they were leaving Trans Continental and Lou "Fatty" Pearlman. I think that they made the right choice for sure and hope it turns out to be beneficial to them in the future.I also hope that they don't have to change their name.Justins mom thought of it not fatty and they should be able to keep it no matter what!

Christine, 13, St. Ignatius, Montana, nsync_gurl_02@fumanskeeto.com

Sheena Fink, 16, Oil City, PA, Shi676@yahoo.com –I support 'Nsync 100% in whatever they do especially my hometown boyChris!!

Nicole, 20, Flagstaff, Arizona, Nicolem336@aol.com –I wish N Sync the best. They don't have time to be dealing with this mess! If they do loose their name really what does it mattor? I will still be listening to their music whether they are N Sync or going by some other name. It is the five wonderful musicians that they are, that has made them popular and no one can take that away from them. I am behind them 100%!

Jaime, 15, Chagrin Falls, OH. jrtflirty@netzero.com JLA328@aol.com

Toni-Lynn Backen, 15. ~This whole law suit is really not needed. Just let 'NSYNC be. They only do what is right. If you feel that this is not upsetting the fans you are wayyy wrong. Please reconsider. Look didn't Justin's Mom make the name?? JustiN, ChriS, JoeY, LansteN, and JC are an awesome group and Lou would make a big mistake to destroy that. GO JustiN!! 'NSYNC will always be #1. Keepn' it CRUNK 4 Justin, Toni

Robbie Venezia, 2C, Keene State College, Keene, NH, robblev914@yahoo.com ~I guess I can (almost) understand why trans-con is doing what they are doing, but that so doesn't even mean that I think that it's right. As of right now, all that I can give is my full support of NSYNC, now,and in the future!

Marcy, 15, i_love_nsync84@go.com ~Hi I am behind NSYNC 100% they are the best.

Shonnette Wallace ~I've been a fan of N Sync's from the got go and I totally think what is going on with them is just plain stupid. Lou should just let things go but he can't cause he's thinking about all that money he will lose and not about the five great guys, thier families and all thier fans who are feel'ing the pain. I know there are a lot of you out there like my self who have been a fan of Justin and JC sense MMC and I know that you feel like your a part of their family as well as the "N Sync family and who feel the pain and suffering that they are all going thourgh, so to the person or persons that started the petition I'm thankful, and NO MATTER WHAT 'N SYNC, me and the other billions of fan from around the world WILL STILL BE HERE FROM YOU!!!! I Support you all 100% I LOVE YOU JUSTIN AND JC but I'm not leaving the others out, I love you Chris, Joey and Lance. Happy Be-Lated B-Day Christopher Alan Kirkpatrick!!!!!!!

Candice Badejo, 1E, Chico,Texas ~I think this whole record label thing is a big mess.Although I'm a much bigger fan of BSB than 'N Sync,I still know what's right and wrong so I stand strong for 'N Sync and I agree that they shouldn't be stopped from being 'N Sync!They have fans too and they sure do care!!I am one of thosefans.Thank you.

kristen blakney, 17. pleasant hill,ca. FALCON.01@worldnett.att.net ~i just wanted to say the lou pearlman can shove it up where the sun dont shine. the day that 'n sync is no longer 'n sync is the day where monkeys fly out of my butt and smoke weed every tuesday, which that is not going to happen any time soon. our boys need to know are support as much as possible we are not going to let him do this to 'n sync and their fans. If anyone does know a way where we could show support please e-mail me, i will get back to you. thanks! 'n sync forever

Laura, 14, new jersey, lccrangers@juno.com ~i really think what your guys are doing is great! truly. it's wonderful that your doing this for them ^_^ godd luck!

Taylor Jacobs. southern, Georgia (US). nc_baby_blu@yahoo.com ~I don't know how you plan to get rid off Lou Pearlman but anything I can do to help in theefforts is peachy with me! Taylor

meg, 13, streator illinois. meg_and_lance_bass@yahoo.com

Jamie, 19, College Station, TX, lance_n_me@sirlancealoLzzn.com ~I am a HUGE fan of 'NSYNC. I will support the guys in whatever decisions they make. I know there are those fans out there who think they are in this for the money, but they were never true fans to begin with. 'NSYNC deserves our respect...they have definitely gone above and beyond the call of duty to earn it. 'NSYNC will always be in our hearts and on the charts, whether they are 'NSYNC or the artists formerly known as 'NSYNC. We will always love them!! Good luck guys! I know you'll come out on top! Stay 'NSYNC!

