UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CIVIL ACTION NO. 99-1282-CIV-ORL-22C

TRANS CONTINENTAL RECORDS, INC.,
BMG ENTERTAINMENT, BMG ARIOLA
MUENCHEN GmbH, TRANS CONTINENTAL
ENTERTAINMENT, INC., and LOUIS J. PEARLMAN,

    Plaintiffs,

vs.

ZOMBA RECORDING CORPORATION, CLIVE
CALDER, JAMES LANCE BASS, JOSHUA SCOTT
CHASEZ, JOSEPH ANTHONY FATONE, JR.,
CHRISTOPHER ALAN KIRKPATRICK, and
JUSTIN RANDALL TIMBERLAKE,

    Defendants.
_____/

## DEFENDANTS, ZOMBA RECORDING CORPORATION and CLIVE CALDER's, NOTICE OF MAINTAINING EXHIBITS

Defendants, ZOMBA RECORDING CORPORATION ("ZOMBA") and CLIVE CALDER ("CALDER"), through their undersigned counsel and pursuant to the Clerk's instructions, serves the following Notice of Maintaining Exhibits:

1.     The original exhibits numbered 1-16 to Ari Berman's Declaration filed in Opposition to Plaintiffs' Motion for Preliminary Injunction are at the offices of Gray, Harris & Robinson, P.A., at 201 East Pine Street, Suite 1100, Orlando, Florida.

2. The exhibits are available for review and inspection by this Court or any party upon request.

Respectfully submitted,

JEFFREY D. KEINER, ESQUIRE
Florida Bar No. 181678
FRANK A. HAMNER, ESQUIRE
Florida Bar No. 0059153
GRAY, HARRIS & ROBINSON, P.A.
Suite 1200, 201 E. Pine Street
Post Office Box 3068
Orlando, Florida 32802-3068
Phone: (407) 843-8880
and
GERARD E. HARPER, ESQUIRE
MELANIE H. STEIN, ESQUIRE
ROBYN F. TARNOFSKY, ESQUIRE
PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON
1258 Avenue of the Americas
New York, New York 10019-6064
Attorneys for Defendants, ZOMBA
RECORDING CORPORATION and
CLIVE CALDER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was mailed via first class U.S. Mail on this 3rd day of November, 1999, to:

**J. Cheney Mason, Esquire**
**William B. Pringle, III, Esquire**
390 North Orange Avenue, Suite 2100
Orlando, Florida 32801

**Michael D. Friedman, Esquire**
**Sharon H. Stern, Esquire**
Parke, Chapin, Flattau & Klinpl, LLP
1211 Avenue of the Americas
New York, New York 10033

**William B. Wilson, Esquire**
200 South Orange Avenue, Suite 2600
Orlando, Florida 32802-1526

**Steven M. Hayes, Esquire**
500 Fifth Avenue, 38th Floor
New York, New York 10110

**David B. King, Esquire**
**Mayanne Downs, Esquire**
**Thomas A. Zehnder, Esquire**
King, Blackwell & Downs, P.A.
Post Office Box 1631
Orlando, Florida 32802-1631

**Philip Baker-Shenk, Esquire**
**Helene Freeman, Esquire**
**Richard Albert, Esquire**
Dorsey & Whitney, LLP
250 Park Avenue, 15th Floor
New York, New York 10177

FRANK A. HAMNER, ESQUIRE

CIVIL ACTION NO. 99-1282-CIV-ORL-22C
TRANS CONTINENTAL RECORDS, INC.,
BMG ENTERTAINMENT, BMG ARIOLA
MUENCHEN GmbH, TRANS CONTINENTAL
ENTERTAINMENT, INC., and LOUIS J. PEARLMAN,
vs.
ZOMBA RECORDING CORPORATION, CLIVE
CALDER, et al.

3