UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CIVIL ACTION NO. 99-1282-CIV-ORL-22C

TRANS CONTINENTAL RECORDS, INC.,
BMG ENTERTAINMENT, BMG ARIOLA
MUENCHEN GmbH, TRANS CONTINENTAL
ENTERTAINMENT, INC., and LOUIS J. PEARLMAN,

    Plaintiffs,

vs.

ZOMBA RECORDING CORPORATION, CLIVE
CALDER, JAMES LANCE BASS, JOSHUA SCOTT
CHASEZ, JOSEPH ANTHONY FATONE, JR.,
CHRISTOPHER ALAN KIRKPATRICK, and
JUSTIN RANDALL TIMBERLAKE,

    Defendants.
_____/

## NOTICE OF FILING ORIGINAL DECLARATION OF CLIVE CALDER IN OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that the undersigned counsel, on behalf of Defendants, ZOMBA RECORDING CORPORATION and CLIVE CALDER, has filed with the Clerk of the aforementioned Court, the original Declaration of Clive Calder in Opposition to Plaintiffs' Motion for a Preliminary Injunction attached hereto as *Exhibit "A"*.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was mailed via first class U.S. Mail on this 4th day of November, 1999, to: **J. Cheney Mason, Esquire, William B. Pringle, III, Esquire** 390 North Orange Avenue, Suite 2100, Orlando, Florida 32801; **Michael D. Friedman, Esquire**

**Sharon H. Stern, Esquire;** Parke, Chapin, Flattau & Klinpl, LLP; 1211 Avenue of the Americas New York, New York 10033; **William B. Wilson, Esquire;** 200 South Orange Avenue, Suite 2600; Orlando, Florida 32802-1526; **Steven M. Hayes, Esquire;** 500 Fifth Avenue, 38th Floor New York, New York 10110; **David B. King, Esquire; Mayanne Downs, Esquire; Thomas A. Zehnder, Esquire;** King, Blackwell & Downs, P.A.; Post Office Box 1631; Orlando, Florida 32802-1631; Co-Counsel for Defendants, Bass, Chasez, Fatone, Jr., Kirkpatrick, and Timberlake **Philip Baker-Shenk, Esquire; Helene Freeman, Esquire; Richard Albert, Esquire** Dorsey & Whitney, LLP; 250 Park Avenue, 15th Floor; New York, New York 10177 Co-Counsel for Defendants, Bass, Chasez, Fatone, Jr., Kirkpatrick, and Timberlake and **Gerard E. Harper, Esquire;** Paul, Weiss, et al.; 1258 Avenue of the Americas New York, New York 10019-6064; Co-Counsel for Defendants, Zomba Recording Corporation and Clive Calder.

JEFFREY D. KEINER, ESQUIRE
Florida Bar No. 181678
FRANK A. HAMNER, ESQUIRE
Florida Bar No. 0059153
GRAY, HARRIS & ROBINSON, P.A.
Suite 1200, 201 E. Pine Street
Post Office Box 3068
Orlando, Florida 32802-3068
Phone: (407) 843-8880
Attorneys for Defendants, ZOMBA
RECORDING CORPORATION and
CLIVE CALDER

CIVIL ACTION NO. 99-1282-CIV-ORL-22C
TRANS CONTINENTAL RECORDS, INC.,
BMG ENTERTAINMENT, BMG ARIOLA
MUENCHEN GmbH, TRANS CONTINENTAL
ENTERTAINMENT, INC., and LOUIS J. PEARLMAN,
vs.

2