UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION



TRANS CONTINENTAL RECORDS, INC.,
BMG ENTERTAINMENT, BMG ARIOLA
MUENCHEN GmbH, TRANS
CONTINENTAL ENTERTAINMENT, INC.
AND LOUIS J. PEARLMAN,

        Plaintiffs,

vs.

CIV. ACTION NO.
99-1282-Civ-Orl-22C

ZOMBA RECORDING CORPORATION,
CLIVE CALDER, JAMES LANCE BASS,
JOSHUA SCOTT CHASEZ, JOSEPH
ANTHONY FATONE, JR., CHRISTOPHER
ALAN KIRKPATRICK, and JUSTIN
RANDALL TIMBERLAKE,

        Defendants.
_____/

## AFFIDAVIT FOR ADMISSION PRO HAC VICE

I, Helene M. Freeman hereby apply for admission to practice before this Honorable Court, and after being duly sworn upon oath declare that:

1. I am counsel to the law firm of Dorsey & Whitney LLP, 250 Park Avenue, New York, New York 10028, telephone number (212) 415-9200.

2. I was admitted to practice in the State of New York in 1975.

3. I am also admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York, the United States Courts of Appeal for the Second, Third, Sixth and Ninth Circuits and the United States Supreme Court.

47

4. I am a member in good standing of the foregoing Courts, and I am eligible to practice before them.

5. I have never been suspended from the practice of law, reprimanded or been the subject of any disciplinary action.

6. There are no other current pending causes of action in the United States District Court for the Middle District of Florida in which I have appeared or applied for admission pro hac vice.

7. David King and Mayanne Downs, members of King, Blackwell & Downs, P. A., 25 Pine Street, Orlando, FL 32802 are local counsel for defendants James Lance Bass, Joshua Scott, Joseph Anthony Fatone, Jr., Christopher Alan Kirkpatrick and Justin Randall Timberlake in this action.

_____
HELENE M. FREEMAN (HP 3066)

STATE OF NEW YORK    )
                     ss.:
COUNTY OF NEW YORK   )

The foregoing instrument was acknowledged before me this ____ day of November, 1999 by Helene M. Freeman, personally known to me, who did take an oath.

Given under my hand and official seal this 9th day of November 1999.

_____
NOTARY PUBLIC

2

DESIREE LEWIS DaSILVA
Notary Public, State of New York
No. 01LE5032252
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Aug. 22, 2000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished by First Class mail, United States Postal Service on the 10th day of November 1999 to the following persons at the following addresses:

Melanie Stein, Esq.
PAUL WEISS RIFKIND WHARTON & GARRISON
1285 Avenue of the Americas, Rm 3123
New York, New York 10019
Attorneys for Defendants
Zomba Recording Corporation and Clive Calder

Steven M. Hayes, Esq.
PARCHER, HAYES & SNYDER, P.C.
500 Fifth Avenue, 38th Floor
New York, New York 10110

    -and-

William B. Wilson, Esq.
HOLLAND & KNIGHT LLP
200 S. Orange Avenue, Suite 2600
Post Office Box 1526
Orlando, Florida 32802-1526
Attorneys for Plaintiffs BMG Entertainment and BMG Ariola Muechen GmbH

Michael D. Friedman, Esq.
PARKER CHAPIN FLATTAU & KLIMPL, LLP
1211 Avenue of the Americas
New York, New York, 10036

    -and-

J. Cheney Mason, Esq.
J. CHENEY MASON, P.A.
390 N. Orange Avenue, Suite 2100
Orlando, Florida 32801

    -and-

William B. Pringle, III, Esq.
WILLIAM B. PRINGLE III, P.A.
390 N. Orange Avenue, Suite 2100
Orlando, Florida 32801
Attorneys for Plaintiffs, Trans Continental Records, Inc.,
Trans Continental Entertainment, Inc., and Louis J. Pearlman

KING, BLACKWELL & DOWNS P.A.

_____
David King, Esq.
Florida Bar No.:
25 East Pine Street
Orlando, FL 32801
Tel. (407) 422-2474
Fax. (407) 648-0161

Attorneys for Defendants James Lance Bass, Joshua Scott Chasez, Joseph Anthony Fatone, Jr. and Justin Randall Timberlake

4