THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TRANS CONTINENTAL RECORDS, INC.,
BMG ENTERTAINMENT, BMG ARIOLA
MUENCHEN GmbH, TRANS CONTINENTAL
ENTERTAINMENT, INC., and LOUIS J.
PEARLMAN,

    Plaintiffs,

vs.

ZOMBA RECORDING CORPORATION,
CLIVE CALDER, JAMES LANCE BASS,
JOSHUA SCOTT CHASEZ, JOSEPH
ANTHONY FATONE, JR., CHRISTOPHER
ALAN KIRKPATRICK, and JUSTIN
RANDALL TIMBERLAKE,

    Defendants.
_____/

CIVIL ACTION NO.
99-1282-CIV-ORL-22C

**TRANS CONTINENTAL PLAINTIFFS' RESPONSE
TO AFFIRMATIVE DEFENSES OF DEFENDANTS
JAMES LANCE BASS, JOSHUA SCOTT CHASEZ,
JOSEPH ANTHONY FATONE, JR., CHRISTOPHER
ALAN KIRKPATRICK and JUSTIN RANDALL TIMBERLAKE**

    Plaintiffs, TRANS CONTINENTAL RECORDS, INC., TRANS CONTINENTAL ENTERTAINMENT, INC. and LOUIS J. PEARLMAN, by and through undersigned counsel, hereby deny and avoid the affirmative defenses raised by Defendants, JAMES LANCE BASS, JOSHUA SCOTT CHASEZ, JOSEPH ANTHONY FATONE, JR., CHRISTOPHER, ALAN KIRKPATRICK, and JUSTIN RANDALL TIMBERLAKE, in their Answer and Counterclaim dated November 2, 1999, and demand strict proof thereof.

61

  **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished this 22nd day of November, 1999 by Hand Delivery to the parties listed on the attached Service List.

> WILLIAM B. PRINGLE, III, ESQUIRE
> William B. Pringle, III, P.A.
> Florida Bar No.: 0777986
> 390 North Orange Avenue
> Suite 2100
> Orlando, Florida  32801
> Telephone No. (407) 843-3701
> Facsimile No. (407) 650-1800
> Attorney for Plaintiffs
> TRANS CONTINENTAL RECORDS, INC.
> TRANS CONTINENTAL ENTERTAINMENT,
> INC., and LOUIS J. PEARLMAN

    and

> J. CHENEY MASON, ESQUIRE
> J. Cheney Mason, P.A.
> Florida Bar No. 0131982
> 390 North Orange Avenue
> Suite 2100
> Orlando, Florida  32801
> Telephone No. (407) 843-5785
> Facsimile No. (407) 422-6858
> Attorney for Plaintiffs
> TRANS CONTINENTAL RECORDS, INC.
> TRANS CONTINENTAL ENTERTAINMENT,
> INC., and LOUIS J. PEARLMAN

## SERVICE LIST

William B. Wilson, Esq.
Holland & Knight, LLP
200 South Orange Avenue, Suite 2600
Orlando, Florida 32802

Helene Freeman, Esq.
Dorsey & Whitney
250 Park Avenue, 15th Floor
New York, New York 10022

Melanie Stein, Esq.
Paul, Weiss, Rifkind, Wharton &
  Garrison
1285 Avenue of the Americas
Room 3123
New York, New York 10019

Jeffrey Keiner, Esq.
Gray, Harris & Robinson, P.A.
Post Office Box 3068
201 East Pine Street, Suite 1200
Orlando, Florida 32802

David B. King, Esq.
King, Blackwell & Downs, P.A.
Post Office Box 1631
Orlando, Florida 32802-1631

Michael D. Friedman, Esq.
Parker, Chapin, Flattau
  & Klimpl, LLP
1211 Avenue of the Americas
New York, New York 10036-8735