UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

------------------------------------------------------------X

TRANS CONTINENTAL RECORDS, INC.,
BMG ENTERTAINMENT, BMG ARIOLA
MUENCHEN GmbH, TRANS
CONTINENTAL ENTERTAINMENT, INC.
and LOUIS J. PEARLMAN,

                        Plaintiffs,

     -against-

ZOMBA RECORDING CORPORATION,
CLIVE CALDER, JAMES LANCE BASS,
JOSHUA SCOTT CHASEZ, JOSEPH
ANTHONY FATONE, JR., CHRISTOPHER
ALAN KIRKPATRICK, and JUSTIN
RANDALL TIMBERLAKE,

                        Defendants.

------------------------------------------------------------X

99-1282-Civ-Orl-22C

**DECLARATION OF JOSEPH ANTHONY FATONE, JR. IN OPPOSITION TO MOTION FOR A PRELIMINARY INJUNCTION**

I, JOSEPH ANTHONY FATONE, JR., pursuant to 28 U.S.C. § 1746, declare under penalty of perjury, as follows:

1. I am a member of the group 'N SYNC. This declaration opposes plaintiffs' motion for a preliminary injunction.

2. I am told that, in their motion for an injunction, Louis Pearlman and Transcon claim to have created and to own the name 'N SYNC, and also to be responsible for our "image," "sound" and "quality." This is just not true.

3. I have read the declaration of J. C. Chasez in this matter and J. C.'s recollections are consistent with mine.

4. I got involved in what became 'N SYNC in the summer of 1995, when I was still a teenager. One night, I met J. C. Chasez and Chris Kirkpatrick at Pleasure Island in Orlando. I knew both of them already, but I didn't know that they knew each other. J. C. and Chris told me that they were forming a singing group. They knew that I like to sing and asked me if I was interested. I said absolutely. I never "auditioned" for Lou Pearlman, and as far as I know he had nothing to do with my joining the group.

5. At first, the group consisted of Chris, J. C., Justin, me and a friend of mine named Jason Watkins. Beginning in the summer of 1995, we spent many hours working out our harmonies with a vocal coach named Robin Wiley, who had worked with Justin and J. C. on the Mickey Mouse Club. Lynn and Robin made sure we showed up for these practices, sometimes every day for hours and hours. Lou was almost never there for any of these practice sessions. When he did come, it was usually late at night, after we'd been practicing for hours, and he'd want to take everyone out for dinner.

6. I always understood that the idea for the name 'N SYNC came from Lynn. I remember Lou suggesting other names that none of us liked.

7. After we'd been working together with Robin for a month or so, Jason Watkins decided he didn't want to be in the group. He'd been our bass singer. Lynn and Robin went to work to find another one. In just a short time, Lynn found Lance Bass.

I remember meeting Lance and we all liked him right away. Lance did not "audition" for Lou Pearlman. When he arrived in Orlando, the four of us met him and we sang together for Robin. We invited Lance to join us and he agreed.

8. Right after Lance joined us, and while we were preparing to do our first show at Pleasure Island, Lou told us that we had to sign some contracts to get a record deal. He told us that he would be our personal manager and our business manager and never make more than any one of us did. That way, he said, we could always trust him because he would never be anything more than just the sixth member of the group. He told us that the contracts were "standard" contracts, except that he was saving us money by being our personal manager and our business manager. He got us to sign the contracts without our first reading them. I was eighteen at the time.

9. I remember that at one point Lou told us not to talk about the contracts with lawyers. He said that lawyers are the worst thing for you, and that we didn't need a lawyer because we had him. When I later learned what the contracts he had us sign said, I didn't believe it at first, because I just couldn't believe that Lou would mislead us.

10. I signed everything Lou asked me to sign because I trusted Lou completely. I think we all did. He said we were a "family" and he would protect us. He told us that once he got paid back what he lent us to get started, all he wanted was for us to be successful. He said he wanted us to call him "Big Poppa" and to be one of us, like the sixth member of the group.

3

11. Lou told us that he was going to get us a record deal with a major label. He would say things like "Clive Davis is looking at our demo". He bragged about the presidents of record companies who he claimed were his good friends. Months later, he told us that he couldn't get us a record deal and that we needed to hire Johnny Wright to get one. He told us that we should hire Johnny as our personal manager and that he, Lou, would be our business manager. He told us we should pay Johnny more than usual so that he would pay attention to us rather than the Back Street Boys. I thought the management deal we signed in April 1996 was with Johnny Wright; I had no idea that Lou Pearlman was involved in that contract, and I could not believe it when I learned that Lou was involved. After Johnny Wright became involved, he was the one we dealt with on creative matters.

12. During the time between October 1995, when we did our first show at Pleasure Island, and September 1996, when we went to Europe, we continued to practice our singing and dancing. We spent many hours together working on our sound and our harmonies. Lou was almost never there, and almost never commented on our work.

13. Until we had to go to Europe in connection with our German record release, I had another job to earn a living, and practiced and worked with the others in my off hours. My family lived in Orlando, and I lived at home, so Lou wasn't supporting me. I never thought of myself as working for Lou or Transcon; I thought Lou and Transcon were working for us. That's what Lou always told us.

4

14. When we went to Europe in 1996 and 1997, Lou didn't come with us. Justin's mother came with us, as did Lance's. I don't think I ever worked harder or longer in my life than on our European tours. We worked day and night on our singing and dancing. We spent long days traveling from place to place to perform, accompanied by Lynn Harless and Diane Bass. The travel and work was brutal. For our headliner tour of Europe in 1997, Robin Wiley returned to help us with our harmonies and traveled with us for the first week to give us pointers on improving our performance. Lou Pearlman wasn't involved at all.

15. Before we left for Europe, Lou told us that we had been signed with "BMG" and that we had a "superstar" deal with "18 points going to 20," the "same as Whitney Houston." I never saw the agreement that Lou signed between Transcon and BMG Ariola.

16. When our records were released in Europe and were successful, we never saw any money other than a small ($2,000) "signing bonus" until we complained, after which Lou gave us an "advance." Lou would always tell us that we were "in the red" and that it would be a long time before we saw any money.

17. In late 1997, Lou told us that we were now signed to RCA Records. I thought we had a new U.S. record deal. We had to go back to the studio to record some new songs for the album to be released in the U.S. Lou Pearlman was not involved in this.

5

18. I remember at some point in late 1998, after our U.S. album had been a success, that Jan Bolz of BMG met with us alone and told us that he knew we were not getting any of the money that he was paying to Lou and that we ought to hire lawyers. He told us that he had to give Lou "millions" to get anything to us.

19. It wasn't until spring of this year that I learned that we didn't have a U.S. record deal, and in fact had never had one, contrary to what Lou had told us. It was also then that I first learned that the contracts Lou had gotten us to sign gave him far more than the one-sixth share that he always told us was the most he was going to get from our work.

20. I still find it hard to believe that Lou did what he did to us. He always said that he was doing everything just for us. There was no way that he ever told us that he was going to claim to own the name 'N SYNC, which Lynn thought of, or to claim that he owned or controlled our sound and our image.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of November, 1999 at Orlando, Florida.

_____
JOSEPH ANTHONY FATONE, JR.

6