UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF FLORIDA
ORLANDO DIVISION

----------------------------------------------------------X

TRANS CONTINENTAL RECORDS, INC.,
BMG ENTERTAINMENT, BMG ARIOLA
MUENCHEN GmbH, TRANS
CONTINENTAL ENTERTAINMENT, INC.
and LOUIS J. PEARLMAN,

     Plaintiffs,

 -against-

ZOMBA RECORDING CORPORATION,
CLIVE CALDER, JAMES LANCE BASS,
JOSHUA SCOTT CHASEZ, JOSEPH
ANTHONY FATONE, JR., CHRISTOPHER
ALAN KIRKPATRICK, and JUSTIN
RANDALL TIMBERLAKE,

     Defendants.

----------------------------------------------------------X

FILED
99 NOV 22 PM 3:37

99-1282-Civ-Orl-22C

**DECLARATION OF ROBIN WILEY IN OPPOSITION TO THE MOTION FOR A PRELIMINARY INJUNCTION**

I, ROBIN WILEY, hereby declare under penalty of perjury:

1. I am a self-employed singer, musician, songwriter, vocal arranger and vocal coach. From August 1995 through October 1995, I lived with Lynn Harless, her son Justin Timberlake and Joshua Scott ("J. C.") Chasez in Orlando. I personally served as the vocal arranger for the group professionally known as 'N SYNC; produced the recording of four of the songs for their original "demo record"; prepared the group for their first live performance on October 22, 1995; rehearsed the group for their first headline tour of Europe in 1997, traveling with them for a week on that tour; and

67

produced the a capella version of "O Holy Night" which is on their Christmas album "Home for the Holidays" released approximately one year ago. I have never been an employee of Trans Continental Records or any of the other plaintiffs in this action. I submit this declaration in opposition to the motion of plaintiffs for a preliminary injunction preventing the group from pursuing their career as 'N SYNC.

2. For two years, I was the vocal coach and vocal arranger for "The Mickey Mouse Club," a Disney attraction at the MGM-Disney Theme park in Orlando, which was taped live and aired on the Disney television channel. It was my job to train the youngsters who were selected for the cast through a series of open auditions around the country and turn them into professional singers. It was also my job to create all the vocal arrangements needed for these young performers, who performed twenty-six different shows, with different musical numbers, each year.

3. Two of the young performers with whom I worked were Justin Timberlake and J. C. Chasez. Following the cancellation of the show, I worked with each of them separately on their individual projects. One or the other of them stayed at my home in Nashville for periods during the early summer of 1995.

4. I came to work with the group in Orlando because of my relationship with J. C., Justin and Lynn Harless, at their request. I did not know Louis Pearlman or any of his companies and had never heard of them.

5.      When I returned to Orlando in August, 1995 to work with Justin and J. C., the group professionally known as 'N SYNC did not exist. Only Chris Kirkpatrick, J. C., Justin and a fellow called Brody, who is now a member of C-Note, were involved. Justin and J. C. refused to join the group unless I was involved and accordingly Louis Pearlman brought me to Orlando. I met with Louis Pearlman, who told me that he would be providing the money necessary to finance the group.

6.      Shortly, after I agreed to work with the group, Brody left. Lou Pearlman had nothing to do with the selection of Joey Fatone to replace Brody or the subsequent addition of Lance Bass as the bass singer, except to approve their physical appearance. J. C. and Chris knew Joey and wanted him in the group. Joey brought in his friend Jason Watkins to be the bass singer. When Jason decided he did not want to be in the group, Lynn Harless found Lance Bass through a vocal coach she knew. I, and not Lou Pearlman, auditioned Lance and approved him. Lou waited outside for my decision.

7.      To my recollection, the only person Lou Pearlman ever suggested as a member of the group was a relative of Robert Fishetti, then a Transcontinental Records executive. Lou Pearlman had him sing for me over the telephone. I told Lou that Fishetti's relative was not a bass singer and would not be appropriate. In the period I was in Orlando, when the group was forming, I was not aware of Lou Pearlman auditioning any potential members.

8. Lou left the artistic aspect of the group's performance totally up to me. He would always tell me to do whatever I wanted and that he trusted my judgment. Although I told Lou that I wanted to do only vocal arrangements and that I would not produce the group's demo recording, I reluctantly agreed to produce the demo because Lou had failed to secure another producer in time to finish the recordings within the time frame he had specified. I secured a friend in Los Angeles to help program the tracks.

9. As I noted at the outset, I lived in a house in Orlando with J. C., Justin and Lynn from August 1995 through the end of October. I rehearsed the group in this house. There was no other suitable rehearsal space made available by Lou. I knew what Justin and J. C. liked, having worked with them for two years, and I knew what they were good at. My job was to craft the five individual voices into a group. This meant making the best use of each individual's vocal abilities and timbre and assigning vocal parts based on their ranges and technical skill, and arranging their harmonies to accentuate the strengths of each singer and not draw attention to whatever weaknesses may have existed. The harmonies appearing on current 'N Sync reocrds are substantially similiar in approach to the arrangements on the original demos I produced. Also they have continued to do my a capella arrangements throughout their career and this has become one of their defining characteristics as vocalists — their sophisticated, slightly jazz-flavored harmonies.

10. Lou was generally not present when I worked with the group. I do not recall Lou ever offering suggestions or opinions about the music on anything.

11. To my knowledge, Lou did not have anything to do with the group's dancing or their choreography. In this early period, the group worked with a choreographer from "The Mickey Mouse Club" who they brought in.

12. The group trusted Lou completely. They were impressed by his wealth and by the fact that he was always taking them out to dinner and "hanging out" with them as if they were all pals.

13. To my knowledge, Lynn Harless came up with the name 'N SYNC and the group adopted it.

14. The ultimate decision-maker on what songs the group performed was the group members themselves.

15. I made all the arrangements for studio time to record the group's "demo," and produced most of it. Lou was rarely present when it was recorded.

16. Lynn Harless put the group's showcase performance together with me. She arranged for the place and she arranged for the show to be videotaped. She and I created the flyer for the performance on my computer and she and I created a database for mailing the flyer to Justin's and J. C.'s Mickey Mouse Club fans. She selected the clothing the group wore, designed and arranged for the t-shirts given away at the show and created the group's name banner.

17. I assisted the video technician in editing the showcase videotape, wrote the copy for the videotape cover with Lynn and produced the cover on the computer of one of my Orlando friends who had a Photo Shop computer program. Lou had no input into any of these materials. Again he trusted our judgment and said "everything looks great" when we were finished.

18. Neither the "demo," the showcase flyer, the banner nor the videotape referred to Pearlman or Trans Continental Records.

19. I was not in Orlando when the group signed the contracts with Lou Pearlman and Transcontinental Records. I did not see the contracts. I do recall him saying in the context of the contracts, "I'm the sixth member of the group." He made it sound that he was going to participate equally with each of them and that they were getting an especially good deal.

20. In 1997, when I returned to prepare the group for their headline tour of Europe, I worked only with Johnny Wright. I saw little evidence that Lou Pearlman was involved in preparing their show in any way. I taught the group how to sing with a live band and how to talk to the monitor engineer and assisted them with their vocal arrangements. I traveled with them during the first week of the tour giving them feedback on their performances and suggestions for changes. To the best of my recollection, Lou was not present and made no contribution to their performances.

21. I returned again to produce one of the songs on the group's Christmas album in 1998. Lou was not involved in anyway in the recording.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17 day of November, 1999 at Nashville, Tennessee

_____
ROBIN WILEY

7