UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
-----------------------------------------------------------------X

TRANS CONTINENTAL RECORDS, INC., BMG
ENTERTAINMENT, BMG ARIOLA
MUENCHEN GmbH, TRANS CONTINENTAL
ENTERTAINMENT, INC. and LOUIS J.
PEARLMAN,

            Plaintiffs,

-against-

ZOMBA RECORDING CORPORATION, CLIVE
CALDER, JAMES LANCE BASS, JOSHUA
SCOTT CHASEZ, JOSEPH ANTHONY
FATONE, JR., CHRISTOPHER ALAN
KIRKPATRICK, and JUSTIN RANDALL
TIMBERLAKE,

            Defendants.
-----------------------------------------------------------------X

99-1282-Civ-Orl-22C

**DECLARATION OF
ROBYN TARNOFSKY**

       ROBYN TARNOFSKY, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury:

       1.    I am an associate at Paul, Weiss, Rifkind, Wharton & Garrison, attorneys for defendants Zomba Recording Corporation and Clive Calder. This declaration opposes plaintiffs' motion for a preliminary injunction.

       2.    In a "chat room" interview on the Internet, on Yahoo.com, Mr. Pearlman responded to e-mails from 'N SYNC fans. A transcript is attached as Exhibit A. In this interview, conducted on October 27, 1999, Mr. Pearlman made the following statements:

       •    "I never created 'N SYNC only God did that. What I did was help 'N SYNC cultivate their talent. ['N SYNC member] Chris [Kirkpatrick] was the catalyst."



- Mr. Pearlman claimed that he would "never take away NSYNC's name."

- Mr. Pearlman stated that he and 'N SYNC have been "caught in the middle of" the "legal stuff" and that "'N SYNC has protected me in this deal as well as I them." When asked whether he still considered himself "Big Poppa" to 'N SYNC in spite of the lawsuit, Pearlman responded, "[a]bsolutely, I still remain dedicated as ever. Remember, this legal battle was not brought on because of myself, it was unfortunately brought on by the record distributors."

3. In a comment to *The New York Post* about this action and his comments on the Yahoo chat room, Mr. Pearlman is quoted (at Exhibit B) as follows: "Look, I was not lying to those kids on the chat. I continue to be friends with the boys. But what happened here is BMG said, 'Mr. Pearlman, you either join us in this lawsuit against 'N Sync, or we sue you with them.' I cannot fight BMG. They're too big."

4. In a live TV broadcast on MTV News (Ex. C), Mr. Pearlman said that he is "caught in the middle" of "legal wrangling" between 'N SYNC and RCA. Mr. Pearlman said: "When there was a legal action brought, if we didn't side with BMG, who they originally signed with, then we would be sued too." "So it's not us wanting to sue the boys, and that's the last thing that we would ever want to do, is sue them." Mr. Pearlman indicated that "we're still as friendly as can be, and it's a tight family, and we'll stay that way."

Executed this 20th day of November, 1999 in New York, New York.

_____
Robyn Tarnofsky



**TL_Emily asks: Why did you say NSYNC won't exist and they can be replaced?**
cybervenue_lou_pearlman: I never said that, that is a misstatement by media sources. I love NSYNC, in fact NSYNC and I are very upset
cybervenue_lou_pearlman: about the magnitude of improper press coverage
cybervenue_lou_pearlman: NSYNC is just trying to renegotiate their record distribution deal.
cybervenue_lou_pearlman: The main situation is between BMG (RCA) and Zomba (Jive)
cybervenue_lou_pearlman: We hope it will all be resolved soon.
cybervenue_lou_pearlman: Nobody wins if we don't continue selling records.

**TL_Emily asks: Why do you want to take away NSYNC's name?**
cybervenue_lou_pearlman: We would never take away NSYNC's name. That is not true. We never said that.
cybervenue_lou_pearlman: In fact, NSYNC is continuing to tour and make up lost concert dates. We have an agreement to
cybervenue_lou_pearlman: continue to tour and sell merchandise as we always have. The only problem is regarding records sales
cybervenue_lou_pearlman: as I previously just mentioned. We are hoping that this is resolved as soon as possible so that we may release the next NSYNC album. NSYNC has protected me in this deal as well as
cybervenue_lou_pearlman: I them. We are just trying to figure out the legal stuff that unfortunately were all caught in the middle of.

