FILED

99 NOV 22 PM 3:37

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

------------------------------------------------------------X

TRANS CONTINENTAL RECORDS, INC.,
BMG ENTERTAINMENT, BMG ARIOLA
MUENCHEN GmbH, TRANS CONTINENTAL : 99-1282-Civ-Orl-22C
ENTERTAINMENT, INC. and LOUIS J.
PEARLMAN,

                     Plaintiffs,     : DECLARATION OF JUSTIN
                                   : RANDALL TIMBERLAKE
    -against-                    : IN OPPOSITION TO
                                    : MOTION FOR A
ZOMBA RECORDING CORPORATION,     : PRELIMINARY
CLIVE CALDER, JAMES LANCE BASS,      : INJUNCTION
JOSHUA SCOTT CHASEZ, JOSEPH
ANTHONY FATONE, JR., CHRISTOPHER
ALAN KIRKPATRICK, and JUSTIN
RANDALL TIMBERLAKE,

                     Defendants.

------------------------------------------------------------X

     I, JUSTIN RANDALL TIMBERLAKE, pursuant to 28 U. S. C. § 1746, declare under penalty of perjury, as follows:

     1.    I am a member of the group 'N SYNC. This declaration opposes plaintiffs' motion for a preliminary injunction.

     2.    I have read the declaration of my mom, Lynn Harless, in this matter as well as the declarations of my fellow 'N SYNC members, Lance Bass, J. C. Chasez, Joe

1

69

Fatone, Jr., and Chris Kirkpatrick. I agree with what they say about how 'N SYNC got started, how we got our name, and how we developed our "sound" and "look."

3. I was 14 years old when 'N SYNC was formed. Now, at age 18, I have disaffirmed the contracts that Lou got my mother and me to sign. Lou says to people on TV that this is all a fight between two record companies, but it isn't. This is all about the way Lou misled us guys into thinking that he was our protector and manager, while taking the money we made and our name for himself.

4. Lou Pearlman, or "Big Poppa" as he wanted us to call him, backed our group financially, but had no artistic input into anything we did. My mom, Robin Wiley, our vocal coach, and the guys and I were responsible for everything on the creative side. We also were the ones who generated early interest in the band. I remember my mom and Robin designing and mailing flyers to my fans from the Mickey Mouse Club for 'N SYNC's early performance at Pleasure Island, and also to J. C.'s. At the same time, the guys and I worked to get our friends, and their friends, to come out and see us.

5. Lou repeatedly told us that he, "Big Poppa," was the sixth member of the group, and someone we could trust to take care of us. I never realized how little we could trust Lou until Jan Bolz, the head of BMG Ariola in Germany, told us we should hire a lawyer.

6. It was only after we got a lawyer to review the contracts Lou had had us sign that I understood what Lou had done, and why we had so little to show for all the hard work we had put in since forming our group. Up until that time, I had no idea that

2

the contracts Lou had gotten us to sign entitled him and his companies to such huge percentages of 'N SYNC's income.

7. This was also the first time I learned that we were not signed to RCA Records, as Lou had led us to believe in late 1997, and in fact had no U.S. record deal.

8. By getting us to sign contracts he represented to be "standard" industry deals (which I now understand are clearly not), and by pretending he was receiving no more than the one-sixth due the "sixth member" of the band (while through double-dipping and self-dealing taking huge sums which rightfully belonged to us), Lou completely betrayed us. We trusted him. He knew we trusted him. He worked hard to get that trust and we gave it to him. He was supposed to be our manager, working for us, looking out for us because we didn't know anything about the business. It's almost unbelievable what he did to us, like taking our name for himself and claiming to own us.

9. I want to make records and to perform with Chris, J. C., Joey and Lance as 'N SYNC. I really care about our fans, and I know how hurt they will be if we don't record and perform. It is amazing to me that Lou is trying to stop us just to get more of our money.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of November, 1999 at Los Angeles, California.

*JUSTIN RANDALL TIMBERLAKE*