UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, DIVISION

TRANS CONTINENTAL RECORDS, INC.,
BMG ENTERTAINMENT, BMG ARIOLA
MUENCHEN GmbH, TRANS CONTINENTAL
ENTERTAINMENT, INC., AND LOUIS J. PEARLMAN

99-1282-Civ-Orl-22C

Plaintiffs,

-against-

ZOMBA RECORDING CORPORATION, CLIVE
CALDER, JAMES LANCE BASS, JOSHUA SCOTT
CHASEZ, JOSEPH ANTHONY FATONE, JR.,
CHRISTOPHER ALAN KIRKPATRICK, and
JUSTIN RANDALL TIMBERLAKE,

Defendants.

### NOTICE OF FILING DECLARATION OF BARRY J. BRETT IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

COMES NOW the undersigned attorney and files the attached Declaration of Barry J. Brett in Support of Plaintiffs' Motion for a Preliminary Injunction.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Hand Delivery and/or U.S. Mail Delivery to Gerard E. Harper, Esquire, Paul, Weiss, Rifkind, Wharton & Garrison, 1258 Avenue of the Americas, New York, NY 10019-6064; Jeffrey D. Keiner, Esquire, and Frank Hammer, Esquire, Gray Harris & Robinson, P.S., Post Office Box 3068, Orlando, Florida 32802-3068, Attorneys for Defendant Zomba Recording Corporation and Clive Calder; Helene Freeman, Esquire, and Richard F. Albert, Esquire, Dorsey & Whitney, LLP, 250 Park Avenue, 15th Floor, New York, NY 10177; David B. King, Esquire and Mayanne Downs, Esquire, King, Blackwell & Downs, P.S., 25 East Pine Street, Post Office 1631, Orlando, Florida 32802-1631, Attorneys for James Lance Bass, Joshua Scott Chasez, Joseph Anthony Fatone, Jr., Christopher Alan Kirkpatrick, and Justin Randall Timberlake, and William B. Wilson, Esquire, Holland & Knight LLP, Suite 2600, 200

74

S. Orange Avenue, Orlando, Florida 32801; and Steven Hayes, Esquire, Hayes & Snyder, 500 Fifth Avenue, New York, NY 10110 on this 22nd day of November.

                                                                             **WILLIAM B. PRINGLE, III, ESQUIRE**
WILLIAM B. PRINGLE, III, P.A.
Florida Bar No.: 0777986
NationsBank Center, Suite 2100
390 North Orange Avenue
Orlando, Florida 32801
(407)843-3701
Attorney for Plaintiffs
Trans Continental Records, Inc,
Trans Continental Entertainment, Inc., and Louis J. Pearlman