UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

---

TRANS CONTINENTAL RECORDS, INC., BMG
ENTERTAINMENT, BMG ARIOLA MUENCHEN GmbH,
TRANSCONTINENTAL ENTERTAINMENT, INC.
and LOUIS J. PEARLMAN,

        Plaintiffs,

v.

ZOMBA RECORDING CORPORATION,
CLIVE CALDER, JAMES LANCE BASS,
JOSHUA SCOTT CHASEZ, JOSEPH
ANTHONY FATONE, JR.,
CHRISTOPHER ALAN KIRKPATRICK, and
JUSTIN RANDALL TIMBERLAKE,

        Defendants.

CIVIL ACTION NO.
99-1282-Civ-Orl-22C

DECLARATION
OF KAJA GULA

---

    KAJA GULA, pursuant to 28 U.S.C. §1746, declares under penalty of perjury that the following is true and correct:

    1.    I am Senior Director of Marketing and Artist Development of The RCA Records Label ("RCA"), a unit of BMG Music, d/b/a BMG Entertainment. I submit this declaration in further support of Plaintiffs' motion for a preliminary injunction.

**Background**

    2.    I am in a unique position to provide this Court with information concerning the close and special relationship between RCA and the musical group known as 'N SYNC (the "Group"). Beginning in the summer of 1997 and continuing for more than two years, I was responsible for developing and coordinating RCA's efforts in marketing, promoting and selling the Group and its albums in the United States. During that period, there were times when I spoke

several times a day with the Group's management and at least once a week with one, if not more, of the members of the Group (the "Group Members") as well as members of their families. I devoted the majority of my time during these years to helping make the Group one of the few "phenomenons" in the music industry.

3. In 1997, before RCA's involvement, the name 'N SYNC was almost entirely unknown in America. The Group had not released a single or an album in the U.S. We devoted enormous time, energy and resources to marketing and promoting the Group as well as developing recognition of the name 'N SYNC. This investment was made only because RCA was the Group's record company. The Group has now sold more than 10,000,000 copies of their albums in the U.S. and the name 'N SYNC is widely known throughout this country. I believe the Group's incredible success and RCA's recent good fortunes are linked. RCA's efforts helped bring about the success and fame of the Group and, in turn, the Group's triumphs have helped RCA achieve its greatest heights since Elvis Presley. The Group can and will achieve even greater success. It would be unfair to now let another record company come in and capitalize on the risk, effort and work that has been undertaken on the Group's behalf by RCA and its people.

4. To this day, I am proud of my work and association with the Group and with the name 'N SYNC. I, personally, as well as the individuals at RCA who worked with the Group, continue to hold a deep and abiding affection for the Group Members -- Justin Timberlake, J.C. Chasez, Joey Fatone, Chris Kirkpatrick and Lance Bass. These guys are not only incredibly talented artists, they are also good people and friends. However, as I explain below, my company, RCA already has suffered irreparable harm as a result of the Group signing a recording contract with Zomba and, unless this Court enjoins Zomba's release of an 'N SYNC album,

further and greater irreparable harm will be inflicted on BMG and RCA. The Group's loss will only continue to injure RCA's reputation in the music and entertainment industries, as well as with the public, and will increasingly undercut RCA's ability to attract and retain new artists, as well as RCA's ability to market and promote its existing artists. These injuries are real and RCA has already experienced them.

### My Responsibilities at RCA

5. My job is to coordinate and organize the efforts of all relevant RCA departments in developing, marketing, promoting and selling a specific artist and the artist's current project to the public. To do this, I often first meet with the artist, the artist's manager and the person from RCA's Artists and Repertoire ("A&R") Department who signed the artist to discuss the artist, the artist's music and vision and the marketing/promotion/selling of the artist. I then work closely with the Publicity, Promotion, Sales, Strategic Marketing and Product Development Departments to develop a marketing/promotion plan for the artist and the artist's project. After that, my role is to make sure that each of these departments is performing its individual tasks and working together in meeting the goals of the plan. Since there are several phases in the majority of marketing/promotion plans, each department must perform each of its tasks at the appropriate time and in a coordinated fashion. I make sure this happens. At the end of the day, my goal is to have my artists as successful as possible and sell as many albums as possible.

