UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TRANS CONTINENTAL RECORDS, INC., BMG
ENTERTAINMENT, BMG ARIOLA MUENCHEN GmbH,
TRANSCONTINENTAL ENTERTAINMENT, INC.
and LOUIS J. PEARLMAN,

        Plaintiffs,

      v.

ZOMBA RECORDING CORPORATION,
CLIVE CALDER, JAMES LANCE BASS,
JOSHUA SCOTT CHASEZ, JOSEPH
ANTHONY FATONE, JR.,
CHRISTOPHER ALAN KIRKPATRICK, and
JUSTIN RANDALL TIMBERLAKE

        Defendants.

CIVIL ACTION NO.
99-1282-Civ-Orl-22C

DECLARATION OF
STEVEN M. HAYES

    STEVEN M. HAYES, pursuant to 28 U.S.C. §1746, declares under penalty of perjury

that the following is true and correct:

    1.     I am an attorney admitted to the practice of law in the State of New York and am a

member of Parcher, Hayes & Snyder, P.C., counsel for plaintiffs BMG Entertainment and BMG

Ariola Muenchen GmbH (collectively, "BMG"). I submit this declaration in further support of

plaintiffs' motion for a preliminary injunction for the purpose of providing the Court with certain

documents referred to in BMG's Reply Memorandum of Law and other documents relevant to the

issues raised by the parties in connection with plaintiffs' motion.



2.     Throughout their papers, defendants claim that the injunction will prevent them from making a living and remaining visible to the public.  The facts demonstrate otherwise.  The Group remains at the forefront of popularity and is scheduled to resume a live concert tour on November 26, 1999 and to appear in major network television shows, receiving massive public exposure in the process.  The following documents describe some of these activities:

- Attached hereto as Exhibit A is an excerpt from the web site of *Pollstar*, the nation's leading magazine relating to concert performances, which describes upcoming concerts on the Group's 1999-2000 concert tour, including live concerts in Las Vegas, Nevada, Honolulu, Hawaii, and Canada from late November 1999 until January 2000.

- Attached hereto as Exhibit B are articles describing the Group's scheduled performance at the Super Bowl on January 30, 2000 in Atlanta, Georgia and noting that the Super Bowl draws approximately 130 million television viewers in the United States and approximately 800 million television viewers worldwide.

- Attached hereto as Exhibit C is an article describing the Group's scheduled performance on ABC's Millennium Celebration anchored by Peter Jennings on December 31, 1999 with other prominent artists, including Billy Joel, Aretha Franklin, Ray Charles, Sting, and Neil Diamond.

- Attached hereto as Exhibit D is an article describing the Group's scheduled performance at the 10th annual Billboard Music Awards in Las Vegas on December 8, 1999 with other prominent artists, including Ricky Martin, Britney Spears, Jennifer Lopez, the Red Hot Chili Peppers, 98 Degrees, Christina Aguillera, Mary J. Blige, Blink 182, Juvenile, Aerosmith and Emmylou Harris.

- Attached hereto as Exhibit E is an article describing the Group's scheduled performance at the lighting of the Christmas tree in Rockefeller Center on December 1, 1999 with other prominent artists, including Brandy, Enrique Iglesias, Britney Spears, and Rosemary Clooney, which will be televised on NBC.

-2-

- Attached hereto as Exhibit F is an excerpt from the Internet web site *Click TV* describing the Group's scheduled performance on CBS's Thanksgiving special *Celine Dion: All the Way* on November 24, 1999 with Celine Dion and Gloria Estefan.

- Attached hereto as Exhibit G is an article describing the Group's scheduled performance on CBS's Holiday special entitled *A Home for the Holidays* on December 23, 1999 with many other prominent entertainment, political and social figures, including Steven Spielberg, Kate Capshaw, Rene Russo, LeAnn Rimes and Brian McKnight.

- Attached hereto as Exhibit H is an article describing the Group's recent taping of an appearance on an upcoming episode of the popular television show *The Rosie O'Donnell Show*.

- Attached hereto as Exhibit I is an article describing the Group's recent appearance on the popular television series *Touched By an Angel*.

- Attached hereto as Exhibit J is an article describing the Group's performance at the VH1 Save the Music Foundation concert held at the White House on October 23, 1999 with many other prominent entertainment, political and social figures, including President and Mrs. Clinton, John Mellencamp, Garth Brooks, Melissa Etheridge, Robert De Niro, Meryl Streep, and Gwyneth Paltrow.

- Attached hereto as Exhibit K is an article describing the Group's performance at the County Music Awards on September 22, 1999 with other prominent artists, including Alan Jackson and Shania Twain.

3.    The proposed injunction also will not prevent the public from enjoying new recordings of the Group's musical performances.  In recent weeks, five new records were released which contain recordings by the Group, and all of them have skyrocketed to the top of the charts:

- The lead song for the soundtrack album for the motion picture *Music of the Heart* is the hit single *Music of My Heart* performed by the Group with Gloria Estefan. Last month, this song reached #1 for singles sales and reached #2 on *Billboard Magazine's* "Hot 100" chart (see Exhibit L) and is currently #2 on Billboard's "Adult Contemporary" chart, #23 on Billboard's "Hot 100 Singles Sales" chart and #62 on Billboard's "Hot 100" chart. (See Exhibits M, N, and O) The album cover and the liner notes for *Music of My Heart* are attached hereto as Exhibit P.

- The soundtrack album for the motion picture *Pokémon: The First Movie*, which was released on November 9, 1999, currently is #8 on the "Billboard 200" chart for top-selling albums (see Exhibit Q), and includes the song entitled *Somewhere Someday* performed by the Group. The album cover and the liner notes for *Somewhere Someday* are attached hereto as Exhibit R.

- The soundtrack album for the motion picture *Light it Up*, which was released on November 9, 1999, currently is #19 on the "Billboard 200" chart for top-selling albums (see Exhibit Q), and includes the song entitled *If Only in Heaven's Eyes* performed by the Group. The album cover and the liner notes for *If Only in Heaven's Eyes* are attached hereto as Exhibit S.

- The soundtrack album for the motion picture *Tarzan* currently is #136 on the "Billboard 200" chart for top-selling albums, having reached a peak position of #5 on that chart (see Exhibit Q), and includes the song entitled *Trashin' the Camp* performed by the Group and Phil Collins. The album cover and the liner notes for *Trashin' the Camp* are attached hereto as Exhibit T.

- The album entitled *A Rosie Christmas* currently is #34 on the "Billboard 200" chart for top-selling albums (see Exhibit Q), and includes the song entitled *Love's In Our Hearts on Christmas Day* performed by the Group and Rosie O'Donnell. The album cover and the liner notes for *Love's In Our Hearts on Christmas Day* are attached hereto as Exhibit U.

4.    Significantly, the credits for the songs performed by the Group on these albums prominently reference RCA as the Group's record company:

- The credits for *Music of My Heart* state that "NSYNC APPEAR COURTESY OF BMG ENTERTAINMENT/TRANS CONTINENTAL RECORDS" and reflect that the sound recording copyright for *Music of My Heart* is owned by Sony Music Entertainment Inc., RCA Records and BMG Ariola Muchen GmBH. (Exhibit P)

- The credits for *Somewhere Someday* state that "NSYNC appear courtesy of BMG Ariola Hamburg GmbH and The RCA Records Label." (Exhibit R)

- The credits for *If Only in Heaven's Eyes* state that "'N SYNC appears by arrangement of BMG-Ariola Muenchen GmbH, RCA Records, TransContinental Records, Inc. and Zeeks, Inc." (Exhibit S)

- The credits for *Trashin' the Camp* state that "N Sync appears courtesy of The RCA Records Label." (Exhibit T)

In a declaration executed on November 17, 1999, the Group Members' attorney, Adam Ritholz, misstates the content of the credit provided in connection with the songs performed by the Group on these albums. Although Mr. Ritholz claims that the Group's own company, Zeeks, Inc. ("Zeeks"), receives credit along with BMG Ariola, RCA, and Trans Continental, for the songs appearing on the soundtrack albums *Music of the Heart*, *Pokémon*, and *Light it Up* (Declaration of Adam Ritholz, executed on November 17, 1999, ¶ 21), a review of the credits clearly shows that Zeeks only receives credit for one of the songs – *If Only in Heaven's Eyes*.

5.    In addition, the Group's self-titled album, released by RCA in March 1998, currently is #62 on the "Billboard 200" chart for top-selling albums (see Exhibit Q), and the Group's album entitled *Home for Christmas*, released in late 1998, currently is #1 on Billboard's "Top Pop Catalog Albums" chart, as it was last week. (Exhibit V) In addition, the Group's

-5-

single *(God Must Have Spent) a Little More Time on You* currently is #16 on Billboard's "Adult

Contemporary" chart (Exhibit M), Alabama's rendition of that same song featuring the Group

currently is #22 on Billboard's "Top Country Singles Sales" (Exhibit W), and Blaque's single

*Bring It all to Me* featuring the Group was #5 on Billboard's "Top 40 Rhythm-Crossover" chart

three weeks ago. (Exhibit X)  This shows that the Group's current records continue to enjoy

strong sales and popularity, with every indication that these records have a considerable life-span

ahead of them.  Indeed, the Group today is on the records charts with eight separate recordings at

the same time – a remarkable feat.  The Group's immense popularity is confirmed by the fact that

it recently was ranked #25 on the "Lycos 50" list of the most-searched names or places on that

Internet portal and was the #3 musical act on that list.  (See Exhibit Y)

      6.      Defendants have made recent statements to the press that demonstrate that the

Group Members contrived a basis for terminating their contracts as a strategy to attempt to obtain

an early renegotiation of their contracts.  Among those statements are the following:

- In a November 4, 1999 television interview with WFTV-TV (ABC) Channel Nine in Orlando, Florida (a copy of a transcript of that interview prepared by Video Monitoring Services of America, L.P. is attached hereto as Exhibit Z), the Group's manager, Johnny Wright, stated in pertinent part that "when you become successful and you bring success to that company, it's time for a re-negotiation."

- A November 4, 1999 article in the *New York Post* (a copy of which is attached hereto as Exhibit AA) sets forth defendants' position that they had the right to terminate the Exclusive Recording Agreement because Trans Continental failed to secure a U.S. distributor and concludes as follows: "*Ritholz* [the Group Members' attorney] *and the teen sensations say the distribution agreement is not the real issue.*"  (Emphasis added).

-6-

7.     In addition, the Group Members' belated complaints about their arrangement with BMG are belied by their own actions and statements which evidence that they were thrilled to obtain a contract with BMG, one of the world's major record labels. Among the statements made by the Group Members are the following:

- In a May 7, 1999 article in the *Knoxville News-Sentinel* (a copy of which is attached hereto as Exhibit BB), defendant Lance Bass stated that "America was not ready for this type of group . . . and we were not going to get near as good of a record deal here as in Germany, so we went with the better deal."

- In a July 11, 1997 article in *Nation*, a copy of which is attached hereto as Exhibit CC), defendant J.C. Chasez, in response to a question about what the Group did after signing the Exclusive Recording Agreement, stated that "[b]asically we screamed our heads off. We were running around like chickens with their heads cut off. They brought us straight over to Germany and welcomed us with open arms and really embraced us. They made us feel at home 100 per cent."

8.     BMG and its RCA Label will suffer irreparable injury to their reputation, influence and competitive strength if Zomba is permitted to misappropriate the 'N Sync Mark because the association between a record company and its recording artists is the essence of its identity and strength. This irreparable harm is recognized by a September 13, 1999 article in the *New York Daily News* (a copy of which is attached hereto as Exhibit DD), which states that:

> BMG has much to lose if the five-man band – whose hit singles include "Tearing Up My heart" – flees. 'N Sync now records for BMG label RCA, which has relied on the group to help pull it out of a major slump. While RCA's other leading acts include another teen sensation, Christina Aguilera, and popular rock act the Dave Matthews Band, the loss of 'N Sync would be a heavy blow.

## **Conclusion**

For the reasons set forth above, as well as those in Plaintiffs' other papers, I respectfully request that Plaintiffs' motion for a preliminary injunction be granted.

Executed this _22nd_ day of November, 1999 in New York, New York.

_____
STEVEN M. HAYES



**Are Tourists Really Obnoxious?**

Become one and find out.  Expedia.com Fare Tracker

## INFORMATION

Send me email when this artist changes their schedule



### 'N Sync

12 items, All dates shown

| Date | City | State | Venue |
|------|------|-------|-------|
| 11/26/99 | Las Vegas | NV | MGM Grand Garden |
| 11/27/99 | Las Vegas | NV | MGM Grand Garden |
| 11/28/99 | Reno | NV | Lawlor Events Center |
| 11/29/99 | Oakland | CA | Oakland Arena |
| 11/30/99 | Sacramento | CA | ARCO Arena |
| 12/03/99 | Fargo | ND | Fargodome |
| 12/04/99 | Winnipeg | MB | Winnipeg Arena |
| 12/07/99 | Calgary | AB | Canadian Airlines Saddledome |
| 12/10/99 | Edmonton | AB | Skyreach Centre |
| 12/30/99 | Honolulu | HI | Blaisdell Center |
| 12/31/99 | Honolulu | HI | Blaisdell Center |
| 01/01/00 | Honolulu | HI | Blaisdell Center |



Copyright © 1998 Pollstar, Inc. All rights reserved.   Top of Page   Send eMail   F.A.Q.

About Pollstar   Help



CLICK HERE

Some of the dates listed may not yet be on sale. Dates may change without notice.
*Sorry, we do not have any ticket information in regards to these events.*
Having problems? Questions? Check out our Frequently Asked Questions for an answer.
For information about hard copy subscriptions and other services, check out the Hardcopy issue.

3RD STORY of Level 1 printed in FULL format.

Copyright 1999 BPI Communication, Inc.
BPI Entertainment News Wire

November 15, 1999, Monday

SECTION: Entertainment News

LENGTH: 806 words

HEADLINE: MUSIC NOTES

BYLINE: From Billboard

BODY:
   Longtime Blues Traveler manager Dave Frey has resigned his post. Frey, who
has handled the band for almost a decade and who co-founded the H.O.R.D.E. tour
with Blues Traveler leader John Popper in 1992, says, "My time with Blues
Traveler has run its course. Our parting is totally amicable, and I will do
everything in my power to make their transition to another management company an
easy one." Frey, who expects to wrap up his business with the band by year's
end, will continue to manage Cheap Trick through his company, Silent Partner, as
well as serve as co-producer of the Aspen Artist Development Conference.

'N Sync will perform at the Jan. 30 Super Bowl at Atlanta's Georgiadome with
special guest Phil Collins, along with a third act yet to be determined.

Aerosmith, Buckcherry, and Mr. Big will rock Japan's Osaka Dome into the new
millennium when the three bands appear there Dec. 31.

Kenny Loggins has signed with Sterling/Winters Co. for management. Among the
upcoming activities set for Loggins are a new album of children's songs, a TNN
December special, and co-composing and performing the end titles for Disney's
"The Tigger Movie."

Tower Records has introduced the Elton 2000 candle, the latest in Elton John's
line of charity candles whose sale benefits the Elton John AIDS Foundation.

Gary Cherone, lead singer of Van Halen for slightly longer than a minute, has
parted ways with the band. He helmed the commercially disappointing "Van Halen
III" project.

There's enough suspense at the top of The Billboard Hot 100 to keep us all
guessing until next week. Will Santana still be "Smooth" enough to be No. 1 next
issue and have sole ownership of the longest-running chart-topper of 1999, or
will Brian McKnight glide past the veteran Latin rock group and put the Motown
label "Back At One"? While we're waiting for this cliffhanger to resolve itself,
Santana will have to be content with being in a three-way tie for the longest
reign at No. 1 this year. "Smooth" (Arista) is in its fifth frame on top, tied
with Ricky Martin's "Livin' La Vida Loca" and Jennifer Lopez's "If You Had My
Love." It doesn't take a chart buff to recognize that three Latin acts have the
longest-running No. 1 titles of '99. If "Smooth" is No. 1 for a sixth week, it
will be the first chart-topper to rule for six weeks since the final No. 1 of

1998, "I'm Your Angel" by R. Kelly & Celine Dion. Meanwhile, McKnight will have a nail-biting seven days to see if he can collect his first No. 1 on the Hot 100. While "Back At One" has been.his highest-ranking solo single ever since it hit the top 10, this current release has now passed the No. 3 peak of the song that introduced him to the Hot 100: "Love Is," a duet with Vanessa Williams in 1993. If "Back At One" is No. 1 next issue, it will be the first Motown chart-topper since "4 Seasons Of Loneliness" by Boyz II Men, which had a one-week run Oct. 4, 1997, just before Elton John debuted at No. 1 with "Candle In The Wind 1997."

