UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

------------------------------------------------------------X

TRANS CONTINENTAL RECORDS, INC.,
BIG ENTERTAINMENT, BIG ARCOLA
MUENCHEN GmbH, TRANS CONTINENTAL     : 99-1282-Civ-Orl-22C
ENTERTAINMENT, INC. and LOUIS J.
PEARLMAN,

               Plaintiffs,     : **DECLARATION OF JAMES**
                                                                            **LANCE BASS IN**
     -against-     : **OPPOSITION TO MOTION**
                                                                           **FOR A PRELIMINARY**
ZOMBA RECORDING CORPORATION,     : **INJUNCTION**
CLIVE CALDER, JAMES LANCE BASS,
JOSHUA SCOTT CHASEZ, JOSEPH
ANTHONY FATONE, JR., CHRISTOPHER
ALAN KIRKPATRICK, and JUSTIN
RANDALL TIMBERLAKE,

               Defendants.

------------------------------------------------------------X

      I, JAMES LANCE BASS, pursuant to 28 U. S. C. § 1746, declare under penalty of perjury, as follows:

      1.    J. C. Chasez, Joey Fatone, Jr., Chris Kirkpatrick, Justin Timberlake and I are professionally known as 'N SYNC. As a member of 'N SYNC, I sign this declaration to oppose plaintiffs' motion for a preliminary injunction.

      2.    I have read the declarations of the other members of 'N SYNC as well as the declaration of my mother, Diane Bass. I believe that what they say in their



declarations is true. I was sixteen when all the contracts were signed. My family and I knew nothing about the music business.

3. I became a member of 'N SYNC because Lynn Harless knew my vocal coach. I went to Orlando in late September or early October 1995 to meet with the other members of 'N SYNC. Lou Pearlman did not audition me or pick me. I sang with the other guys for Robin Wiley. We all hit it off right away, and I agreed to join the group. I never got any money from Lou in these early days. I knew Lou was fronting some money, and that he paid for me to fly to Orlando, but I never got a salary from him and I never worked for Lou Pearlman or Transcon.

4. It's the other way around: Lou always told us that he was working for us. Lou repeatedly told me and the others that he was "one of us" and that, as the so-called "sixth member" of 'N SYNC, he would get no more than any one of us. He had us call him "Big Poppa" and had us believing he was looking out for our interests. Lou told us that he would manage the group, and also act as our business manager. He told us he could get us a record deal with a major company. He later told us that he got us a superstar deal with BMG. I never saw the contract between Lou's company and BMG.

5. Lou had nothing to do with the way we sang and danced. Lynn Harless had more to do with creating and developing 'N SYNC than Lou Pearlman.

6. During our time in Europe, the five of us had to work long hours touring, and we kept it up when we returned to the U.S. We enjoy what we do, but it is very hard work, sometimes 16 or more hours a day. When we are on tour, as we have

been for five of the last eight months, we live on a bus. After we perform in a city, we board the bus to travel to the next city. We do five or six shows a week. We are scheduled for publicity appearances, charity functions, and recordings when we are not performing. In truth, we have worked fourteen to sixteen hours a day, six to seven days a week, for most of this past year. At one point earlier this year, I collapsed and was hospitalized for exhaustion.

7. All the time that we were working this hard, Lou claimed we were "in the red" and that was why we had received so little money for all our efforts. Then Jan Bolz told us how difficult it was for him to get us money, that he had to pay Lou millions just to get a few dollars into our hands, and suggested that we hire a lawyer. That's when we began to understand the many ways in which Lou has lied to us, and cheated us, all the while duping us into believing he was one of us.

8. My understanding is that Lou, as recently as three weeks ago, told our fans that he is continuing to work closely and in cooperation with 'N SYNC. This is yet another one of Lou's many misrepresentations and lies. 'N SYNC is continuing to make public appearances and has been attempting to make up missed concerts out of a sense of duty and loyalty to its fans. 'N SYNC's decision to do everything it can to ensure its fans are not disappointed in no way changes the fact that 'N SYNC has terminated its relationship with Lou Pearlman. We don't want to have anything to do with him because he cheated us.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of November, 1999 at Los Angeles, California.

_____
JAMES LANCE BASS