UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

-----------------------------------------------------------X

TRANS CONTINENTAL RECORDS, INC.,
BMG ENTERTAINMENT, BMG ARIOLA
MUENCHEN GmbH, TRANS CONTINENTAL
ENTERTAINMENT, INC. and LOUIS J.
PEARLMAN,

                Plaintiffs,

-against-

ZOMBA RECORDING CORPORATION,
CLIVE CALDER, JAMES LANCE BASS,
JOSHUA SCOTT CHASEZ, JOSEPH
ANTHONY FATONE, JR., CHRISTOPHER
ALAN KIRKPATRICK, and JUSTIN
RANDALL TIMBERLAKE,

                Defendants.

-----------------------------------------------------------X

99-1282-Civ-Orl-22C

DECLARATION OF
CHRISTOPHER ALAN
KIRKPATRICK IN
OPPOSITION TO MOTION
FOR A PRELIMINARY
INJUNCTION

I, CHRISTOPHER ALAN KIRKPATRICK, pursuant to 28 U. S. C. § 1746, declare under penalty of perjury, as follows:

1. I am one of the members of the group 'N SYNC. I have read the declarations of the other members of 'N SYNC and I believe them to be true. I submit this declaration to join my fellow 'N SYNC members in asking this Court to deny plaintiffs' motion for a preliminary injunction.

2. The group known as 'N SYNC resulted from my efforts to form a group which could do five part vocal harmonies. In 1994, Charlie Edwards, who had dropped out

of the Back Street Boys, asked me if I would be interested in forming a group with him. He introduced me to Lou Pearlman. Pearlman told me that he would provide financing if we formed a group. Because of his involvement with the Back Street Boys, Lou wanted to stay in the background and provide only seed money. He didn't even want me to mention his name when talking to potential group members. I expected that Lou would recoup the seed money if we generated income, but beyond that the arrangement was not discussed and there were no contracts. Lou made suggestions on what kind of group might be successful, using the Back Street Boys as a model, but I was the organizer of the group and the one who found its members. I wasn't working for Lou or his company in doing so. In fact, I had other jobs during the entire time that 'N SYNC was being formed and developed, and I was never paid a salary or otherwise compensated for my work in finding the members of the group or developing our sound.

3. As of the spring or summer of 1995, Charlie had dropped out and I had not been successful in identifying appropriate performers. I contacted a local talent agent who gave me a videotape of Justin Timberlake, who had been a singer on the Mickey Mouse Club television show. I tracked down Justin through an agency, and I called him in Memphis. I spoke to his mother, Lynn Harless, in Memphis a few times and asked Lou to call her. She agreed to bring Justin to Orlando for a weekend to meet me and told me that she knew another singer who might be interested, J.C. Chasez. J.C. agreed to come to Orlando as well. We all went to Lou's house. There were a couple of other guys there who I had recruited and we all sang together. I think it was that same weekend that, while we

were out together one night, J. C. and I met Joey Fatone. Both of us knew Joey, and thought he might be able to be a singer in our group. Joey joined and he suggested his friend Jason Watkins as a bass singer. Not long thereafter, Jason decided on his own that he didn't want to be in the group. Justin's mother Lynn Harless found us another bass singer, Lance Bass.

4. The name 'N SYNC was Lynn Harless's idea. We started using the name among ourselves soon after Lynn and Justin moved to Orlando sometime in the summer of 1995. Beginning around this time, the five of us — J. C., Justin, Joey, me, and initially Jason and then Lance — practiced singing together with Robin Wiley, a vocal coach that Justin, J. C. and Lynn Harless knew from the Mickey Mouse Club. Robin and Lynn worked with us during many long hours of practice. While Lou would visit from time to time, Robin and Lynn were the persons working with us day after day to rehearse and prepare for making a demo tape.

5. I signed the contracts that Lou asked us to sign because I trusted Lou and understood that he was protecting our interest as the "sixth member" of the group. Lou said that he would be our personal manager and our business manager. He told us often that he would be making only what each of the rest of us made once he got his expenses repaid. I did not know that Lou tried to register our 'N SYNC name in the name of Transcontinental, Inc., or that he later got a license for that name in his personal name. I did not know that Lou held an interest in the management company; Lou told us that the management company was Johnny Wright's company. I never saw the agreement that Lou signed with BMG Ariola;

I thought we were signed with BMG the parent and with RCA. I didn't know that the contracts that Lou had us sign entitled him and his companies to 50% of all recording royalties and 100% of all recording advances, in addition to the 25% of recording income he had us pay him as management commission; and to 100% of all publishing income; and to 50% of all merchandising income plus 30% of gross merchandising income as management commission; and to 30% of gross touring income as management commission and 25% of net touring revenues as consulting fees — all on top of the 37.5% of profits he and his companies took as stockholders of 'N SYNC Productions, Inc. Lou promised us all we would be directors of 'N SYNC Production, Inc., but then, without our realizing, he took control of the company.

6. Lou Pearlman and Transcon helped us in the early days of 'N SYNC by advancing the money that allowed us to form the group. But he didn't create and never controlled 'N SYNC's "image" and "sound" and "quality." The "image" and "sound" and "quality" came from the five of us who worked grueling hours, day and night, for many months practicing, rehearsing, performing, touring and recording. Lou and Transcon's contribution was almost entirely financial. Others, particularly Lynn Harless and Robin Wiley, as well as the five members of 'N SYNC, contributed to the creative side.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of November, 1999 at Los Angeles, California.

CHRISTOPHER ALAN KIRKPATRICK