FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

99 NOV 26 PM 3: 23
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

TRANS CONTINENTAL
RECORDS, INC., BMG
ENTERTAINMENT, BMG
ARIOLA MUENCHEN GMBH,
TRANS CONTINENTAL
ENTERTAINMENT, INC., LOUIS
J. PEARLMAN,

        Plaintiffs,

-vs-                               Case No. 99-1282-CIV-ORL- 22C

ZOMBA RECORDING
CORPORATION, CLIVE
CALDER, JAMES LANCE BASS,
JOSHUA SCOTT CHASEZ,
JOSEPH ANTHONY FATONE, JR.,
CHRISTOPHER ALAN
KIRKPATRICK, JUSTIN
RANDALL TIMBERLAKE,

        Defendants.
_____/

## ORDER TO SHOW CAUSE

This cause came on for consideration on the Court's own motion. On or before December 13, 1999, defendant **Clive Calder** of Zomba Recording Corporation shall show cause in writing why this Court should not enter an order 1.) holding him in contempt of court; 2.) striking his answer and affirmative defenses [Docket No. 24], his responses [Docket Nos. 25, 53], and his declarations [Docket Nos. 26, 43]; and 3.) entering judgment against him on the complaint for his failure to attend and participate in the settlement conference on November 24, 1999, as ordered.

**DONE AND ORDERED** this 26th day of ~~December~~ November, 1999.

*Anne C. Conway*
Anne C. Conway
United States District Judge

Copies to:
All Counsel of Record

2