UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
99 DEC 20 PM 2:56
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

99-1282-CIV-ORL-22C

TRANS CONTINENTAL RECORDS, INC.,
BMG ENTERTAINMENT, BMG ARIOLA
MUENCHEN GmbH, TRANS CONTINENTAL
ENTERATINMENT, INC., AND
LOUIS J. PEARLMAN,

    Plaintiffs,

vs.

ZOMBA RECORDING CORPORATION, CLIVE
CALDER, JAMES LANCE BASS, JOSHUA SCOTT
CHASEZ, JOSEPH ANTHONY FATONE, JR.,
CHRISTOPHER ALAN KIRKPATRICK, and
JUSTIN RANDALL TIMBERLAKE,

    Defendants,
_____/

## EMERGENCY MOTION FOR EXTENSION OF TIME

COMES NOW, the undersigned counsel on behalf of the Trans Continental Companies and Louis J. Pearlman and files this Emergency Motion for Extension of Time and shows:

1. The undersigned counsel is authorized to represent to this Court that 'N SYNC, TRANS CONTINENTAL, and LOUIS J. PEARLMAN have authorized the undersigned to request an extension of time for the filing of the previous ordered documentation until Monday, December 27, 1999.

2. That the extension of time is necessary in order that the parties conclude the documentation which your undersign represents is at this point substantially completed and the parties intend to be able to comply with the actual filing by the close of business on Monday, December 27, 1999.

WHEREFORE the undersigned prays this Court enter whatever process the Court feels appropriate to extend the time for the

filing of previously ordered documentation until the close of business on Monday, December 27, 1999.

_____
J. CHENEY MASON, ESQUIRE
J. CHENEY MASON, P.A.
NationsBank Center, Suite 2100
390 North Orange Avenue
Orlando, Florida 32801-1967
(407) 843-5785
Florida Bar No: 131982

CC: All parties on attached service list

## SERVICE LIST

William B. Wilson, Esq.
Holland & Knight, LLP
200 South Orange Avenue, Suite 2600
Orlando, Florida  32802

Helene Freeman, Esq.
Dorsey & Whitney
250 Park Avenue, 15th Floor
New York, New York  10177

Melanie Stein, Esq.
Paul, Weiss, Rifkind, Wharton &
  Garrison
1285 Avenue of the Americas
Room 3123
New York, New York  10019

Jeffrey Keiner, Esq.
Gray, Harris & Robinson, P.A.
Post Office Box 3068
201 East Pine Street, Suite 1200
Orlando, Florida  32802

David B. King, Esq.
King, Blackwell & Downs, P.A.
Post Office Box 1631
Orlando, Florida  32802-1631

Michael D. Friedman, Esq.
Parker, Chapin, Flattau
  & Klimpl, LLP
1211 Avenue of the Americas
New York, New York  10036-8735

Stephen M. Hayes, Esq.
Parcher, Hayes & Snyder
500 Fifth Avenue
38th Floor
New York, NY  10110