FILED

99 DEC 22 PM 3: 49

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TRANS CONTINENTAL RECORDS, INC.,
BMG ENTERTAINMENT, BMG ARIOLA
MUENCHEN GmbH, TRANS CONTINENTAL
ENTERTAINMENT, INC. and LOUIS J.
PEARLMAN,

                Plaintiffs,

v.

ZOMBA RECORDING CORPORATION,
CLIVE CALDER, JAMES LANCE BASS,
JOSHUA SCOTT CHASEZ, JOSEPH
ANTHONY FATONE, JR., CHRISTOPHER
ALAN KIRKPATRICK, and JUSTIN
RANDALL TIMBERLAKE,

                Defendants.
_____/

CIVIL ACTION NO.
99-1282-CIV-ORL-22C

### JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Plaintiffs/Counterdefendants, TRANS CONTINENTAL RECORDS, INC., TRANS CONTINENTAL ENTERTAINMENT, INC. and LOUIS J. PEARLMAN, Plaintiffs, BMG ENTERTAINMENT and BMG ARIOLA MUENCHEN GmbH, Defendants, ZOMBA RECORDING CORPORATION and CLIVE CALDER, and Defendants/Counterclaimants, JAMES LANCE BASS, JOSHUA SCOTT CHASEZ, JOSEPH ANTHONY FATONE, JR., CHRISTOPHER ALAN KIRKPATRICK and JUSTIN RANDALL TIMBERLAKE, pursuant to the provisions of Federal Rule of Civil Procedure 41(a) and (c), hereby jointly stipulate to the dismissal of the entire

action herein (including all claims and counterclaims) WITH PREJUDICE with each party to bear and be responsible for the payment of his or its own respective costs and expenses and attorneys fees incurred in or as a result of this action.

Dated: _December 22, 1999_.

William B. Pringle, III, Esquire
Florida Bar No.: 0777986
William B. Pringle, III, P.A.
390 N. Orange Avenue
Suite 2100
Orlando, FL 32801
(407) 343-3701

J. Cheney Mason, Esquire
Florida Bar No.: 131982
J. Cheney Mason, P.A.
390 North Orange Avenue
Suite 2100
Orlando, FL 32801
(407) 843-5785

- AND -

Michael D. Friedman, Esquire
Sharon H. Stern, Esquire
PARKER CHAPIN FLATTAU &
 KLIMPL, LLP
1211 Avenue of the Americas
New York, NY 10036

Attorneys for Plaintiffs, Trans Continental Records, Inc., Trans Continental Entertainment, Inc. and Louis J. Pearlman

Jeffrey D. Keiner, Esquire       12/20/99
Florida Bar No.: 181678
GRAY, HARRIS & ROBINSON
201 E. Pine Street, Suite 1200
Orlando, FL 32802-3068
(407) 843-8880

- AND -

Gerard E. Harper, Esquire
PAUL, WEISS, RIFKIND,
 WHARTON & GARRISON
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

Attorneys for Defendants,
Zomba Recording Corporation
and Clive Calder

David B. King, Esquire
Florida Bar No.: 0093426
KING, BLACKWELL & DOWNS
25 East Pine Street
Post Office Box 1631
Orlando, FL 32802-1631
(407) 422-2472

- AND -

*[signature]* 12/22/99

William B. Wilson, Esquire
Florida Bar No.: 153167
HOLLAND & KNIGHT LLP
200 S. Orange Avenue
Suite 2600
Post Office Box 1526
Orlando, Florida 32802-1526
(407) 425-8500

- AND -

Steven M. Hayes, Esquire
Orin Snyder, Esquire
PARCHER, HAYES & SNYDER
500 Fifth Avenue
New York, NY 10110
(212) 383-0200

Attorneys for Plaintiffs,
BMG Entertainment and BMGH
Ariola Muenchen GmbH

Helene Freeman, Esquire
Richard F. Albert, Esquire
DORSEY & WHITNEY, LLP
250 Park Avenue, 15th Floor
New York, NY 10177
(212) 415-9200

Attorneys for Defendants,
'N SYNC

ORL1 #524864 v1

3