FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

99 DEC 23 PM 12: 34

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

TRANS CONTINENTAL RECORDS, INC.,
BMG ENTERTAINMENT, BMG ARIOLA
MUENCHEN GmbH, TRANS CONTINENTAL
ENTERTAINMENT, INC. and LOUIS J.
PEARLMAN,

CIVIL ACTION NO.
99-1282-CIV-ORL-22C

                    Plaintiffs,

v.

ZOMBA RECORDING CORPORATION,
CLIVE CALDER, JAMES LANCE BASS,
JOSHUA SCOTT CHASEZ, JOSEPH
ANTHONY FATONE, JR., CHRISTOPHER
ALAN KIRKPATRICK, and JUSTIN
RANDALL TIMBERLAKE,

                    Defendants.

_____/

### UNOPPOSED MOTION TO WITHDRAW JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AS INADVERTENTLY FILED

Plaintiffs, BMG ENTERTAINMENT and BMG ARIOLA MUENCHEN GmbH, respectfully move the Court to enter an order allowing the parties to withdraw the JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE (the "Joint Stipulation") filed in this action on December 22, 1999 on the grounds that it was inadvertently filed prematurely and without the authorization of all of the attorneys having signed the stipulation and on the following more particular grounds:

100

1.      For the past several weeks all parties have been working diligently in an attempt to amicably resolve all of the claims and issues in this action.  As part of these efforts, the U. S. Magistrate had directed the parties to be prepared to file a joint stipulation of dismissal with prejudice by 4:00 p.m. on December 22, 1999.

2.      For logistical reasons, the Joint Stipulation was circulated for signature by the attorneys representing the parties with the understanding that it would be held and not filed until all parties agreed that the case had been settled and the stipulation could be filed.

3.      The undersigned attorney had a specific conversation with David B. King, counsel for Defendants/Counterclaimants, 'N SYNC, in which Mr. King agreed to sign the Joint Stipulation provided it be held in escrow and not released without his express authorization.  By December 20, 1999, the Joint Stipulation had been signed by attorneys for all parties except Trans Continental Records, Inc., Trans Continental Entertainment, Inc. and Louis J. Pearlman.

4.      On December 22, 1999, J. Cheney Mason, counsel for Plaintiffs, Tran Continental Records, Inc., Trans Continental Entertainment, Inc. and Louis J. Pearlman, requested that the Joint Stipulation be delivered to him for signature, which was done.

5.      Mr. Mason, in the belief that the attorneys who had signed the Joint Stipulation had agreed to its filing, proceeded to file the Joint Stipulation with the Court around 4:00 p.m. on December 22, 1999.  At that time all claims in the action had not been resolved between the parties and David B. King, Jeffrey Keiner and William B. Wilson had not agreed to the filing of the Joint Stipulation.

6.     In a conference call with all counsel of record held at 10:00 a.m. on December 23, 1999, the foregoing matters were discussed and, at that time, counsel for all parties agreed to the filing of this motion and agreed that it was unopposed.

7.     It is submitted that the Joint Stipulation was inadvertently filed without the authorization of the attorneys who had signed it and, accordingly, should be permitted to be withdrawn and of no effect.

## MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AS INADVERTENTLY FILED

It is axiomatic that the Court has the inherent authority to relieve the parties from mistakes or acts committed through inadvertence.  Federal Rule of Civil Procedure 60 provides for such relief from the entry of an order or a judgment. In this case, it is abundantly clear that the Joint Stipulation of Dismissal of Entire Action With Prejudice was inadvertently filed without the authorization of all of the attorneys who had signed it, and prior to the time that the parties had resolved all of the claims in this action.  The ends of justice require that under the facts present here, the parties be permitted to withdraw the Joint Stipulation.  Accordingly, it is respectfully requested that the Court enter an Order authorizing the parties to withdraw the Joint Stipulation of Dismissal of Entire Action With Prejudice and providing that it is of no effect on the grounds that it was inadvertently and prematurely filed.

I HEREBY CERTIFY that a true copy of the foregoing was furnished by facsimile to: **Gerard E. Harper, Esquire**, Paul, Weiss, Rifkind, Wharton & Garrison, 1258 Avenue of the Americas, New York, NY 10019-6064; **Jeffrey D. Keiner, Esquire** and **Frank Hamner, Esquire**, Gray, Harris & Robinson, P.S., P.O. Box 3068, Orlando, Florida 32802-3068, *Attorneys for Defendants Zomba Recording Corporation and Clive Calder*; and **Helene Freeman, Esquire**, and **Richard F. Albert, Esquire**, Dorsey & Whitney, LLP, 250 Park Avenue, 15th Floor, New York, New York 10177 and **David B. King, Esquire** and **Mayanne Downs, Esquire**, King Blackwell & Downs, P.S., 25 East Pine Street, Post Office Box 1631, Orlando, Florida 32802-1631, *Attorneys for James Lance Bass, Joshua Scott Chasez, Joseph Anthony Fatone, Jr., Christopher Alan Kirkpatrick, and Justin Randall Timberlake;* and **J. Cheney Mason, Esquire and William B. Pringle, III, Esquire**, 390 N. Orange Avenue, Suite 2100, Orlando, Florida 32801, *Attorneys for Plaintiffs, Trans Continental Records, Inc., Trans Continental Entertainment, Inc. and Louis J. Pearlman,* this 23rd day of December, 1999.

William B. Wilson, Esquire
Florida Bar No.: 153167
HOLLAND & KNIGHT LLP
200 S. Orange Ave., Suite 2600
Orlando, FL 32802-1526
(407) 425-8500
Attorneys for Plaintiffs, BMG
Entertainment and BMG Ariola

ORL1 #527192 v1