FILED

99 DEC 29 PM 3: 01

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TRANS CONTINENTAL RECORDS, INC.,
BMG ENTERTAINMENT, BMG ARIOLA
MUENCHEN GmbH, TRANS CONTINENTAL
ENTERTAINMENT, INC. and LOUIS J.
PEARLMAN,

        Plaintiffs,

vs.

        Civil Action No.: 99-1282-CIV-ORL-22C

ZOMBA RECORDING CORPORATION,
CLIVE CALDER, JAMES LANCE BASS,
JOSHUA SCOTT CHASEZ, JOSEPH
ANTHONY FATONE, JR., CHRISTOPHER
ALAN KIRKPATRICK, and JUSTIN
RANDALL TIMBERLAKE,

        Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT AND STIPULATION
## FOR DISMISSAL WITH PREJUDICE

Plaintiffs TRANS CONTINENTAL RECORDS, INC., BMG ENTERTAINMENT, BMG ARIOLA MUENCHEN GmbH, TRANS CONTINENTAL ENTERTAINMENT, INC. and LOUIS J. PEARLMAN and Defendants ZOMBA RECORDING CORPORATION, CLIVE CALDER, JAMES LANCE BASS, JOSHUA SCOTT CHASEZ, JOSEPH ANTHONY FATONE, JR., CHRISTOPHER ALAN KIRKPATRICK, and JUSTIN RANDALL TIMBERLAKE, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, and Local Rule 3.08, hereby notify the Court that the parties have settled their dispute and, accordingly, hereby jointly stipulate to entry of this Court's order dismissing with prejudice the entire action, including all

101

pending claims and counterclaims, with each party to bear its own costs and attorney's fees, and respectfully request this Court to retain jurisdiction to enforce the terms and conditions of those settlement agreements that expressly provide for the retention of this Court's jurisdiction.

David B. King
Florida Bar No. 0093426
Mayanne Downs
Florida Bar No. 754900
Thomas A. Zehnder
Florida Bar No. 0063274
KING, BLACKWELL & DOWNS, P.A.
Post Office Box 1631
Orlando, Florida 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0160

and

Philip Baker-Shenk
Helene Freeman
Richard Albert
DORSEY & WHITNEY, LLP
250 Park Avenue, 15th Floor
New York, NY 10177
Telephone: (212) 415-9200
Facsimile: (212) 953-7201

Counsel for Defendants
Bass, Chasez, Fatone, Jr., Kirkpatrick, and Timberlake

Jeffrey D. Keiner
Florida Bar No. 181678
Frank Hamner
Florida Bar No. 0059153
GRAY, HARRIS & ROBINSON, P.A.
P.O. Box 3068
Orlando, Florida 32802-3068
Telephone: (407) 843-8880
Facsimile: (407) 244-5690

and

Gerard E. Harper
PAUL, WEISS, et al.
1258 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 373-2225

Counsel for Defendants
Zomba Recording Corporation and Clive Calder

*[signature]*
William B. Wilson
Florida Bar No. 153167
HOLLAND & KNIGHT LLP
200 S. Orange Avenue, Ste. 2600
Orlando, Florida 32801
Telephone: (407) 425-8500
Facsimile: (407) 244-5288

and

Steven M. Hayes
Orin Snyder
PARCHER, HAYES & SNYDER, P.C.
500 Fifth Avenue, 38th Floor
New York, New York 10110
Telephone: (212) 382-0200
Facsimile: (212) 302-4371

Counsel for Plaintiffs
BMG Entertainment, Inc. and
BMG Ariola Muenchen GmbH

*[signature]*
J. Cheney Mason
Florida Bar. No. 131982
William B. Pringle, II
Florida Bar No. 0777986
390 North Orange Avenue, Suite 2100
Orlando, Florida 32801
Telephone: (407) 843-5785
Facsimile: (407) 422-6858

and

Michael D. Friedman
Sharon H. Stern
PARKER, CHAPIN, FLATTAU &
KLIMPL, LLP
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 704-6000
Facsimile: (212) 704-6288

Counsel for Plaintiffs Trans Continental
Records, Inc., Trans Continental
Entertainment, Inc. and Louis J. Pearlman