# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

TRANS CONTINENTAL RECORDS, INC.,
BMG ENTERTAINMENT, BMG ARIOLA
MUENCHEN GmbH, TRANS CONTINENTAL
ENTERTAINMENT, INC., LOUIS J.
PEARLMAN,

                   Plaintiffs,

v.                                    Case No. 6:99-cv-1282-Orl-22JGG

ZOMBA RECORDING CORPORATION,
CLIVE CALDER, JAMES LANCE BASS,
JOSHUA SCOTT CHASEZ, JOSEPH
ANTHONY FATONE, JR., CHRISTOPHER
ALAN KIRKPATRICK, JUSTIN RANDALL
TIMBERLAKE,

                   Defendants.

---

William B. Wilson
Holland & Knight, LLP
200 S. Orange Ave., Suite 2600
Orlando, FL  32801

### RECEIPT FOR EXHIBITS

Please find enclosed CD exhibits, A, B and C from Declaration of Robert Jamieson (Doc. No. 7) in support of Motion for Preliminary Injunction.

Please sign and return a copy of this receipt.

                                    SHERYL L. LOESCH, Clerk

                          By:    ALLAN J. DONAHUE
                               Deputy Clerk

Date: 4/15/03

_William B. Wilson_, Attorney for BMG Entertainment
Signature of receipting person in the office and position.
and BMG Ariola Muenchen GmbH

04/14/2003/ajd