Gina Juarez. 15, Phoenix, AZ. ginajuarez@hotmail.com

Emilee, 14, Fort Collins, Colorado, JtLbCkJcJf@aol.com ~I think Lou is majorly choosing the wrong people to mess with. He got away with it for BSB, but N Sync has way more support and WILL win this.

Jenna Barnes, 10, Virginia Beach, VA ~How could 'NSYNC be sued? They are WAY TOO HOT!!! By the way, THE FAT GUY IS MEAN!!!

Lindsay, 15, Los Alamos, NM, bluegold05@hotmail.com or alwayscrunk@hotmail.com ~I love 'NSync. I have since I saw them for the first time which was over a year ago. I have posters and pin-ups and T-shirts and necklaces and tattoos and keychains their collectors cards and all sorts of stuff. I have been to one of their concerts; it was my first concert and it was in San Antonio and I got to go with my friends and even though we were in the very back, we had a blast! We even followed their bus (with them in it) around town! I would of been to more of their concerts if they would actually come to NM, but since they don't, we had to go on a 14 hour car trip to another state. But it was worth it! Anyways, the point is that I love 'NSync, and I don't want anything bad or wrong to happen to them. They have done so much for their fans; they've done charity after charity, concert tours while recording and making a video AND doing award shows and special appearances all at once. I think that for once we should turn around and show them that we do love them, and that what they do for us is important. They mean a lot to us, let's show them that we deserve to mean a lot to them. (I know I'm being a little confusing. I'm not good with words and on top of that I'm practically falling asleep.) I'm sorry this is so long. This is just what I think.Lindsay =P

Robin, 16, Houston, TX. robeiJay@yahoo.com ~First he messed with the Backstreet Boys and I got a little ticked...you see..you mess with AJ, you mess with me. then he messed with 'N SYNC, and I got even more mad. But mor importantly, he hurt my Chris..Chris looked at him as a father figure..so now Lou really pissed me off. Now he's threating to take my music away...and now is must die...i mean pay!!!!!!

Alexyz, 17, Atlanta, Georgia, AlexyzStar@aol.com ~FIGHT THE POWER

lauren numberger. 13. california, newport beach

Charmaine, Washington, BabyCharms@aol.com

Ashley IL. MsShazeam@aol.com

Shannon Davidson, Arkansas. Jczchick@aol.com

Michelle, Massachusetts, Msync1@aol.com

LeMoN, MA, MeAndNSync@gurlmail.com

Jessie, CO, jesser13@gurlmail.com

Ivy, CO. believethedream@uswest.net

Katie, CO, ka7ie@aol.com

Alie, CO, AliJST@aol.com

Katie. FL. Katezr16@aol.com

Sara. NY, SaraLee235@aol.com

Christine Tong. New York, ComfyLB776@aol.com

Erica, NJ. Syncergirl@aol.com

LAUREN, PA, LAUREN056@AOL.COM

Meg H., Indiana, MRabbit2000@yahoo.com

Sarah, Wisconsin, Tmygrle05@aol.com

Lisa Whelan, Massachusetts, NSyncLvr05@aol.com

Kim Lashley, Wisconsin, BVlper69@aol.com

Brittny. California, KaOs1435@aol.com

Cassie, Missouri, NSYNCwJRTS@aol.com

mia, il, timbrgrl17@aol.com

Joe Taylor, 19, Newport, TN, picasso_37621@yahoo.com –Let me just start off by saying that I am a heterosexual male and that I am a fan of nsync. I think that Lou is a very cruel and twisted individual. Suing his own group for $150 million. Even if he does win, which he doesn't deserve to, the good news maybe that not very few new groups will be dumb enough to sign on with him......maybe he should go back to doing something he knows how to do......eating. But I guess hes not satisfied in doing that.....he must devour all the children before he is. Furthermore, I read the article 60 minutes about him and he is nothing more than an arrogent bastard. He needs to stop thinking of his pocketbook and look at his talent. Are they happy? Obviously not. or BSB or Nsync wouldnt have left! I guess, in all fairness to Lou, that his motives are fear related, hes afraid to lose nsync cuz he knows his other acts are to follow. His comment about the women fans being walking pocketbooks enraged me--- I think that all the female fans wouldnt support one of his creations, and I use the word creations loosely. If they didnt have the talent to support the manufacturing. I'm sure women arent flocking to see him preform are they? He is nothing but a two bit user....a total loser. I also think Lou is selfish and greedy man. I mean why not give nsync and extra quarter million (or more)....I mean come on? its not gonna kill you...they work really really hard......and it wouldnt hurt you to give upo that 300th twinkie to support tho guys. But i guess greed rules his Kingdom of glass.....Lou, keep looking at yourself cuz that green eyed master looking back is you.....and soon it will come shattering down on you. Please I beg you.........keep nsync around.........my girlfriends would kill me if they didnt......