**janjan25 asks: Mr. Pearlman, do you think there would be a market for a polka remix band? (seriously) Jana and Lisa**
cybervenue_lou_pearlman: You'd never know, I'm sure their probably could be...keep up the good work.

**sleepy_goof asks: When will Take 5 be releasing a single in the USA?**
cybervenue_lou_pearlman: Take 5 will be releasing a single the first quarter of 2000. They have been busy recording in the studio their new US debut album which will eventually be released worldwide.

**bina_bodi asks: I don't know if you answer this or not but anyway. It's obvious that *N SYNC wants out and BSB wants out of their deal, so why doesn't JIVE and RCA just swap the two groups? That would make everything alot easier. And then no one would be suing and be hurt.**
cybervenue_lou_pearlman: That would be a simple answer if it was true. But Backstreet boys are still at Jive and NSYNC hasn't officially left their old distributolr as yet due to this legal situation.
cybervenue_lou_pearlman: But I agree it would make life easier.

**capri_emanuelle asks: Hello, Lou :-) Do you have any pets?**
cybervenue_lou_pearlman: Unfortunately I don't because I travel too much, and I wouldn't be able to take proper care of one. But I love animals.

**sweetkisses_luv asks: if you could go back would you have carried out any buisness in a diffrent way?? change any of the mistakes?**
cybervenue_lou_pearlman: I don't believe we have made any mistakes due to the success of all of our artists. The only mistakes I have made
cybervenue_lou_pearlman: is letting the media run wild with mistatements. And I hope they rightfully portray our quotes.
cybervenue_lou_pearlman: Some media do not give you a chance to establish your side of the story

**gonnie27 asks: Are you good friends with Johnnny Wright? Please Answer!!**
cybervenue_lou_pearlman: Johnny and I still remain freinds. He was brought in initially to manage Backstreet Boys and now is currently managing NSYNC as well as
cybervenue_lou_pearlman: other artists and his track record speaks for itself

genie_in_a_bottle_26 asks: Lou, what do you look for in a future pop star??
cybervenue_lou_pearlman: We look for talent, charisma and most importantly a great voice.

charmtress asks: What is the status of your relationship with Lynn Harless, how has this lawsuit affected your ties?
cybervenue_lou_pearlman: Lynn, her husband Paul and myself co-manage innosense and continue to work together.
cybervenue_lou_pearlman: She and I both hope that these situations between the record distributors gets resolved as soon as possible.

lynn_karen07 asks: Do you still consider yourself "Big Poppa" to NSYNC even though you are going through this legal battle?
cybervenue_lou_pearlman: Absolutely, I still remain dedicated as ever.
cybervenue_lou_pearlman: Remember, this legal battle was not brought on because of myself, it was unfortunately brought on by the record distributors

erinbear84_99 asks: Are you still close to the Backstreet Boys?
cybervenue_lou_pearlman: Yes, as a matter of fact I am still the sixth Backstreet boy and the president of Backstreet Productions, Inc.

jcsgirl99_2000 asks: Why were BSB and NSYNC brought out at the same time, to create rivalries?
cybervenue_lou_pearlman: Backstreet Boys debuted 1 1/2 years before NSYNC. A mutual friend of Backstreet Boys and NSYNC
cybervenue_lou_pearlman: introduced me to NYSYNC. to this day there is only friendly competition between the groups

gonnie27 asks: What you gonna be for halloween?
cybervenue_lou_pearlman: Good Question.
cybervenue_lou_pearlman: I haven't thought about it as yet, but I think I'm going to try and become a pop star

LiLAngeLAbbY asks: Mr. Pearlman, how do you think the new group you'll create soon will take off?
cybervenue_lou_pearlman: I think the new group will show how difficult it is to make it in this business. We will see them behind the scenes. The same
cybervenue_lou_pearlman: learning and obstacles that all artists face. From singing, dancing and touring. Hopefully they
cybervenue_lou_pearlman: will do well, but it is all up to them.