### RCA Begins Marketing and Promoting the Group

6. In mid-summer, 1997, Cliff O'Sullivan (then Vice President of Marketing and Artist Development of RCA) came into my office, put the Group's video, "I Want You Back" on my desk and told me he wanted me to work with the Group as my next project because RCA had

-3-

previously committed to the Group as its U.S. record company. I had not heard of the Group or of the name 'N SYNC although I was told the Group had achieved success in Germany, Switzerland and Austria. The video I saw had been made for the German market and, to be frank, I thought the pop style used in the video was not suitable for the American market.

7. To prepare for my work with the Group, I spoke extensively about the Group and a unified vision for the Group with (1) Johnny Wright, the Group's manager and Doug Brown, Wright's right-hand man and the Group's day-to-day manager; (2) Lou Pearlman and Scott Bennett, Pearlman's right-hand man; (3) Vince Degiorgio, the RCA A&R person responsible for the Group; and (4) Jan Bolz, Susie Armstrong and Thomas Krackl, respectively Managing Director, Head of International and Marketing Manager of BMG Ariola Munich GmbH, the BMG label on which the Group's last album had been released. In addition, with help from various individuals in the relevant RCA departments, including but not limited to Gina Orr and Elaine Schock in Publicity, Ron Geslin and Eric Murphy in Promotions, and David Fitch and Shari Segalini in Sales, I also prepared a comprehensive marketing plan for the release of the Group's debut album in the United States.

8. One of my first attempts to gain the Group exposure and credibility in the United States was to line up a spot on a Walt Disney showcase (i.e., a live performance) in Orlando, Florida. This effort fell through. The Group was virtually, if not completely, unknown in the U.S. Moreover, the Group's musical style, "pop music", at the time was not very popular in the U.S. I found it difficult to get people to pay attention to the Group, despite what I believed to be the obvious talent of the Group Members.

## Setting Up For Release of the Debut Album

9. Despite the setback with Disney, I and others from RCA working on the "'N SYNC Project" continued our efforts to "set-up" for the release of the Group's debut album in the United States. In September, 1997, we arranged a photo-shoot for the Group in Orlando as well as a music video for the Group's song "I Want You Back." We set up these shoots although previous photo shoots had been done in connection with the Group's BMG Ariola album and a music video had previously been shot in Germany for the Group's song "I Want You Back." The reason for these new shoots was simple--we wanted a fresh new look for the Group targeting the American market.

10. Also in September, 1997, the Group came to New York and performed at a showcase for BMG/RCA employees and for key tastemakers in the industry. I came to the Group's rehearsal the afternoon of the showcase to meet Justin, J.C., Joey, Chris and Lance. Due to mechanical difficulties (which later were fixed for the actual showcase), the Group rehearsed *a capella*, *i.e.*, without the benefit of any musical backup, while simultaneously dancing. I was astonished at their performance. I realized the guys were the "real deal" and thought that if RCA could somehow get the U.S. to take notice, the Group and the name 'N SYNC would not remain unknown for long. From talking to colleagues after the showcase, I learned that other RCA employees were similarly blown away.

11. During October, 1997, we prepared various materials to be used in the marketing and promotion of the Group during the fall and winter, including cassette samplers of "I Want You Back" with snippets of other Group songs as well as interview segments with the Group Members, sparkle stickers, posters and bio cards of the Group. These items were given to music

-5-

stores and to other teen outlets, such as clothing stores, roller rinks, and bowling alleys, who were to hand them out to their teen customers. We did this to establish the Group and the 'N SYNC brand name in the teen marketplace so that "buzz" would begin to build about the Group and the name 'N SYNC.

12. In November and December, 1997, RCA's Publicity Department began sending to key journalists, magazines, newspapers and television shows and to certain marketing partners of RCA an abridged version of the Group's upcoming album. In addition, RCA's Promotion Department sent out a "CD Pro"[1] version of "I Want You Back" to numerous radio stations in order to gain air play of this single. We also pushed various magazines targeted at teens to profile and/or feature the Group in some way.

13. In January, 1998, the single began debuting at various Top 40 mainstream and rhythm crossover radio stations. We also confirmed with *YM*, a magazine for teenagers, that it would run a four-page "advertorial"[2] for the cosmetic line named "fetish" which would feature the Group. The advertorial had several components, including publicizing (1) performances by the Group sponsored by *YM* and fetish in malls in three different cities; and (2) a contest where the prize was the Group's performance at the winner's high school prom. Convincing *YM* and fetish to run this advertorial had taken months of constant persuasion. During this period, we were also meeting with *Teen People, Seventeen, React* and other magazines for teens, in attempts

---

[1] A "CD Pro" is a compact disc bearing only one song (sometimes several different versions of that one song) sent out only to radio stations.