For an authentic journey into the heart and soul of country music, take a look at Marty Stuart's new book, "Pilgrims: Sinners, Saints & Prophets" (Rutledge Hill Press). This work belongs in the home of every country music lover. What makes this book a treasure are his photographs and reminiscences of artists ranging from Johnny Cash to Jerry Lee Lewis to Travis Tritt; of country fans; of songwriters such as Max D. Barnes; and of famous buses and boots. Stuart first went on the road with Lester Flatt when he (Marty) was 3 or 4 years old, as he tells it, and his mother gave him a camera. He's been documenting life on the road ever since.

Here come the Y2K country songs. Chad Brock has recorded an updated version of Hank Williams Jr.'s "A Country Boy Can Survive" for Warner Bros. Williams and George Jones also appear on the record. And, three anonymous musicians have joined together as the New Millennium All-Star Band to record "Why Oh Y2K." The song, interestingly, is available only on the Internet, at littleharpeth.com. The group's lead singer, who calls himself Puffy D., says that if the song does nothing else, it will be the only country song that includes the words Mennonite, Al Gore, and Armageddon. Also, George Strait and Alan Jackson have recorded a duet of Larry Cordle & Lonesome Standard Time's song "Murder On Music Row" for Strait's upcoming hits album.

Limp Bizkit will be among acts appearing on the upcoming album "A Tribute To Jacksonville, Fla.," to be issued by the Jacksonville-based Attitude Records. The album features acts performing songs written by Lynyrd Skynyrd, .38 Special, and other famous residents of the city. Proceeds benefit the North Florida Music Assn., a service organization dedicated to preserving and promoting the area's live music scene.

LANGUAGE: ENGLISH

LOAD-DATE: November 16, 1999

2ND STORY of Level 1 printed in FULL format.

Copyright 1999 American Banker, Inc.
The American Banker

November 1, 1999, Monday

SECTION: CARDS; Pg. 13

LENGTH: 490 words

HEADLINE: Visa Pushes Sponsorship Role to Next Stage: Broadway

BYLINE: By MIRIAM KREININ SOUCCAR

BODY:

Aiming to expand its sponsorship repertoire beyond sporting events, Visa
U.S.A. has cut deals that make it the "official" card of Broadway theatrical
productions.

Visa has signed three-year contracts with four Broadway organizations, which
have agreed to designate Visa as the preferred card of various stage events in
New York and other tour cities. . The deal makes Visa the only card brand
accepted at the annual Tony Awards.

Visa's other sponsorships are with sports organizations: the Olympic Games,
the National Football League, National Association of Stock Car Racing, and the
Triple Crown horse races.

Visa says it plans to give the Broadway program equal resources and attention
as its sports sponsorships. Plans include national advertising, consumer
promotions, on-line programs, Visa branding on tickets, and point of sale
visibility and prompting. Visa cardholders will be able to buy tickets to
certain shows before other people.

Visa said it was looking to add a "major entertainment property" to its
roster to tap into new markets.

"Through this program, we're going to help our banks reach new audiences,"
said Michael Lynch, vice president of event sponsorship marketing at Visa.
"Nearly every place a consumer comes into contact with the Broadway industry, we
plan to be there."

The organizations involved in the deals are: the League of American Theatres
and Producers Inc., a national trade organization for the Broadway industry; the
American Theatre Wing, an educational arm of the industry; SFX Entertainment's
Broadway Theatre business, a national Broadway producer; and Tony Award
Productions.

According to the League of American Theatres and Producers, about 30
million people a year go to see Broadway shows and national touring productions,
and box office receipts top $1.3 billion annually.

The American Banker, November 1, 1999

These numbers pale in comparison to some of Visa's other marketing venues. The Super Bowl alone draws 130 million television viewers in the United States and 800 million worldwide. This year, a 30-second commercial in the broadcast cost $1.6 million, and Visa bought two.

Though Broadway may have less mass-market appeal, the audience tends toward affluence. In New York, 39% of theatergoers have family incomes over $100,000 a year, according to the league.

This demographic should help Visa target wealthy cardholders, who have traditionally relied more on American Express Co., said Steven J. Smith, president of S.J. Smith & Associates, a consulting firm in Scarsdale, N.Y.

"This is more of a family-oriented, maybe older and more upscale market then some of the sporting properties," Mr. Smith said.

Mr. Lynch of Visa said some banks may want to "get behind this property for their premium card business," but that Visa's aim is to "provide added value to Visa cardholders across the country."

Copyright c 1999 American Banker, Inc. All Rights Reserved.
http://www.americanbanker.com

LANGUAGE: ENGLISH

LOAD-DATE: November 1, 1999

4TH STORY of Level 1 printed in FULL format.

Copyright 1999 Chicago Sun-Times, Inc.
Chicago Sun-Times

November 11, 1999, THURSDAY, Late Sports Final Edition

SECTION: FTR; Pg. 46

LENGTH: 549 words

HEADLINE: Networks will party, ponder as 1999 ends

BYLINE: BY DAVID BAUDER

DATELINE: NEW YORK

BODY:
   America's top television networks have different styles in mind to celebrate passage into 2000.

   ABC News is spending more than $ 5 million on a 24-hour broadcast anchored by Peter Jennings from Times Square to begin at 4 a.m. (Chicago time) on Dec. 31. Although top-name entertainers will perform, it will be mainly a news show.

   CBS, meanwhile, has turned its New Year's Eve celebration over to its entertainment division and people like David Letterman and Steven Spielberg.

   NBC appears the least interested in Y2K, at least based on time set aside to mark the occasion. The network has largely kept its plans under wraps.

   ABC News has spent more than $ 20 million compiling a documentary series, The Century, along with a companion coffee-table book co-written by Jennings.

   "If all we did was cover fireworks and balls dropping, it wouldn't be a very useful enterprise," said Tom Yellin, executive producer of ABC's Year 2000 coverage. "But if we use it as a chance to take a snapshot of the world at this particular time -- where we've been and where we're going -- then we're journalists again. And we view this as a huge journalistic opportunity."

   Jennings' base is ABC's new studio in Times Square. The network is dispatching people all over the world -- Diane Sawyer to New Zealand, Barbara Walters to Paris, Charles Gibson to London. Competition was fierce for warm-weather assignments.

   Billy Joel, 'N Sync, Aretha Franklin, Sting, Ray Charles, Neil Diamond and others will perform. The news division's dominance over the celebration has reportedly miffed Dick Clark, whose annual New Year's role on ABC was reduced.

   More than half of 506 adults polled by ABC this summer said they were planning to stay home on New Year's Eve, so the network hopes for a big audience.

   "I think people before the day will be bored to tears by this," Yellin said.

"But on the day, I believe there's going to be a unique feeling in the air, and this broadcast will be the place to experience that with the rest of the world."

News is largely being left out of the party at CBS, except for brief cut-ins or special reports. CBS' reporters are instead concentrating on the days leading up to New Year's Eve, including a Dec. 27 collaboration with Time magazine on "People of the Century."

CBS plans a Letterman special at 7 p.m. New Year's Eve, then a one-hour music special. The network has broadcast rights to the White House-sponsored "America's Millennium Gala," a 2 1/2-hour entertainment special produced by Quincy Jones and including a brief Spielberg film on this century's highlights.

"The Early Show" will originate from Sydney on Dec. 31, coinciding with midnight there. CBS will also report from Taveuni, an island in Fiji, where one side of the island celebrates the new year 24 hours before the other, said Linda Mason, CBS spokeswoman.

ABC and CBS planners say they haven't run into many people from NBC in their preparations, leading them to believe their rival is downplaying the event.

NBC News has scheduled a two-hour special at 8 p.m. on Dec. 31 that will be "celebratory in nature," said Beth O'Connell, NBC executive producer for special events. Jay Leno comes on at his usual time after local news, with a show that will be combined with news reports.

GRAPHIC: Dick Clark reportedly is peeved that this year ABC is scaling back his Times Square countdown of the year's final seconds. ;  Associated Press

LANGUAGE: English

LOAD-DATE: November 11, 1999

1ST STORY of Level 1 printed in FULL format.

Copyright 1999 DR Partners d/b/a Las Vegas Review-Journal
Las Vegas Review-Journal (Las Vegas, NV)

November 12, 1999 Friday  FINAL EDITION

SECTION: J; Pg. 26J

LENGTH: 401 words

HEADLINE: Billboard Music Awards features popular stars

BODY:
Popular singers Ricky Martin, Britney Spears, Jennifer Lopez and the Red Hot Chili Peppers will perform at the 10th annual Billboard Music Awards in Las Vegas on Dec. 8.

   Other performers scheduled to appear on the show include 98 Degrees, Christina Aguillera, Mary J. Bilge, Blink 182, Juvenile, 'N Sync, Aerosmith and Emmylou Harris.

   Tickets for the event are priced at $ 35 and $ 55 and are available at Ticketmaster locations or by calling 474-4000.

   The ceremony will be presented live on Fox television from the MGM Grand Garden beginning at 5 p.m. The presentation will be shown on tape delay to the West Coast at 8 p.m. on KVVU-TV, Channel 5.

   Martin has been unstoppable on the charts since his  performance of his song 'La Copa de la Vida' at the 1999 Grammy Awards. 'La Copa de la Vida,' the official song of the World Cup France 1998, has been a No. 1 single in more than 30 countries.

   Garnering multiple awards, including a Grammy for Best Latin Pop Performance, and international recognition, Martin has sold 15 million records worldwide.

   Spears has been performing since she was a young girl _ studying dancing and singing her way across New York _ while waiting to turn 11 in order to officially join the Mickey Mouse Club.

   When she was 15 she recorded her first album, '... Baby One More Time.' Since it's debut in January 1999, Spears has become one of the most recognized names in pop music. The album has gone platinum multiple times.

   Lopez, who performed as an actress  in 'Selena' and 'Out of Sight,' broke into the music scene this year with her debut album, 'On The 6.' 'If You Had My Love' spent five weeks at No. 1 on The Hot 100 Chart. Her music celebrates the popular Latin music genre in a unique fashion she calls 'Latin Soul' _ Latin tinged with hop hop-driven rhythms.

   The Red Hot Chili Peppers have been making albums for over 10 years.  In 1989 they gained recognition for their cover of the Stevie Wonder song 'Higher

Las Vegas view-Journal (Las Vegas, NV) November 12, 1999 Friday

Ground,' but it was their first album with Warner Bros., 'Blood Sugar Sex Magik,' and the singles 'Give it Away' and 'Under the Bridge' that broke through from alternative into the mainstream music charts.

Their 1999 release, 'Californication,' has gone double platinum in the United States. The single 'ScarTissue' has already set an all-time Billboard record for spending 16 weeks at No. 1 on The Modern Rock Track Chart.

LANGUAGE: ENGLISH

LOAD-DATE: November 15, 1999

2ND STORY of Level 1 printed in FULL format.

Copyright 1999 Dayton Newspapers, Inc.
Dayton Daily News

November 10, 1999, Wednesday, CITY EDITION

SECTION: TELEVISION, Pg. 5C,

LENGTH: 530 words

$\mathcal{E}$

KICKR: CHANNEL HOPPING

HEADLINE: ABC'S GAME SHOW MAKES A TRIUMPHANT RETURN

BODY:
   When ABC's Who Wants to Be a Millionaire? game show was a late-summer hit, the skeptics wondered how it would do against some real competition.

   The answer: Quite nicely, thank you.

   Sunday night's hour-long episode drew an estimated 26 million viewers, more than on any night during its midsummer run, despite competing against the season premiere of The X-Files and two miniseries.

   ''It's fun here again,'' said Larry Hyams, vice president of audience analysis at ABC, which has struggled so far this fall season.

   Who Wants to Be a Millionaire? was helped considerably because it was immediately preceded by Annie, which drew a higher rating Sunday than any Disney movie since Cinderella two years ago, Hyams said on.

   But Millionaire also pulled in a significant number of young men who hadn't been watching Annie and cut into the audience for The X-Files, according to Nielsen Media Research.

   Millionaire had a 15.2 rating and 22 audience share, with The X-Files second at 10.5 and 15, Nielsen said. A ratings point represents 1,008,000 households, and the share is the percentage of in-use TVs tuned to a given show.

   The flashy game show, with Regis Philbin as host, is being broadcast 15 straight nights on ABC during the November ''sweeps,'' when ratings are watched closely to set advertising rates.

   This summer, its audience built from 9.9 million viewers on its first airing to 22.4 million viewers during the last episode aired.

   The good news for game shows extended to Fox, which nearly doubled its average audience on Thursday nights with the two-hour premiere of Greed, a thinly disguised knockoff of Millionaire.

   Fox had been averaging 5.3 million viewers on Thursday nights this fall, and Greed sent those numbers soaring to 9.9 million.

''I don't know if game shows are going to work week in and week out, but it still sort of feels like an event,'' said David Nevins, executive vice president of prime-time programming at Fox. ''The appetite has not been sated by it yet.''

OH, CHRISTMAS TREE

NBC makes the holidays bright with the second annual live, national telecast of the festivities surrounding the 67th lighting of the world's most famous Christmas tree, in Christmas in Rockefeller Center, a one-hour special to be telecast Dec. 1 (8-9 p.m.). The special will be hosted by NBC's Matt Lauer and co-hosted by Brandy, who will also perform, as will musical guests Enrique Iglesias, Britney Spears and 'N Sync. Also performing will be Rosemary Clooney, the Broadway cast of Saturday Night Fever, Olympic ice skating champion, Scott Hamilton, and the dazzling Radio City Music Hall Rockettes.

Although the first televised tree lighting was in 1951 on The Kate Smith Show, the special will mark only the second time that the network has broadcast the lighting of Rockefeller Center's Christmas tree in a live, televised special, a new tradition which began last year.

A 'PARTRIDGE' FRIDAY

To commemorate the 30th anniversary of one of television's classic series, Fox Family Channel will air a 10-episode Partridge Family marathon Friday, 6-11 p.m. These episodes will feature such special guest stars as Rob Reiner, Jodie Foster, Richard Pryor and Lou Gossett, Jr.


NOTES:
- Compiled by Jennifer Peterson with wire services

GRAPHIC: COLOR PHOTO CAPTIONS: REGIS PHILBIN: Host of "Who Wants to Be a Millionaire?"

LOAD-DATE: November 11, 1999

F

# Use the search engine that learns



🔄 **hit it!**

**home   listings   search   remind   lineups   TV news   personalize**   **clickTV**

feedback   about   help

---

Return



**go back**

## Wednesday, November 24

---

8:00 pm   **Celine Dion: All the Way**
The Canadian chanteuse is joined by singer Gloria Estefan and music group
'N Sync as she performs at Radio City Music Hall in New York.
Closed Captioned, In Stereo, Network-CBS

2: WCBS 2
(CBS)

---



---

Copyright © 1997-9 Student.Net Publishing, LLC. Read the Usage Agreement.

clickTV and "we tell the Web what's on TV" are trademarks
and/or service marks of TVData Technologies, LP

2ND STORY of Level 1 printed in FULL format.