Katie Anderson, 16. Somerset, NJ, sweetie83@worldnet.att.net –i think what ur doin is awesomo and I hope it helpc lou realize what an ass he is!

Angie, 18, Menasha, Wisconsin, Nosey1989@aol.com –I've been a fan of the guys of *N Sync since I went to England in 1996. There is NO WAY that lou is going to smash my faith in the guys! They have come WAY too far and accomplished too much for it all to come to an abrupt

endt No matter what I'm going to stand behind *N Sync 110%. At a time like this they need to know how much we care, so show them by keeping the group *N Sync in your hearts! God bless! -angie

Erin, Pittsburgh, PA –Lou Pearlman Does Suck Monkey Balls!' He is the one that should be banned! NSYNC will never die in our hearts!!! NEVER!!!!!!

Donna, 19, chicago, illinois, sunsct@qwestinternet.not –this lawsuit is ridiculous! from what i know their contract w/ rca was already up and their contract w/ trans con just ended, i have no idea what else they want. obviously, jive gave them a better offer! i don't understand why lou pearlman and rca and bmg couldn't understand that!

Kelly, 14, West Chester, PA, LancieGal@aol.com –Okay, first and foremost I want to say that I am totally supporting anything that *NSYNC does with regards to the lawsuit thing. I love them and will continue to love them forever and a day. I am also very upset with Lou. He is a disgrace to the human race! he is one of those men who at their funeral everyone will say what a money-hungry, selfish, greedy man he was. If, I know this is a big if but, IF Lou does win this court battle. he will take my life, my happiness, and other's with him. *NSYNC is my life, without them I amnothing

Shelli Murphy, 15, KY, shelli_murphy@hotmail.com

Jemie, 16, Lakewood, NJ, JrTs13a13y@aol.com –I am behind *N Sync all the way on this. What Lou is doing is selfish and I hope he is bombarded with fans through the doors of Trans-Con to see what a big mistake he's making!

Rachael, 12, Cleveland, OH, nss@1nsyncfan.com –All I really want to say is Lou Pearlman is a jerk! I, along with many other people, have been saying that since long before the label change, but now I hate him even more. I can't believe after all the terrible things he did to *N SYNC (and obviously bsb, too, since they left not that long ago...) he actually thinks he can sue them for $150 million!!! It's crazy! And after they took so long to make No Strings Attached, they can't release it unless they're under Trans Con, RCA, and BMG. They can't even use their name! The one--if I remember correctly--Justin's mom came up with! it's unbelievable! I can't stand Lou.... :{ He doesn't deserve to have *N SYNC "under his wing". Or any of the other musicians he has...LFO and all the others.... Just had to get that out :)

Anne Hennen, 16, Wisconsin, tiger_642@yahoo.com –I personally cannot believe that they do this, and are now looking for people to be in a new group. We all know it is to replace NSYNC. We have to let Trans-con know that we will be behind our boys 100%, just like they give us their all in their performances. Does Lou seriously think that after this and what happened w/the bsb that people are going to want to sign with them, I wouldn't!!!! I may be young, but I know that Trans-con is turning off the new groups that would have signed with them. In short, they're screwingthemselves LMAO!!!

Ana, 15, Toronto, Ontario, Canada, JCs_girl@fumanskeelo.com

Liz Winfield, 19, NJ, Gekcoswoma@aol.com –money isn't everything.....but some people aren't intelligent enough to realize it...what kind of father would do these things to his Sons?!....Nsync regardless of their name......will be always...duh!...get a clue LOU!

Vicki Taylor, 34, Stillwater, MN, vickt_us@yahoo.com –I would just like to say that I met the members of Nsync with my little sister Jorilynn who is 19 and they are the most wonderful guys and so sweet. Guys who definatly don't deserve to have this done to them. My sister and her friends are holding a rally in Minnesota so anyone from minnesota please email her. I believe she is a little further up on the petition.