welwoodcuteness asks: how can we audition for the "next big boy band"
cybervenue_lou_pearlman: Check out the websites www.abc.com, www.mtv.com, and ofcourse www.cybervenue.com for all the details.
cybervenue_lou_pearlman: come on down to our audition cities. check our schedule for details

jdawg302 asks: How hard is it to sign a record deal with TransCon? just a lot of hard work or what?? LOL
cybervenue_lou_pearlman: We only handle a small amount of artists at one time however we scrutinize our selection carefully
cybervenue_lou_pearlman: you can send us your tape, cd's or videos

queenfreak2000 asks: LOU, DO YOU THINK THIS NEW POP CONTEST WILL CALL FOR

CRITICS TO RISE UP AND BE THEIR CLAIM TICKET TO ACCUSE POP OF BEING FAUX PAS AND MANUFACTURED?
cybervenue_lou_pearlman: I think it would be great for critics to see how difficult it is to make the grade and to be considered for
cybervenue_lou_pearlman: this new group. It is the first time that we are doing open audition and should be alot of fun.

CEES4 asks: WHEN IS THE MOVIE JACK OF ALL TRADES DUE OUT IN THEATRES
cybervenue_lou_pearlman: Jack of All Trades will be out the summer of 2000

gonnie27 asks: When's your birthday?
cybervenue_lou_pearlman: My birthday is June 19, 1954.

jcsgirl99_2000 asks: Pop music has really taken off this year, however do you think it will continue in the years to come?
cybervenue_lou_pearlman: Pop music will always be here to stay. It may shift to rock, R&B, hip hop but always be here.

wilde1420 asks: ARE YOU TRYING TO GET RID OF NSYNC?

nscbf asks: WHY ARE YOU SO MEAN TO *NSYNC?
cybervenue_lou_pearlman: NSYNC and I remain close through this entire ordeal and as I mentioned I Love them and am so proud of them. It
cybervenue_lou_pearlman: is unfortunate that NSYNC and I are caught in the middle of this record distribution battle. We all hope it ends soon. Remember NSYNC and I are still touring.
cybervenue_lou_pearlman: and selling merchandise under our agreements.
cybervenue_lou_pearlman: We hope this record deal gets sorted out for us all so NSYNC can go back to selling records.

krazynkool2 asks: I always thought Chris put together 'N Sync because they were all friends before they started out!! Why do you say you created them??
cybervenue_lou_pearlman: I never created NSYNC only God did that. what I did was help NSYNC cultivate their talent. Chris was the catalyst.

nsync_48096 asks: Mr. Pearlman!! Is *NSYNC really gonna have to give up their name and pay million dollars if they leave RCA?? Thanks!!
cybervenue_lou_pearlman: The legal action is primarily between the two record companies. Noone has asked NSYNC for 150 Million alone.
cybervenue_lou_pearlman: we all hope this legal situation is resolved quickly

TashNSYNC asks: Lou, have you heard about the rally planned for Nov 20th, against Trans Con...if so how do you feel about this?
cybervenue_lou_pearlman: I think that those people planning this rally are uninformed and don't know the actual facts stated in this chat.
cybervenue_lou_pearlman: This is a record distributors battle and NYSNC and I are caught in the middle. We have been caught in the middle. I don't understand why their would
cybervenue_lou_pearlman: be a rally for something that we are not quilty of. We welcome these people to ask us any questions and to be given the opportunity to resolve their misinformation
cybervenue_lou_pearlman: None of us should suffer as a result of this legal situation especially the fans.
cybervenue_host: Mr. Pearlman, we really appreciate you joining us tonight. One last question and then we'll let you say goodbye.

cybervenue_host: Lou, is there anything else you'd like to share with all our viewers tonight?
cybervenue_lou_pearlman: I personally would like to thank all of our fans who have been so supportive of all of our artists
cybervenue_lou_pearlman: It is you that motivates myself and Trans Continental to continue to develop the talent that we all enjoy
cybervenue_lou_pearlman: I look forward to greeting you on the road when I visit our artists.
cybervenue_lou_pearlman: Thank you for all of your support.
cybervenue_host: We'd like to thank everyone for joining us this evening
cybervenue_host: Have a good night!

---

Get Yahoo!'s Messenger

Copyright © 1994-1999: Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Guidelines - Help



1ST STORY of Level 1 printed in FULL format.

Copyright 1999 N.Y.P. Holdings, Inc. All rights reserved.

The New York Post

November 18, 1999, Thursday

SECTION: All Editions; Pg. 008

LENGTH: 1187 words

HEADLINE: IMPRESARIO'S OUT OF SYNC ON SUIT

BODY:
   'N SYNC's fans suspect the boy band's founder Louis Pearlman is a traitor who's lying when he says he's still friends with the popular teen group - despite his $150 million suit against them.