[2] An "advertorial" is a cross between an advertisement and editorial, *i.e.*, regular news copy. The advertiser pays the magazine or newspaper to run the advertorial.

to place advertorials/promotions in those magazines. The Group and the name 'N SYNC were beginning to gain visibility in the U.S.

14. In February, 1998, the Group's single, "I Want You Back" was commercially released. Despite the Group's increased visibility and radio air play, the single did not sell the way we hoped. The single did not reach the top 10 of the Billboard "Hot 100" chart. We were disappointed but continued to push hard. We obtained appearances for the Group in live music shows that were sponsored by various radio stations and which typically featured several artists. For example, the Group appeared in a show on South Beach sponsored by radio station Y100 of Miami. Through RCA's efforts, the Group also co-hosted Kid Kelly's popular show on radio station Z100 in New York.

### Release of the Debut Album

15. March was the month in which RCA released the Group's debut album in the United States and RCA's pace of marketing and promotion only heightened during this month. We got the Group performances on more and more of the radio stations shows described above -- such as the Z100 show at Club XS in New York, KIIS LA show on the Santa Monica Pier and various "Spring Break" shows in Texas tied in with radio stations. The Group was clearly stealing each of these shows. Through our efforts, the Group appeared on TV news shows in San Francisco and Los Angeles and on the TV talks shows hosted by Ricki Lake and Ru Paul. The 4 page advertorial/contest ran in *YM*. In March, through RCA's efforts, the Group was featured on the music video channel, The Box. On March 17th, the Group performed at the National Association of Record Merchants convention. The Group performed at an NBA "Stay in School Jam" in the Orlando Arena with various basketball superstars. The Group also sang the National

-7-

Anthem at home games for the New Jersey Nets and the Los Angeles Clippers.

16. On March 24, 1998, the Group's debut album "'N SYNC" was released for sale in the U.S. Television advertising placed by RCA began in Orlando. The Group continued to make appearances, including on March 28th at the Wal Mart in Orlando, an appearance where a large number of fans gathered. The pace only heightened in April. RCA began running television advertising in Houston and Minneapolis and placed print advertising in *Teen People* and *YM*. The Group performed at numerous shows sponsored by various radio stations throughout the U.S., did promotions in connection with these stations and appeared in a show sponsored by *YM* and fetish at the Pasadena Town Square Mall. RCA's activities also led to the Group's live performance of "I Want You Back" on MTV, where the video for that song was also appearing. Further, on the music video channel, the Box, there were huge numbers of requests for the video of "I Want You Back."

17. Despite all these activities, promotions, marketing efforts and advertising, the Group's debut album was not selling as well as we had hoped. In fact, despite over 7,000 fans gathering at the Mall of America in Minneapolis in mid-May to see the Group perform as well as numerous additional radio shows, promotions and advertising, sales of the album appeared to be slowing down.

## Making It Happen For The Group

18. We at RCA tried to think of other strategies to try breaking out the Group. Gina Orr, RCA's Director of Media & Artist Relations (also known as Publicity) began pitching the Group for an appearance in a highly-anticipated Disney television special that was scheduled to air in prime time in July 1998 on the Disney Channel. We had learned that the Backstreet Boys

had declined to appear on this special. However, it was an uphill battle to convince the people at Disney to put the Group on the special. Various RCA employees and in particular Elaine Schock, Senior Vice President of Media & Artist Relations, used their influence with Disney and pushed very hard to have the Group perform on this special. Finally, the people at Disney acceded and the special was shot in May. In June, the Group's second single, "Tearin' Up My Heart" debuted. The Group made numerous other appearances at radio-sponsored concerts throughout the country. The Group also appeared on MTV's show "Fanatic" and on ABC's highly-popular program "Regis & Kathie Lee." The album's sales began picking up somewhat.

19. July, however, was the month when things completely turned around for the Group. The Disney special filmed in May began airing on the Disney channel. At that point, all our efforts -- those of RCA's, the Group's, Trans Continental's and the Group's management -- began to pay off. The Group was touring in North America. Sales of the Group's debut album rose dramatically. According to Soundscan, approximately 24,000 copies of the Group's album were sold during the week ending July 5, 1998 but a mere three weeks later, approximately 88,000 copies of the album were sold for the week ending July 26, 1998. We had turned the corner.