Copyright 1999 Business Wire, Inc.
Business Wire

November 2, 1999, Tuesday

DISTRIBUTION: Entertainment/Lifestyle Editors

LENGTH: 779 words

HEADLINE: Steven Spielberg, Kate Capshaw, Rene Russo, Wendy's Founder Dave
Thomas and Musical Performances by LeAnn Rimes and 'N Sync Join for "A Home for
the Holidays," a Special Hour of Television Airing Thursday, Dec. 23, on CBS

DATELINE:  LOS ANGELES

BODY:
    Nov. 2, 1999--

Candice Bergen, Scott Hamilton and Ray Liotta to Present Stories of Adoption in
the Lives of Americans; LeAnn Rimes, 'N Sync and Brian McKnight to Perform in TV
Special Presented by Dave Thomas Foundation and Children's Action Network

As most Americans prepare to celebrate with their families this holiday season,
more than 110,000 children and young adults across the nation -- all waiting to
be adopted -- will have no such plans. But there is hope. Through the efforts of
compassionate people, some of these young people will be joining families to
celebrate the holidays -- families they can finally, and permanently, call their
own.  These remarkable stories of compassion and commitment will be presented in
a rare hour of television, "A Home for the Holidays," a CBS television special
airing Thursday, Dec. 23, 1999, at 8 p.m. (ET/PT). The special is co-presented
by the Dave Thomas Foundation for Adoption and Children's Action Network, and
produced by Triage Entertainment and Goldsmith Entertainment.  Bringing together
many of America's best-known entertainment, political and social figures, as
well as some extraordinary "ordinary" American citizens, "A Home for the
Holidays" looks at the joys, rewards and success stories of adoption, one of the
nation's most pressing and underreported social crises.  Told through the
personal trials and tribulations of five different American families, "A Home
for the Holidays" will explore the complexities of "instant families,"
single-parent adoptions, empty-nester adoptions and teenage adoptions.
Celebrities, such as child advocate Rene Russo and adoptive parents Steven
Spielberg and Kate Capshaw, will present these stories, while others will share
the challenges of being adopted themselves.   The hour will also include
special musical performances by LeAnn Rimes, Brian McKnight and 'N Sync.  "This
television special is an opportunity for all Americans to discover the joys of
adopting children," said Dave Thomas, founder of the Dave Thomas Foundation for
Adoption, which is co-presenting the special. "I hope this special motivates
more people to consider adoption -- that is our goal. Every child deserves a
loving permanent family." "This special is about the hundreds of thousands of
children and young people who are looking for a family to call their own and to
celebrate the many success stories yet to come," stated Jennifer Perry,
executive director of Children's Action Network, the special's co-presenter.
The Dave Thomas Foundation for Adoption was established in 1992 by Wendy's

Restaurant founder Dave Thomas, who is an adopted child. Recently, Dave Thomas, along with U.S. Postmaster General Bill Henderson, unveiled a postage stamp celebrating adoption. The stamp will be issued next May.  Children's Action Network (CAN) was founded in 1990 by leaders in the entertainment industry to harness the power of the entertainment media on behalf of children. The "A Home for the Holidays" special is part of CAN's National Adoption Campaign to raise awareness of the joys of adopting and to find homes for the children who are waiting.  Triage Entertainment, formed in 1997, is the producer of numerous award-winning original series and specials for network, cable and first-run syndication, including CBS, NBC, ABC, UPN, HBO, Lifetime, Disney Channel and Showtime.  Goldsmith Entertainment, under the aegis of producer Karen Mack, has produced television and film projects ranging from the Emmy and Golden Globe-winning television movie, "One Against the Wind," to the critically acclaimed ABC movie-of-the-week "Dalva," to feature films for directors such as Martha Coolidge and Phil Alden Robinson.  "A Home for the Holidays" is sponsored by Wendy's Old-Fashioned Hamburgers Restaurant as part of the company's commitment to family television programming.


CONTACT: Children's Action Network
                Jennifer Perry, 310/470-9599
                or
                Wendy's/Dave Thomas Foundation
                Denny Lynch, 614/764-3413
                or
                Bumble Ward & Associates
                Bumble Ward or BeBe Lerner, 323/655-8585

Today's News On The Net - Business Wire's full file on the Internet

with Hyperlinks to your home page.

URL: http://www.businesswire.com

LANGUAGE: ENGLISH

LOAD-DATE: November 3, 1999

2ND STORY of Level 1 printed in FULL format.

Copyright 1999 Sentinel Communications Co.
THE ORLANDO SENTINEL

November 17, 1999 Wednesday, METRO

SECTION: A SECTION; Pg. A2

LENGTH: 641 words

HEADLINE: SINGING WITH MARLEY? NO PROBLEM, MON

BYLINE: By Leslie Doolittle, Sentinel Columnist

BODY:
   Reggae queen Rita Marley graced Orlando with another visit Tuesday - this time to promote the release of Chant Down Babylon, a tribute to her late husband, Bob Marley.

   The idea for the album came from the reggae star's son Steven, who co-produced the CD, which features stars such as Steven Tyler of Aerosmith and Busta Rhymes singing along with their favorite Marley tracks.

   "Steven had a dream about his father dancing to 'Guiltiness,"' said Rita Marley, who signed CDs at Universal CityWalk's Bob Marley - A Tribute to Freedom restaurant. "So then the concept is highly spiritual and commercial - using all the top R&B artists. It's fabulous. They are all children of God."

   How did they figure out which artist would perform which song?

   "We asked them which is their favorite. Everyone has a heart and a feeling," Marley said. "It's really very deep and genuine."

   Conquering America

   Marley said hearing her husband sing with current stars made her feel "like a mission accomplished."

   "One of Bob's desires was to get the attention of America. He was so popular in Europe and the rest of the world, but in America, we weren't really rapping to their tunes," Marley said. "It's fantastic to see Lauryn singing to Bob," she said referring to her superstar daughter-in-law, Lauryn Hill. "Spiritually, Bob is very active. Wherever he is, God is, and he is well pleased."

   How to save Gary Coleman

   Talk about your Diff'rent Strokes: Gary Coleman, millionaire child star turned bankrupt and trouble-plagued 31-year-old, is turning to the Internet to ease his financial woes. He's hosting the Gary Coleman Celebrity Web-a-Thon for two weeks soliciting donations to his favorite cause: him.

   This is so bad it's good: the UnderGround Online - at webathon.ugo.com - will feature an auction of such dandy items as an autographed spatula and his 4-foot

Orlando Sentinel Tribune, November 17, 1999

8-inch pinstriped suit.

You can be the proud owner of Gary Coleman votive candles (Think of what Martha Stewart's stock would have done had she thought of that one.), Gary Coleman Commemorative Plates featuring Gary and Nancy Reagan and "Save Me" T-shirts.

Wait there's more! You can care for a Gary Coleman-style Giga-pet, keeping him alive through kidney dialysis.

The feeling is mutual

'N Sync, in New York to tape a Rosie O'Donnell Show appearance Monday, wound up at Will Smith's Willennium launch party at Planet Hollywood. We hear the guys, who are all fans of Smith, were quite surprised to learn the rapper/film star is a fan of theirs.

What sort of move was it?

Nicole Kidman broke a rib dancing in her latest film, Moulin Rouge. Variety says the shoot has shut down till she's better.

Attention starved

Matt Drudge says the Fox News Channel may fire him for refusing to go on his show Drudge Saturday because execs wouldn't let him show a picture of a fetus' hand reaching out of the womb during surgery.

Fox execs blocked it saying it was misrepresentation because Drudge wanted to use it to promote his views against partial-birth abortions. Drudge claims it was censorship and a violation of his rights.

I say it's a pathetic cry for attention from a show that has seen ratings plummet 17 percent since last year and 33 percent from the beginning of 1999. Let's all tune in this week to see what happens! NOT.

Short takes

Coming Attractions: ABC is working to extend the success of Who Wants to Be a Millionaire by adding three more installments to the schedule at 8 p.m. next Monday, Tuesday and Wednesday. ... Tim Allen will star in and produce a Disney film about a man who hires a comedian to help break through his son's sadness ... ER's Noah Wyle will star in two upcoming feature films: Dick and Jane, a romantic comedy, and Capitol Offense, a political thriller about an innocent man who finds himself in an assassination plot against the president.

GRAPHIC: PHOTO: Still jammin'. Bob Marley's widow, Rita, shows that the reggae singer's spirit lives on with 'Chant Down Babylon,' which has current stars singing with original recordings.  universal studios escape; PHOTO: Where there's Will. Will Smith kicks off the sale of 'Willennium' with a party Monday at Planet Hollywood New York. PLANET HOLLYWOOD

LANGUAGE: ENGLISH

COLUMN: NAMES & FACES

Orlando Sentinel Tribune, November 17, 1999

LOAD-DATE: November 17, 1999

4TH STORY of Level 1 printed in FULL format.

Copyright 1999 Gannett Company, Inc.
USA TODAY

November 12, 1999, Friday,  FINAL EDITION

SECTION: LIFE;  Pg. 14E

LENGTH: 184 words

HEADLINE: CRITIC'S CORNER

BYLINE: Robert Bianco

BODY:
    * Big-name sweeps guest alert: Famous stars provide behind-the-scenes
voices for TV's top cartoons this weekend. King of the Hill
(Fox, Sunday, 7:30 p.m. ET/PT) features the vocal talents
of Meryl Streep and the Dixie Chicks, while The Simpsons
(Fox, Sunday, 8 ET/PT) has guest stints by Ron Howard
and Penn & Teller.

    * Prefer to actually see your big-name stars? 'N Sync and Charlotte
Church appear in a Touched by an Angel (CBS, Sunday,
8 p.m. ET/PT) that finds Monica yearning for an angelic singing
voice.

    * Ric Burns (brother of Ken Burns) arrives on PBS with an epic
of his own, New York: A Documentary Film (Sunday,
9 p.m. ET/PT, times may vary). This series, which traces the story
of America's largest city and cultural center from the 17th century
to the present, is broken into six two-hour parts. Five run on
consecutive nights, while the sixth arrives in spring -- which
is a lot of Big Apple to swallow. I love New York, so I say this
with all affection, but only New Yorkers would think the rest
of America is waiting for a 12-hour history of their city.

GRAPHIC: PHOTO, Color, Monty Brinton, CBS; 'Touched by an Angel': Charlotte
Church, right, with Roma Downey

LANGUAGE: ENGLISH

LOAD-DATE: November 12, 1999

10TH STORY of Level 1 printed in FULL format.

Copyright 1999 The Washington Post
The Washington Post

October 25, 1999, Monday, Final Edition

SECTION: STYLE; Pg. C01

LENGTH: 934 words

HEADLINE: DOING GOOD BY PARTYING WELL; Rock's Leading Lights Make Fireworks at the White House

BYLINE: DeNeen L. Brown, Washington Post Staff Writer

BODY:

Long live the music. Let it live because B.B. King still plays that guitar the way blues and electricity run through his fingers. Because Eric Clapton is the greatest living rock guitarist. Because Sheryl was once a music teacher and they called her Miss Crow. Let it live because Al Green--the Rev. Al Green--got the holy ghost. Because Lenny Kravitz is so fine in his leather and Afro, singing vintage rock-and-roll.

Let it live because the thrill isn't gone, and the White House believes in rock-and-roll, and can jam, and did so at Saturday afternoon's Concert of the Century. The concert on the South Lawn, a year in the making and presented by cable TV's VH1, brought together some of the greatest performers of the past 40 years to "save the music" in public schools.

The VH1 Save the Music Foundation has sponsored instrument donation drives, supported teachers who have fought to keep music programs alive in schools, and raised millions of dollars to organize and save music programs in big-city schools across the country. Last year President Clinton, the rock-and-roll president who has said he was inspired by Elvis Presley, donated one of his own saxophones to a student in a District school, and first lady Hillary Rodham Clinton issued a call to help bring, and save, music and arts education for schoolchildren.

A long list of stars came to town Saturday to play the music and save the music.

Stretch limos lined up along Pennsylvania Avenue, which is usually closed to traffic. Local teenagers watched the show live on cable at 4 p.m. and then gathered outside the White House, trying to steal a look at the stars. But there were no star sightings.

Still, the fans held out hope. They pressed their faces to the cold iron gates and called names. The White House glowed from a distance, as if it were

having a house party.

Near the Rose Garden, music legends, actors and actresses, members of Congress, video program staffers and teachers gathered under a big white tent that should have melted from the force of the music.

"All of us here have the same goal: to put music back into our schools," Hillary Clinton said. Thanks to VH1's campaign, the first lady said, "so many children have instruments to play and the confidence to go as far as their talent and dreams will take them."

Clapton opened the show with a sultry rendition of "Ramblin' on My Mind." Then Grammy winners Clapton and Kravitz teamed up for "All Along the Watchtower." Kravitz went on to perform "Fly Away."

A long list of music and acting greats followed. They included rock giants John Fogerty and John Mellencamp; Gloria Estefan and 'N Sync, who performed with students from the East Harlem Violin Program; country star Garth Brooks in a big blue hat and jeans; Melissa Etheridge; and the Paul Shaffer Band, which seemed able to back up anybody.

They each were introduced by a Hollywood star: Angela Bassett, Robert De Niro, Calista Flockhart, Gwyneth Paltrow, Sarah Jessica Parker, Keri Russell, Kevin Spacey and Meryl Streep.

The actors didn't seem to be acting when they looked into the cameras and thanked their music teachers for teaching them patience and rhythm, and egging them on. A brown-haired Paltrow said dreamily, "When I think back on my education, I'm right back in class . . ." Estefan thanked teacher Roberta Guaspari and her students from the East Harlem Violin Program, saying: "Saving music is not about one concert. It is an ongoing story we can't afford to end."

Despite all this goodwill under one tent, the show never turned saccharine even when music's best joined hands at the show's end and sang, "This land is your land, this land is my land."

Earlier, Spacey had introduced a legend: "We are honored this evening to have among us not only the president of the United States and a possible senator, but we also have a king. This man not only sings the blues, he is the blues. The thrill is not gone."  .

And B.B. King appeared. It seemed as if his great body had molded itself around his electric guitar all these years. King and Clapton teamed up, singing "The Thrill Is Gone." Afterward, King patted Clapton's shoulder and said, "You get better all the time, young man."

Then King called on Etheridge to join him, and they performed "When Love Comes to Town."

When VH1 President John Sykes thanked the Clintons for their work on behalf of public education, he gave the president a signature B.B. King electric guitar. Clinton again thanked his music teachers. "I don't think I would have become president if it hadn't been for school music." And somehow you believed him.

The Washington Post, October 25, 1999

Clinton, who has turned a space in the White House into a soundproof music room, where he collects music and instruments, also thanked the performers: "We respect and honor them for their talent and for what they have given us tonight. I respect them so much I left my saxophone in the White House."

Clinton, in cowboy boots, rocked like he believed in rock-and-roll, clapping and singing along as Garth Brooks sang "American Pie."

Bye, bye, Miss American Pie.

Drove my Chevy to the levee, but the levee was dry.

An' them good ol' boys were drinkin' whiskey and rye

Singin' "This will be the day that I die, this will be the day that I die."

It was teacher and preacher Al Green who almost brought the tent down, singing a spiritual by the late Sam Cooke. In a champagne-colored raw silk suit, he sang the civil rights anthem "A Change Is Gonna Come."

He sank to his knees. And the crowd rose.

Maybe the music had saved their mortal souls.


LANGUAGE: ENGLISH

LOAD-DATE: October 25, 1999

1ST STORY of Level 1 printed in FULL format.

Copyright 1999 Gannett Company, Inc.
USA TODAY



September 23, 1999, Thursday, FINAL EDITION

SECTION: LIFE;  Pg. 4D

LENGTH: 589 words

HEADLINE: Nashville dances with youth, glamour Veteran performers sound sour notes over pop presence

BYLINE: Michael McCall; Special for USA TODAY

DATELINE: NASHVILLE

BODY:
    NASHVILLE -- Country legend George Jones, nominated for single of the year for Choices, boycotted Wednesday's Country Music Awards because he would have had to perform a shortened version on the telecast.

    So Alan Jackson showed solidarity by inserting a few bars of Choices into his onstage CMA performance, winning a standing ovation.

    Backstage, Jackson explained: "Had George Jones died (in a car crash this year), they would have done a 10-minute tribute to him. But he lived, and they wouldn't give him three minutes for his song."

    Evelyn Shriver, chief of Jones' record label, phoned him at home and reported that he was touched by the tribute. "He was in tears when I called," she said. Jones then thanked Jackson personally.

    This year's awards embraced youth and noncountry hitmakers, leaving Jones and some other old-timers fuming.

    "Too many pop stars," Jones told Nashville's WKDF radio. "They don't belong there. This is not country music."

    Faces from outside country were prominent. The stage of the Grand Ole Opry hosted the five heartthrobs from 'N Sync (Britney Spears was in the audience, and word was she was with 'N Sync's Justin Timberlake). Billy Bob Thornton, Laura Dern and Jewel were on hand, too.

    Country's sirens rose to the occasion with glamorous ensembles, one for arriving and the other for performing.

    Shania Twain made an entrance in a strapless number, then

set tongues wagging with a  :mistrip onstage to Pepto-Bismoi_ink
hot pants and a midriff-baring top designed by Marc Bouwer.

Jo Dee Messina tugged at the top of her strapless gown
onstage as she accepted the Horizon newcomer award. Backstage,
she said someone stepped on her train earlier and pulled her top
down. "Fortunately, it wasn't on camera, but it could have helped
record sales."

The Dixie Chicks arrived in Oscar-worthy ensembles by designer
Pamela Dennis.

The blondes cracked up the audience when Martie Seidelannounced, "Our
manager's home with ammonia."