Jen McNeil, 17, almost 18, NY, SyncFootn@aol.com –All I have to say is, regardless to what happens to them legally, or if they still are *// W/Sync, Lance, JC, Chris, Joey and Justin still are very talented and gifted individuals who will survive this battle...they just need everyone's love and support to know we're all behind them...they're human beings before they're musicians...good luck guys, and we're behind you 100%...take care

Kathleen Cyrier, 27, South Suburbs of Chicago, Illinois, kathc_72@yahoo.com –SEE KATHLEEN'S POEM!

Rikki Waller, 14, OH, sweet_and_petite13@yahoo.com –Yea! Way to go, guys! Tell Lou that Rikki said to get his head outta his a***hole and face reality! He has no legal claims on y'all. He didn't create y'all and he most definitely don't own ya! Luv ya! :*

Kimberly Haller, 22, Holmen, WI, sunnybud@netscape.net –This whole thing really scares me, but I know the guys will prevail. They really need all of our support and stay behing them. No matter what happens, if we are true fans we will be there in the end. True fans will be around and continue to like the music even if time passes. Everything that is happening to the guys is unbelievable. They deserve so much more than they are getting right now. N Sync is amazingly talented and they deserve have that talent be known. I don't understand why people are trying to prevent this from happening. This is the only group in a long time that I have liked and really got into. N Sync's music is really enjoyable for me. I listen to them all the time and never get sick of it. I appreciate their talent very much and really, really hope that it continues. Stay strong guys"!!!!

Marisa Quinto, 18, Boca Raton, Florida, RisaBaby4@aol.com –I am truly disgusted by Trans-con and they way they are treating NSync.

Liz Rhodes, 19, Jacksonville, AL, IamMissLiz@aol.com –I am writing to say that I will support *NSYNC every step of they way. Whether they are '*NSYNC" or any other name, it has no affect on how talented they are. Their concerts will continue to sell out. people will buy the merchandise and music, and girls will still plaster posters of the guys all over their walls. I've read all the information about the law suit on MTV news web site and I cannot believe what Trans. Con and Lou Pearlman are doing. It seems so unfair to Chris, Lance, JC, Joey and Justin. Mr. Pearlman said that he was the one who put *NSYNC where they are today, I have a comment on that: *NSYNC is so talented, charismatic, and sincere that they would have been picked up by someone else, no one need Trans. Con. There are better companies out there. You can bet that *NSYNC would be exactly where the are now without the help of Lou Pearlman. It's obvious from all of these letters of support that the true fans are going stand

by the boys through whatever mud Lou decided to drag them through. Note to *NSYNC- Guys we all love your music and it would devastate so many people if there was no more of it. I know that you guys will be strong and come out way ahead on this one. We are all here for you and we'll wait as long as it takes for the new album. This is sort of like a get well card ... so Chris, Lance, JC, Joey and Justin hang in there and it will go away soon. With love and support, Liz Rhodes

Marie Lewis, 22, Canada --It is obvious that Mr. Pearlman's comments about viewing the members of 'N Sync as family are not in line with his recent actions. Apparently all that matters here is the money. Mr. Pearlman knows that 'N Sync will be successful with or without him. No matter what he does, 'N Sync's fans will remain true to what is really important; the music, and supporting these five talented individuals!

Vanessa, 13, New York, Darla4801@aol.com --I think that what Lou is doing is immature and I just hope both him and *N SYNC know that us *N SYNC fans are defiantly here and we got their backs no matter what happens! We are loyal fans who are not going to let this hypocritical unprofessional jerk take away what is important to us, nor will we let Lou take *N SYNC's success away from them! They have worked hard for where they are now and its not fair that Lou can pull *N SYNC away from contractual agreement with RCA Records but when *N SYNC leaves Lou because he is jeopardizing their success, he turns around and sues them so, we got cha back *N SYNC! All the way! Peace! *Nessa

carrie trim, 16, elkhart tx, carebear994@hotmail.com --I don't know much about what happened to nsync except that they are being sued. For what I have no idea. but nsync has been an exceptionaly great role model for me, and I admire them so much. so many people are hurt by this incident, and if any thing, I mean ANYTHING happens to them, MILLIONS of people who look up to them will be upset, including me. They have inspired me in so many ways and taught me to believe in myself. When I do, anything can happen. Thanks so much nsync and I stand behind you 700%!!! (just like so many of your fans) I love you guys!!!

Janice Hagood, 13, Ocala, FL, Hagoo51@aol.com - I am behind *N Sync 110 percent!!