   But Pearlman says there are no hard feeling between him and "the boys" and claims he was forced by the BMG record empire to sue his former protegees.

   As reported, the popular band jumped ship from BMG's RCA label and Pearlman's Trans Continental Records to Zomba's Jive Records division. BMG and Pearlman immediately slapped 'N Sync with the huge breach-of-contract suit. The band countersued, claiming Pearlman "picked our pockets."

   Fans put the screws to Pearlman during a recent online chat. Asked "why are you so mean to 'N Sync?" the promoter claimed he and the band are still friends, and were the victims of a legal war between record companies. But Pearlman's name is on the lawsuit against the band.

   Asked "why do you want to take away 'N Sync's name?" Pearlman answered, "We would never take away their name. That is not true." Yet, according to the lawsuit, that's what BMG and Pearlman want.

   When another fan wondered why Pearlman claimed 'N Sync could easily be replaced, the exec contended, "I never said that."

   But his lawyer is on record saying, "If [the lawsuit] means "N Sync will cease to exist, there's another group right behind them."

   Asked about the discrepancies, Pearlman told PAGE SIX: "Look, I was not lying to those kids on that chat. I continue to be friends with the boys. But what happened here is BMG said, 'Mr. Pearlman, you either join us in this lawsuit against 'N Sync, or we sue you with them.' I cannot fight BMG. They're too big."

   The band's counter-claim accuses Pearlman of being "an unscrupulous, greedy businessman who posed as an unselfish, loving father and took advantage of our trust." He "rob[ed] us of our fortune," claims 'N Sync band member Joshua Scott Chasez, who signed a deposition on behalf of his mates.

But Pearlman refuses to believe the kids would turn on him. "I believe those are the words of lawyers, not the band. The boys would never say those things. I want the best for them, and they want the best for me."

Still, "the band has not spoken to Pearlman for months, and they do not intend to do so," a record company exec told us. "They stand by what is stated in their countersuit."

Both sides are due in court Nov. 24.

*

Wanted: crowd

THE producers of Bryant Gumbel's new "Early Show" are having a hard time getting a telegenic crowd outside their new studio windows. Dick Oliver, the intrepid "Good Day New York reporter, was at 59th Street and Fifth Avenue interviewing a Humane Society official about the carriage horses lined up on Central Park South. (As The Post reported, some delicate locals don't like the smell). Suddenly, a man from CBS came up and asked, "Does anyone want to be on live television?" Oliver laughed, "We are on live television." The Gumber gofer scurried off to scrounge elsewhere fro warm bodies.

*

Little big stud

DUSTIN Hoffman might seem the shy and retiring type, but the Hollywood superstar wants you to know he's had plenty of women in his lifetime -- and he means plenty! "If anyone thinks that Jack Nicholson and I got laid less than Warren Beatty when we were single -- they're wrong," Hoffman, 61, tells London's Evening Standard. The "Graduate" also compares Hollywood's blockbuster movies to oral sex: "[They] don't stay with you a long time, but it is an addiction that you need to repeat ... You pay your money, get your popcorn, sit down ...."

*

Kirk kvetches

FEISTY octogenarian Kirk Douglas makes a personal appeal to the MPAA (Motion Picture Assn. of America) today, challenging the "R" rating given his new film, "Diamonds." The censors object to a scene where Dan Aykroyd smokes pot, and a bordello scene with Jenny McCarthy. The latter, which contains no nudity, is intended to be "tongue-in-cheek," sources told PAGE SIX. Douglas claims the story of a road trip taken by men of three generations provides "an important message" about bridging age gaps. Blasts Kirk: "There's no reason why my own teenage grandchildren should not be allowed to see 'Diamonds' on their own." He wants a PG-13 tag.