## Success

20. All of our efforts continued. RCA arranged for the Group to perform on the Miss Teen USA Pageant, at the grand opening of the Virgin Mega Store in Union Square in Manhattan, and in various shows promoted by Macy's in Boston, New York City and Atlanta. At the Group's appearance outside the Macy's store in Boston, the crowd grew so large and excited that the Group Members became scared for their own physical safety. In fact, one of the

-9-

Group Members and the tour manager actually called me at my New York apartment from the stage to ask me to get the Group safely off the stage.

21. After July, the success of the Group increased exponentially. Our efforts continued unabated but now we had momentum and success on our side. The Disney special continued to run, the sales of the debut album grew even higher and in September, 1998 alone, the Group appeared on several high profile television programs, including the Tonight Show, The View, The Fox NFL Pre-Season Special, Entertainment Tonight and MTV's Artist Cut. In October, the Group performed as the opening act for Janet Jackson on her tour. Throughout the fall, the Group appeared in numerous magazines, advertising campaigns, the opening of megastores, popular television and radio shows and the Macy's Thanksgiving Day Parade. I came up with the idea of featuring the Group in a book published by Bantam/Doubleday, BMG's sister book publishing company which led to the release in November of the very successful "★N SYNC, The Official Book" featuring the authorized biography of the Group Members. At the same time, RCA released for sale the hugely successful "★N THE MIX, The Official Home Video" of which I was executive producer.

22. By this point, I was talking very regularly with the Group Members and their families--at times, at least once a week if not even more. I had developed a great deal of affection and rapport with the Group and their families. In fact, members of the guys' families would often call me directly to find out what was going on with the Group Members. I was in daily, if not more frequent, contact with Johnny Wright, Doug Brown, the Group's day to day manager, and Melinda Bell, Johnny's assistant. It is fair to say that this level of contact with the Group and its management was unusually high by the standards of the music industry.

-10-

23. Once the album started becoming really successful, both the Group's management, Johnny Wright and Doug Brown, as well as the Group Members themselves approached me individually and told me that they were very grateful to RCA and that RCA was critical to the Group's success. The album sold one million copies by the first week of September, 1998 and had sold two million copies by the first week of November, 1998.

24. In November, 1998, RCA released the Group's "Home For Christmas" album. This album immediately became very successful. The Group clearly was one of the few artists in the music industry who could fairly be called a "phenomenon." This point can be simply illustrated. During the holiday season last year, both of the Group's albums -- the debut album and the Christmas album -- were simultaneously in the top 10 of the "Billboard 200" chart for top-selling albums. This extraordinary achievement was the first time a recording group had two top 10 albums at the same time since the Beatles achieved that distinction three decades ago. When a musical group's success can be discussed in the same breath with the success of the Beatles, that group is fairly called a phenomenon.

25. I was incredibly proud of the Group and of my work with them. As a result, one of the most gratifying moments in my professional career took place at the American Music Awards on January 11th of this year. The Group received the Best New Artist award and, in giving thanks for the award, J.C. thanked RCA and several of us by name, including Jack Rovner, RCA's General Manager, Dave Novik, Senior Vice President of A&R, Cliff O'Sullivan, Gina Orr, Vince Degiorgio and me. I was deeply touched and I received calls from friends, fellow industry professionals and even fans who saw the show.

-11-

### The Next Album

26. The Group's next album was tentatively titled "No Strings Attached." I was very excited about the incredible potential for this album and, together with others at RCA, created a marketing plan for this album designed to "create the biggest launch in the history of music." The plan envisioned full media exposure, explosive radio and video play of the single(s) released prior to the album's release, and appearances/performances by the Group throughout the country in the months leading up to the release date. We came up with various exciting ideas for marketing, promotions, advertising and videos which we believed would work extraordinarily well for the album. In fact, I continued to work on this plan well after May 26, 1999--the date of the alleged termination of the Recording Agreement between Trans Continental and the Group. I did so because I believed and hoped that, somehow, the dispute between the parties would be resolved. Throughout the time we worked together, Justin, J.C., Joey, Chris and Lance frequently told me that the Group had succeeded because we had all worked together. I think they are wonderful, talented musicians and people who are a pleasure to work with. I hope to work again with them for a long time to come.