"She just had her hair dyed," deadpanned Chick Emily Robison.

Twain showed tearful appreciation for her roots while accepting
the award for entertainer of the year. "To watch Conway Twittyand Dolly Parton,
I mean, I think all of us have been inspired
by their music.  . . . I have to meet Dolly after the show
-- she's my biggest inspiration of all time, and she can't leave
the building until I meet her."

Backstage, Twain said of her first CMA honor: "I don't resent
not winning one before. I've seen in the past that many great
artists haven't won before, and I've paid attention to that."

Twain did have one disappointment: Parton had left. "But I'll
meet her someday," she vowed.


<>The winners<>

* Entertainer of the year: Shania Twain

* Male vocalist: Tim McGraw

* Female vocalist: Martina McBride

* Single: Wide Open Spaces, the Dixie Chicks

* Album: A Place in the Sun, Tim McGraw

* Horizon Award: Jo Dee Messina

* Vocal group: the Dixie Chicks

* Vocal duo: Brooks & Dunn

* Vocal event: Vince Gill and Patty Loveless, My Kind of Woman/My
Kind of Man

* Song: This Kiss, Annie Roboff, Robin Lerner, Beth Nielsen Chapman

* Music video: Wide Open Spaces, the Dixie Chicks
* Musician: Randy Scruggs

* Hall of Fame inductees: Johnny Bond, Dolly Parton, Conway Twitty

   USA TODAY country music critic Brian Mansfield correctly predicted
winners in six of seven major categories. (He picked Lonestar's
Amazed for single of the year.)

GRAPHIC: PHOTOS, B/W, Alex Korab, USA TODAY (4); Stepping out: Tim McGraw and
his wife, country fashion plate Faith Hill, arrive Wednesday. She chose a fluffy
sweater and tulle-and-satin skirt. Hollywood South: Billy Bob Thornton, a
presenter on the telecast, shows up with girlfriend Laura Dern. Slick chicks:
Dixie Chicks Martie Seidel, left, Natalie Maines and Emily Robison flash some
skin in outfits by Pamela Dennis.  Entrance: Female-vocalist winner Martina
McBride, who called her young daughter on a cell phone after her win, shines on
the red carpet. Backless: Jo Dee Messina nearly went topless, too, when someone
stepped on her train as she arrived.

LANGUAGE: ENGLISH

LOAD-DATE: September 23, 1999

2ND STORY of Level 1 printed in FULL format.

Copyright 1999 The Houston Chronicle Publishing Company
The Houston Chronicle

October 17, 1999, Sunday  4 STAR EDITION

SECTION: A;  Pg. 2

LENGTH: 529 words

HEADLINE: Newsmakers

BODY:
Family drama

The Duchess of York has accused Prince Charles of barring her from seeing his sons and abandoning her after a lifelong friendship, The Times reported Saturday. The newspaper, quoting from an interview marking the duchess's 40th birthday last Friday, said she still wears the ring from her marriage to Prince Andrew. The former Sarah Ferguson, who was divorced from Andrew in 1996, was quoted as saying she has not spoken to her former brother-in-law, Prince Charles, for more than a year and is not permitted to see Prince William, 17, or Prince Harry, 15. She said she had known Prince Charles all her life and "adored" him, the newspaper reported. "We used to have fun. And what about kindness? Forgiveness?" she was quoted as saying. "And the boys! I'm not allowed to see the boys and I really miss them. I love William and Harry."


Officers' juice squeezed

Two Miami police officers who answered O.J. Simpson's emergency call for help with his girlfriend were reassigned to desk duty because they posed for snapshots with the former football star afterward, police said. "I'm not sure it violates any rule but you've got to consider the situation. It was kind of inappropriate," Miami-Dade Police Detective Ed Munn said. Simpson phoned the 911 emergency line from his girlfriend's Miami home last Sunday and asked police for help, alleging she had been on a two-day drug binge and was resisting his efforts to get her to a hospital. Police went to the home and found only Simpson there. He told them he and his girlfriend had quarreled and that she had driven away in her car. The officers gave Simpson a brochure on domestic violence and left. "While they were handling the call, when it was finished, one of the officers asked if he could pose with him with a Polaroid camera," Munn said.


Bringing up babies

Actress Michelle Pfeiffer, 41, says she'll take a break from the movie business for awhile to focus on her kids. Pfeiffer, who's raising a 6-year-old daughter and 5-year-old son with TV writer-producer-husband David E. Kelley (Ally McBeal and The Practice), tells Harper's Bazaar that her latest release - The Story of Us co-starring Bruce Willis - is the last we're likely to see of

her for a while, onscreen, at least. Said Pfeiffer: "I'm not going into hiding like Greta Garbo."


### Livin' the diva life

   Miami homegirl Gloria Estefan is on a roll. Her duet with 'N Sync, Music Of My Heart, skyrocketed from No. 41 to No. 2 last week on Billboard's Hot 100 chart. It's also No. 1 in single sales this week. But Estefan isn't resting on her laurels: She'll hit the talk show circuit, with stops at Late Night With Conan O'Brien, Regis & Kathie Lee, Larry King Live, Today and The Rosie O'Donnell Show. She's also finished a Christmas duet with Rosie O'Donnell called I Just Want to Eat For Christmas to benefit Rosie's For All Kids charity. Estefan stars in the movie Music Of My Heart (with Meryl Streep and Angela Bassett), to be released Oct. 29. After the premiere, she'll start rehearsals for her New Year's Eve gig, The Gloria Estefan Millennium Concert Spectacular, which will christen Miami's American Airlines Arena.


GRAPHIC: Mugs: 1. Sarah Ferguson; 2. Gloria Estefan; 3. Michelle Pfeiffer (2star)

LANGUAGE: ENGLISH

LOAD-DATE: October 18, 1999

# Radio

## Adult Contemporary

| | | | TITLE | ARTIST |
|---|---|---|---|---|
| 1 | 1 | | No. 1 | |
| 2 | 2 | | MUSIC OF MY HEART | 'N SYNC & GLORIA ESTEFAN |
| 3 | 3 | | YOU'LL BE IN MY HEART | PHIL COLLINS |
| 4 | 4 | | SHE'S ALL I EVER HAD | RICKY MARTIN |
| 5 | 5 | | I COULD NOT ASK FOR MORE | EDWIN McCAIN |
| 6 | 6 | | I DO (CHERISH YOU) | 98 DEGREES |
| 7 | 7 | | I KNEW I LOVED YOU | SAVAGE GARDEN |
| 8 | 8 | | THAT'S THE WAY IT IS | CELINE DION |
| 9 | 9 | | I WILL REMEMBER YOU (LIVE) | SARAH McLACHLAN |
| 10 | 9 | | BLUE EYES BLUE | ERIC CLAPTON |
| 11 | 11 | | THE HARDEST THING | 98 DEGREES |
| 12 | 12 | | AMAZED | LONESTAR |
| 13 | 13 | | KISS ME | SIXPENCE NONE THE RICHER |
| 14 | 17 | | BAILAMOS | ENRIQUE IGLESIAS |
| 15 | 15 | | ANGEL | SARAH McLACHLAN |
| 16 | 14 | | (GOD MUST HAVE SPENT) A LITTLE MORE TIME ON YOU | 'N SYNC |
| 17 | 16 | | TRULY MADLY DEEPLY | SAVAGE GARDEN |
| 18 | 18 | | BELIEVE | CHER |
| 19 | 19 | | YOU'VE GOT A WAY | SHANIA TWAIN |
| 20 | 19 | | FROM THIS MOMENT ON | SHANIA TWAIN |
| 21 | 22 | | MAN! I FEEL LIKE A WOMAN! | SHANIA TWAIN |
| 22 | 24 | | I LOVE YOU | MARTINA McBRIDE |
| 23 | 22 | | SOMETIMES | BRITNEY SPEARS |
| 24 | 25 | | SMOOTH | SANTANA FEATURING ROB THOMAS |
| | NEW | | STRANGERS LIKE ME | PHIL COLLINS |

## Adult Top 40

| | | | TITLE | ARTIST |
|---|---|---|---|---|
| 1 | 1 | | SMOOTH | SANTANA FEATURING ROB THOMAS |
| 2 | 2 | | SHE'S SO HIGH | TAL BACHMAN |
| 3 | 3 | | MAMBO NO. 5 (A LITTLE BIT OF...) | LOU BEGA |
| 4 | 4 | | SOMEDAY | SUGAR RAY |
| 5 | 5 | | OUT OF MY HEAD | FASTBALL |
| 6 | 6 | | BLACK BALLOON | GOO GOO DOLLS |
| 7 | 7 | | STEAL MY SUNSHINE | LEN |
| 8 | 8 | | THERE SHE GOES | SIXPENCE NONE THE RICHER |
| 9 | 9 | | ALL STAR | SMASH MOUTH |
| 10 | 10 | | MEET VIRGINIA | TRAIN |
| 11 | 10 | | ANGELS WOULD FALL | MELISSA ETHERIDGE |
| 12 | 11 | | CALIFORNICATION | RED HOT CHILI PEPPERS |
| 13 | 13 | | ICE CREAM | SARAH McLACHLAN |
| 14 | 14 | | THEN THE MORNING COMES | SMASH MOUTH |
| 15 | 15 | | SLIDE | GOO GOO DOLLS |
| | | | KISS ME | SIXPENCE NONE THE RICHER |
| 20 | 18 | | MARIA | SANTANA |
| 21 | 20 | | BRAND NEW DAY | STING |
| 22 | | | I WILL... | SHANIA TWAIN |
| 23 | | | LAST KISS | PEARL JAM |
| 24 | | | SHE'S THE ONE | ROBBIE WILLIAMS |
| 25 | | | I COULD NOT ASK FOR MORE | EDWIN McCAIN |

## MAINSTREAM TOP 40 SCORES COUP

*(Continued from preceding page)*

... for the success of mainstream top 40 in the "Golden Triangle" between San Antonio and Seattle. PDs cite two similar themes in analyzing their success.

One is educating a significant segment of the market to the advantages of variety. The other is the wealth of multi-demo pop hits that attracts all segments of the population, including the Hispanic audience, whose allegiance to rhythmic top 40 was once considered a given.

### TAKING BACK THE HILL

PD Dan Kieley attributes KIIS' resurgence to a simple concept. "We decided to be a great mainstream top 40 again," he says. "The station had swerved and gone in different directions...

### LIVIN' LA VIDA MAINSTREAM

Beyond the pop-culture appeal of mainstream's core acts, there's also a growing Hispanic female taste for pop music.

"It's absolutely true," says Mike Donovan of Vallie Richards Consulting. "As noted in a recent Wall Street Journal article, Hispanics are a lot more assimilated in this country than what we continually thought...

### HAVING IT BOTH WAYS

In Albuquerque, N.M., crossover-KKSS (Kiss) PD Tony Mannero saw the writing on the retail wall. "We saw the sales of Britney Spears, Backstreet Boys, and 'N Sync, so we threw their songs into our call-out...

## NEW ZEALAND

*(Continued from page 82)*

... termination from March 2000 and asked to negotiate a new rate. "I guess that [radio's concern] is just based on the fact that they know the result of the Australian Tribunal. But we haven't even started talking here yet."

Chinn points out that in matters relating to the Copyright Tribunal and the Copyright Act, APRA New Zealand acts autonomously from its Australian parent, so Australian law does not apply.

## HOT 100 RECURRENT AIRPLAY

Case 3:99-cv-01200-AHC Document 83 Filed 11/22/99 Page 37 of 68 PageID 1600

# Billboard HOT 100

## No. 1

| | | | TITLE | ARTIST |
|---|---|---|---|---|
| 1 | 1 | 5 | **SMOOTH ▲** (6 weeks at No. 1) | SANTANA FEATURING ROB THOMAS |
| 2 | 2 | 4 | BACK AT ONE ● | BRIAN McKNIGHT |
| 3 | 4 | 7 | I NEED TO KNOW ● | MARC ANTHONY |
| 4 | 3 | 8 | MAMBO NO. 5 (A LITTLE BIT OF...) ● | LOU BEGA |
| 5 | 9 | 15 | I WANNA LOVE YOU FOREVER ● | JESSICA SIMPSON |
| 6 | 7 | 5 | MY LOVE IS YOUR LOVE ● | WHITNEY HOUSTON |
| 7 | 5 | 5 | UNPRETTY ● | TLC |
| 8 | 6 | 4 | HEARTBREAKER ● | MARIAH CAREY FEATURING JAY-Z |
| 9 | 11 | 8 | WAITING FOR TONIGHT ● | JENNIFER LOPEZ |
| 10 | 8 | 6 | SATISFY YOU ● | PUFF DADDY FEATURING R. KELLY |
| 11 | 13 | 8 | U KNOW WHAT'S UP ● | DONELL JONES |
| 12 | 10 | 8 | STEAL MY SUNSHINE ● | LEN |

## Greatest Gainer/Airplay

| 13 | | | I KNEW I LOVED YOU ● | SAVAGE GARDEN |
| 14 | 13 | 16 | GET GONE ● | IDEAL |
| 15 | 16 | 14 | WHERE MY GIRLS AT ● | 702 |

## Greatest Gainer/Sales

| 16 | — | | GIRL ON TV ● | LFO |
| 17 | 14 | 16 | YOU DRIVE ME CRAZY ● | BRITNEY SPEARS |
| 18 | 15 | 10 | SOMEDAY ● | SUGAR RAY |
| 19 | 24 | 6 | BRING IT ALL TO ME | BLAQUE |
| 20 | 17 | 17 | SCAR TISSUE ● | RED HOT CHILI PEPPERS |
| 21 | 19 | | BACK THAT THANG UP ● | JUVENILE FEAT. MANNIE FRESH & LIL' WAYNE |
| 22 | 18 | | GENIE IN A BOTTLE ● | CHRISTINA AGUILERA |
| 23 | 21 | | I DO (CHERISH YOU) ● | 98 DEGREES |
| 24 | 22 | | WE CAN'T BE FRIENDS ● | DEBORAH COX WITH R.L. |
| 25 | 24 | | I LOVE YOU ● | MARTINA McBRIDE |
| 26 | | | WILD WILD WEST ● | WILL SMITH FEATURING K-CI |
| 27 | 45 | | THEN THE MORNING COMES ● | SMASH MOUTH |
| 28 | | | LARGER THAN LIFE ● | BACKSTREET BOYS |
| 29 | | | ALL STAR | SMASH MOUTH |
| 30 | | | IF YOU LOVE ME ● | MINT CONDITION |
| 31 | 36 | | STAY THE NIGHT ● | IMX |
| 32 | 41 | | MEET VIRGINIA ● | TRAIN |
| 33 | 29 | | GOTTA MAN ● | EVE |
| 34 | 34 | | SHE'S SO HIGH | TAL BACHMAN |
| 35 | 42 | | WHEN I SAID I DO | CLINT BLACK |