Siobhan, 20, Mobile, AL, shaboing@gulftel.com --I've been a fan of 'N Sync since the beginning and I'll be a fan of theirs long after this. Although it would really be nice if they would come out of this without having to give up anything, either way it goes it will be a victory in my eyes. If we woke up tomorrow and Lou had won, all it would really mean is he would have their name, and he would have their money, but no matter what the outcome, he will never have them. In my eyes, that makes it all worth it.

Kathy Myers, 19, Santa Barbara, California, K1029cm@aol.com --I just want * NSYNC to know that they have my full support and I will stand behind them through ANYTHING and EVERYTHING and I know that there are alot of other fans who feel the same I'll stay * NSYNC cause I know they will , I know they won't have to change their name it's theirs and always will be. Bye Love Kathy

Sarah F, 15, Miami FL, Jellybean23@yahoo.com

aileen, 15, kailua, hawaii, addicted_to_harmony@hotmail.com --i have to admit that whenever I'm feeling down or upset about something, for the past almost 2 years now i've had 'n sync to look to for strength and support. their music has touched me in a way i have never known before and i have my world to thank them for. when things like this current lawsuit give them stress and pain, it's as though the same is happening to me. I just want to support them and have them know that no matter what, their fans have got their back and belive in them 210%. it's the music and people that count, artist known as or artist formerly known as. to 'n sync I just want to say: stay strong and keep your heads up. we'll always be here for you. if a fan turns away, they weren't a true fan to begin with. and to all of the fans of 'n sync: keep it real and stay true to these boys because they are the real thing. nothing can be better than this. power to 'n sync! much love always.

Claire, 47, New Jersey --I would like to say that I believe that the members of *N Sync are totally justified in leaving TransCon and the clutches of Lou Pearlman. All along, Mr. Pearlman has claimed that he put 'N Sync together, an outright lie that serves no purpose other than to make him look stupid. *N Sync had completely formed the band before pursuing a contract or looking for a management team. Mr. Pearlman was involved only in providing "seed money" while Chris, Justin, JC, Lance, and Joey polished their act. All monies provided have been more than adequately repaid, and Mr. Pearlman refused to rework their contract to provide equitable distribution of revenues to compensate the artists for their time, talent, and effort. TransCon also failed to honor its contractual requirements to obtain a proper distribution company for 'N Sync's music. For these reasons, 'N Sync was impelled to sever their association with TransCon. The lawsuit against them is a desperate attempt to squeeze even more money out of them, and should fall miserably. TransCon already has a record of mistreatment of its clients, as in the case of the Backstreet Boys, and that history should be weighed if and when this suit reaches the courts. *N Sync must realize that there are many of us out here, fans, parents of fans (like me), and others who support them 100% in their efforts to retain an honest share of the profits they create! We will not falter in that support, nor will we in any way support TransCon in any of its future ventures, unless this frivolous suit is dropped, and 'N Sync is allowed to direct their career to their advantage.

Sabrina, 19, San Bernadino CA, Hispeace@corecomm.not --First off I want say I am so glad you are doing this and so many people felt the same way I do. Okay well I just want to start by saying when I heard Lou was doing this it really pissed me off. Nsync trusted him and he totally blew them off he is only doing this for money. The guys just want to do what they love and using the gift GOD has given them while Lou Pearlmen is abusing the gift GOD gave the five guys in nsync (Justin,Chris,Joey,Lance and J.c) Notice there is only 5 names not 6.They got thier own record deal with thier voices and thier dances and good looks he didn't help them with any of that God did God brought them together god had the last letter of each of thier names go together so how can he possibly take away a name that is not his. HOw can he try to take money from a group of guys that work thier butts off to do what they love Lou is not the one doing the concerts every night and hardly getting any sleep they are. I have seen them on a couple of t.v. shows with bags under thier eyes you can tell they are extremly tired but they don't let it get them down because they are doing whwt they love to do so why don't Lou leave them alone and let them do what they want to and what GOD gave them the gift to do.THANKS FOR LETTING ME GET THAT OFF MY CHEST.

Marie Yvanez, 19, Commerce, Ca., ChrsKcGrl@aol.com --I want to send my love to 'N Sync and I know that this will very appreciated by the boys...Well my love and prayers to them and to everyone on this petition....