*

Trump: White House suits single guy

THERE is no reason why the president of the United States has to be married,

The New York Post November 18, 1999, Thursday

Donald Trump says. "Bill Clinton has changed the world. Gary Hart changed the world. The world is a much different place now," the Reform Party candidate said yesterday on eyada.com. "I'm not sure being married is a prerequisite." The model-loving mogul's steady girlfriend, Melania Knauss, would make a very chic first lady -- her Manolo Blahnik high-heels made a good impression on the Times' Maureen Dowd on Trump's recent Castro-bashing trip to Miami -- but Trump sounds like he's in no hurry to tie the knot a third time. He's busy running for president, though he won't formally announce until January or February. "I think I could do a good job. Who has dealt more with politicians -- or more successfully with politicians -- over the past 20 years?" Trump mused. "Look what happens now in Washington. Nothing gets done. But I don't want to do it if I get 21 percent and I'm back in my Trump Tower office the next day." Trump doesn't think much of the competition, and saved his harshest remarks for Bill Bradley. "I'm the largest employer in New Jersey, so I know Bill Bradley. He was somebody who was going to be thrown out of office. Now he's come back like he's a godlike figure returning to save the country."

*

Reality check

MEMBERS of the band Korn are heady from their first whiff of fame. The five-man group was hanging out at the packed One51 last Saturday night when they demanded four tables be cleared for friends they were expecting. When staffers refused to snatch the seats out from under so many VIP room patrons, the demanding rockers bristled. They finally stormed out when a One51 employee pointed out, "You're not Metallica -- you're Korn."

*

THE reason why Drew Barrymore stripped in the parking lot of the Four SeasonsHotel in Beverly Hills? Her room wasn't ready and she wanted to put on her sweatpants. "I just changed in the parking lot. I do that all the time," she said yesterday on "The Martin Short Show." She didn't realize a photographer was snapping away at her bare booty, a drawback of being a movie star. "It's nice to be able to pick your nose and to be able to change in the parking lot. I mean our skin is just a spacesuit, and what are clothes? There's something nice about being natural and not uptight."

*

ANYONE anxious to see "Inside Edition" anchor Deborah Norville sporting a slinky tube top should tune in tonight. Norville did a photo shoot for celebrity lensman Victor Skrebneski to celebrate the publication of his book "Skrebneski: The First Fifty Years." This isn't Norville's first time as a Skrebneski mannequin. She posed for him when she was a little-known cub reporter in 1985.

GRAPHIC: -DREW: naturally not tight.   DMI

-DEBORAH: circa '85 Skrebneski

LANGUAGE: ENGLISH





mtv news gallery

10.27.99 18:00 EST

**Pearlman Weighs In On 'N Sync Lawsuit**



Lou Pearlman
RealVideo

Trans Continental Media head Louis J. Pearlman may be named as a plaintiff in a $150 million lawsuit against 'N Sync, but the boy band guru told MTV News that he is "caught in the middle" of legal wrangling between the chart-toppers and their old label, RCA Records.

As we reported earlier this month, Pearlman, Trans Continental Media, Trans Continental Records, and BMG Entertainment are named as plaintiffs in the suit, which targets 'N Sync and Zomba Recording (which owns Jive, the label that 'N Sync jumped to in September). Among the claims made in the suit, Pearlman and his fellow plaintiffs charge the group with breach of contract (see "'N Sync Hit With $150 Million Lawsuit").

Pearlman told MTV News this week that he remains good friends with the members of 'N Sync, whom he helped to mold into a multiplatinum boy band in the same Florida compound that produced the Backstreet Boys. That friendship didn't come across in the days following the suit, when 'N Sync released a statement that read in part, "Trans Continental's conduct with regard to 'N Sync is the most glaring, overt and callous example of artist exploitation that the music industry has seen in a long time" (see "'N Sync, Trans Continental Clash Over Lawsuit").

"That was a response to a statement that was made by some attorneys about some of the advisors for 'N Sync," Pearlman explained, "and I think that it's being blown out of proportion. When there was a legal action brought, if we didn't side with BMG, who they originally signed with, then we would be sued too."



'N Sync

"So it's not us wanting to sue the boys," he continued, "and that's the last thing that we would ever want to do, is sue them. I think it blew out of proportion, because the paperwork looks like we are, but we're still

as friendly as can be, and it's a tight family, and we'll stay that way. I think that the response was based upon some response that the attorneys had been talking about and blew out of proportion." [RealVideo]

On Wednesday, 'N Sync's legal team countered Pearlman's claims, telling MTV News, "While we cannot discuss the specifics involved in this case, for Lou Pearlman to assert that he is a mere sidenote in BMG's legal case is ludicrous. Pearlman and his two Trans Continental companies are listed as the case's main plaintiffs. We look forward to having our day in court where all the real facts will come out."

We'll keep you posted on this story as it develops.

-- *Kara Manning*

back