### RCA's Irreparable Harm

27. At RCA, I am occasionally referred to as the "hub of the wheel" because I am the center of the development, marketing, promotion and selling of the artists with whom I work. Because of my responsibilities, I not only work closely and have direct contact with artists but also with magazines, radio and television outlets, advertisers and various commercial establishments selling music. When RCA helped break the Group, a lot of media, advertising, radio, and retail doors opened to us that had been closed. That is because the Group is a

-12-

phenomenon created in part by the efforts of RCA. I can not overemphasize what this means. There are very few phenomena in the music industry. These are artists who not only sell tremendous amounts of albums but change popular culture in general and also affect clothing trends, hair styles and other merchandise and items not directly related to music. Prior to the Group, the last phenomenon associated with RCA was Elvis Presley. While RCA has had some successful acts in the 1980s and 1990s, none have come close to rivaling the Group and its success and effect.

28.     The association of Group and the 'N SYNC name with RCA gives us great credibility in the music industry. As a result of our association with the Group, other artists look to RCA where previously they would not have. For example, without this association, RCA might well have not signed RADIOSTAR, a rock band for whom a big bidding war developed among the major record companies. I know that a large part of the reason this band was willing to sign with RCA was because of our success with the Group and our demonstration that RCA can "break a band." The lead singer of RADIOSTAR is highly charismatic and RCA's success with the Group established that we could get our artists' personalities across to their fans. Another example of an exciting young artist joining our label because of our success with the Group is Josh Keaton, a solo male pop artist. He came to RCA through Johnny Wright, the Group's manager, because of RCA's success with the Group. Further, I am not certain that, without our association with the Group, RCA would have been able to sign Christina Aguilera, an artist whose self-titled first album debuted at No. 1 on the charts in August of this year.

29.     The Group not only gave RCA credibility with other artists but also enabled us to provide our existing artists opportunities we could not have previously given them. For example,

-13-

as a result of the Group's success on the Disney special, Disney is now more willing to provide other lesser-known RCA artists on-air opportunities and is also willing to air a special with the Group and featuring other RCA artists. The radio stations which sponsor live shows on which RCA once had trouble placing the Group now are willing to package entire shows around the Group as well as feature other RCA artists. In fact, some of these stations now come to RCA for such artists.

30. Put most simply, RCA has much more leverage and influence as a result of our relationship with the Group and association with the 'N SYNC name. RCA can use its relationship with the Group to get other RCA artists coverage in teen-targeted magazines that might otherwise have not been interested. RCA can get opportunities for other RCA artists to open on tour for the Group and obtain exposure before some 20,000-25,000 young fans per night. Our sales people now have increased credibility with retailers and can persuade them to place larger orders because the RCA artists they are pitching, like the Group, will sell. MTV, VH1 and the Box also now give longer, harder looks at our artists because of the incredible success of the Group. For example, prior to our success with the Group, none of our artists had been on the MTV shows "Fanatic" or "Artist Cut" -- since then, RCA artists have been featured on these important programs. On a more personal note, my own association with the Group and its success has given me tremendous credibility in the music industry.

31. By contrast to the tremendous positive effect our relationship with the Group has had, the news of the potential loss of the Group has already had a very harmful effect. When a record company like RCA loses an artist of the magnitude of the Group, an unavoidable stigma attaches to the record company. The perception is that the artist has no faith in the record

-14-

company's ability to release the artist's next album and that the artist is unhappy with the record company. Here, I can report to the Court that this is already happening. In fact, every single band I now work with has asked me how and why the Group left RCA. This question has also been asked of me by my colleagues at other record labels, by *Teen People* and by individuals at radio stations with whom I work.

32. During the last year and a half, incredible "heat" has surrounded RCA. Much of this heat came from the Group and its success. As a result of the potential loss of the identification of 'N SYNC and the Group with RCA, some of this incredible heat is off the label. I can tell this Court that there would be no record label hotter than RCA right now in the United States if the Group was on our label. We arguably would have four of the Top Ten albums in the country. That type of momentum and prestige is infrequent, hard-won and invaluable in terms of continued success.

33. The announcement of a recording agreement between the Group and Jive, Zomba's label, has already caused substantial and irreparable harm to RCA because that announcement has called into question the invaluable association of the Group and the name 'N SYNC with my label. However, the harm RCA has suffered to date pales in comparison to the harm we would suffer if Zomba and the Group are permitted to record and sell 'N SYNC records in conjunction with the Zomba name. RCA is the home of 'N SYNC. If Zomba is permitted to steal the Group and the name 'N SYNC, RCA will be known as the label that lost 'N SYNC, causing incalculable damage to its standing and reputation in the recording industry.

-15-

**Conclusion**

For the reasons set forth above as well as those stated in Plaintiffs' other papers, I respectfully request that Plaintiffs' motion for a preliminary injunction be granted.

Executed this 19th day of November, 1999 in New York, New York.

KAJA GULA