## Hot Shot Debut

| 36 | NEW | | HOT BOYZ ● | MISSY "MISDEMEANOR" ELLIOTT FEAT. NAS, EVE & Q-TIP |
| 37 | 27 | | I WANT IT ALL ● | WARREN G FEATURING MACK 10 |
| 38 | 33 | | BLACK BALLOON ● | GOO GOO DOLLS |
| 39 | 26 | | BUG A BOO ● | DESTINY'S CHILD |
| 40 | 37 | | BLING BLING ● | B.G. FEAT. BABY, TURK, MANNIE FRESH, JUVENILE & LIL' WAYNE |
| 41 | | | BIG DEAL ● | LEANN RIMES |
| 42 | 52 | | LEARN TO FLY ● | FOO FIGHTERS |
| 43 | 43 | | THERE SHE GOES ● | SIXPENCE NONE THE RICHER |
| 44 | 44 | | 15 MINUTES ● | MARC NELSON |
| 45 | | | IF I COULD TURN BACK THE HANDS OF TIME ● | R. KELLY |
| 46 | | | HE DIDN'T HAVE TO BE | BRAD PAISLEY |
| 47 | | | 4, 5, 6 ● | SOLE FEATURING JT MONEY & KANDI |
| 48 | | | HOME TO YOU | JOHN MICHAEL MONTGOMERY |

| | | | TITLE | ARTIST |
|---|---|---|---|---|
| 49 | | | AMERICAN WOMAN ● | LENNY KRAVITZ |
| 50 | 35 | 45 | SPEND MY LIFE WITH YOU ● | ERIC BENET FEATURING TAMIA |
| 51 | | | BREATHE ● | FAITH HILL |
| 52 | 47 | | SHE'S ALL I EVER HAD ● | RICKY MARTIN |
| 53 | 72 | | DON'T SAY YOU LO... | |
| 54 | 43 | 39 | SOMETHING LIKE THAT | TIM McGRAW |
| 55 | 44 | | VIVRANT THING ● | Q-TIP |
| 56 | 51 | | WHAT DO YOU SAY TO THAT | GEORGE STRAIT |
| 57 | 57 | | HIGHER ● | CREED |
| 58 | | | COME ON OVER | SHANIA TWAIN |
| 59 | | | GOT YOUR MONEY ● | OL' DIRTY BASTARD FEATURING KELIS |
| 60 | | | HANG ON A LOUD | COUNTING CROWS |
| 61 | | | GET IT ON TONITE ● | MONTELL JORDAN |
| 62 | | | MUSIC OF MY HEART ● | 'N SYNC & GLORIA ESTEFAN |
| 63 | | | THE GREATEST ROMANCE EVER SOLD ● | THE ARTIST |
| 64 | 64 | | ALL THINGS CONSIDERED ● | YANKEE GREY |
| 65 | | | THAT'S THE WAY IT IS | CELINE DION |
| 66 | 74 | | SHAKE YOUR BON-BON | RICKY MARTIN |
| 67 | 65 | | CANDY ● | MANDY MOORE |
| 68 | | | LOVE | KEVIN EDMONDS |
| 69 | 71 | | WHAT DO YOU SAY | REBA |
| 70 | 63 | | POP A TOP | ALAN JACKSON |
| 71 | NEW | | WHAT A GIRL WANTS ● | CHRISTINA AGUILERA |
| 72 | 69 | | I'M ALREADY TAKEN | STEVE WARINER |
| 73 | | | I'LL GO CRAZY | ANDY GRIGGS |
| 74 | 55 | | LOVE AND GRACE ● | MONTGOMERY GENTRY |
| 75 | | | THE CHEMICALS BETWEEN US | BUSH |
| 76 | 76 | | GOT TO GET IT ● | SISQO FEATURING MAKE IT HOT |
| 77 | 70 | | ANGELS ● | ROBBIE WILLIAMS |
| 78 | | | GIVE YOU WHAT YOU WANT (FA SURE) ● | CHICO DEBARGE |
| 79 | NEW | | COWBOY TAKE ME AWAY | DIXIE CHICKS |
| 80 | | | DEEP INSIDE ● | MARY J. BLIGE |
| 81 | | | THE PIMP'S CRY | LIV |
| 82 | | | A MAN AIN'T MADE OF STONE | RANDY TRAVIS |
| 83 | | | STEAL ● | TY HERNDON |
| 84 | | | GUERRILLA RADIO ● | RAGE AGAINST THE MACHINE |
| 85 | | | MY BEST FRIEND | TIM McGRAW |
| 86 | | | SHE THINKS MY TRACTOR'S SEXY | KENNY CHESNEY |
| 87 | | | THE ROCKAFELLER SKANK ● | FATBOY SLIM |
| 88 | | | SEXUAL (LI DA DI) ● | AMBER |
| 89 | | | WHEN YOU NEED MY LOVE | MELISSA TIMPERSON |
| 90 | | | ANGELS WOULD FALL ● | MELISSA ETHERIDGE |
| 91 | | | WHAT'S MY AGE AGAIN | BLINK-182 |
| 92 | | | TAKE A PICTURE ● | FILTER |
| 93 | | | SO ANXIOUS | GINUWINE |
| 94 | | | STILL D.R.E. ● | DR. DRE FEATURING SNOOP DOGG |
| 95 | NEW | | NASTRADAMUS ● | NAS |
| 96 | | | COWBOY ● | KID ROCK |
| 97 | | | B-PLEASE ● | SNOOP DOGG FEATURING XZIBIT & NATE DOGG |
| 98 | | | BEAUTY | DRU HILL |
| 99 | | | STIR IT UP | MASTER P FEATURING D.I.G. |
| 100 | 91 | | L.A. SONG ● | BETH HART |





# Billboard 200® continued

NOVEMBER 27, 1999

| THIS WEEK | LAST WEEK | WKS ON CHART | ARTIST IMPRINT & NUMBER/DISTRIBUTING LABEL | TITLE | PEAK POS. |
|---|---|---|---|---|---|
| 108 | 101 | 169 | KORN ▲⁵ | FOLLOW THE LEADER | 1 |
| 109 | 85 | 67 | PHAROAHE MONCH | INTERNAL AFFAIRS | 94 |
| 110 | 119 | 53 | ANGIE STONE | BLACK DIAMOND | 94 |
| 111 | 117 | 149 | KENNY G ▲ | CLASSICS IN THE KEY OF G | 9 |
| 112 | 102 | 132 | MACY GRAY | ON HOW LIFE IS | 57 |
| 113 | 97 | 11 | BEWITCHED | AWARE AND BREATHE | 51 |
| 114 | NEW | | SUBLIME | GREATEST HITS | 114 |
| 115 | 95 | 79 | SOUNDTRACK | RUNAWAY BRIDE | 4 |
| 116 | 109 | 9 | JA RULE ▲ | VENNI VETTI VECCI | 3 |
| 117 | 98 | 77 | KEVON EDMONDS | 24/7 | 77 |
| 118 | 118 | — | PET SHOP BOYS | NIGHTLIFE | 84 |
| 119 | 113 | 160 | FATBOY SLIM ▲ | YOU'VE COME A LONG WAY, BABY | 34 |
| 120 | 116 | 98 | EMINEM ▲ | 100% EMINEM | 5 |
| 121 | 107 | 104 | FILTER | TITLE OF RECORD | 30 |
| 122 | 91 | 65 | GENESIS | TURN IT ON AGAIN - THE HITS | 65 |
| 123 | 93 | 8 | SHEDAISY | THE WHOLE SHEBANG | 70 |
| 124 | 135 | 153 | VARIOUS ARTISTS | 30 MOST POWERFUL WORSHIP SONGS | 77 |
| 125 | 105 | 142 | SOUNDTRACK | POKEMON: 2.B.A. MASTER — MUSIC FROM THE HIT TV SERIES | 16 |
| 126 | 113 | 140 | ADAM SANDLER | STAN AND JUDY'S KID | 16 |
| 127 | 114 | 117 | THE OFFSPRING ▲ | AMERICANA | 2 |
| 128 | RE-ENTRY | | VARIOUS ARTISTS | NOTTING HILL | 1 |
| 129 | 120 | 11 | VARIOUS ARTISTS | WOODSTOCK 99 | 22 |
| 130 | 130 | 138 | MISSY "MISDEMEANOR" ELLIOTT | DA REAL WORLD | 10 |
| 131 | 131 | 110 | KIDEAL | IDEAL | 97 |
| 132 | — | | VARIOUS ARTISTS | THE HARD + THE HEAVY VOLUME ONE | 105 |
| 133 | 62 | — | TRACK ADKINS | MORE... | 9 |
| 134 | 103 | 9 | VARIOUS ARTISTS ▲ | RUFF RYDERS: RYDE OR DIE VOL 1 | 1 |
| 135 | 126 | 144 | ROBBIE WILLIAMS | THE EGO HAS LANDED | 63 |
| 136 | 124 | 12 | SOUNDTRACK | TARZAN | 5 |
| 137 | 125 | 185 | CECE WINANS | WISCONSIN DEATH TRIP | 81 |
| 138 | 116 | 127 | STATIC-X | I'M ALRIGHT | 61 |
| 139 | 122 | 92 | JO DEE MESSINA | BLAQUE | 81 |
| 140 | 154 | 161 | BLAQUE | PLANS | 78 |
| 141 | 140 | 9 | GEORGE WINSTON | THE ANTHOLOGY | 43 |
| 142 | 160 | 67 | A TRIBE CALLED QUEST ▲ | LIVE ON | 91 |
| 143 | 164 | 4 | KENNY WAYNE SHEPHERD BAND | THE MATRIX | 92 |
| 144 | 147 | 112 | SOUNDTRACK ▲ | IT'S REAL | 94 |
| 145 | 118 | 111 | K-CI & JOJO | MERRY CHRISTMAS WHEREVER YOU ARE | 146 |
| 146 | — | | GEORGE STRAIT | INTRODUCING ME | 141 |
| 147 | 136 | 146 | REX HAIX | RUNNING WITH SCISSORS | 41 |
| 148 | 99 | 95 | WEIRD AL YANKOVIC | FAITH | 7 |
| 149 | 137 | 137 | FAITH HILL ▲ | TO VENUS AND BACK | 12 |
| 150 | 150 | 110 | TORI AMOS ▲ | FAMILY AFFAIR | 151 |
| 151 | NEW | | KIRK FRANKLIN & THE LOVE FELLOWSHIP CRUSADE CHOIR | SYSTEM OF A DOWN | 129 |
| 152 | 131 | 134 | SYSTEM OF A DOWN | YELLOW SUBMARINE SONGTRACK | 15 |
| 153 | 134 | 134 | THE BEATLES ▲ | YOU CAN'T STOP THE BUM RUSH | 46 |

| THIS WEEK | LAST WEEK | WKS ON CHART | ARTIST | TITLE | PEAK POS. |
|---|---|---|---|---|---|
| 154 | 128 | 24 | GARY ALLAN | | |
| 155 | 123 | 12 | BROOKS & DUNN ▲ | | |
| 156 | 133 | 145 | LIT ▲ | | |
| 157 | 145 | 89 | JAY-Z ▲⁴ | | |
| 158 | 162 | | REBA McENTIRE | | |
| 159 | 125 | 124 | SILK | | |
| 160 | 156 | 154 | DMX ▲⁴ | RUFF RYDERS FIRST LADY | |
| 161 | 146 | 44 | LAURYN HILL ▲ | THE MISEDUCATION OF LAURYN HILL | 1 |
| 162 | 151 | 156 | BRAD PAISLEY | WHO NEEDS PICTURES | 151 |
| 163 | 159 | — | PHIL COLLINS ▲ | ...HITS | 18 |
| 164 | 142 | 171 | ERIC BENET | A DAY IN THE LIFE | 23 |
| 165 | — | | ANDREA BOCELLI ▲ | SOGNO | 4 |
| 166 | 148 | 101 | SOLE | SKIN DEEP | 127 |
| 167 | 127 | — | TY HERNDON | STEAM | 124 |
| 168 | — | | CHRIS CORNELL | EUPHORIA MORNING | 18 |
| 169 | NEW | | GRATEFUL DEAD | 30 MANY ROADS (1965-1995) | 178 |
| 170 | | | SOUNDTRACK | BUFFY THE VAMPIRE SLAYER — THE ALBUM | 51 |
| 171 | 143 | 115 | BARRY WHITE ▲ | STAYING POWER | 41 |
| 172 | 141 | | SOUNDTRACK ▲ | DRIVE ME CRAZY | 48 |
| 173 | NEW | | MIKE NESS | UNDER THE INFLUENCES | 178 |
| 174 | NEW | | SOUNDTRACK | ANNIE (TV SOUNDTRACK) | 175 |
| 175 | 165 | 85 | DRU | FLESH OF MY FLESH BLOOD OF MY BLOOD | 2 |
| 176 | 156 | 143 | 112 ▲ | ROOM 112 | 20 |
| 177 | 176 | 176 | VARIOUS ARTISTS | MILLENNIUM HIP-HOP PARTY | 172 |
| 178 | 174 | | DAVE MATTHEWS BAND ▲ | BEFORE THESE CROWDED STREETS | 1 |
| 179 | | | VARIOUS ARTISTS | JOCK JAMS VOLUME 5 | 161 |
| 180 | NEW | | ANNE MURRAY | WHAT A WONDERFUL WORLD | 181 |
| 181 | 175 | 46 | SIXPENCE NONE THE RICHER ● | SIXPENCE NONE THE RICHER | 77 |
| 182 | 111 | 11 | SLIPKNOT | SLIPKNOT | 112 |
| 183 | 159 | 123 | INDIGO GIRLS | COME ON NOW SOCIAL | 34 |
| 184 | 151 | | SEVENDUST | HOME | 19 |
| 185 | 160 | | ROB ZOMBIE ▲² | HELLBILLY DELUXE | 5 |
| 186 | 200 | | MARIAH CAREY ▲³ | #1'S | 4 |
| 187 | 196 | | WILL SMITH ▲³ | BIG WILLIE STYLE | 8 |
| 188 | 181 | | PRIMUS | ANTIPOP | 42 |
| 189 | 191 | | EVERYTHING BUT THE GIRL | TEMPERAMENTAL | 65 |
| 190 | 178 | 172 | GEORGE JONES | COLD HARD TRUTH | 53 |
| 191 | | | DAVE MATTHEWS BAND | LIVE AT LUTHER COLLEGE | 2 |
| 192 | RE-ENTRY | | VARIOUS ARTISTS | WOW, THE 1999 30 TOP CHRISTIAN SONGS OF THE DECADE | 84 |
| 193 | | | TERROR SQUAD | THE ALBUM | 22 |
| 194 | 195 | | 2PAC ▲ | GREATEST HITS | 3 |
| 195 | 188 | 179 | PAUL McCARTNEY ● | RUN DEVIL RUN | 27 |
| 196 | 103 | 179 | EDWIN McCAIN | MESSENGER | 56 |
| 197 | 198 | | GEORGE STRAIT | ALWAYS NEVER THE SAME | 6 |
| 198 | | | INCUBUS | MAKE YOURSELF | |
| 199 | 361 | 126 | VARIOUS ARTISTS ● | VIOLATOR THE ALBUM | 49 |

## TOP ALBUMS A–Z (LISTED BY ARTISTS)

112 177
112 177
311 Jw
98 (legend) 49, 52

Yana Aska 133
Christina Aguilera 11
Gary Allan 154
Tori Amos 150
Fiona Apple 113
Aqua 114

Backstreet Boys 5, 64
The Beatles 153
Lou Bega 9
Eric Benet 164
B.G. 83
Clint Black 107
Blaque 140
Mary J. Blige 38
Blink-182 24
Andrea Bocelli 165
James Brown 132
Brooks & Dunn 155
Sarah Brightman 91
Foo Fighters 85

Aaliyah 113
Alanis 101
Juvenile 45
Goodie Mob 124
Kid Rock 6
Lit 156

Backstreet Boys 2, 167
Busta Rhymes 167
Chris John
Celine Dion 64
Edie Brickell 74
Phil Collins 163
Chris Cornell 168
Counting Crows 29
Creed 15, 78
Cheryl, Milla, Noah & Pump 95

Gloria Estefan 40
Enrique Iglesias 43
Everlast 102
Everything But the Girl 189

Faith Hill 149
Filter 121
Kirk Franklin 151

George Strait 146, 197
SheDaisy 123
System of a Down 152

Lauryn Hill 161
George Jones 190
Marc Anthony 99
Dave Matthews Band 178, 191

Method Man / Redman 93
Jennifer Lopez 22
Jay-Z 157
Jewel 35
Jo Dee Messina 139

Anne Murray 180
Reba McEntire 158
Edwin McCain 196
Paul McCartney 195
Mike Ness 173
Tim McGraw 84

Nas 77
Willie Nelson 112
Notorious B.I.G. 73
'N Sync 12

Offspring 127

Dolly Parton 170
Pet Shop Boys 118
Pearl Jam 147
Pharoahe Monch 109
Pink 49
P.O.D. 39
Primus 188

Robbie Williams 135
Rob Zombie 185
Ricky Martin 146
Ruff Ryders 134

Sevendust 184
Static-X 138
Sixpence None the Richer 181
Slipknot 182
George Strait 146
Angie Stone 110