Rachel Gladwin, 16, Blair Nebraska, butterfly_summer@hotmail.com --Hey there people. I just wanna say that I think this whole lawsuit is a mistake. BMG is just being unexcusably mean. And if it comes to the point where they can't get away without losing their name (which is stupid because Lynn came up with it, it's THEIR name, not Trans Con's)I can guarentee that every 'N SYNC fan will stick with them. It's not their name

that makes us love 'em. It's THEM. Their music, their personalities, just them. Not their name, not Trans Con, definitely not Lou. And if their new album can't come out until next year, I'm sure that every fan will be waiting with anticipation. We *NSYNC fans are patient, and willing to do all that is possible to help them (short of murder and things that will get EVERYONE in trouble). And that's my two cents. I wanna wish *N SYNC good luck and tell them that I'm proud of them. Of how far they've come, where they're going and everything. They've inspired me, and I'll stick by them all the way.

Chris's Mrs., adult, Maryland, chris_eyes_wow@yahoo.com –I am absolutely outraged at Dysfunctional Papa Lou's lawsuit against 'N Sync. Obviously, that control freak feels the need to punish his boys for stepping out of line. I'm sure thinks he can intimidate 'N Sync, and that their fans will give up on them and move on to the next boy band. Well, Lou and TransCon, give us credit for a little intelligence, loyalty, and integrity, some things you all lack! I have NEVER seen such an outpouring of support for any band before - I think that says a lot about 'N Sync. BTW, just so y'all don't think I'm nothing but an aging teeny-bopper, I was listening to and enjoying 'N Sync's music for several MONTHS before I realized how totally HOT Chris looks. (Chris, could we get the braids back, please? Thanks!) One final random thought - why is Lou so interested in good-looking young guys, anyway?

Nicky Oelkers, 17, Britton, SD, noelkers@britton.tie.net –I support 'N'SYNC 100%!!! Everyone in Britton loves them, and would like to see them continue with what they do best!

Kim, 15, Memphis, TN, LoveStar97@aol.com

Patricia Radney, 27, Georgia, radney2@Nsyncfans.zzn.com –I would just like to give my complete support for 'Nsync. They never cease to put a smile on my face when I really could use one. We are behind them completely. They truly are the best!

Elise

Emily, 13, Clinton Twp., MI DCJosh98JT@aol.com –I just wanna say that 'N Sync has worked so hard to reach their goals and now that they finally have, Lou wants to tear them apart. This is a terrible thing and must come to a stop! Lou and TransCon is taking this WAY too far. I will stand behind 'N Sync 100% and do anything possible to help them. Just because he did this to the BSB, he thinks he can get away with it again, only this time causing more damage than before. 'N Sync is a hard-working group and deserve so much more respect than they are getting right now. And right now is when they need us the most. So all of us have to work together for one cause, to save 'N Sync. And no matter what Lou and TransCon try to do, they will never be able ruin 'N Sync. I won't let them, you won't let them and 'N Sync won't let them. 'N Sync forever!

Haley 14, San Rafael, CA, pinkwoods@hotmail.com

Lisa S 14, San Rafael, CA, lsds@hotmail.com

Tamar, 13, San Rafael, CA

Lisa E, 14, San Rafael, CA

Amber, 15, San Rafael, CA

Amanda, 14, Vista, CA

Ora, 15, San Rafael, CA

Erin 15, Terra Linda, CA

Dominique, 15, San Rafael, CA

Angie, 14, San Rafael, CA

Melissa, 14, Novato, CA

Courtney, 14, CA

Kris, 14, San Rafael, CA

Harrison, 14, San Rafael, CA

Anna, 17, Houston, TX, –All I have to say is Lou Pearlman is already condemned to hell, because as rich as that man is, he STILL has to go and try and ruin healthy thriving careers like those of NSYNC. He did it to Nsync he'll do it to all those other bands he has on Trans Con, after this experience all the bands that he has will hear from me, he's supposed to be our boys' friend? Yeah right, friends don't do that to other friends. I'm standing behind NSYNC 110%. By the way have you noticed how Lou looks like an elephant? Makes you wonder what he ate...