Terror Squad 193
Tori Amos 150
A Tribe Called Quest 142

Shania Twain 169, 23
Shania Twain 8
System of a Down 152

VARIOUS ARTISTS
The Hard + The Heavy volume One 132

2Pac 194
Will Smith 187

Weird Al Yankovic 148

# Billboard 200

SAMPLE OF RETAIL STORE, MASS MERCHANT, AND INTERNET SALES REPORTS COLLECTED, COMPILED, AND PROVIDED BY SoundScan

**NOVEMBER 27, 1999**

| THIS WEEK | LAST WEEK | 2 WKS AGO | WKS ON CHART | ARTIST | TITLE | PEAK POSITION |
|---|---|---|---|---|---|---|
| | | | | **No. 1/Hot Shot Debut** | | |
| 1 | NEW | | | FAITH HILL | BREATHE | 1 |
| 2 | 2 | 1 | | MARIAH CAREY | RAINBOW | 2 |
| 3 | 5 | 1 | | SANTANA | SUPERNATURAL | 1 |
| 4 | 1 | | | RAGE AGAINST THE MACHINE | THE BATTLE OF LOS ANGELES | 1 |
| | | | | **Greatest Gainer** | | |
| 5 | | | | BACKSTREET BOYS | MILLENNIUM | 1 |
| 6 | NEW | | | SAVAGE GARDEN | AFFIRMATION | 6 |
| 7 | 7 | 6 | | BRITNEY SPEARS | ...BABY ONE MORE TIME | 1 |
| 8 | NEW | | | SOUNDTRACK | POKEMON: THE FIRST MOVIE | 8 |
| 9 | 8 | | | LOU BEGA | A LITTLE BIT OF MAMBO | 3 |
| 10 | | | | LIL' WAYNE | THA BLOCK IS HOT | |
| 11 | | | | CHRISTINA AGUILERA | CHRISTINA AGUILERA | |
| 12 | | | | LIMP BIZKIT | SIGNIFICANT OTHER | |
| 13 | NEW | | | FIONA APPLE | WHEN THE PAWN... | |
| 14 | NEW | | | VARIOUS ARTISTS | TOTALLY HITS | 14 |
| 15 | | | | CREED | HUMAN CLAY | |
| 16 | | | | KID ROCK | DEVIL WITHOUT A CAUSE | |
| 17 | | | | JIM JOHNSTON | WORLD WRESTLING FEDERATION: WWF THE MUSIC VOLUME 4 | |
| 18 | NEW | | | | RAVE UN2 THE JOY FANTASTIC | 18 |
| 19 | NEW | | | SOUNDTRACK | LIGHT IT UP | |
| 20 | NEW | | | SOUNDTRACK | END OF DAYS | 20 |
| 21 | | | | DIXIE CHICKS | FLY | 1 |
| 22 | | | | JUVENILE | 400 DEGREEZ | 9 |
| 23 | | | | BRIAN MCKNIGHT | BACK AT ONE | |
| 24 | | | | BLINK-182 | ENEMA OF THE STATE | |
| 25 | | | | COUNTING CROWS | THIS DESERT LIFE | |
| 26 | | | | SHANIA TWAIN | COME ON OVER | 2 |
| 27 | | | | RICKY MARTIN | RICKY MARTIN | 1 |
| 28 | NEW | | | E-40 | CHARLIE HUSTLE: BLUEPRINT OF A SELF-MADE MILLIONAIRE | 28 |
| 29 | | | | FOO FIGHTERS | THERE IS NOTHING LEFT TO LOSE | 10 |
| 30 | | | | ALAN JACKSON | UNDER THE INFLUENCE | |
| 31 | NEW | | | ANDREA BOCELLI | SACRED ARIAS | 31 |
| 32 | NEW | | | MONTELL JORDAN | GET IT ON...TONITE | |
| 33 | | | | MASTER P | ONLY GOD CAN JUDGE ME | |
| 34 | | | | ROSIE O'DONNELL | A ROSIE CHRISTMAS | |
| 35 | | | | SOUNDTRACK | THE BEST MAN | |
| 36 | | | | SMASH MOUTH | ASTRO LOUNGE | |
| 37 | NEW | | | JIMMY BUFFETT | BUFFETT LIVE: TUESDAYS, THURSDAYS, SATURDAYS | 37 |
| 38 | | | | LEANN RIMES | LEANN RIMES | |
| 39 | | | | METHOD MAN/REDMAN | BLACKOUT! | |
| 40 | | | | EVE | LET THERE BE... EVE-RUFF RYDERS FIRST LADY | |
| 41 | | | | BUSH | THE SCIENCE OF THINGS | |
| 42 | | | | DESTINY'S CHILD | THE WRITING'S ON THE WALL | |
| 43 | | | | TIM MCGRAW | A PLACE IN THE SUN | |
| 44 | NEW | | | JARS OF CLAY | IF I LEFT THE ZOO | 44 |
| 45 | | | | LIVE | THE DISTANCE TO HERE | |
| 46 | | | | VARIOUS ARTISTS | WOW-2000: THE YEAR'S 30 TOP CHRISTIAN ARTISTS AND HITS | |
| 47 | | | | STONE TEMPLE PILOTS | NO. 4 | |
| 48 | | | | JEWEL | JOY: A HOLIDAY COLLECTION | |
| 49 | | | | 98 DEGREES | 98 DEGREES AND RISING | |
| 50 | | | | STING | BRAND NEW DAY | |
| 51 | | | | MARC ANTHONY | MARC ANTHONY | |
| 52 | | | | 98 DEGREES | THIS CHRISTMAS | |
| | | | | **Pacesetter** | | |
| 53 | | | | AMY GRANT | A CHRISTMAS TO REMEMBER | 50 |
| 54 | | | | ERIC CLAPTON | CLAPTON CHRONICLES — THE BEST OF ERIC CLAPTON | |
| 55 | | | | GARTH BROOKS | IN...THE LIFE OF CHRIS GAINES | 2 |
| 56 | | | | RED HOT CHILI PEPPERS | CALIFORNICATION | |
| 57 | | | | JENNIFER LOPEZ | ON THE 6 | 8 |
| 58 | | | | MARY J. BLIGE | MARY | |
| 59 | | | | LFO | LFO | |
| 60 | NEW | | | PUFF DADDY | FOREVER | |
| 61 | NEW | | | VONDA SHEPARD | HEART AND SOUL: NEW SONGS FROM ALLY MCBEAL (TV SOUNDTRACK) | 61 |
| 62 | | | | 'N SYNC | 'N SYNC | |
| 63 | | | | BARBRA STREISAND | A LOVE LIKE OURS | |
| 64 | | | | BACKSTREET BOYS | BACKSTREET BOYS | |
| 65 | | | | LIL' TROY | SITTIN' FAT DOWN SOUTH | 20 |
| 66 | | | | DIXIE CHICKS | WIDE OPEN SPACES | |
| 67 | | | | VARIOUS ARTISTS | NOW 2 | |
| 68 | | | | TLC | FANMAIL | 1 |
| 69 | | | | SARAH MCLACHLAN | MIRRORBALL | |
| 70 | | | | POINT OF GRACE | A CHRISTMAS STORY | 52 |
| 71 | | | | POWERMAN 5000 | TONIGHT THE STARS REVOLT! | |
| 72 | | | | GOO GOO DOLLS | DIZZY UP THE GIRL | |
| 73 | | | | DONELL JONES | WHERE I WANNA BE | |
| 74 | | | | LONESTAR | LONELY GRILL | |
| 75 | | | | CREED | MY OWN PRISON | |
| 76 | | | | GODSMACK | GODSMACK | |
| 77 | | | | MELISSA ETHERIDGE | BREAKDOWN | |
| 78 | | | | MOS DEF | BLACK ON BOTH SIDES | 25 |
| 79 | | | | EURYTHMICS | PEACE | |
| 80 | | | | LENNY KRAVITZ | 5 | |
| 81 | NEW | | | TONIC | SUGAR | |
| 82 | NEW | | | NATALIE MERCHANT | LIVE IN CONCERT | 82 |
| 83 | | | | B.G. | CHOPPER CITY IN THE GHETTO | 9 |
| 84 | | | | MARTINA MCBRIDE | EMOTION | |
| 85 | | | | OL' DIRTY BASTARD | N***A PLEASE | |
| 86 | | | | WARREN G | I WANT IT ALL | |
| 87 | | | | WHITNEY HOUSTON | MY LOVE IS YOUR LOVE | 13 |
| 88 | | | | SUGAR RAY | 14:59 | 17 |
| 89 | | | | SNOOP DOGG | NO LIMIT TOP DOGG | |
| 90 | | | | MOBB DEEP | MURDA MUZIK | |
| 91 | | | | CROSBY, STILLS, NASH & YOUNG | LOOKING FORWARD | |
| 92 | | | | STAIND | DYSFUNCTION | 74 |
| 93 | | | | KENNY CHESNEY | EVERYWHERE WE GO | |
| 94 | | | | 311 | SOUNDSYSTEM | 9 |
| 95 | | | | HOT BOYS | GUERILLA WARFARE | |
| 96 | | | | CHARLOTTE CHURCH | VOICE OF AN ANGEL | 28 |
| 97 | | | | EMINEM | THE SLIM SHADY LP | |
| 98 | | | | TRAIN | TRAIN | 76 |
| 99 | | | | ROB ZOMBIE | AMERICAN MADE MUSIC TO STRIP BY | 39 |
| 100 | | | | CHICO DEBARGE | THE GAME | |
| 101 | | | | VARIOUS ARTISTS | MONSTER BALLADS | 27 |
| 102 | | | | STEVEN CURTIS CHAPMAN | SPEECHLESS | 31 |
| 103 | | | | WHITNEY HOUSTON, CHER, TINA TURNER, BRANDY | VH1 DIVAS LIVE/99 | |
| 104 | | | | CHER | BELIEVE | 4 |
| 105 | | | | THE ROOTS | THE ROOTS COME ALIVE | |
| 106 | | | | NINE INCH NAILS | THE FRAGILE | 1 |
| 107 | | | | CLINT BLACK | D'LECTRIFIED | 78 |

R



## Pokemon Theme

## Don't Say You Love Me

## It Was You

## We're A Miracle

## Soda Pop

## Somewhere Someday



**11.** SONG TITLE:   "IF ONLY IN HEAVEN'S EYES"
ARTIST:       **'N SYNC**
WRITERS:      Babyface
PUBLISHING:   ECAF Music Sony ATV Songs LLC (BMI)

'N SYNC appears by arrangement of BMG Ariola Munich G m b H, ECAF Records and Zooks Inc.

**12.** SONG TITLE:   "FREE TO BELIEVE"
ARTIST:       **JACK HERRERA**
WRITERS:      Jonathan Buck Phillip Sokly Whole Damnation
PUBLISHING:   Smooth As Silk Publishing PlayGon Music Cookies (ASCAP)
Sony ATV Songs LLC Yab Yum Music Vole Robert
Publishing (BMI)

**13.** SONG TITLE:   "GHETTO'S A BATTLEFIELD"
ARTIST:       **BLAZE AND FIRESTARR**
WRITERS:      L Kelly, E Scruggs, A Coyne, M Chapman, H Enight
PUBLISHING:   Burning Up Music Scorpion Hill Music, Fox Film Music
Corp. (BMI) BMG Songs Inc Mike Chapman Entitled
U.S. Music Media (ASCAP)

Songs by
## Phil Collins

Score Composed by
## Mark Mancina

AN ORIGINAL WALT DISNEY RECORDS SOUNDTRACK

"Two Worlds,"
"Two Worlds
Reprise," "Two
Worlds Finale"
Produced & Arranged
by Phil Collins and
Mark Mancina
Performed by
Phil Collins

"You'll Be in
My Heart"
Produced by
Mark Mancina
and Phil Collins
Arranged by
Mark Mancina
Vocals by Phil Collins
and Glenn Close

"Son of Man"
Produced & Arranged
by Phil Collins
Performed by
Phil Collins

"Trashin' the Camp"
Produced & Arranged
by Phil Collins
Noises Performed
by Phil Collins
Vocals by
Rosie O'Donnell
and Cast

"Strangers Like Me"
Produced by
Phil Collins
Arranged by
Phil Collins and
Mark Mancina
Performed by
Phil Collins

"Trashin' the Camp"
(Phil and 'N Sync
Version)
Produced by
Phil Collins
Vocals by Phil Collins
and 'N Sync
'N Sync appears
courtesy of The
RCA Records Label

"You'll Be in
My Heart"
(Phil Version)
Produced by
Rob Cavallo and
Phil Collins
Performed by
Phil Collins

"Two Worlds"
(Phil Version)
Produced & Arranged
by Phil Collins
Performed by
Phil Collins

"A Wondrous
Place (Score)"
"Moves Like an
Ape, Looks Like
a Man (Score)"
"The Gorillas
(Score)"
"One Family (Score)"
Produced & Arranged
by Mark Mancina
With Drums
Performed by
Phil Collins

Executive Music
Producer:
Chris Montan
Orchestrations by
David Metzger
Vocal Arrangements
by Phil Collins
Score Conducted by
Don Harper
Additional Choral
Arrangements by
Don Harper and
David Metzger
Songs Recorded and
Mixed by Frank Wolf
Score Recorded
and Mixed by
Steve Kempster
Score Co-Produced by
Chris Ward
Music Editor:
Earl Ghaffari
Assistant Music
Editors:
Robbie Boyd,
Daniel Gaber
Music Production
Supervisor:
Andrew Page
Music Production
Manager:
Tom MacDougall
Music Coordinator:
Deniece LaRocca

Music Contractors:
Sandy De Crescent,
Reggie Wilson
Vocal Contractors:
Bobbi Page,
Fonzi Thornton
Supervising
Music Copyist:
Booker White
Walt Disney
Music Library
Music Preparation
by Jo Ann Kane
Music Service
Additional Synth
Programming by
Marc Mann
Additional
Engineering by
Gil Morales
Music Recorded and
Mixed at Signet
Soundelux Studios,
Todd-AO Scoring,
Sony Music
Studios NY, The
Village, Sony Pictures
Scoring Stage,
Mancina Music Inc.





1. The Magic of Christmas Day (God Bless Us Everyone) .................

2. Christmas Song (Chestnuts Roasting) ....................

3. Feliz Navidad (Jose Feliciano) ....................

4. I Don't Want To Wait Till Christmas ....................

5. I Wish It Was Christmas Day ....................

Case 1:06-cv-01... Document 83  Filed 11/22/99  Page 51 of 68 PageID 1614

# Top Pop Catalog Albums

Compiled from a national sample of retail store, mass merchant, and rack sales reports collected, compiled, and provided by SoundScan

| THIS WEEK | LAST WEEK | WKS ON CHART | ARTIST | TITLE | |
|---|---|---|---|---|---|

*(Table data too faded to transcribe reliably)*

---

## VID STORES EXPECT DVD HOLIDAY FE

(Continued from preceding page)

seven-title boxed sets the week of release," he says, "which is the equivalent or more than 10,000 single movie sales. That shows the collectibility of not only the Bond titles but also many others that are adding to the dimension and scope of the enjoyment of watching movies at home. Movies are a big portion of our companywide holiday market plan, especially for DVD."

All 1,050 Hollywood Video stores, driven previously by rentals, are selling VHS and DVD for the holidays.

"Sell-through was definitely a factor in the overall double-digit revenue increases we've posted on a same-store basis this year through October," says Lon Weingart, VP of marketing and merchandising. "Sell-through alone is showing a high single-digit increase so far this year, and while VHS is still 96% of our business, we anticipate that DVD will grow significantly through the holidays and into the new year. Day-and-date release has been critical for us, and the trend is very helpful."

For the upcoming holidays, he is very optimistic, particularly with Disney coming aboard. Noting that "The Matrix" and "The Mummy" continue to sell well, he points to strong new rental titles as driving traffic in for sell-through on such anticipated hits as "Austin Powers," "Notting Hill," and "Inspector Gadget," among others.

One big change in all stores that Weingart sees as paying big dividends for the season is a new "Kids First" section, based on input from the Coalition for Quality Children's Media based in Santa Fe, N.M.

"We're trying to balance sex and violence with a special age section that will help parents make wiser selections for kids under 2, ages 2-5, 6-9, and 10 and up," Weingart explains. "It's a big push for us in kicking off the fourth quarter."

Hollywood is focusing on gift certificates in $5 increments and two customized holiday promotions.

A package of eight holiday cards, with designs created by such personalities as Mike Myers (Austin Powers), Rosie O'Donnell, Will Smith, Kevin Kline, and Bette Midler, is selling for $9.99, with all profits going to the Starlight Foundation, which fulfills wishes of hospitalized kids.

Also available in stores is the customized holiday CD "Soundtrack For The Season," featuring 14 songs from Christmas movies by Bing Crosby, Eartha Kitt, Aretha Franklin, and others, also at $9.98.

Blockbuster reported record sales for the third quarter, which ended Sept. 30, and the first nine months of 1999, based on strong consumer traffic and an increase in company-owned stores, according to chairman/CEO John Antioco. While rentals still represent most of the chain's income, Antioco reported a 50% increase in used-tape sales alone for the third quarter. At an average price of $7, this represents a 40% profit margin.

All of the nearly 3,800 Blockbuster company-owned U.S. stores expected to be operating by the holidays will be selling and renting DVDs for the first time. The company was to relaunch its Web site for E-commerce on Monday (22), with a vital link to America Online, selling new DVD and VHS product and previously viewed tapes online.