Kelly, 13, Palm Bay, Florida, insane_4_n_sync@fumanskeelo.com –*N Sync Rulz. And anyone that says diffrently can get a live. All guys that

say they are gay. just want them to be so they can have them for themselves. All girls that don't like them need to hook up with Britney Spears. 'N Sync RULZ!!! Lou Pearlman, can say anything he flippin' wants to say but guess what, when he said that he put 'N Sync together... I swore that was Chris's job. And all Lou actually did was help them find a label. Yeah big part really, they could have done it on their own. There not the Backstreet Boys, you didn't have to audition. 'N Sync is the coolest, they care about their fans, they do hand & greets even when they don't truly have the time to, and not to mention do you know that when Lance was in the hospital, he got on his hands and knees at the hospital and bogged the Dr.'s and Johnny and the guys to let him prefrom at the Orlando concert that night. They care so much about their fans and anyone can say diffrently but I know they care and there'll never stop caring. 'N Sync can go throw the worst and 'N Sync would still love their fans, and we love them. They love their fans because we're with them throw anything. Even a $150 million dollar lawsuit that is absolutly bogaz. Yes, 'N Sync shouldn't have left their label then that, but RCA/BMG/Tans Con. Need to get a live. Also a lot of people like their managment and stuff think they're rich and all that, well guess what they make $0.56 an album. Plus they have to pay for lawyers, camera men, managment, producers, syudio time...ect. If they want $150 million dollars they can kiss my... And as for Lou saying 'N Sync will never sing. dance, tour or appearances again... well he can't stop 5 absolutly, fine,cute,adorible,smart,intelagent, gorgeous, guys from doing what theywant to. 'N Sync fans together we stand... 'N Sync RULES!!!*'N Sync has got the flow, Backstreet has got to gofff' Now as for Trans Cont. Records if they are sooooooooooooo mad that 'N Sync left there is a practical reason behind it. If 'N Sync leaves they ain't got no one else to make them money. Trans. Cont. Records need to get a group and keep the group. then again who would want to say with Lou Pearlman a guy that has the biggest EGO problems I have ever seen in my live. I also think Johnny is against them, just for the fact that Johnny own's 1/3 of Trans. Cont. Records why would Johnny want to be on the winning side('N Sync's), but knowing him he'll go on the losing side (gee I wonder) just because he's an idiot. Infact, I think Johnny, and Lou should hook up together sometime and have a three some with Donna. Now we can petition and we can speek, but we have to make a diffrence. I think we should try and help 'N Sync by doing something together, not on-line... but in our towns. I've seen the petition so far and I'm from Florida, about 45 mins. from Trans. Cont. Records Studio. I think we should boycott anything that as to deal with RCA, BMG, & Trans. Cont. records. And I mean anything or anyone. As one person we might not be able to make a diffrence but what about 100 people or 1,000, or even 100,000 people can make a diffrence. Not just in the US, but in Europe. and Australia, and South America. Everywhere!!! 'N Sync will never fall. doesn't Lou have any common sence?

Kelly Armstrong, 21, Chicago, IL, MzDiViNe@aol.com ~I support NSYNC in everything they choose to do. I love NSYNC for what they do. They are five talented guys and deserve the best. I don' blame them for wanting to switch labels, I would too. Much love and props to them for not settling for less. Keep bringing us those beutiful voices and smooth dance moves to us fans. We are behind NSYNC 110%.

Ashley Eagc, 15, Indiana, FuMan_gurl@lumanskeeto.com ~'N SYNC has done nothing wrong! I don't care if it is the pres. of the USA sueing them. 'N SYNC is there name. they came up with it Mr. Perlman did not. I as a TRUE 'N SYNC fan stand behind them 200%. I don't care what you say, they have done alot for people of all ages all over the world. They do not deserve this by Anyone yes I'm including BSB. 'N SYNC 4-EVER AND ALWAYS!

Julie-Anne Remington, 13, Rhode Island, jules10145@hotmail.com ~I think that this whole thing is rediculase, Nsync is N'Sync no matter who they are with! I suport N'Sync all the way! I have been a fan since they first came out and I do not want to see something stupid like this happen to them! I will NOT support anything from Trans Con untill our boys are left well alone!!!!!!!!!!!!!!!!! all N*Sync fans STAY N*SYNC!!

Cindy, 17, CA, Tha311Hive@webtv.net ~I think it's time we put an end to the injustices this greedy fool is causing. The guys have come a long way since they began their career and it's not fair that this Fat Bastard Part II gets in the way of what is dear to all of us 'N Sync fans. It's definitely sad how he did such a thing to the guys with his empire after the guys showed him so much respect and put their faith and trust in him. But you know what? Situations like this can only make a person stronger - let's hope the guys will grow stronger together to fight Lou and everyone else against them.