"We expect to turn our online retail sales of videocassettes, DVDs, CDs, and Blockbuster Giftcards," Antioco stated in the prospectus for the company's August public stock offering. "We also expect to bring online sales of video games, previously viewed tapes and previously played video games, and other entertainment products."

Blockbuster claimed it would be the first rental chain to allow customers to reserve movies online by the second quarter of 2000. While the program is targeted at "instant rentals" of hot new movies, it will also provide speedy service for DVD and VHS purchases. Blockbuster added 2.5 million new customer accounts in the third quarter alone, with the total database more than 37 million in the U.S. and 7 million in Canada as it heads into the holidays.

West Coast Entertainment, with its pending merger with 92-store Video City not anticipated until early next year, is going full-bore into the holiday season with its 240 stores.

"We continue to see the sales of DVD software increasing as a percentage of our overall sell-through business," says Joe Bosagan, West Coast VP of E-commerce. "We feel this cannot only be attributed to the increased consumer penetration of hardware but also due to the fact that we were the first major chain renting DVD hardware and software since the March 1997 product launch. This proactive move allowed us to capture market share early in the game."

He is expecting the holiday season to be strong for sell-through and is predicting healthy comparable store gains vs. the same period last year. The chain will be promoting sell-through in direct-mail pieces to its members, within in-store publications, and through various other marketing and promotional efforts.

Bosagan sees good sell-through prospects for "Austin Powers," "Big Daddy," "Inspector Gadget," "The Blair Witch Project," and "Saving Private Ryan." His pick for sleeper title of the season is "Iron Giant," which he believes "will find its home on video this holiday."

Looking at the prospects from linking the West Coast and Video City Web sites for the holiday sales period and after the merger, Bosagan says, "E-commerce hits become a strategic priority for West Coast. Between our two companies we have a wealth of assets—including a large and loyal customer base, brand recognition, deep industry knowledge, and studio/supplier relationships—all of which are directly applicable and key to developing a successful online business."

Adds Robert Y. Lee, Video City chairman/CEO, "By combining our [E-commerce] resources, we will be able to offer tremendous benefits to our online shoppers. We believe that the future of video retailing, whether in VHS cassette or DVD format, will lie in a brick-and-click environment—a strong Internet presence alongside existing traditional retail locations."

> 'The convergence factor is definitely at play, making the consumer appetite for movies much more voracious'
>
> — JOE PAGANO

---

Case 6:99-cv-01282-ACC   Document 1 / Complaint Filed 06/30/99   Page 1 of 1  PageID 1615



# COUNTRY CORNER

*by Wade Jessen*

**COUNTRYPOLITAN:** With an album of highly polished pop songs in the quasi-country vein of highly commercial sets by fellow crossover diva Shania Twain, Faith Hill is the proverbial 900-pound gorilla that pounces on Top Country Albums and The Billboard 200. Hill's "Breathe" (Warner Bros.) perches atop both lists with 242,000 units. Her debut is monumental for several reasons, not the least of which is that it gives her first No. 1 on the country chart in almost 10 years (see Between the Bullets, page 36).

In the aftermath of Hill's wildly popular country and pop hit "This Kiss," the new package is rife with opportunities for pop airplay. For the time being, it's the album's lead single on country radio that's fanning the flaming airwaves. "Breathe" gains 547 detections to move 10-5 on Hot Country Singles & Tracks. Hill's gain is outdone only by bigger increases by Dixie Chicks and Tim McGraw, up 808 and 674 plays, respectively.

Elsewhere on the radio chart, other cuts from "Breathe" bite off a big chunk of spins, including "Let's Make Love," a duet with McGraw, and four other tracks. Collectively, these cuts account for 576 detections.

**THOSE CRAZY CANADIANS:** Our trophies for outstanding gains on Top Country Albums will travel north of the border, as Shania Twain's "Come On Over" (Mercury) captures Greatest Gainer honors for a 6,000-unit gain and Anne Murray's "What A Wonderful World" (Straightway/EMI) is up 97% to earn Pacesetter stripes.

Murray's set, a two-disc collection of country, gospel, and pop standards, is being heavily promoted to Christian retailers and jumps 20-8 on this issue's unpublished Top Contemporary Christian albums chart. She was also a guest on Oprah Winfrey's show.

**HAPPY GIRL:** Remember those wacky old television commercials for chewing gum that left chewers doing the "Teaberry Shuffle" and the margarine spots that left tasters wearing a huge crown? This is definitely one of those moments for Martina McBride, as "I Love You" (RCA) controls Hot Country Singles & Tracks for a fifth consecutive week.

Not only is it McBride's first chart-topper to hold at No. 1 for more than one week, it's also the first five-week No. 1 by a solo female act since Shania Twain's "Love Gets Me Every Time" reigned on the country chart for five weeks in 1997.

At the time of Twain's accomplishment, a female artist hadn't spent that many weeks at the top of the page since Dolly Parton's "Here You Come Again" in 1977.

**HEY PEGGY, LOOK AT THIS:** Based on unsolicited album play, Brooks & Dunn show up at No. 71 on Hot Country Singles & Tracks with a cover of Bob Seger's "Against The Wind." That track is found on the soundtrack to "King Of The Hill" (Elektra), which also features Deana Carter, Willie Nelson, Faith Hill, and Trace Adkins.

---

# Encore Credits Top Country Singles & Writers, Pluggers For Successes

**BY DEBORAH EVANS PRICE**

NASHVILLE—At a time when many companies are cutting back and regrouping to cope with country music's current flat sales situation, Encore Entertainment is in a growth mode, buoyed by recent successes on the publishing side, including the No. 1 hits "Something Like That" by Tim McGraw and "I Love You" by Martina McBride.

"The only time you can get hurt in




SCOTT          CONLEY



a declining market is if you are playing a major player," says Jim Scott, managing partner in Encore. "Then you've got something to lose. But as a start-up company, Encore could grow very substantially."

Scott came to Nashville in 1993. His first Music Row venture was Double J Music Group, a publishing company he started with Jean Carey. During their run with Double J, the company was responsible for numerous hits, including Diamond Rio's "Love A Little Stronger" and George Strait's "Check Yes Or No."

In September 1996, they sold Double J to Platinum Entertainment. "After the expiration of a three-year non-compete agreement that I signed with Platinum in connection with their acquisition of Double J, I started another publishing company called Encore Entertainment," says Scott. "It was my entree in the music publishing business. That's where that

*(Continued on page 56)*

---



# Billboard. Top Country Singles Sales. November 27, 1999

28TH STORY of Level 1 printed in FULL format.

Copyright 1999 Billboard Publications, Inc.
Billboard

NOVEMBER 06, 1999

SECTION: CHARTS; TOP 40 RHYTHM-CROSSOVER

LENGTH: 782 words

BODY:

```
    TW   LAST  WO    TITLE
    ARTIST
       LABEL & #/DIST
-----------------------------------
1    1      9    MAMBO NO. 5 (A LITTLE BIT OF...)
    LOU BEGA
       RCA
*2   5      11   BACK AT ONE
    BRIAN MCKNIGHT
       MOTOWN
*3   3      10   HEARTBREAKER
    MARIAH CAREY FEATURING JAY-Z
       COLUMBIA
4    2      21   GENIE IN A BOTTLE
    CHRISTINA AGUILERA
       RCA
*5   6      10   BRING IT ALL TO ME
    BLAQUE FEATURING 'N SYNC
       TRACK MASTERS/COLUMBIA
*6   4      19   BACK THAT THANG UP
    JUVENILE FEATURING MANNIE FRESH & LIL' WAYNE
       CASH MONEY/UNIVERSAL
7    7      28   WHERE MY GIRLS AT?
    702
       MOTOWN
*8   8      9    SATISFY YOU
    PUFF DADDY FEATURING R. KELLY
       BAD BOY/ARISTA
*9   9      9    (YOU DRIVE ME) CRAZY
    BRITNEY SPEARS
       JIVE
*10  11     6    BUG A BOO
    DESTINY'S CHILD
       COLUMBIA
11   12     15   I DO (CHERISH YOU)
    98 DEGREES
       UNIVERSAL
12   10     20   WANNA BE A BALLER
```

```
              LIL' TROY FEATURING YUNGSTA, FAT PAT, LIL' WILL, HAWK, BIG T
                 SHORT STOP/REPUBLIC/UNIVERSAL
*13     15      5     GOTTA MAN
        EVE
           RUFF RYDERS/INTERSCOPE
*14     18      5     WAITING FOR TONIGHT
        JENNIFER LOPEZ
           WORK/ERG
*15     14      8     BLING BLING
           B.G. FEATURING BABY, TURK, MANNIE FRESH, JUVENILE & LIL' WAYNE
              CASH MONEY/UNIVERSAL
16      13     20     BILLS, BILLS, BILLS
        DESTINY'S CHILD
           COLUMBIA
17      20     23     UNPRETTY
        TLC
           LAFACE/ARISTA
(airgainermns)18   36      2     WILL 2K
        WILL SMITH
           COLUMBIA
19      16     11     VIVRANT THING
        Q-TIP
           VIOLATOR/DEF JAM/IDJMG
*20     21      6     STAY THE NIGHT
        IMX
           MCA
21      19      7     LARGER THAN LIFE
        BACKSTREET BOYS
           JIVE
22      17     17     SO ANXIOUS
        GINUWINE
           550 MUSIC/ERG
*23     26      3     MARIA MARIA
        SANTANA FEATURING THE PRODUCT G&B
           ARISTA
*24     22     10     GIRLS' BEST FRIEND
        JAY-Z
           EPIC
25      24     26     IF YOU HAD MY LOVE
        JENNIFER LOPEZ
           WORK/ERG
*26     25      4     GOT YOUR MONEY
        OL' DIRTY BASTARD FEATURING KELIS
           ELEKTRA/EEG
27      23     10     I WANT IT ALL
        WARREN G FEATURING MACK 10
           G-FUNK/RESTLESS
28      29     25     TELL ME IT'S REAL
        K-CI & JOJO
           MCA
29      35     12     I NEED TO KNOW
        MARC ANTHONY
           COLUMBIA
30      27     19     BAILAMOS
```

ENRIQUE IGLESIAS
    OVERBROOK/INTERSCOPE
*31    30      9    MY LOVE IS YOUR LOVE
WHITNEY HOUSTON
    ARISTA
32     31     12    MUSIC OF MY HEART
    'N SYNC & GLORIA ESTEFAN
    MIRAMAX/EPIC
*33    34      3    B-PLEASE
    SNOOP DOGG FEATURING XZIBIT & NATE DOGG
    NO LIMIT/PRIORITY
*34    37      2    GET IT ON TONITE
MONTELL JORDAN
    DEF SOUL/IDJMG
35     28     18    WHAT YA WANT
    EVE & NOKIO
    RUFF RYDERS/INTERSCOPE
36     33      8    WATCH OUT NOW
THE BEATNUTS FEATURING YELLAKLAW
    VIOLATOR/LOUD
37     32     15    SHE'S ALL I EVER HAD
RICKY MARTIN
    C2
*38    NEW          I WANNA LOVE YOU FOREVER
JESSICA SIMPSON
    COLUMBIA
*39    NEW          TURN YOUR LIGHTS DOWN LOW
    LAURYN HILL & BOB MARLEY
    COLUMBIA/DEF SOUL/IDJMG
*40    NEW          SPEND MY LIFE WITH YOU
    ERIC BENET FEATURING TAMIA
    WARNER BROS.


    LEGEND:
(bul) RIAA Certification-gold level; * bullet
* in Label/Dist Label field LP Availability
(dia) Videoclip Availability
(Gainer) Greatest Gainer; (New) New On Chart
(Deb) Hot Shot Debut; (Sal) Number One Sales
(Airpower) Airpower; (Champ) Pace Setter
(Graduate) Heatseeker Impact
(Reentry) Reentry; (LF) Long Form
(D) CD Single Availability
(C) Cassette Single Availability
(V) Vinyl Single Availability
(X) CD Maxi-Single Availability
(M) Cassette Maxi-Single Availability
(T) Vinyl Maxi-Single Availability
(tri) RIAA Certification-platinum level
Multi-platinum achievements, if any, denoted
by number following tri code
(HS) Charted album is past or present
Heatseeker title

LANGUAGE: ENGLISH
LOAD-DATE: November 2, 1999

2ND STO. of Level 1 printed in FULL form

Copyright 1999 Billboard Publications, Inc.
Billboard

NOVEMBER 13, 1999

SECTION: BUYING TRENDS:  Spears, Lopez, 'N Sync Post High On The Lycos Hot List

LENGTH: 270 words

BYLINE: BY DON JEFFREY

BODY:
   People view the Internet as a vast storehouse of information and entertainment. But what are they looking to be informed or entertained about?

   One of the big Internet search engines, Lycos, has provided some answers.

   For the past 11 weeks, it has been publishing the Lycos 50, a chart of the most-searched names or places on the portal.

   The music business should take notice because eight of the 50 positions are occupied by musical acts. Leading the pack--at No. 4 overall for the week that ended Oct. 30--is teen star Britney Spears. She was No. 4 the previous week, and she has appeared on the chart all 11 weeks.

   The second most-searched musical name is another female teen favorite, Jennifer Lopez. She's at No. 20, down from 17. Next come the boys: Teen heartthrobs 'N Sync are No. 25 (19 the week before). The others on the chart (along with prior-week positions) are Mariah Carey, No. 28 (27); Korn, No. 32 (32); Limp Bizkit, No. 34 (29); Shania Twain, No. 39 (37); and Tupac Shakur, No. 48 (47).

   There are four newcomers on the latest Lycos 50 and they represent a wide world of interests. Golfer Payne Stewart, who died in a plane crash, enters at No. 18. Radio jock Howard Stern, who has publicized his marital breakup, debuts at 19. The other new names are Shakespeare (47) and Barbie (50).

   What's the most popular search term of the week? Think holiday and you won't be surprised. It's Halloween, same as the week before. Related topics are hot too--"Blair Witch" at No. 5 and witchcraft at No. 11.

   Maybe next year it would be a good idea to concoct some Halloween promotions for teen stars.

LANGUAGE: ENGLISH

LOAD-DATE: November 9, 1999



**VMS**

VIDEO MONITORING
SERVICES
OF AMERICA, L.P.

New York
Detroit
Boston
Baltimore
Los Angeles
Hartford
Chicago
Dallas
San Diego
Philadelphia
Washington
Phoenix

*Transcript*

DATE      November 4, 1999
TIME      5:30-6:00 PM
STATION   WFTV-TV (ABC) Channel Nine
LOCATION  Orlando, Fla.
PROGRAM   Eyewitness News

Bob Opsahl, co-anchor:

They're one of the hottest music groups in the world, but
instead of bountiful bank accounts, N'Sync says it's been
bled dry.  Tonight, the group is talking about a lawsuit
filed in Orlando that has fans tuning in.

Barbara West, co-anchor:

Tonight, we are getting an inside look at why N'Sync feels
it's been cheated.

Opsahl:  The squabble is now in the form of an eight-
hundred-page lawsuit filed right here in Orlando.  Channel
9's Traci Grant has details.

Traci Grant reporting:

Johnny Wright (N'Sync Manager):  I think that they enjoy
the show.  They don't enjoy the business.

Grant:  But the five members of N'Sync had to learn it
quickly.  Manager Johnny Wright says their education was
not an easy one.

Wright:  Well, you sign a deal that, basically, is offered
to you at the beginning, because at the beginning stages,
there's not a whole lot of people knocking down doors to
get to you.  Then again, when you become successful and you
bring success to that company, it's time for a
re-negotiation.

Grant:  That's when the relationship between the band
members and the man who discovered them broke down.  Lou
Perlman's Transcontinental Records filed a hundred-and-
fifty-million-dollar suit against the band after it bolted
for another company.  N'Sync lawyers responded this week,
saying the group has been cheated at every turn.

Transcontinental Records has threatened to take away their

For a VIDEOCASSETTE(TV) or audio CASSETTE(radio) of this news segment contact your nearest VMS office.
Material supplied by Video Monitoring Services in any way is not for retransmission, external re-issuance, for publication, rebroadcast or sold, displayed or stored in magazines.

name, but, even if they're called "The Artists Formerly
Known as N'Sync," their manager says the boys will still
perform.

Wright:  The name is important because, obviously, it's
something they've built on, but if, for all intents and
purposes, things work out that they're no longer able to
call themselves "N'Sync," so what?  The fans love the five
guys behind the name.