Tonya Manning, 19, Newport News, Virginia. Taminda99@yahoo.com ~'N Sync will make it...they are a wonderful group, and I'm backing them 100%! Keep it real...

Stephanie, 16. Tacoma, WA, Justdoit2001@yahoo.com ~This whole nsync label thing really suck!! I need them!! I think that they are outgoing in trying to change labels and i wish them all the succes in the world! Like chris's hat said on TRL, "NSuck—they could always use that name....its kinda cute!! They are amazing and I know everything will work out! They are supported 100%!!

chels ~so hear I am. writing you, I would love to sign the petiion!! nsync all the way baby! they are like my life, without them, there will be no me, I need them, it is as simple as that...so please let me sign it! thanks. yo! stay nsync!

Sarah, 17. DuBois. PA. caspurr@hotmail.com ~NSync's fans are going to be strong enough to make it through all this legal stuff and still be here for them when all the smoke clears. KEEP IT NSYNC!!

Nichole Wheeler, 18, Cincinnati, Oh. NikkiBlue00@aol.com ~Man this is SUCH and njustic. How can Lou sit there and say that he thinks of 'NSYNC as his kids and then put them through all this crap. If u ask me he just wants the money and he could care less how this whole thing effects the boyz. I have been there nc. 1 fan from the start and there ain't know way i'm going to let Lou get away with this. If 'NSYNC wants to be the best they can be then I say let Lou sew them but he ain't going to win. NO WAY NO HOW!!!!!

Mandy Saunders, 17, Houston, Texas, LancesGirl4life@aol.com ~I hope this all ends soon. I will support 'N SYNC no matter whatever decisions they make. I can't wait for their new cd.

Nicole, 13, Miami, FL, Nickay@gurlmail.com ~I think that Lou Pearlman is a stupid fat guy that is afraid he'll lose his money because he lost the best group he ever had on his label. He has nothing better to do then mess with a great groups career by trying to make them non-exister, he most definitely knows that this is impossible, nsync will always exist. even if they arent nsync. He needs to grow up, get mature, and move on. One group off the label isnt gonna kill him. I dont appreciate any of this, NSYNC has worked hard to get where they are, and if Lou cant take the fans into consideration i dont know how I'll live with myself. I know it may sound corny, and i may sound like a prepubescent teeny bopper (i'm not) but NSYNCs music has kept me alive. I have had way too many rough times in my life and their music helps me through it all, one piece of their song brightens my day and helps me realize things'll get better, and i hope nsync remembers that things will get better. They are an inspiration to many people. They have inspired me and my friend to become singers and NEVER give up, we did quit... but NSYNC helped me

through it.. i hate sounding corny but i cant imagine my life without them.. Who's gonna help me through the rough times? Who's gonna cool me down after an arguement? Who's gonna be the only comforting voice i hear each day? Who Lou? Can You tell me?

Kristen B., 12, Pennsylvania. billblaze@yahoo.com –I think that Nsync has a right to choose who's label they are on. Most people work for the people they want to, so why not let Nsync? They are people,too. You can't sue people just because you are mad, or unhappy with their decisions. All of us are behind the guys all the way. We love them SO much, that nothing can stop them! WE LOVE NSYNC! We always will! They are so talented, and they are great with fans! Why would anyone want to take that away? Only people without hearts would. Please, let them sing! They were put here to do something, and they intend to do it!

24

# NSYNC STAMPS

**NECA**
NATIONAL ENTERTAINMENT
COLLECTIBLES ASSOCIATION

NSYNC OFFICIAL STAMP SHEET
NSYNC 138 PHOTOCARD SET W/ALBUM

Show Order
Info
Help
Search
Index



# WELCOME TO THE OFFICIAL NSYNC STAMPS ONLINE STORE

**THE ISLANDS OF ST VINCENT AND THE GRENADINES WILL BE ISSUING ACTUAL POSTAGE STAMPS ON MAY 2, 1999 TO HONOR NSYNC FOR THEIR ACHIEVEMENTS AND FOR THE POSITIVE MESSAGE THEY ARE GIVING.**

## THE NEW NSYNC STAMPS ARE NOW SHIPPING!!

☒

**THIS IS A SECURE ORDER SITE**

# GO TO INFORMATION PAGE IF YOU WISH TO ORDER BY CHECK OR MONEY ORDER



**NSYNC OFFICIAL STAMP SHEET**
**$9.95**



**NSYNC 108 PHOTOCARD SET W/ALBUM**
**$34.95**