Grant:  But, in a statement released yesterday, the company
said it is unfortunate that court papers filed yesterday by
the group's lawyers and media advisors invent facts in
an effort to justify the group's blatant breach of
contract.

Transcontinental Records is also the group behind these
guys--the Backstreet Boys.  Now, they went through a
similar thing about two years ago.  There was a big split
there, but that group managed to settle and move on, and
Johnny Wright says he's hoping that is what will happen
with N'Sync.

Live in Orlando, Traci Grant, Channel 9 Eyewitness News.

Opsahl:  And here are more details about the N'Sync
lawsuit.  The next step in the court battle is a
preliminary hearing.  That'll happen in the next two months
or so.  In the meantime, the band has recorded an album
that cannot be released until it's resolved.  So, for now,
N'Sync says it will go ahead with their scheduled
appearances.

                         # # #

3RD STORY of Level 1 printed in FULL format.

Copyright 1999 N.Y.P. Holdings, Inc. All rights reserved.

The New York Post

November 4, 1999, Thursday

SECTION: All Editions; Pg. 040

LENGTH: 532 words

HEADLINE: COUNTERSUITS FLYING FROM 'N SYNC: BOYS BAND ATTACKS EX-MENTOR

BYLINE: ALLYSON LIEBERMAN

BODY:
   Members of 'N Sync are 'N-raged, and they've launched a blistering attack on their former guru and label, claiming the group had every right to jump ship and sign with another label.

   Just two weeks after getting slammed with a $150 million breach-of-contract lawsuit by 'N Sync creator Louis Pearlman, his Trans Continental Records and RCA parent BMG Entertainment, the bubblegum bards have filed a counter-claim charging their mentor and manager "picked our pockets ..."

   Pearlman is "an unscrupulous, greedy and sophisticated businessman who posed as an unselfish, loving father figure and took advantage of our trust," said Joshua Scott Chasez, 'N Sync's J.C., speaking for the band in the claim.

   But BMG and Trans Continental, on Pearlman's behalf, say the teen pop ensemble is out of line.

   "It is unfortunate that the court papers filed [Tuesday] by the group's lawyers and media advisors invent facts in an effort to justify the group's blatant breach of their contracts," the two companies said in a joint statement.

   The all-male dance-pop band - responsible for the hit song "Tearin' Up My Heart" - claim the suit filed against them and the label they now call home - Zomba Recordings' Jive Records - is without merit.

   The band insists the Orlando, Fla.-based Pearlman, who is widely known for creating, discovering, financing and grooming a bevy of boybands - namely the Backstreet Boys, C Note and Take 5 - induced the band into signing a web of agreements that enabled Pearlman to take more than his share of the profits.

   In particular, Adam Ritholz, a lawyer for the boyband, claims Pearlman received 50 percent of all recording royalties, 100 percent of all advances, "plus a further 25 percent of recording income as management commission." In addition, "Big Pappa" - the boy band's nickname for Pearlman - took home 37.5 percent of profits.

New York Post November 4, 1999, Thursday

But as one music lawyer not associated with the legal battle said: "Those are very aggressive, anti-artist numbers. But they are are not unheard of or unprecedented.

The battle is expected to go to go before a Florida judge within a few weeks.

The boys further allege that part of their agreement with Trans Continental was for Pearlman to secure U.S. distribution for their albums, and that didn't happen.

If no U.S. deal was made, "'N Sync shall have the right to terminate the agreement" at any time, the agreement said, according to the claim.

"The truth is, Pearlman did not get them U.S. distribution," said Ritholz.

Ritholz said Pearlman signed a master license agreement with BMG Ariola in Germany, who, in turn, made a deal with BMG in the U.S. two years later.

"The BMG Ariola Agreement, dated Aug.1, 1996, is not a deal with a U.S. record company. [The agreement] does not obligate BMG Ariola to relase any 'N Sync record in the U.S., nor does it allow 'N Sync to release a record in the U.S. if BMG Ariola chooses not to do so," said Ritholz in the claim.

Still, Ritholz and the teen sensations say the distribution argument is not the real issue.


GRAPHIC: EVEN UP: 'N Sync's counter-claim asserts that ex-mentor and manager Lou Pearlman (right) took advantage of them financially.

LANGUAGE: ENGLISH

LOAD-DATE: November 4, 1999

1ST STORY of Level 1 printed in FULL format.

Copyright 1999 Knoxville News-Sentinel Co.
Knoxville News-Sentinel (Knoxville, TN)

May 07, 1999, Friday

SECTION: Weekend; Pg. E7

LENGTH: 752 words

*BB*

HEADLINE: 'N Sync feels its music will survive after screams die

BYLINE: By Wayne Bledsoe, News-Sentinel entertainment writer

BODY:
   The sound of thousands of screaming adolescent girls is unforgettable.

   The Beatles, of course, survived early charges of being nothing more than
teenage fluff and went on to become the most influential pop group of all time.

   In the past decade, though, the acts provoking similar screams have had a
somewhat less impressive impact on society. Bubblegum artists couldn't stick in
the '70s. The screams for Vanilla Ice were deafening in 1990 and only a memory
in 1991.

   In the '80s, New Kids on the Block had a dizzying two-year stretch of stardom
before their girls grew up.

   And it's yet another generation that squeals for 'N Sync. 'N Sync member
Lance Bass thinks he has the key to outlasting the normal short stretch reserved
for teen trifles.

   "We're just gonna grow with our fans," says Bass. "A lot of people make the
mistake of just dropping off the face of the earth for a year, but we're not
going to take a break."

   Laugh if you will, but 'N Sync, which will perform at 7:30 p.m. Monday at
Thompson-Boling Arena, just might pull it off.

   Unlike New Kids on the Block or even the Spice Girls, 'N Sync was not
manufactured by a management company. The band members joined with natural
singing abilities and some with performing backgrounds.

   JC Chasez and Justin Timberlake performed on "The Mickey Mouse Club." Joey
Fatone Jr. appeared in small roles in the movies "Once Upon a Time in America"
and "Matinee" as well as bit parts in TV shows. Bass and Chris Kirkpatrick had
lesser professional experience but were no less committed to performance.

   'N Sync was already performing in the Orlando area, at such venues as Disney
World's Pleasure Island, by the time its members were introduced to managers Lou
Perlman and Johnny Wright. Both had seen the sort of money New Kids on the Block
had generated (Wright had once driven a van for New Kids on the Block manager
Maurice Starr), and the two were already working on turning the Backstreet Boys

into stars.

'N Sync signed on, and for a while, looked to be forever in the shadow the older Boys.

Pearlman and Wright decided that both 'N Sync and the Backstreet Boys should begin their careers in the more pop-friendly Europe.

"America was not ready for this type of group," says Bass, "and we were not going to get near as good of a record deal here as in Germany, so we went with the better deal."

Bass says it was the success of the Spice Girls that opened the door for both the Backstreet Boys and 'N Sync.

The group recorded an album in Stockholm under the tutelage of songwriters Max Martin and Denniz PoP, and spent six months touring Europe. "In Europe we were playing 1,000-seaters," recalls Bass.

When the audiences began to grow, the group signed with RCA Records in the United States.

The Backstreet Boys had a good lead on 'N Sync and for a while it seemed as if 'N Sync would look like the also-rans. That was until the Backstreet Boys backed out of filming a Disney Channel special and 'N Sync was contracted to fill-in. After the show aired, the group saw its album shooting up the charts and radio becoming more friendly.

Today, the group is selling out arenas and working on a second album. A Christmas album was released in late '98, but Bass doesn't consider that an official album. Bass says he knows how tough making a second album can be.

"Everybody knows that the second album is the most important for any artist," says Bass. "The first one is a fluke. The second one establishes you."

Bass says the group has high hopes and few problems, and he's not upset that he can't go anywhere in public without being recognized.

"Really, we just appreciate that somebody does recognize us," says Bass.

While the Backstreet Boys have filed a lawsuit against Pearlman and fired Wright, 'N Sync reports no problems with the duo.

"I think when we signed our contract we were a little bit smarter," says Bass. "They were a little bit more vulnerable."

He says that unlike New Kids on the Block, which occasionally lip-synced to tapes, 'N Sync always sing live. He says the members are committed to each other and their music.

"We're best friends first and, as long as we're making real music, our fans will be there," says Bass.

And how is he dealing with the sound of those screams?

Knoxvi⌣ News-Sentinel (Knoxville, TN) May 07, 199⌣ Friday

"It's crazy. It's flattering. We never thought it would be so big. We looked up to groups like Boyz II Men and they never had crowds like this. You look out and you have to laugh, you know; why us?"


GRAPHIC: Vocal group 'N Sync consists of, from left, Lance Bass, Joey Fatone Jr., JC Chasez, Chris Kirkpatrick and Justin Timberlake. The guys' debut album has spawned numerous Top 10 singles and has sold more than 6 million copies.; PHOTO NOT RETAINED IN LIBRARY

   (Color) 'N SYNC - Growing up with their fans; PHOTO NOT RETAINED IN LIBRARY

LANGUAGE: ENGLISH

LOAD-DATE: May 11, 1999

1ST STORY of Level 1 printed in FULL format.

COPYRIGHT 1997 BY WORLDSOURCES ONLINE, INC.,
A JOINT VENTURE OF FDCH, INC, AND WORLD TIMES, INC.
COPYRIGHT 1997 NATION, ALL RIGHTS RESERVED AS DISTRIBUTED BY
WORLDSOURCES ONLINE, INC.
Emerging Markets Datafile
NATION

July 11, 1997, Friday

LENGTH: 928 words

HEADLINE: 'N SYNC NOT JUST ANOTHER PRE-FABRICATION

*CC*

BYLINE: THOMAS ROTH

BODY:
    Bangkok's live music scene has hit rock bottom this year. But luckily ''The
East Meets West" music fest promises to keep music maniacs from singing the
blues for too much longer. The concert will star such local luminaries as
Blackhead, who will be playing tunes from their new album, recorded in America,
Full Flavour, which shows the band moving far beyond its grungy genesis. The big
out-of-town act on the bill is the latest pretty-boy wonders from the US , 'N
Sync. They will be singing up a pop storm of five-part harmonies, with plenty of
moves to get the girls swooning, at the Discovery Pub on Sukhumwit Soi 23 this
Saturday with the opening band starting around 3 pm. Following are excerpts from
a recent interview with the boys in Philadelphia: Question: How did you all get
together? Chris: It started about two or three years ago and what happened was I
was singing with some groups in college like some quartets or quintets,
four-part, five-part guys' harmonies and it was mostly for school. We all had
other jobs. We were doing it like in coffee shops at little school activities or
whatever, and I thought it'd be cool if I could do that all the time and it'd be
a career, because I love to write. I arranged a few songs that the groups had
done and I thought it would be really good to get focused on it seriously.   The
other guys in the group at that time didn't take it as seriously as I did, so I
called up some really close friends who I thought would be more diligent, and
the first person I thought of was Justin, because I'd known him through some
auditions, heard him sing and he's got a great voice, so I gave him a call. He
called up his very good friend JC whom he worked with on the Mickey Mouse Club,
and the three of us all hit it off. Then we went out dancing, bumped into Joey
who I knew 'cause he was working at Universal studios and JC knew him because
Joey used to hang out with some of the same friends. Then we needed a bass
voice, so we got Lance Lanston . Justin knew him because they took lessons from
the same voice coach. Joey, would you tell us what the band's name 'N Sync
means? Joey: The name 'N Sync comes from the word synchronicity, which is like
synchronised swimming, and requires doing the same movements and being as one.
Our vocals and dancing are basically as one. They are in sync, for sure. And
'N Sync spelled out is basically the last letters of our surnames. You have
Justin for the N, Chris for the S, Y for Joey, Lanston for the N and JC for the
C. They say that there were a lot of record companies chasing you, so what did
your actual record company do to sign you? Chris: They gave us all Porsches and
promised that we'll have our own jet within two months and then they gave us big
suitcases full of money. JC, can you describe your feelings right after signing

your first record deal? What happened then? JC: Basically we screamed our heads off. We were running around like chickens with their heads cut of. They brought us straight over to Germany and welcomed us with open arms and really embraced us. They made us feel at home 100 per cent. When we arrived we met the rest of the company and then we immediately went off and recorded our first single. Since then you've had a tough schedule, right? Lance, what countries have you seen so far and what's coming up next? Lanston: We've been to a lot of places. We just finished our 'I Want You Back' tour in Germany and went all over the country and hit Switzerland too. We've been doing promotions in The Netherlands, Switzerland, Germany, Austria, Brussels and Slovenia. Then this summer we're going to do promotion like everywhere. We have a huge schedule. It's gonna be demanding, but that's what we like to do. Your fans have been desperately waiting for a whole album packed with 'N Sync songs. So how has the first CD been selling? JC: The single was released in early May and the album later in the month. The album is basically just variety now. It goes from one style to another with some 'N Sync flavour on it. We have very pop-style ballads and RandB-style ballads, dance songs, grooved out funky tunes. We have a mixture of everything so there's something for everybody on the album, which makes it very nice. And it broadens our audience. 'N Sync and every member of the band are becoming celebrities. But every job has it's good and it's bad sides. Justin, what do you enjoy most about the music biz and what sometimes bothers you? Justin: We're just having fun, singing and performing for the people. I think one of the things that has changed the most is our lack of free time. But it doesn't bother us that much. We really enjoy what we're doing, from the interviews to being on stage and doing the TV shows. I mean it's a lot of fun for us. We're having the time of our lives. You're so busy touring, what do you do to relax? Chris: There's no time for dating ... but on a plane one time we had the back section to ourselves, so we took the plastic bags that the headphones come in and put those on our heads and did a body-wave. We've even got the videotapes to prove it. Would you like to say 'hello' to your fans out there and send them a personal message? Justin: Hey everybody, we just wanna say that we love you guys and we really thank you for all your love and all the support that you've give us through the short period of time we've been around and we wanna let you know that we're gonna keep providing everyone with the music that we love and hopefully you love too. And watch for us soon. We love you guys.

LANGUAGE: ENGLISH

COUNTRY: THAILAND

LOAD-DATE: July 15, 1997

5TH STORY of Level 1 printed in FULL format.

Copyright 1999 Knight Ridder/Tribune Business News
Copyright 1999 New York Daily News
DAILY NEWS (NY)

September 13, 1999, Monday

KR-ACC-NO: NY-MUSIC

LENGTH: 336 words

HEADLINE: Independent Record Label May Be N Sync with Teen Pop Group

BYLINE: By Phyllis Furman

BODY:


   Red-hot independent record label Jive is close to snaring teen pop phenomenon
'N Sync away from music giant BMG Entertainment.

   According to music sources, Jive is poised to add the band to its already
highly lucrative stable of teeny bopper favorites, including the Backstreet Boys
and Britney Spears.

   Lou Pearlman, who manages 'N Sync and runs Trans Continental Records, the
Orlando-based company that produces their albums, acknowledged the negotiations
with Jive.

   Pearlman, credited with discovering both 'N Sync and the Backstreet Boys,
said "nothing has been determined yet," and that talks also are underway about '
N Sync's future with BMG execs.

   At stake is one of the music industry's hottest acts.

   Capitalizing on the swelling ranks of swooning teen music fans, 'N Sync's
self-titled first album, released in March 1998, has sold 7 million copies
domestically and remains a fixture on the pop charts.

   "This is an enormous asset," said one music industry insider.

   BMG chief executive Strauss Zelnick and Jive founder and chief Clive Calder
declined to comment. A spokesman for BMG said that 'N Sync "is a BMG act, and we
intend to enforce our rights vigorously."

   BMG has much to lose if the five-man band -- whose hit singles include
"Tearing Up My Heart" -- flees.

   'N Sync now records for BMG label RCA, which has relied on the group to help
pull it out of a major slump.

   While RCA's other leading acts include another sudden teen sensation,
Christina Aguilera, and popular rock act the Dave Matthews Band, the loss of

DAILY NEWS (NY) September 13, 1999, Monday

'N Sync would be a heavy blow.

   Complicating matters is the relationship between BMG and Jive. BMG, a division of German media giant Bertelsmann, owns a minority stake in Jive and distributes its CDs in North America.

   The battle over 'N Sync could mark the end of an already shaky relationship. Calder, a reclusive and shrewd music entrepreneur, has in the past looked to break his ties to BMG.


   -----

   Visit the New York Daily News at http://www.nydailynews.com


LANGUAGE: ENGLISH

JOURNAL-CODE: NY

LOAD-DATE: September 14, 1999